# EXHIBIT A:
# INFRINGED WORKS

# Stewart O'Nan: *Last Night at the Lobster* (TX0006976136)

```
Type of Work:       Text

Registration Number / Date:
                    TX0006976136 / 2007-12-19

Application Title: LAST NIGHT AT THE LOBSTER.

Title:              LAST NIGHT AT THE LOBSTER.

Description:        Book, 146 p.

Copyright Claimant:
                    Stewart O'Nan.

Date of Creation:   2007

Date of Publication:
                    2007-11-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Stewart O'Nan; Citizenship: United States. Authorship:
                       entire text.

Names:              O'Nan, Stewart
```

# Abdi Nazemian: *Like a Love Story* (TX0008763965)

Type of Work:       Text

Registration Number / Date:
                    TX0008763965 / 2019-06-07

Application Title: LIKE A LOVE STORY.

Title:              LIKE A LOVE STORY.

Description:        Book, 413 p.

Copyright Claimant:
                    Abdi Nazemian.

Date of Creation:  2019

Date of Publication:
                    2019-06-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Abdi Nazemian; Domicile: United States; Citizenship: United
                       States. Authorship: text.

Names:              Nazemian, Abdi

# Brian Keene: *Ghost Walk* (TX0007008484)

Type of Work:        Text

Registration Number / Date:
                     TX0007008484 / 2008-10-14

Application Title: Ghost Walk.

Title:               Ghost Walk.

Description:         Book, 275p.

Copyright Claimant:
                     Brian  Keene.

Date of Creation:  2008

Date of Publication:
                     2008-08-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Brian  Keene; Citizenship: United States. Authorship:
                       Author of entire work.

Names:               Keene, Brian