AO 121 (Rev. 06/16)  CAND version 09/21

| TO: | See below for e-filing instructions. | REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT |
|---|---|---|
| | Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION  ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION |

| DOCKET NO. | DATE FILED | |
|---|---|---|
| 3:24-cv-1451 | 3/8/2024 | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual | Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | TX0006976136 | LAST NIGHT AT THE LOBSTER | STEWART O'NAN |
| 2 | TX0008763965 | LIKE A LOVE STORY | ABDI NAZEMIAN |
| 3 | TX0007008484 | GHOST WALK | BRIAN KEENE |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order   ☐ Judgment | ☐ Yes   ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

E-FILING INSTRUCTIONS: Please fill out, save and e-file in CM/ECF under Other Filings > Other Documents > Copyright for the appropriate stage of your case:
1) Initiation of action: Attorney e-files Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
2) Adding copyright(s): Attorney e-files updated Copyright form; if needed, attach an exhibit page to list add'l copyright registration/title of work/author or work to the form. DO NOT attach the complaint;
3) Termination of action: Court staff completes closing section of Copyright form and e-files.;
4) Appeal: Do not use the Copyright form. Attorney to e-file the appropriate appeal notice.