Joseph R. Saveri (State Bar No. 130064)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1000
San Francisco, California 94108
Telephone:     (415) 500-6800
Facsimile:     (415) 395-9940
Email:         jsaveri@saverilawfirm.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:     (323) 968-2632
Facsimile:     (415) 395-9940
Email:         mb@buttericklaw.com

Laura M. Matson *(pro hac vice* pending)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612) 339-6900
Facsimile:   (612) 339-0981
Email:       lmmatson@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEWART O'NAN, et al.,<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>DATABRICKS, INC., a Delaware corporation; and MOSAIC ML, INC. a Delaware corporation,<br><br>*Defendants* | Case No.  3:24-cv-1451<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL L.R. 3-15** |

1  Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2  named parties, there is no such interest to report.

3  Dated: March 8, 2024         By:   */s/ Joseph R. Saveri*
4                                      Joseph R. Saveri

5  Joseph R. Saveri (State Bar No. 130064)
6  Cadio Zirpoli (State Bar No. 179108)
   Christopher K.L. Young (State Bar No. 318371)
7  Elissa Buchanan (State Bar No. 249996)
   **JOSEPH SAVERI LAW FIRM, LLP**
8  601 California Street, Suite 1000
   San Francisco, California 94108
9  Telephone:    (415) 500-6800
10 Facsimile:    (415) 395-9940
   Email:        jsaveri@saverilawfirm.com
11               czirpoli@saverilawfirm.com
                 cyoung@saverilawfirm.com
12               eabuchanan@saverilawfirm.com

13 Matthew Butterick (State Bar No. 250953)
14 1920 Hillhurst Avenue, #406
   Los Angeles, CA 90027
15 Telephone:    (323) 968-2632
   Facsimile:    (415) 395-9940
16 Email:        mb@butericklaw.com

17 Brian D. Clark *(pro hac vice* pending)
18 Laura M. Matson *(pro hac vice* pending)
   Arielle S. Wagner *(pro hac vice* pending)
19 Eura Chang *(pro hac vice* pending)
20 **LOCKRIDGE GRINDAL NAUEN PLLP**
   100 Washington Avenue South, Suite 2200
21 Minneapolis, MN 55401
22 Telephone: (612) 339-6900
   Facsimile:    (612) 339-0981
23 Email:        bdclark@locklaw.com
24               lmmatson@locklaw.com
                 aswagner@locklaw.com
25               echang@locklaw.com

26
   *Counsel for Individual and Representative*
27 *Plaintiffs and the Proposed Class*

28