AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual,<br><br>*Plaintiff(s)*<br>v.<br>Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation,<br><br>*Defendant(s)* | Civil Action No.  3:24-cv-1451 - PHK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Databricks, Inc., a Delaware corporation
c/o Jennifer Lee
7801 Folsom Boulevard, #202
Sacramento CA 95826

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM, LLP
601 California Street, Suite 1000
San Francisco, California 94108
jsaveri@saverilawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Mark B.Busby*

Date:  March 11, 2024

*Signature of Clerk or Deputy Clerk*