1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  ONan et. al.,                    ,            Case No. 3:2024-cv-01451-PHK
5         Plaintiff(s),
6      v.                                        **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
7  Databricks, Inc. et. al.,        ,            (CIVIL LOCAL RULE 11-3)
8         Defendant(s).
9
10     I, Brian D. Clark, an active member in good standing of the bar of
11  Minnesota, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: Plaintiffs in the
13  above-entitled action. My local co-counsel in this case is Joseph R. Saveri, Joseph Saveri Law Firm, LLP, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California.  Local co-counsel's bar number is: 130064.

Lockridge Grindal Nauen, PLLP                Joseph Saveri Law Firm, LLP
100 Washington Ave S, Suite 2200             601 California Street, Suite 1000
Minneapolis, MN 55401                        San Francisco, CA 94108
MY ADDRESS OF RECORD                         LOCAL CO-COUNSEL'S ADDRESS OF RECORD

612-339-6900                                 415-500-6800
MY TELEPHONE # OF RECORD                     LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

bdclark@locklaw.com                          jsaveri@saverilawfirm.com
MY EMAIL ADDRESS OF RECORD                   LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

        I am an active member in good standing of a United States Court or of the highest court of
another State or the District of Columbia, as indicated above; my bar number is: 0390069.
        A true and correct copy of a certificate of good standing or equivalent official document
from said bar is attached to this application.
        I have been granted pro hac vice admission by the Court  2  times in the 12 months
preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 03/12/2024                                        Brian D. Clark
                                                         APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Brian D. Clark  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/12/2024

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE