UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONan et. al.,        , <br><br> Plaintiff(s), <br><br> v. <br><br> Databricks, Inc. et. al.,     , <br><br> Defendant(s). | Case No. 3:24-cv-01451-PHK <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, Eura Chang, an active member in good standing of the bar of Minnesota, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Joseph R. Saveri, Joseph Saveri Law Firm, LLP, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 130064.

Lockridge Grindal Nauen, PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
MY ADDRESS OF RECORD

Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

612-339-6900
MY TELEPHONE # OF RECORD

415-500-6800
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

echang@locklaw.com
MY EMAIL ADDRESS OF RECORD

jsaveri@saverilawfirm.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0403526.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: 03/12/2024                              Eura Chang
                                                  APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Eura Chang is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/12/2024

UNITED STATES DISTRICT/MAGISTRATE JUDGE