| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | **JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1000 |
| 3 | San Francisco, CA 94108 |
| 4 | Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940 |
| 5 | Email: jsaveri@saverilawfirm.com |
| 6 | Matthew Butterick (State Bar No. 250953) |
| 7 | 1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027 |
| 8 | Telephone: (323) 968-2632 |
| 9 | Facsimile: (415) 395-9940<br>Email: mb@buttericklaw.com |
| 10 | |
| 11 | Laura M. Matson *(pro hac vice* pending)<br>**LOCKRIDGE GRINDAL NAUEN PLLP** |
| 12 | 100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 |
| 13 | Telephone: (612) 339-6900 |
| 14 | Facsimile: (612) 339-0981<br>Email: lmmatson@locklaw.com |
| 15 | |
| 16 | *Counsel for Individual and Representative Plaintiffs and the Proposed Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **Stewart O'Nan**, an individual;<br>**Abdi Nazemian**, an individual; and<br>**Brian Keene**, an individual;<br><br>*Individual and Representative Plaintiffs*,<br><br>v.<br><br>**Databricks, Inc.**, a Delaware corporation; and<br>**Mosaic ML, Inc.**, a Delaware corporation;<br><br>*Defendants*. | Case No. 3:24-cv-01451-PHK<br><br>**PROOF OF SERVICE OF SUMMONS ON DATABRICKS, INC.** |

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:24-cv-01451-PHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **DATABRICKS, INC., a DELAWARE CORPORATION** was received by me on *(date)* **03/12/2024**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* **Jennifer Lee, Service of Process Intake Clerk**, who is designated by law to accept service of process on behalf of *(name of organization)* **United Agent Group, 7801 Folsom Blvd.,#202,Sacramento, CA 95826 at 9:56 AM** on *(date)* **03/12/2024** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **03/13/2024**

*Server's signature*

**Robert J. Mason, Reg. No. 03-007, Placer Co.**
*Printed name and title*

**Western Attorney Services**
**75 Columbia Sq.**
**San Francisco, CA 94103**
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHED LIST OF DOCUMENTS SERVED

## ATTACHMENT TO PROOF OF SERVICE
## COMPLETE LIST OF DOCUMENTS SERVED

- **SUMMONS**
- **COMPLAINT WITH EXHIBIT A**
- **CIVIL COVER SHEET**
- **REPORT RE: COPYRIGHTS INFRINGEMENT**
- **PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES**
- **NOTICE OF CASE ASSIGNMENT**
- **CASE MANAGEMENT ORDER**
- **NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS (BLANK)**
- **WAIVER OF THE SERVICE OF SUMMONS (BLANK)**
- **ECF REGISTRATION INFORMATION**
- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
- **STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA**
- **CIVIL STANDING ORDER MAGISTRATE JUDGE PETER H. KANG**
- **SETTLEMENT CONFERENCE STANDING ORDER-MAGISTRATE JUDGE PETER H. KANG**