| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | **JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1000 |
| 3 | San Francisco, CA 94108 |
| 4 | Telephone: (415) 500-6800<br>Facsimile: (415) 395-9940 |
| 5 | Email:    jsaveri@saverilawfirm.com |
| 6 | Matthew Butterick (State Bar No. 250953) |
| 7 | 1920 Hillhurst Avenue, #406<br>Los Angeles, CA 90027 |
| 8 | Telephone: (323) 968-2632 |
| 9 | Facsimile: (415) 395-9940<br>Email:    mb@butterickllaw.com |
| 10 | |
| 11 | Laura M. Matson *(pro hac vice* pending)<br>**LOCKRIDGE GRINDAL NAUEN PLLP** |
| 12 | 100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 |
| 13 | Telephone: (612) 339-6900 |
| 14 | Facsimile: (612) 339-0981<br>Email:    lmmatson@locklaw.com |
| 15 | |
| 16 | *Counsel for Individual and Representative Plaintiffs and the Proposed Class* |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Stewart O'Nan**, an individual;<br>**Abdi Nazemian**, an individual; and<br>**Brian Keene**, an individual;<br><br>       *Individual and Representative Plaintiffs*,<br><br>       v.<br><br>**Databricks, Inc.**, a Delaware corporation; and<br>**Mosaic ML, Inc.**, a Delaware corporation;<br><br>                      *Defendants*. | Case No. 3:24-cv-01451-PHK<br><br>**PROOF OF SERVICE OF SUMMONS ON MOSAIC ML, INC.** |

---

**PROOF OF SERVICE OF SUMMONS ON MOSAIC ML, INC.**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:24-cv-01451-PHK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  MOSAIC ML, INC., a DELAWARE CORPORATION

was received by me on *(date)*  03/12/2024  .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)*  Pamela Larosa, Corp. Specialist, Reg. Agent  , who is
designated by law to accept service of process on behalf of *(name of organization)*  United Agent Group, Inc.,1521
Concord Pike,#201, Wilmington, DE 19803 at 1:34PM  on *(date)*  03/12/2024  ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  03/13/2024

*Server's signature*

Sharlene Brooks, Process Server (DE)
*Printed name and title*

Western Attorney Services
75 Columbia Sq.
San Francisco, CA 94103
*Server's address*

Additional information regarding attempted service, etc:

SEE ATTACHMENT FOR COMPLETE LIST OF DOCUMENTS SERVED

## ATTACHMENT TO PROOF OF SERVICE
## COMPLETE LIST OF DOCUMENTS SERVED

- SUMMONS
- COMPLAINT WITH EXHIBIT A
- CIVIL COVER SHEET
- REPORT RE: COPYRIGHTS INFRINGEMENT
- PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES
- NOTICE OF CASE ASSIGNMENT
- CASE MANAGEMENT ORDER
- NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS (BLANK)
- WAIVER OF THE SERVICE OF SUMMONS (BLANK)
- ECF REGISTRATION INFORMATION
- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA
- CIVIL STANDING ORDER MAGISTRATE JUDGE PETER H. KANG
- SETTLEMENT CONFERENCE STANDING ORDER-MAGISTRATE JUDGE PETER H. KANG