1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   RYAN KWOCK (CSB No. 336414)
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA  94104
   Telephone:     415.875.2300
4  Facsimile:     415.281.1350

5  DAVID HAYES (CSB No. 122894)
   FENWICK & WEST LLP
6  801 California Street
   Mountain View, CA 94041
7  Telephone:     650.988.8500
   Facsimile:     650.938.5200
8
   Attorneys for Defendants
9  DATABRICKS, INC. and
   MOSAIC ML, LLC, formerly MOSAIC ML, INC.
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                        SAN FRANCISCO DIVISION

14

15 | Stewart O'Nan, an individual; Abdi Nazemian,      | Case No.: 3:24-cv-01451-CRB
16 | an individual; and Brian Keene, an individual,
   |                                                   | **NOTICE OF APPEARANCE OF
17 |         Individual and Representative             | JEDEDIAH WAKEFIELD FOR
   |                 Plaintiffs,                       | DEFENDANTS**
18 |
   |      v.
19 |
   | Databricks, Inc., a Delaware corporation; and
20 | Mosaic ML, Inc., a Delaware corporation,
   |
21 |                 Defendants.

22

23    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE CLERK

24    OF THE COURT:**

25       **PLEASE TAKE NOTICE** that Jedediah Wakefield of Fenwick & West LLP hereby

26  enters his appearance in this action on behalf of Defendants Databricks, Inc. and Mosaic ML,

27  LLC, formerly Mosaic ML, Inc.  The email addresses for Jedediah Wakefield for purposes of

28  receipt of Notices of Electronic Filing are as follows:

FENWICK & WEST LLP
ATTORNEYS AT LAW

Jwakefield@fenwick.com and Dwalls-stewart@fenwick.com

For other purposes, contact information for counsel is set forth above.  Defendants request that Mr. Wakefield be included on the Court's and parties' service lists.

Dated:   March 25, 2024                    FENWICK & WEST LLP


By: /s/ Jedediah Wakefield
    Jedediah Wakefield

    Attorneys for Defendants
    DATABRICKS, INC. and
    MOSAIC ML, LLC, formerly MOSAIC ML, INC.