| | |
|---|---|
| 1 | JEDEDIAH WAKEFIELD (CSB No. 178058) |
| | RYAN KWOCK (CSB No. 336414) |
| 2 | FENWICK & WEST LLP |
| | 555 California Street, 12th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone:    415.875.2300 |
| 4 | Facsimile:     415.281.1350 |

DAVID HAYES (CSB No. 122894)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:     650.938.5200

Attorneys for Defendants
DATABRICKS, INC. and
MOSAIC ML, LLC, formerly MOSAIC ML, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual, | Case No.: 3:24-cv-01451-CRB |
| Individual and Representative Plaintiffs, | **NOTICE OF APPEARANCE OF DAVID HAYES FOR DEFENDANTS** |
| v. | |
| Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that David Hayes of Fenwick & West LLP hereby enters his appearance in this action on behalf of Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc. The email addresses for David Hayes for purposes of receipt of Notices of Electronic Filing are as follows:

Dhayes@fenwick.com and Slim@fenwick.com

For other purposes, contact information for counsel is set forth above. Defendants request that Mr. Hayes be included on the Court's and parties' service lists.

Dated:   March 25, 2024           FENWICK & WEST LLP


                                  By: /s/ David Hayes
                                      David Hayes

                                  Attorneys for Defendants
                                  DATABRICKS, INC. and
                                  MOSAIC ML, LLC, formerly MOSAIC ML, INC.