```
JEDEDIAH WAKEFIELD (CSB No. 178058)
RYAN KWOCK (CSB No. 336414)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

DAVID HAYES (CSB No. 122894)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Attorneys for Defendants
DATABRICKS, INC. and
MOSAIC ML, LLC, formerly MOSAIC ML, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation,<br><br>Defendants. | Case No.: 3:24-cv-01451-CRB<br><br>**NOTICE OF APPEARANCE OF RYAN KWOCK FOR DEFENDANTS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE CLERK OF THE COURT:**

**PLEASE TAKE NOTICE** that Ryan Kwock of Fenwick & West LLP hereby enters his appearance in this action on behalf of Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc.  The email addresses for Ryan Kwock for purposes of receipt of Notices of Electronic Filing are as follows:

FENWICK & WEST LLP
ATTORNEYS AT LAW

Rkwock@fenwick.com and Mhernandez@fenwick.com

For other purposes, contact information for counsel is set forth above. Defendants request that Mr. Kwock be included on the Court's and parties' service lists.

Dated: March 25, 2024                FENWICK & WEST LLP

By: /s/ Ryan Kwock
    Ryan Kwock

Attorneys for Defendants
DATABRICKS, INC. and
MOSAIC ML, LLC, formerly MOSAIC ML, INC.