1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   RYAN KWOCK (CSB No. 336414)
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA  94104
   Telephone:    415.875.2300
4  Facsimile:     415.281.1350

5  DAVID HAYES (CSB No. 122894)
   FENWICK & WEST LLP
6  801 California Street
   Mountain View, CA 94041
7  Telephone:    650.988.8500
   Facsimile:     650.938.5200
8
   Attorneys for Defendants
9  DATABRICKS, INC. and
   MOSAIC ML, LLC, formerly MOSAIC ML, INC.
10

11
                    UNITED STATES DISTRICT COURT
12
                   NORTHERN DISTRICT OF CALIFORNIA
13
                        SAN FRANCISCO DIVISION
14

15
   Stewart O'Nan, an individual; Abdi Nazemian,    Case No.: 3:24-cv-01451-CRB
16 an individual; and Brian Keene, an individual,
                                                   **DEFENDANTS' FED. R. CIV. P. 7.1
17         Individual and Representative           DISCLOSURE STATEMENT**
           Plaintiffs,
18
        v.
19
   Databricks, Inc., a Delaware corporation; and
20 Mosaic ML, Inc., a Delaware corporation,

21         Defendants.

22

23          **DEFENDANTS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT**

24         Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Databricks, Inc. states that it

25 has no parent corporation and that to its knowledge, no publicly held corporation owns 10% or

26 more of Databricks, Inc.  Defendant Databricks, Inc. is the sole parent company of Defendant

27 Mosaic ML, LLC, formerly Mosaic ML, Inc.

28

| | | |
|---|---|---|
| 1 | Dated:   March 25, 2024 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: */s/ Jedediah Wakefield* |
| 4 | |       Jedediah Wakefield |
| 5 | | Attorneys for Defendants |
| 6 | | DATABRICKS, INC. and MOSAIC ML, LLC, formerly MOSAIC ML, INC. |

DEFENDANTS' FED. R. CIV. P. 7.1
DISCLOSURE STATEMENT             2             Case No.: 3:24-cv-01451-CRB