```
JEDEDIAH WAKEFIELD (CSB No. 178058)
RYAN KWOCK (CSB No. 336414)
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

DAVID HAYES (CSB No. 122894)
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Attorneys for Defendants
DATABRICKS, INC. and
MOSAIC ML, LLC, formerly MOSAIC ML, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual, <br><br> Individual and Representative Plaintiffs, <br><br> v. <br><br> Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation, <br><br> Defendants. | Case No.: 3:24-cv-01451-CRB <br><br> **DEFENDANTS' CIVIL L.R. 3-15 CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS** |

**DEFENDANTS' CIVIL L.R. 3-15 CERTIFICATION
OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, there is no conflict or interest (other than the named parties) to report.

| | | |
|---|---|---|
| 1 | Dated: March 25, 2024 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ Jedediah Wakefield |
| 4 | | Jedediah Wakefield |
| 5 | | Attorneys for Defendants DATABRICKS, INC. and |
| 6 | | MOSAIC ML, LLC, formerly MOSAIC ML, INC. |