UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Stewart O'Nan, et al.                     ,

Plaintiff(s),

v.

Databricks, Inc., et al.                     ,

Defendant(s).

Case No. 3:24-cv-01451-CRB

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Deena J.G. Feit          , an active member in good standing of the bar of

State of Washington          , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Databricks, Inc.; Mosaic ML, LLC, formerly Mosaic ML, Inc. in the above-entitled action. My local co-counsel in this case is Jedediah Wakefield          , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 178058          .

Fenwick & West LLP
401 Union Street, 5th Floor
Seattle, WA  98101

MY ADDRESS OF RECORD

206.389.4510

MY TELEPHONE # OF RECORD

dfeit@fenwick.com

MY EMAIL ADDRESS OF RECORD

Fenwick & West LLP
555 California Street, 12th Floor
San Francisco, CA  94104

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415.875.2300

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jwakefield@fenwick.com

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WA SBN 59036 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0       times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: __March 25, 2024__                                                    s/ Deena J.G. Feit_____
                                                                                                                APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Deena J.G. Feit_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: __March 26, 2024_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California