```
1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   RYAN KWOCK (CSB No. 336414)
2  FENWICK & WEST LLP
   555 California Street, 12th Floor
3  San Francisco, CA  94104
   Telephone:    415.875.2300
4  Facsimile:    415.281.1350

5  DAVID HAYES (CSB No. 122894)
   FENWICK & WEST LLP
6  801 California Street
   Mountain View, CA 94041
7  Telephone:    650.988.8500
   Facsimile:    650.938.5200
8
   Attorneys for Defendants
9  DATABRICKS, INC. and
   MOSAIC ML, LLC, formerly MOSAIC ML, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual,<br><br>Individual and Representative Plaintiffs,<br><br>v.<br><br>Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation,<br><br>Defendants. | Case No.: 3:24-cv-01451-CRB<br><br>**DEFENDANTS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT** |

## DEFENDANTS' FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Databricks, Inc. states that it has no parent corporation and that to its knowledge, no publicly held corporation owns 10% or more of Databricks, Inc.  Defendant Databricks, Inc. is the sole parent company of Defendant Mosaic ML, LLC, formerly Mosaic ML, Inc.

| | | |
|---|---|---|
| 1 | Dated:   March 26, 2024 | FENWICK & WEST LLP |

By: */s/ Jedediah Wakefield*
Jedediah Wakefield

Attorneys for Defendants
DATABRICKS, INC. and
MOSAIC ML, LLC, formerly MOSAIC ML, INC.