1  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
2  RYAN KWOCK (CSB No. 336414)
   rkwock@fenwick.com
3  FENWICK & WEST LLP
   555 California Street, 12th Floor
4  San Francisco, CA  94104
   Telephone:     415.875.2300
5  Facsimile:     415.281.1350

6  DAVID HAYES (CSB No. 122894)
   dhayes@fenwick.com
7  FENWICK & WEST LLP
   801 California Street
8  Mountain View, CA 94041
   Telephone:     650.988.8500
9  Facsimile:     650.938.5200

10 *Attorneys for Defendants*
   DATABRICKS, INC. and
11 MOSAIC ML, LLC, formerly MOSAIC ML, INC.

12 *Additional counsel listed on signature page*

13

14                       UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16                             SAN FRANCISCO DIVISION

17

18 | Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual, | Case No.: 3:24-cv-01451-CRB |
   |---|---|
   | Individual and Representative Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1(A)** |
   | v. | |
   | Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation, | |
   | Defendants. | |

Plaintiffs filed the Complaint in this action on March 8, 2024 and served it on March 12, 2024. Pursuant to Civil Local Rule 6-1(a), Plaintiffs and Defendants hereby stipulate to extend the time for Defendants to answer or otherwise respond to the Complaint by thirty days to May 2, 2024. This extension will not alter or otherwise impact the date of any event or any deadline already fixed by Court order.

**IT IS SO STIPULATED**

DATED:   March 29, 2024        FENWICK & WEST LLP

By: */s/ Jedediah Wakefield*
    Jedediah Wakefield (CSB No. 178058)
    jwakefield@fenwick.com
    Ryan Kwock (CSB No. 336414)
    555 California Street, 12th Floor
    San Francisco, CA  94104
    Telephone:     415.875.2300
    Facsimile:       415.281.1350

    David Hayes (CSB No. 122894)
    dhayes@fenwick.com
    801 California Street
    Mountain View, CA 94041
    Telephone:     650.988.8500
    Facsimile:       650.938.5200

    Deena Feit (admitted *pro hac vice*)
    dfeit@fenwick.com
    401 Union Street, 5th Floor
    Seattle, WA 98101
    Telephone:     206.389.4510
    Facsimile:       206.389.4511

    Charles Moulins (admitted *pro hac vice*)
    cmoulins@fenwick.com
    902 Broadway, Ste 14
    New York, NY 10010
    Telephone:     212.430.2600
    Facsimile:       650.938.5200

    *Attorneys for Defendants*
    DATABRICKS, INC. and
    MOSAIC ML, LLC, formerly MOSAIC ML, INC.

JOSEPH SAVERI LAW FIRM, LLP

By: */s/ Joseph R. Saveri*
    Joseph R. Saveri (CSB No. 130064)
    jsaveri@saverilawfirm.com
    Cadio R. Zirpoli (CSB No. 179108)
    czirpoli@saverilawfirm.com
    Elissa Amlin Buchanan (CSB No. 249996)
    eabuchanan@saverilawfirm.com
    601 California Street, Suite 1000
    San Francisco, CA 94108
    Telephone:    415.500.6800
    Facsimile:    415.395.9940

    Matthew Butterick (CSB No. 250953)
    mb@buttericklaw.com
    1920 Hillhurst Avenue, #406
    Los Angeles, CA 90027
    Telephone:    323.968.2632

LOCKRIDGE GRINDAL NAUEN, PLLP

    Brian D. Clark (admitted *pro hac vice*)
    bdclark@locklaw.com
    Laura M. Matson (admitted *pro hac vice*)
    lmmatson@locklaw.com
    Arielle S. Wagner (admitted *pro hac vice*)
    aswagner@locklaw.com
    Eura Chang (admitted *pro hac vice*)
    echang@locklaw.com
    100 Washington Avenue South, Suite 2200
    Minneapolis, MN 55401
    Telephone:    612.339.6900
    Facsimile:    612.339.0981

*Attorneys for Individual and Representative Plaintiffs and the Proposed Class*

**ATTESTATION OF CONCURRENCE IN FILING**

I, Jedediah Wakefield, hereby attest, in accordance with Local Rule 5-1(i)(3), that the concurrence in the filing of this document has been obtained from all other signatories.

DATED:     March 29, 2024                    */s/ Jedediah Wakefield*

FENWICK & WEST LLP
ATTORNEYS AT LAW