1  Joseph R. Saveri (State Bar No. 130064)
   **JOSEPH SAVERI LAW FIRM, LLP**
2  601 California Street, Suite 1505
   San Francisco, CA 94108
3  Telephone: (415) 500-6800
   Facsimile: (415) 395-9940
4  Email:      jsaveri@saverilawfirm.com

5
   *Counsel for Individual and Representative*
6  *Plaintiffs and the Proposed Class*

7

8

9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13  Stewart O'Nan, an individual;              Case No. 3:24-cv-01451
14  Abdi Nazemian, an individual; and
    Brian Keene, an individual;
15                                             **NOTICE OF CHANGE OF**
              *Individual and Representative Plaintiffs,*   **FIRM ADDRESS**
16    v.

17  Databricks, Inc., a Delaware corporation; and
    Mosaic ML, Inc., a Delaware corporation;
18
                              *Defendants.*
19

20  TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21         PLEASE TAKE NOTICE that the Joseph Saveri Law Firm, LLP, Counsel for Individual and

22  Representative Plaintiffs and the Proposed Class, has changed its address for service of pleadings

23  and notices in the above-captioned case. The new address of the firm is:

24         601 California Street, Suite 1505
           San Francisco, California 94108
25
           The firm's telephone number, fax number, and email addresses remain the same.
26

27

28

    Case No. 3:24-cv-01451
    NOTICE OF CHANGE OF FIRM ADDRESS

| | |
|---|---|
| Dated: April 1, 2024 | Respectfully Submitted,<br>JOSEPH SAVERI LAW FIRM, LLP |
| | By:  */s/ Joseph R. Saveri*<br>　　　Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K.L. Young (State Bar No. 318371)
Elissa A. Buchanan (State Bar No. 249996)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email:　　jsaveri@saverilawfirm.com
　　　　　czirpoli@saverilawfirm.com
　　　　　cyoung@saverilawfirm.com
　　　　　eabuchanan@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*