1  Joseph R. Saveri (State Bar No. 130064)
2  **JOSEPH SAVERI LAW FIRM, LLP**
   601 California Street, Suite 1505
3  San Francisco, CA 94108
   Telephone: (415) 500-6800
4  Facsimile:  (415) 395-9940
5  Email:      jsaveri@saverilawfirm.com

6  Matthew Butterick (State Bar No. 250953)
   1920 Hillhurst Avenue, #406
7  Los Angeles, CA 90027
   Telephone: (323) 968-2632
8  Facsimile:  (415) 395-9940
9  Email:      mb@buttericklaw.com

10 Laura M. Matson *(pro hac vice* pending)
11 **LOCKRIDGE GRINDAL NAUEN PLLP**
   100 Washington Avenue South, Suite 2200
12 Minneapolis, MN 55401
   Telephone:  (612) 339-6900
13 Facsimile:   (612) 339-0981
14 Email:       lmmatson@locklaw.com

15 *Counsel for Individual and Representative*
16 *Plaintiffs and the Proposed Class*

17              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
18                 SAN FRANCISCO DIVISION

19 **Stewart O'Nan**, an individual;              Case No. 3:24-cv-01451
20 **Abdi Nazemian**, an individual; and
   **Brian Keene**, an individual;
21
          *Individual and Representative Plaintiffs*,   **NOTICE OF APPEARANCE OF**
22                                                      **CHRISTOPHER K.L. YOUNG**
23        v.

24 **Databricks, Inc.**, a Delaware corporation; and
   **Mosaic ML, Inc.**, a Delaware corporation;
25
26        *Defendants.*
27
28

Case No. 3:24-cv-01451
NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  Please take notice that Christopher K.L. Young of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Young is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Young's contact information is as follows:

Christopher K. L. Young (SBN 318371)
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1505
San Francisco, CA  94108
Telephone: 415-500-6800
Facsimile: 415-395-9940
Email: cyoung@saverilawfirm.com

Dated: April 1, 2024          By:   */s/ Christopher K.L. Young*
                   Christopher K.L. Young

                 Joseph R. Saveri (State Bar No. 130064)
                 Cadio Zirpoli (State Bar No. 179108)
                 Christopher K.L. Young (State Bar No. 318371)
                 Elissa A. Buchanan (State Bar No. 249996)
                 **JOSEPH SAVERI LAW FIRM, LLP**
                 601 California Street, Suite 1505
                 San Francisco, CA 94108
                 Telephone: (415) 500-6800
                 Facsimile: (415) 395-9940
                 Email: jsaveri@saverilawfirm.com
                    czirpoli@saverilawfirm.com
                    cyoung@saverilawfirm.com
                    eabuchanan@saverilawfirm.com

                 Matthew Butterick (State Bar No. 250953)
                 1920 Hillhurst Avenue, #406
                 Los Angeles, CA 90027
                 Telephone: (323) 968-2632
                 Facsimile: (415) 395-9940
                 Email: mb@buttericklaw.com

| | |
|---|---|
| 1 | Brian D. Clark *(pro hac vice* pending) |
| 2 | Laura M. Matson *(pro hac vice* pending) |
|   | Arielle S. Wagner *(pro hac vice* pending) |
| 3 | Eura Chang *(pro hac vice* pending) |
| 4 | **LOCKRIDGE GRINDAL NAUEN PLLP** |
|   | 100 Washington Avenue South, Suite 2200 |
| 5 | Minneapolis, MN 55401 |
|   | Telephone:   (612) 339-6900 |
| 6 | Facsimile:    (612) 339-0981 |
| 7 | Email:  bdclark@locklaw.com |
|   |              lmmatson@locklaw.com |
| 8 |              aswagner@locklaw.com |
|   |              echang@locklaw.com |

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*