1  Joseph R. Saveri (State Bar No. 130064)
2  Cadio Zirpoli (State Bar No. 179108)
   Christopher K.L. Young (State Bar No. 318371)
3  Elissa Buchanan (State Bar No. 249996)
   **JOSEPH SAVERI LAW FIRM, LLP**
4  601 California Street, Suite 1505
   San Francisco, CA 94108
5  Telephone:     (415) 500-6800
6  Facsimile:     (415) 395-9940
   Email:         jsaveri@saverilawfirm.com
7                 czirpoli@saverilawfirm.com
                  cyoung@saverilawfirm.com
8                 eabuchanan@saverilawfirm.com
9
   *Counsel for Individual and Representative*
10 *Plaintiffs and the Proposed Class*
   [Additional counsel listed on signature page]
11
                   **UNITED STATES DISTRICT COURT**
12                 **NORTHERN DISTRICT OF CALIFORNIA**
                        **SAN FRANCISCO DIVISION**
13

| | |
|---|---|
| Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual; | Case No. 3:24-cv-01451-CRB |
| *Individual and Representative Plaintiffs,* v. Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation; *Defendants.* | **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |
| Rebecca Makkai and Jason Reynolds *Individual and Representative Plaintiffs,* v. Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation; *Defendants.* | Case No. 4:24-cv-02653-JSW **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Civil Local Rules 3-12 and 7-11, Plaintiffs Stewart O'Nan, Abdi Nazemian, and Brian Keene, in Case No. 3:24-cv-01451-CRB (N.D. Cal.) (the "*O'Nan* Action"), filed in this district on March 8, 2024, submit this administrative motion to consider whether the matter *Makkai et al. v. Databricks, Inc. et al.,* Case No. 4:24-cv-02653-JSW (N.D. Cal.) (the "*Makkai* Action"), filed in this district on May 2, 2024, should be related to the *O'Nan* Action now pending in this District before this Court.

## INTRODUCTION

The *Makkai* Action should be related to the *O'Nan* Action. The *Makkai* Action concerns substantially the same parties, transactions, and events at issue in the *O'Nan* Action. Saveri Decl., Ex. A (*Makkai* Compl.).[1] In both actions, the plaintiffs all allege, on behalf of the same putative class, that Databricks Inc. ("Databricks" or "Defendant") engaged in actions related to the creation and operation of MosaicML, a large language model artificial intelligence product, that violated Plaintiffs' rights under, inter alia, the Copyright Act (17 U.S.C. § 106). Judicial economy and efficiency favor the Court finding that the cases are related; if the cases are not related, then it is likely to result in duplication of efforts, increased burden on the courts, and expense for the parties. The Plaintiffs in the *Makkai* Action do not oppose this motion to relate. Saveri Decl., ¶4. Databricks has been served and appeared in the *O'Nan* Action and is also unopposed to this motion to relate. *Id.*

## DISCUSSION

The *Makkai* and *O'Nan* Actions fall squarely within the definition of "Related Cases" under the Civil Local Rules. Civil Local Rule 3-12(a) provides that actions are related when "(1) the actions concern substantially the same parties, property, transaction or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Both parts (1) and (2) of the definition of a related case apply here.

---

[1] "Saveri Decl." refers to the Declaration of Joseph R. Saveri in Support of Plaintiffs' Administrative Motion to Consider whether Cases Should be Related, concurrently filed herewith.

*First*, the *Makkai* and *O'Nan* Actions concern substantially the same parties, products, and events. Both are class actions with the same causes of action, as set forth above. Both complaints focus on the same actions by Defendants, such as the creation, training, operation, and distribution of MosaicML.

*Second*, "burdensome duplication of labor and expense" will result if the matters proceed before different courts. Civil L.R. 3-12(a)(2). This Court, as part of the *O'Nan* Action, will already have to adjudicate the same claims as the *Makkai* Plaintiffs. That adjudication will require a detailed factual examination of how MosaicML was created, trained, modified, and operated. A different court would not have the same familiarity with the predicate facts, meaning that the other court and the parties would need to expend significant time and resources to duplicate the efforts that this Court will undertake. Furthermore, the parties in the *Makkai* and *O'Nan* Actions will need to brief similar issues and produce similar expert reports, which require significant time and money that would be better spent through coordinated efforts.

Courts in this District also routinely order that cases are related when they involve the same types of claims against the same defendants brought by different plaintiffs. *See, e.g.*, Order Relating Cases, *Reece v. Altria Group, Inc., et al.*, No. 20-cv-02345-WHO (N.D. Cal. May 7, 2020), ECF No. 27.

## CONCLUSION

Adjudication of these actions before separate judges would create both an unduly burdensome duplication of labor and expense and the possibility of conflicting results, given the common parties, allegations, and requested relief. Relating the *Makkai* Action with the pending *O'Nan* Action will help eliminate duplicative discovery, prevent inconsistent pretrial rulings, and conserve the resources of the parties, their counsel, and the judiciary.

For the reasons set forth above, Plaintiffs Stewart O'Nan, Abdi Nazemian, and Brian Keene respectfully request that the Court relate the *Makkai* Action to the *O'Nan* Action, pursuant to Local Rule 3-12(a).

| | |
|---|---|
| Dated: May 8, 2024 | By:     */s/ Joseph R. Saveri*<br>        Joseph R. Saveri |

                          Joseph R. Saveri (State Bar No. 130064)
                          Cadio Zirpoli (State Bar No. 179108)
                          Christopher K.L. Young (State Bar No. 318371)
                          Elissa Buchanan (State Bar No. 249996)
                          **JOSEPH SAVERI LAW FIRM, LLP**
                          601 California Street, Suite 1505
                          San Francisco, CA 94108
                          Telephone:    (415) 500-6800
                          Facsimile:     (415) 395-9940
                          Email:         jsaveri@saverilawfirm.com
                                                czirpoli@saverilawfirm.com
                                                cyoung@saverilawfirm.com
                                                eabuchanan@saverilawfirm.com

                          Matthew Butterick (State Bar No. 250953)
                          1920 Hillhurst Avenue, #406
                          Los Angeles, CA 90027
                          Telephone:    (323) 968-2632
                          Facsimile:     (415) 395-9940
                          Email:         mb@buttericklaw.com

                          Brian D. Clark (pro hac vice pending)
                          Laura M. Matson (pro hac vice pending)
                          Arielle S. Wagner (pro hac vice pending)
                          Eura Chang (pro hac vice pending)
                          **LOCKRIDGE GRINDAL NAUEN PLLP**
                          100 Washington Avenue South, Suite 2200
                          Minneapolis, MN 55401
                          Telephone:    (612) 339-6900
                          Facsimile:     (612) 339-0981
                          Email:         bdclark@locklaw.com
                                                lmmatson@locklaw.com
                                                aswagner@locklaw.com
                                                echang@locklaw.com

                          *Counsel for Individual and Representative*
                          *Plaintiffs and the Proposed Class*