Joseph R. Saveri (State Bar No. 130064)
Cadio Zirpoli (State Bar No. 179108)
Christopher K. L. Young (State Bar No. 318371)
Elissa Buchanan (State Bar No. 249996)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone:     (415) 500-6800
Facsimile:      (415) 395-9940
Email:            jsaveri@saverilawfirm.com
                     czirpoli@saverilawfirm.com
                     cyoung@saverilawfirm.com
                     eabuchanan@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual; *Individual and Representative Plaintiffs,* v. Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation; *Defendants.* | **Case No. 3:24-24-cv-01451** **DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |
| Rebecca Makkai and Jason Reynolds *Individual and Representative Plaintiffs,* v. Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation; *Defendants.* | **Case No. 3:20-24-cv-02653** **DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (L.R. 3-12, 7-11)** |

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs Plaintiffs Stewart O'Nan, Abdi Nazemian, and Brian Keene in this matter (the "*O'Nan* Action"). I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto. I make this declaration pursuant to 28 U.S.C. Section 1746 in support of Plaintiff's Administrative Motion to Consider Whether Cases Should be Related.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint in *Makkai et al. v. Databricks, Inc. et al.*, No. 3:20-24-cv-02653 (N.D. Cal., May 2, 2024) (the "*Makkai* Action"). The Complaint asserts that Defendant Databricks Inc. engaged in actions related to the creation, maintenance, and operation of MosaicML, Defendant's large language model artificial intelligence product that Plaintiffs allege violated their rights under Direct Copyright Infringement (17 U.S.C. § 106) and Vicarious Copyright Infringement (17 U.S.C. § 106).

3. Civil Local Rule 3-12 requires that this Administrative Motion to Consider Whether Cases Should be Related be promptly filed. The Plaintiffs in the *Makkai* Action filed their complaint on May 2, 2024.

4. This Motion is unopposed by both the Defendant Databricks Inc. and the Plaintiffs in the *Makkai* Action.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of May 2024, at San Francisco, California.

*/s/ Joseph R. Saveri*
Joseph R. Saveri