| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | **JOSEPH SAVERI LAW FIRM, LLP** |
|   | 601 California Street, Suite 1505 |
| 3 | San Francisco, CA 94108 |
|   | Telephone: (415) 500-6800 |
| 4 | Facsimile:  (415) 395-9940 |
| 5 | Email:       jsaveri@saverilawfirm.com |
| 6 | Matthew Butterick (State Bar No. 250953) |
|   | 1920 Hillhurst Avenue, #406 |
| 7 | Los Angeles, CA 90027 |
| 8 | Telephone: (323) 968-2632 |
|   | Facsimile:  (415) 395-9940 |
| 9 | Email:       mb@butericklaw.com |
| 10 | Laura M. Matson *(pro hac vice* pending) |
| 11 | **LOCKRIDGE GRINDAL NAUEN PLLP** |
|    | 100 Washington Avenue South, Suite 2200 |
| 12 | Minneapolis, MN 55401 |
| 13 | Telephone: (612) 339-6900 |
|    | Facsimile:  (612) 339-0981 |
| 14 | Email:       lmmatson@locklaw.com |
| 15 | *Counsel for Individual and Representative* |
|    | *Plaintiffs and the Proposed Class* |
| 16 | [Additional counsel listed on signature page] |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| **Stewart O'Nan**, an individual; | Case No. 3:24-cv-01451 |
| **Abdi Nazemian**, an individual; and | |
| **Brian Keene**, an individual; | |
| *Individual and Representative Plaintiffs*, | **NOTICE OF APPEARANCE OF EVAN A. CREUTZ** |
| v. | |
| **Databricks, Inc.**, a Delaware corporation; and | |
| **Mosaic ML, Inc.**, a Delaware corporation; | |
| *Defendants.* | |

Case No. 3:24-cv-01451

NOTICE OF APPEARANCE

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that Evan A. Creutz of Joseph Saveri Law Firm, LLP hereby appears as counsel of record for Plaintiffs in this action. Mr. Creutz is registered with the Court's CM/ECF system and may be served notice through that system. Mr. Creutz's contact information is as follows:

> Evan A. Creutz (SBN 349728)
> Joseph Saveri Law Firm, LLP
> 601 California Street, Suite 1505
> San Francisco, CA  94108
> Telephone: 415-500-6800
> Facsimile: 415-395-9940
> Email: ecreutz@saverilawfirm.com

Dated: May 10, 2024                          By:  _____/s/ Evan A. Creutz_____
                                                       Evan A. Creutz

> Joseph R. Saveri (State Bar No. 130064)
> Cadio Zirpoli (State Bar No. 179108)
> Christopher K.L. Young (State Bar No. 318371)
> Elissa A. Buchanan (State Bar No. 249996)
> Evan A. Creutz (State Bar. No. 349728)
> **JOSEPH SAVERI LAW FIRM, LLP**
> 601 California Street, Suite 1505
> San Francisco, CA 94108
> Telephone:     (415) 500-6800
> Facsimile:     (415) 395-9940
> Email:         jsaveri@saverilawfirm.com
>                czirpoli@saverilawfirm.com
>                cyoung@saverilawfirm.com
>                eabuchanan@saverilawfirm.com
>                ecreutz@saverilawfirm.com
>
> Matthew Butterick (State Bar No. 250953)
> 1920 Hillhurst Avenue, #406
> Los Angeles, CA 90027
> Telephone:     (323) 968-2632
> Facsimile:     (415) 395-9940
> Email:         mb@butericklaw.com

Brian D. Clark *(pro hac vice* pending)
Laura M. Matson *(pro hac vice* pending)
Arielle S. Wagner *(pro hac vice* pending)
Eura Chang *(pro hac vice* pending)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:     (612) 339-6900
Facsimile:     (612) 339-0981
Email:            bdclark@locklaw.com
                     lmmatson@locklaw.com
                     aswagner@locklaw.com
                     echang@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*