# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Stewart O'Nan, an individual; Abdi Nazemian, an individual; and Brian Keene, an individual; <br><br> *Individual and Representative Plaintiffs,* <br><br> v. <br><br> Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation; <br><br> *Defendants.* | Case No. 3:24-24-cv-01451 <br> Case No. 3:20-24-cv-02653 <br><br> **[PROPOSED]** **ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED AND RELATING CASES** |
| Rebecca Makkai and Jason Reynolds <br><br> *Individual and Representative Plaintiffs,* <br><br> v. <br><br> Databricks, Inc., a Delaware corporation; and Mosaic ML, Inc., a Delaware corporation; <br><br> *Defendants.* | |

Having considered Plaintiffs' Administrative Motion to Consider Whether Cases Should be Related, as well as the pleadings on file, the Court GRANTS the Motion and ORDERS the Clerk to relate the later-filed case, *Makkai et al v. Databricks, Inc. et al.,* No. 3:20-24-cv-02653, (N.D. Cal.) to the first-filed case *O'Nan, et al. v. Databricks, Inc. et al.,* No. 3:24-24-cv-01451 (N.D. Cal.).

**IT IS SO ORDERED.**

Dated: May 13, 2024

Judge Charles R. Breyer
UNITED STATES DISTRICT JUDGE