| | |
|---|---|
| 1 | JEDEDIAH WAKEFIELD (CSB No. 178058) |
|   | jwakefield@fenwick.com |
| 2 | RYAN KWOCK (CSB No. 336414) |
|   | rkwock@fenwick.com |
| 3 | FENWICK & WEST LLP |
|   | 555 California Street, 12th Floor |
| 4 | San Francisco, CA  94104 |
|   | Telephone:     415.875.2300 |
| 5 | Facsimile:      415.281.1350 |
| 6 | DAVID HAYES (CSB No. 122894) |
|   | dhayes@fenwick.com |
| 7 | FENWICK & WEST LLP |
|   | 801 California Street |
| 8 | Mountain View, CA 94041 |
|   | Telephone:     650.988.8500 |
| 9 | Facsimile:      650.938.5200 |

*Attorneys for Defendants*
DATABRICKS, INC. and
MOSAIC ML, LLC, formerly MOSAIC ML, INC.

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEWART O'NAN, an individual; ABDI NAZEMIAN, an individual; and BRIAN KEENE, an individual, *on behalf of themselves and all those similarly situated,*<br><br>               Plaintiffs,<br><br>     v.<br><br>DATABRICKS, INC., a Delaware corporation; and MOSAIC ML, INC., a Delaware corporation,<br><br>               Defendant. | Case No.: 3:24-cv-01451-CRB<br>Related Case No. 3:24-cv-02653-CRB<br><br>**NOTICE OF APPEARANCE OF ZACHARY HARNED** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD AND TO THE CLERK OF THE COURT:

**PLEASE TAKE NOTICE** that Zachary Harned of Fenwick & West LLP hereby enters his appearance in this action on behalf of Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc.  The email addresses for Zachary Harned for purposes of receipt of Notices of Electronic Filing are as follows:

zharned@fenwick.com and dskarloken@fenwick.com

For all other purposes, contact information for counsel is set forth above.  Defendants request that Mr. Harned be included on the Court's and parties' service lists.

Dated:   June 18, 2024

FENWICK & WEST LLP

By: /s/ *Zachary Harned*
Zachary Harned

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
FENWICK &WEST LLP
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone:        310.554.5400
Facsimile:         650.938.5200

Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:        415.875.2300
Facsimile:         415.281.1350

David Hayes (CSB No. 122894)
dhayes@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone:        650.988.8500
Facsimile:         650.938.5200

Deena Feit (admitted *pro hac vice*)
dfeit@fenwick.com
FENWICK & WEST LLP
401 Union Street, 5th Floor

Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

Charles Moulins (admitted *pro hac vice*)
cmoulins@fenwick.com
902 Broadway, Ste 14
New York, NY 10010
Telephone:    212.430.2600
Facsimile:    650.938.5200

Attorneys for Defendants
DATABRICKS, INC. and
MOSAIC ML, LLC, formerly MOSAIC ML, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

NOTICE OF APPEARANCE OF
ZACHARY HARNED

Case No.: 3:24-cv-01451-CRB