[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Stewart O'Nan, et al.,<br><br>*Individual and Representative Plaintiffs,*<br><br>vs.<br><br>Databricks, Inc., et al.,<br><br>*Defendants.* | Case No. 3:24-cv-01451-CRB<br>Case No. 3:24-cv-02653-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| Rebecca Makkai, et al.,<br><br>*Individual and Representative Plaintiffs,*<br><br>vs.<br><br>Databricks, Inc., et al.,<br><br>*Defendants.* | |

1    Pursuant to Civil Local Rule 6-2, Plaintiffs Stewart O'Nan, Abdi Nazemian, and Brian Keene (the "*O'Nan* Plaintiffs"), Plaintiffs Rebecca Makkai and Jason Reynolds (the "*Makkai* Plaintiffs"), and Defendants Databricks, Inc. ("Databricks") and Mosaic ML, LLC, formerly MosaicML, Inc. ("MosaicML") (together "Defendants") (collectively, the "Parties"), by and through their respective counsel of record, enter into this stipulation and request an order to reschedule the Case Management Conference, with reference to the following circumstances:

1.    WHEREAS, the *O'Nan* Plaintiffs filed their Complaint on March 8, 2024 (*O'Nan* ECF No. 1);

2.    WHEREAS, on March 18, 2024, the Clerk of Court notified the Parties in *O'Nan* that the Case Management Conference was set for June 21, 2024, at 8:30 A.M. with the Case Management Statement due on June 14, 2024 (*O'Nan* ECF No. 23);

3.    WHEREAS, the *Makkai* Plaintiffs filed their Complaint on May 2, 2024 (*Makkai* ECF No. 1);

4.    WHEREAS, Defendants timely filed their Answer in *O'Nan* on May 2, 2024 (*O'Nan* ECF No. 39);

5.    WHEREAS, on May 13, 2024, the Court judicially related the *Makkai* action to the *O'Nan* action (*O'Nan* ECF No. 45; *Makkai* ECF No. 19);

6.    WHEREAS, Defendants timely filed their Answer in *Makkai* on May 29, 2024 (*Makkai* ECF No. 26);

7.    WHEREAS, the Parties filed a Case Management Statement on June 14, 2024 (*O'Nan* ECF No. 47); *see also Makkai* ECF No. 45;

8.    WHEREAS, Joseph R. Saveri, lead counsel for the *O'Nan* Plaintiffs, will be out of the country on June 21, 2024, and unable to attend the Case Management Conference, *see* accompanying Declaration of Joseph R. Saveri, dated June 18, 2024, ¶ 9;

9.    WHEREAS, the Parties met and conferred, and Defendants do not oppose rescheduling the Case Management Conference to accommodate Mr. Saveri's scheduling constraints, and respectfully request that the Case Management Conference be rescheduled for the earliest date and time that is convenient for the Court, with the exception of July 1 through July 5, when Defendants' lead counsel will

be out of the country;

10. WHEREAS, this request to reschedule the Case Management Conference will not alter or otherwise impact the date of any other event or deadline already fixed by Court order;

11. WHEREAS, this stipulation is made in good faith and not for the purposes of any delay and will not prejudice any party or the Court;

THE PARTIES HEREBY STIPULATE, AGREE, AND REQUEST, that the Court reschedule the Case Management Conference for the earliest date and time that is convenient for the Court, with the exception of July 1 through July 5.

The Parties submit the accompanying declaration of Jospeh R. Saveri in support hereof and respectfully request that the Court enter the attached proposed order.

| | | |
|---|---|---|
| 1 | Dated: June 18, 2024 | By: _/s/ Joseph R. Saveri_<br>Joseph R. Saveri |

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:       jsaveri@saverilawfirm.com
                  cyoung@saverilawfirm.com
                  eabuchanan@saverilawfirm.com
                  ecreutz@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile:  (415) 395-9940
Email:       mb@buttericklaw.com

Brian D. Clark (*pro hac vice*)
Laura M. Matson (*pro hac vice*)
Arielle Wagner (*pro hac vice*)
Eura Chang (*pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone:  (612)339-6900
Facsimile:  (612)339-0981
Email:       bdclark@locklaw.com
                  lmmatson@locklaw.com
                  aswagner@locklaw.com
                  echang@locklaw.com

*Attorneys for Plaintiffs and the Proposed Class in the O'Nan Action*

| | | |
|---|---|---|
| Dated: June 18, 2024 | By: | /s/ David A. Straite |
| | | David A. Straite |

Bryan L. Clobes (pro hac vice)
Alexander J. Sweatman (pro hac vice)
Mohammed R. Rathur (pro hac vice)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
Email:   bclobes@caffertyclobes.com
            asweatman@caffertyclobes.com
            mrathur@caffertyclobes.com

Amy E. Keller (pro hac vice)
Nada Djordjevic (pro hac vice)
James A. Ulwick (pro hac vice)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900
Email:   akeller@dicellolevitt.com
            ndjordjevic@dicellolevitt.com
            julwick@dicellolevitt.com

David A. Straite (pro hac vice)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Telephone: (646) 933-1000
Email:   dstraite@dicellolevitt.com

*Counsel for Plaintiffs and the Proposed Class in the Makkai Action*

| | |
|---|---|
| Dated: June 18, 2024 | Respectfully Submitted,<br><br>By: /s/ *Jedediah Wakefield*<br><br>Jedediah Wakefield<br>David Lloyd Hayes<br>Ryan Kwock<br>**FENWICK & WEST LLP**<br>555 California Street, 12th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 875-2300<br>Email:   jwakefield@fenwick.com<br>            dhayes@fenwick.com<br>            rkwock@fenwick.com<br><br>Charles Moulins (*pro hac vice*)<br>**FENWICK & WEST LLP**<br>902 Broadway, Suite 14<br>New York, NY 10010<br>Telephone: (212) 430-2600<br>Email:   cmoulins@fenwick.com<br><br>Deena J.G. Feit (*pro hac vice*)<br>**FENWICK & WEST LLP**<br>401 Union Street, 5th Floor<br>Seattle, WA 98101<br>Telephone: (206) 389-4510<br>Email:   dfeit@fenwick.com<br><br>*Counsel for Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc.* |

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Charles R. Breyer
U.S. District Court Judge