**JOSEPH SAVERI LAW FIRM, LLP**
Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:       jsaveri@saverilawfirm.com
             cyoung@saverilawfirm.com
             eabuchanan@saverilawfirm.com
             ecreutz@saverilawfirm.com

*Attorneys for* O'Nan *Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| Stewart O'Nan, et al.,<br><br>*Individual and Representative Plaintiffs,*<br><br>vs.<br><br>Databricks, Inc., et al.,<br><br>*Defendants.* | Case No. 3:24-cv-01451-CRB<br>Case No. 3:24-cv-02653-CRB<br><br>**DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| Rebecca Makkai, et al.,<br><br>*Individual and Representative Plaintiffs,*<br><br>vs.<br><br>Databricks, Inc., et al.,<br><br>*Defendants.* | |

I, Joseph R. Saveri, declare as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP ("JSLF"), and am lead counsel of record for Plaintiffs Stewart O'Nan, Abdi Nazemian, and Brian Keene in the above-captioned *O'Nan* action. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto. I make this declaration pursuant to 28 U.S.C. § 1746 in support of the Parties' Joint Stipulation and [Proposed] Order Rescheduling Case Management Conference.

2. The *O'Nan* Plaintiffs filed their Complaint on March 8, 2024 (*O'Nan* ECF No. 1).

3. On March 18, 2024, the Clerk of Court notified the Parties in *O'Nan* that the Case Management Conference was set for June 21, 2024, at 8:30 A.M. with the Case Management Statement due on June 14, 2024 (*O'Nan* ECF No. 23).

4. The *Makkai* Plaintiffs filed their Complaint on May 2, 2024 (*Makkai* ECF No. 1).

5. Defendants timely filed their Answer in *O'Nan* on May 2, 2024 (*O'Nan* ECF No. 39).

6. On May 13, 2024, the Court judicially related the *Makkai* action to the *O'Nan* action (*O'Nan* ECF No. 45; *Makkai* ECF No. 19).

7. Defendants timely filed their Answer in *Makkai* on May 29, 2024 (*Makkai* ECF No. 26).

8. The Parties filed a Case Management Statement on June 14, 2024 (*O'Nan* ECF No. 47); *see also Makkai* ECF No. 45.

9. I will be out of the country on June 21, 2024, and unable to attend the Case Management Conference.

10. The Parties met and conferred, and Defendants do not oppose rescheduling the Case Management Conference to accommodate my scheduling constraints, and respectfully request that the Case Management Conference be rescheduled for the earliest date and time that is convenient for the Court, with the exception of July 1 through July 5, when Defendants' lead counsel will be out of the country.

11. The Parties' request to reschedule the Case Management Conference will not alter or otherwise impact the date of any other event or deadline already fixed by Court order.

Case No. 3:24-cv-01451-CRB
Case No. 3:24-cv-02653-CRB
DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF JOINT STIPULATION
AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE

1    12.     The Parties' stipulation is made in good faith and not for the purposes of any delay and
2 will not prejudice any party or the Court.
3    I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of
4 June, 2024.

					      */s/ Joseph R. Saveri*
					         Joseph R. Saveri

Case No. 3:24-cv-01451-CRB
Case No. 3:24-cv-02653-CRB
DECLARATION OF JOSEPH R. SAVERI IN SUPPORT OF JOINT STIPULATION
AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE