IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART ONAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DATABRICKS, INC., et al.,<br><br>    Defendants.<br><br>Rebecca Makkai, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DATABRICKS, INC., et al.,<br><br>    Defendants. | Case No. 24-cv-01451-CRB<br>Case No. 24-cv-02653-CRB<br><br>**ORDER DIRECTING RESPONSE RE: CASE SCHEDULE** |

On June 14, 2024, the parties submitted a joint case management statement in which they disagree about when to litigate motions for summary judgment on liability. See Case Mgmt. Stmt. (dkt. 47) at 4–6. Defendants urge that the Court should resolve motions for summary judgment before class certification. Id. at 5–6. The named Plaintiffs argue that Defendants' approach "would deny Plaintiffs the opportunity to seek summary judgment before class certification due to the one-way intervention rule." Id. at 4.

If the Court adopts Defendants' approach, it will permit both named Plaintiffs and Defendants to file motions for summary judgment prior to litigating class certification. However, Defendants must explicitly consent to this approach given that a grant of summary judgment for Plaintiffs prior to class certification could give unnamed class members a chance to opt into this case after a legal issue has been decided against

1   Defendants.

2   The Court therefore ORDERS Defendants to file a response by July 8, 2024,
3   indicating whether they consent to this approach and waive any objections to one-way
4   intervention in this case.  See Schwarzschild v. Tse, 69 F.3d 293, 297 (9th Cir. 1995).

6   **IT IS SO ORDERED.**

7   Dated: July 1, 2024

_____
CHARLES R. BREYER
United States District Judge