JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
RYAN KWOCK (CSB No. 336414)
rkwock@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

DAVID HAYES (CSB No. 122894)
dhayes@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

*Attorneys for Defendants*
DATABRICKS, INC. and
MOSAIC ML, LLC, formerly MOSAIC ML, INC.

*Additional counsel listed on signature page*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEWART O'NAN, et al.*,*<br><br>Plaintiffs,<br><br>v.<br><br>DATABRICKS, INC., et al.,<br><br>Defendants. | Case No.: 3:24-cv-01451-CRB<br>Case No.: 3:24-cv-02653-CRB<br><br>**DEFENDANTS' RESPONSE TO COURT ORDER DIRECTING RESPONSE RE: CASE SCHEDULE**<br><br>Dept:      6<br>Judge:     Hon. Charles R. Breyer |
| REBECCA MAKKAI, et al.*,*<br><br>Plaintiffs,<br><br>v.<br><br>DATABRICKS, INC., et al.,<br><br>Defendants. | |

Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc. (together "Defendants") submit this Response to the Court Order Directing Response re: Case Schedule (*O'Nan* Dkt. No. 51; *Makkai* Dkt. No. 50).

Defendants consent to a case schedule that permits both named Plaintiffs and Defendants to file motions for summary judgment on the fair use defense before litigating class certification. Accordingly, Defendants waive objections based on the one-way intervention rule.

Defendants submit this response without waiving any arguments challenging the validity of claims brought by any intervening plaintiff based on facts and circumstances unique to them, and to the propriety of class certification under Federal Rule of Civil Procedure 23.

Dated: July 8, 2024

FENWICK & WEST LLP

By: */s/ Jedediah Wakefield*
Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:     415.875.2300
Facsimile:     415.281.1350

David Hayes (CSB No. 122894)
dhayes@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone:     650.988.8500
Facsimile:     650.938.5200

Deena Feit (admitted *pro hac vice*)
dfeit@fenwick.com
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:     206.389.4510
Facsimile:     206.389.4511

Charles Moulins (admitted *pro hac vice*)
cmoulins@fenwick.com
902 Broadway, Ste 14
New York, NY 10010
Telephone:     212.430.2600
Facsimile:     650.938.5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
FENWICK &WEST LLP
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone:      310.554.5400
Facsimile:       650.938.5200

*Attorneys for Defendants*
DATABRICKS, INC. and
MOSAIC ML, LLC, formerly
MOSAIC ML, INC.

FENWICK & WEST LLP
ATTORNEYS AT LAW

DEFENDANTS' RESPONSE TO COURT
ORDER RE: CASE SCHEDULE

2

Case No.: 3:24-cv-01451-CRB
Case No.: 3:24-cv-02653-CRB