[Counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| Stewart O'Nan, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>Databricks, Inc., Mosaic ML, Inc.,<br><br>    Defendants. | Case No. 3:24-cv-01451-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING CASES**<br><br>Judge: Hon. Charles R. Breyer<br>Complaint Filed: March 8, 2024<br>Trial Date: n/a |
| Rebecca Makkai, et al.,<br><br>    Individual and Representative Plaintiffs,<br><br>v.<br><br>Databricks, Inc., Mosaic ML, Inc.,<br><br>    Defendants. | Case No. 3:24-cv-02653-CRB<br><br>**RELATED CASE**<br><br>Judge: Hon. Charles R. Breyer<br>Complaint Filed: May 2, 2024<br>Trial Date: n/a |

Pursuant to Federal Rule of Civil Procedure 42(a) and Local Rule 3-12(a), Plaintiffs Stewart O'Nan, Abdi Nazemian, Brian Keene, Rebecca Makkai, Jason Reynolds and Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc., jointly request that the above captioned actions (the "Actions") be related and consolidated for all pretrial and trial proceedings. The parties, by and through their undersigned counsel, stipulate as follows:

1. WHEREAS, Plaintiffs Stewart O'Nan, Abdi Nazemian, and Brian Keene filed a Complaint on March 8, 2024 against Defendants Databricks, Inc. and Mosaic ML, Inc. in *O'Nan*, *et al. v. Databricks Inc., et al.*, Case No. 3:24-cv-01451-CRB (N.D. Cal. March 8, 2024) (the "*O'Nan* Action") (*O'Nan* Dkt. No. 1);

2. WHEREAS, on May 2, 2024, Plaintiffs Rebecca Makkai and Jason Reynolds filed a Complaint against Defendants Databricks, Inc. and Mosaic ML, Inc. in *Makkai, et al., v. Databricks, Inc., et al.*, Case No. 3:24-cv-02653-CRB (N.D. Cal. May 2, 2024) (the "*Makkai* Action") (*Makkai* Dkt. No. 1);

3. WHEREAS, on May 8, 2024, Plaintiffs filed an Administrative Motion to Consider Whether Cases Should be Related seeking to relate the *Makkai* Action to the *O'Nan* Action (*O'Nan* Dkt. No. 40);

4. WHEREAS, on May 13, 2024, this Court granted the motion and related the *Makkai* Action to the *O'Nan* Action (*O'Nan* Dkt. No. 45; *Makkai* Dkt. No. 19);

5. WHEREAS, on May 15, 2024 and May 21, 2024, Plaintiffs in the *O'Nan* Action met and conferred with Defendants pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and subsequently served Defendants with written discovery;

6. WHEREAS, Plaintiffs for the *O'Nan* Action and *Makkai* Action have operated collaboratively in negotiations with Defendants regarding Rule 26(f) obligations and discovery;

7. WHEREAS, on November 12, 2024, Defendants filed a motion to consolidate the *O'Nan* Action and the *Makkai* Action. *See O'Nan* Dkt. No. 55;

8. WHEREAS, the parties agree that consolidation of the Actions will advance the just and efficient progress of this litigation, reduce case duplication, conserve Court time and resources, avoid the

1  need to contact parties and witnesses for multiple proceedings, and minimize the expenditure of time and
2  money for all parties involved. *See* Fed. R. Civ. P. 42(a);

3      9.    WHEREAS, the parties agree that discovery is open in the *O'Nan* Action and the *Makkai*
4  Action and will not be affected by consolidation;

5      10.    WHEREAS, the parties have conferred and agreed that going forward, the *O'Nan* Action
6  and the *Makkai* Action shall be consolidated for all purposes under Federal Rule of Civil Procedure 42(a);

8      NOW THEREFORE, the parties, through their undersigned counsel, hereby stipulate and agree
9  that, subject to the approval of the Court,

10      1.    the *O'Nan* Action and the *Makkai* Action shall be consolidated for all purposes under
11  Federal Rule of Civil Procedure 42(a); and

12      2.    the *O'Nan* and *Makkai* Actions shall be maintained under Master File Case No. 3:24-cv-
13  01451-CRB (the "Consolidated Action"); and

14      3.    Defendants' motion to consolidate the *O'Nan* and *Makkai* Actions (*O'Nan* Dkt. 55) is
15  denied as moot; and

16      4.    Plaintiffs' counsel shall file a proposal for the appointment of interim lead counsel by
17  December 27, 2024.

