JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
RYAN KWOCK (CSB No. 336414)
rkwock@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

DAVID HAYES (CSB No. 122894)
dhayes@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone:   650.988.8500
Facsimile:   650.938.5200

*Attorneys for Defendants*
DATABRICKS, INC., and
MOSAIC ML, LLC, formerly MOSAIC ML, INC.

*Additional counsel listed on signature page*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| STEWART O'NAN, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DATABRICKS, INC., et al., <br><br> Defendants. | Master File Case No. 3:24-cv-01451-CRB <br> Consolidated with Case No. 3:24-cv-02653-CRB <br><br> **DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO APPOINT INTERIM LEAD COUNSEL** <br><br> Date:   February 7, 2025 <br> Time:   10:00 a.m. <br> Place:  Zoom <br> Judge:  Hon. Charles R. Breyer |
| REBECCA MAKKAI, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DATABRICKS, INC., et al., <br><br> Defendants. | |

Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc. (together "Defendants") submit this Response to Plaintiffs' Motion to Appoint Interim Lead Counsel Under Fed. R. Civ. P. 23(g)(3) (Dkt. No. 64). Defendants take no position on Plaintiffs' proposed appointment of interim lead counsel. Defendants submit this Response without waiving any arguments challenging the propriety of class certification.

Dated:   January 10, 2025                         FENWICK & WEST LLP

By: */s/ Jedediah Wakefield*
Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

David Hayes (CSB No. 122894)
dhayes@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Deena Feit (admitted *pro hac vice*)
dfeit@fenwick.com
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

Charles Moulins (admitted *pro hac vice*)
cmoulins@fenwick.com
902 Broadway, Ste 14
New York, NY 10010
Telephone:    212.430.2600
Facsimile:    650.938.5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone:    310.554.5400
Facsimile:    650.938.5200

DEFENDANTS' RESPONSE TO
PLAINTIFFS' MOTION TO APPOINT                    Master File Case No.: 3:24-cv-01451-CRB
INTERIM LEAD COUNSEL                      1

*Attorneys for Defendants*
DATABRICKS, INC., and
MOSAIC ML, LLC, formerly
MOSAIC ML, INC.