[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| STEWART O'NAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DATABRICKS, INC., et al.,<br><br>Defendants.<br><br>REBECCA MAKKAI, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DATABRICKS, INC., et al.,<br><br>Defendants. | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 16-10(D)**<br><br>Date:      January 17, 2025<br>Time:      8:30 a.m.<br>Location:  Courtroom 6, 17th Floor<br>Judge:     Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 16-10(d) and the Court's Order setting a Case Management Conference for January 17, 2025, at 8:30am (Dkt. No. 53), counsel for Plaintiffs Stewart O'Nan, Abdi Nazemian, Brian Keene, Rebecca Makkai, and Jason Reynolds and the proposed class (together "Plaintiffs") and Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc. (together "Defendants") (collectively the "parties"), respectfully submit this subsequent Joint Case Management Statement.  This subsequent Joint Case Management Statement reports the progress or changes since the parties' initial Joint Case Management Statement on June 14, 2024 (Dkt. No. 47).

1. **Motions**

The following motion is currently pending before the Court:

- Plaintiffs' Motion to Appoint Interim Lead Counsel Under Fed. R. Civ. P. 23(g)(3) filed on December 27, 2024 (Dkt. No. 64).  Defendants responded on January 10, 2025, that they take no position on Plaintiffs' proposal for appointment of interim lead counsel (Dkt. No. 72).  Plaintiffs do not plan to submit a reply, and Plaintiffs have noticed a hearing on the motion for February 7, 2025.  Plaintiffs believe the motion is ripe for ruling without the hearing on February 7, 2025.

The Court has ruled on the following motion:

- Defendants' Motion to Consolidate Cases filed on November 12, 2024 (Dkt. No. 55). After Defendants filed their motion, the parties filed a Joint Stipulation to Consolidate Cases on November 26, 2024 (Dkt. No. 56).  On December 12, 2024, pursuant to the Joint Stipulation, the Court entered an order consolidating the cases and denying the Defendants' motion as moot (Dkt. No. 57).  The cases *O'Nan*, *et al. v. Databricks Inc., et al.*, Case No. 3:24-cv-01451-CRB (N.D. Cal. March 8, 2024) and *Makkai, et al.*, *v. Databricks*, *Inc., et al.*, Case No. 3:24-cv-02653-CRB (N.D. Cal. May 2, 2024) have been consolidated and are maintained under the lower-case number 3:24-cv-01451-CRB.

## 2. **Discovery**

The deadline for the close of fact discovery is set for April 18, 2025. The parties have proceeded to conduct discovery and have conferred as needed to resolve disputes and negotiate protocols to guide the discovery process.

Plaintiffs propounded requests for production on Defendants on May 29, 2024, and Defendants provided their responses and objections on July 12, 2024. Since then, Defendants have made three productions of documents to Plaintiffs, amounting to more than 1,000 publicly available files related to the MPT models and more than 500 GB of data. Defendants are continuing to review documents and plan to make rolling productions of custodian documents and other data. Plaintiffs propounded a first set of interrogatories on January 9, 2025.

Defendants propounded their first set of interrogatories and requests for production on Plaintiffs on August 23, 2024, and their second set of interrogatories and requests for production on January 3, 2025. Plaintiffs provided objections and written responses to Defendants' first set of requests on September 23, 2024. Plaintiffs have produced 3,063 documents, comprising 132,372 pages. Defendants anticipate serving third-party subpoenas on Plaintiffs' literary agents, publishers, publicists, and other individuals involved in the publication, distribution, and commercialization of Plaintiffs' works. Defendants requested that Plaintiffs identify these individuals as custodians, and Plaintiffs maintained that these individuals' documents are not within Plaintiffs' possession, custody, or control.

The parties are conferring regarding availability for depositions.

The parties also conferred to negotiate the following discovery protocols:

- Stipulated Order Regarding Discovery of Electronically Stored Information (filed on December 4, 2024, at Dkt. No. 58; entered by the Court on December 5, 2024, at Dkt. No. 61);
- Protective Order (filed on December 4, 2024, at Dkt. No. 59; entered by the Court on December 5, 2024, at Dkt. No. 62); and
- Stipulated Order Regarding Privilege Logs, Redactions, and Privilege Challenges (filed on

January 7, 2025, at Dkt. No. 65; entered by the Court on January 8, 2025, at Dkt. No. 66).

The parties hope to resolve discovery disputes without judicial intervention. In accordance with Judge Breyer's Standing Order for Civil and Criminal Cases, the parties will seek a referral to the Magistrate Judge to resolve any potential disputes regarding discovery issues.

### 3. Scheduling

Plaintiffs respectfully submit that the current schedule warrants modification in light of ongoing discovery demands and the complexity of this case. While discovery efforts proceed diligently, Plaintiffs contend that the intricate nature of the claims and volume of technical materials necessitate additional time to ensure thorough examination of evidence and adequate preparation. The parties are presently engaged in constructive discussions regarding a mutually agreeable extension of scheduling deadlines and are hopeful that they will be able to reach agreement and present a joint proposal for the Court's consideration.

