IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEWART ONAN, et al., | Case No. 24-cv-01451-CRB |
| Plaintiffs, | |
| v. | **ORDER GRANTING PLAINTIFFS' MOTION TO APPOINT INTERIM LEAD COUNSEL** |
| DATABRICKS, INC., et al., | |
| Defendants. | |

Plaintiffs Stewart O'Nan and Rebecca Makkai seek the Court's approval of an interim proposed leadership structure in their putative class action against Defendants Databricks, Inc. and Mosaic ML, LLC.  Mot. (dkt. 64).  Specifically, Plaintiffs propose that Joseph Saveri of the Joseph Saveri Law Firm, LLP should serve as interim lead counsel and that Brian Clark of Lockridge Grindal Nauen PLLP and Bryan Clobes of Cafferty Clobes Meriwether & Sprengel LLP support Mr. Saveri, with their firms forming the proposed executive committee.  Id. at 1.  Defendants do not oppose Plaintiffs' motion.  See Resp. (dkt. 72).

Federal Rule of Civil Procedure 23(g) authorizes the Court to "designate interim counsel to act on behalf of a putative class before determining whether to certify the actions as a class action."  The Court must consider four factors in appointing interim counsel: (1) "the work counsel has done in identifying or investigating potential claims in the action"; (2) "counsel's experience in handling class actions, other complex litigation, and the types of claims asserted in the action"; (3) "counsel's knowledge of the applicable law"; and (4) "the resources that counsel will commit to representing the class."  Fed. R. Civ. P. 23(g)(1)(A); see also In re Lenovo Adware Litig., No. 15-md-2624, 2015 WL

10890657, at *1 n.1 (N.D. Cal. July 27, 2015) (applying the Rule 23(g)(1)(A) factors to appointments of interim counsel).

Plaintiffs have demonstrated that these factors all support appointment of interim lead counsel here. <u>First</u>, Mr. Saveri and the proposed executive committee law firms have devoted significant resources to advancing the cases at hand. <u>See</u> Mot. at 4. <u>Second</u>, Mr. Saveri and the proposed executive committee law firms have extensive experience in class actions and complex litigation. <u>See id.</u> at 4–6. <u>Third</u>, Mr. Saveri has specialized experience in artificial intelligence–related litigation. <u>See id.</u> at 4. <u>Fourth</u>, Mr. Saveri and the proposed executive committee law firms have committed to devoting the necessary resources to litigate the case effectively, efficiently, and cooperatively. <u>See id.</u> at 7–8.

For the foregoing reasons, the Court appoints the Joseph Saveri Law Firm, LLP as interim lead counsel and Lockridge Grindal Nauen PLLP and Cafferty Clobes Meriwether & Sprengel LLP as the executive committee. The Court further appoints Mr. Saveri, Mr. Clark, and Mr. Clobes as the designated lead attorneys from each firm.

**IT IS SO ORDERED.**

Dated: January 14, 2025



CHARLES R. BREYER
United States District Judge

2