19  Dated: November 26, 2024                                                    Respectfully submitted,

21                                                                   By: */s/ Joseph R. Saveri*

1  Joseph R. Saveri (SBN 130064)
2  Christopher K.L. Young (SBN 318371)
   Elissa A. Buchanan (SBN 249996)
3  Evan Creutz (SBN 349728)
   **JOSEPH SAVERI LAW FIRM, LLP**
4  601 California Street, Suite 1505
   San Francisco, California 94108
5  Telephone: (415) 500-6800
   Facsimile: (415) 395-9940
6  jsaveri@saverilawfirm.com
   cyoung@saverilawfirm.com
7  eabuchanan@saverilawfirm.com
   ecreutz@saverilawfirm.com
8

9  Matthew Butterick (SBN 250953)
   1920 Hillhurst Avenue, #406
10 Los Angeles, CA 90027
   Telephone: (323) 968-2632
11 Facsimile: (415) 395-9940
   mb@buttericklaw.com
12

13 Brian D. Clark (admitted *pro hac vice*)
   Laura M. Matson (admitted *pro hac vice*)
14 Arielle Wagner (admitted *pro hac vice*)
   Eura Chang (admitted *pro hac vice*)
15 **LOCKRIDGE GRINDAL NAUEN PLLP**
   100 Washington Avenue South, Suite 2200
16 Minneapolis, MN 55401
   Telephone:  (612)339-6900
17 Facsimile:   (612)339-0981
   bdclark@locklaw.com
18 lmmatson@locklaw.com
   aswagner@locklaw.com
19 echang@locklaw.com
20
   *Attorneys for Plaintiffs and the Proposed*
21 *Class in the O'Nan Action*

| | | |
|---|---|---|
| 1 | Dated: November 26, 2024 | /s/ *David A. Straite* |
| 2 | | Bryan L. Clobes (*pro hac vice anticipated*) |
| 3 | | Alexander J. Sweatman (*pro hac vice anticipated*) |
| 4 | | Mohammed R. Rathur (*pro hac vice anticipated*) |

Dated: November 26, 2024            /s/ *David A. Straite*

Bryan L. Clobes (*pro hac vice anticipated*)
Alexander J. Sweatman
(*pro hac vice anticipated*)
Mohammed R. Rathur
(*pro hac vice anticipated*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone:     312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

Amy E. Keller (*pro hac vice*)
Nada Djordjevic (*pro hac vice*)
James A. Ulwick (*pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214-7900
akeller@dicellolevitt.com
ndjordjevic@dicellolevitt.com
julwick@dicellolevitt.com

David A. Straite (*pro hac vice*)
**DICELLO LEVITT LLP**
485 Lexington Avenue, Suite 1001
New York, NY 10017
Tel. (646) 933-1000
dstraite@dicellolevitt.com

*Attorneys for Plaintiffs and the Proposed Class in the Makkai Action*

1  Dated: November 26, 2024                                    Respectfully Submitted,

3                                                          By:   */s/ Jedediah Wakefield*

5  Jedediah Wakefield (SBN 178058)
   Ryan Kwock (SBN 336414)
   **FENWICK & WEST LLP**
   555 California Street, 12th Floor
   San Francisco, CA 94104
   Telephone: (415) 875-2300
   Email: jwakefield@fenwick.com
            rkwock@fenwick.com

   David Lloyd Hayes (SBN 122894)
   **FENWICK & WEST LLP**
   801 California Street
   Mountain View, CA 94041
   Telephone: (650) 988-8500
   Email: dhayes@fenwick.com

   Charles Moulins (*pro hac vice*)
   **FENWICK & WEST LLP**
   902 Broadway, Suite 14
   New York, NY 10010
   Telephone: (212) 430-2600
   Email: cmoulins@fenwick.com

   Deena J.G. Feit (*pro hac vice*)
   **FENWICK & WEST LLP**
   401 Union Street, 5th Floor
   Seattle, WA 98101
   Telephone: (206) 389-4510
   Email: dfeit@fenwick.com

   Zachary Harned (SBN 335898)
   **FENWICK & WEST LLP**
   730 Arizona Avenue, 1st Floor
   Santa Monica, CA 90401
   Telephone: (310) 434-5400
   Email: zharned@fenwick.com

   *Attorneys for Defendants*
   *Databricks, Inc. and Mosaic ML, LLC,*
   *formerly Mosaic ML, Inc.*

**[PROPOSED] ORDER**

**PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

Dated: _____                    _____
                                            The Honorable Charles R. Breyer
                                            U.S. District Court Judge

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: November 26, 2024                                                          */s/ Laura M. Matson*
                                                                                                      Laura Matson