### 4. Settlement and ADR

The parties continue to meet and confer on an ADR plan. The parties agree that this case is not suitable for binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation at this time.

### 5. Other Matters

Defendants request a consolidated case caption for the consolidated cases, which are maintained under the lower-case number 3:24-cv-01451-CRB.

DATED: January 10, 2025

By: */s/ Joseph R. Saveri*
Joseph R. Saveri (CSB No. 130064)
Cadio Zirpoli (CSB No. 179108)
Christopher K.L. Young (CSB No. 318371)
Elissa A. Buchanan (CSB No. 249996)
Evan Creutz (CSB No. 349728)
Margaux Poueymirou (CSB No. 356000)
William Waldir Castillo Guardado (CSB No. 294159)

By: */s/ Jedediah Wakefield*
Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:   415.875.2300
Facsimile:   415.281.1350

JOINT CASE MANAGEMENT STATEMENT    3    Master File Case No.: 3:24-cv-01451-CRB

| | | |
|---|---|---|
| 1 | **JOSEPH SAVERI LAW FIRM, LLP** | David Hayes (CSB No. 122894) |
| 2 | 601 California Street, Suite 1505 | dhayes@fenwick.com |
| | San Francisco, California 94108 | **FENWICK & WEST LLP** |
| 3 | Telephone: (415) 500-6800 | 801 California Street |
| | Facsimile: (415) 395-9940 | Mountain View, CA 94041 |
| 4 | Email: jsaveri@saverilawfirm.com | Telephone:     650.988.8500 |
| | Email: czirpoli@saverilawfirm.com | Facsimile:     650.938.5200 |
| 5 | Email: cyoung@saverilawfirm.com | |
| | Email: eabuchanan@saverilawfirm.com | Deena Feit (admitted *pro hac vice*) |
| 6 | Email: ecreutz@saverilawfirm.com | dfeit@fenwick.com |
| | Email: mpoueymirou@saverilawfirm.com | **FENWICK & WEST LLP** |
| 7 | Email: wcastillo@saverilawfirm.com | 401 Union Street, 5th Floor |
| | | Seattle, WA 98101 |
| 8 | Matthew Butterick (CSB No. 250953) | Telephone:     206.389.4510 |
| | 1920 Hillhurst Avenue, #406 | Facsimile:     206.389.4511 |
| 9 | Los Angeles, CA 90027 | |
| | Telephone: (323) 968-2632 | Charles Moulins (admitted *pro hac vice*) |
| 10 | Facsimile: (415) 395-9940 | cmoulins@fenwick.com |
| | Email: mb@buttericklaw.com | **FENWICK & WEST LLP** |
| 11 | | 902 Broadway, Ste 14 |
| | | New York, NY 10010 |
| 12 | Brian D. Clark (admitted *pro hac vice*) | Telephone:     212.430.2600 |
| | Laura M. Matson (admitted *pro hac vice*) | Facsimile:     650.938.5200 |
| 13 | Arielle Wagner (admitted *pro hac vice*) | |
| | Eura Chang (admitted *pro hac vice*) | Zachary Harned (CSB No. 335898) |
| 14 | **LOCKRIDGE GRINDAL NAUEN P.L.L.P.** | zharned@fenwick.com |
| | | **FENWICK & WEST LLP** |
| 15 | 100 Washington Avenue South, Suite 2200 | 730 Arizona Avenue, 1st Floor |
| | Minneapolis, MN 55401 | Santa Monica, CA 90401 |
| 16 | Telephone: (612)339-6900 | Telephone:     310.554.5400 |
| | Facsimile: (612)339-0981 | Facsimile:     650.938.5200 |
| 17 | Email: bdclark@locklaw.com | |
| | Email: lmmatson@locklaw.com | *Attorneys for Defendants* |
| 18 | Email: aswagner@locklaw.com | DATABRICKS, INC., and |
| | Email: echang@locklaw.com | MOSAIC ML, LLC, formerly |
| 19 | | MOSAIC ML, INC. |
| 20 | Bryan L. Clobes (admitted *pro hac vice*) | |
| 21 | Alexander J. Sweatman | |
| | (admitted *pro hac vice*) | |
| 22 | Mohammed R. Rathur | |
| | (admitted *pro hac vice*) | |
| 23 | **CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP** | |
| 24 | 135 South LaSalle Street, Suite 3210 | |
| | Chicago, IL 60603 | |
| 25 | Telephone: 312-782-4880 | |
| 26 | Email: bclobes@caffertyclobes.com | |
| | Email: asweatman@caffertyclobes.com | |
| 27 | Email: mrathur@caffertyclobes.com | |
| 28 | | |

| | | |
|---|---|---|
| | JOINT CASE MANAGEMENT STATEMENT | 4 | Master File Case No.: 3:24-cv-01451-CRB |

## **ATTESTATION OF PURSUANT TO CIVIL L.R. 5-1(i)(3)**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Joseph R. Saveri. By their signature, Joseph R. Saveri attests that he has obtained concurrence in the filing of this document from each of the attorneys identified in the above signature block.

Dated: January 10, 2025                    By: */s/ Joseph R. Saveri*
                                                                 Joseph R. Saveri