1    [Counsel on signature page]

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**

9                        **SAN FRANCISCO DIVISION**

10

11

| | |
|---|---|
| 12  Stewart O'Nan, et al., | Master File Case No. 3:24-cv-01451-CRB |
| 13      Individual and Representative Plaintiffs, | Consolidated with Case No. 3:24-cv-02653-CRB |
| 14      v. | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER CHANGING CASE CAPTION** |
| 15  Databricks, Inc., Mosaic ML, Inc., | |
| 16      Defendants. | Judge: Hon. Charles R. Breyer |
| 17  Rebecca Makkai, et al., | |
| 18      Individual and Representative Plaintiffs, | |
| 19      v. | |
| 20  Databricks, Inc., Mosaic ML, Inc., | |
| 21      Defendants. | |

22

23

24

25

26

27

28

1    Pursuant to Federal Rules of Civil Procedure 42(a) and 10(a), Plaintiffs Stewart O'Nan, Abdi

2  Nazemian, Brian Keene, Rebecca Makkai, Jason Reynolds and Defendants Databricks, Inc. and Mosaic

3  ML, LLC, formerly Mosaic ML, Inc. (together "Defendants"), jointly request that the docket in *Makkai,*

4  *et al. v. Databricks, Inc. et al.*, Case No. 3:24-cv-02653-CRB be administratively closed and the case

5  caption in the above captioned action be re-titled to *In Re Mosaic LLM Litigation*.  The parties base their

6  stipulation on the following facts:

7    Plaintiffs Stewart O'Nan, Abdi Nazemian, and Brian Keene filed a Complaint on March 8, 2024

8  against Defendants in *O'Nan*, *et al. v. Databricks Inc., et al.*, Case No. 3:24-cv-01451-CRB (N.D. Cal.

9  March 8, 2024) (the "*O'Nan* Action") (*O'Nan* Dkt. No. 1);

10    On May 2, 2024, Plaintiffs Rebecca Makkai and Jason Reynolds filed a Complaint against

11  Defendants in *Makkai, et al.*, *v. Databricks*, *Inc., et al.*, Case No. 3:24-cv-02653-CRB (N.D. Cal. May 2,

12  2024) (the "*Makkai* Action") (*Makkai* Dkt. No. 1);

13    On November 26, 2024, the Plaintiffs' counsel and Defendants' counsel in the *O'Nan* and *Makkai*

14  Actions stipulated to the consolidation of the two actions.  *O'Nan* Dkt. No. 56;

15    On December 2, 2024, the Court issued an order granting the stipulation and consolidating the

16  *O'Nan* and *Makkai* Actions.  *O'Nan* Dkt. No. 57;

17    Accordingly, the parties stipulate and agree that, subject to the approval of the Court,

18    1.    The docket for the *Makkai* Action shall be administratively closed; and

19    2.    All future filings shall bear the case name:

20

21

22    *In Re Mosaic LLM Litigation*          Case No. 3:24-cv-01451-CRB

23

24

25

26

27

28

JOINT STIPULATION AND [~~PROPOSED~~] ORDER CHANGING CASE CAPTION

1    Dated: January 15, 2025                                  Respectfully submitted,

2                                                    By: *Joseph R. Saveri*
                                                    Joseph R. Saveri (SBN 130064)
3                                                    Christopher K.L. Young (SBN 318371)
                                                    Elissa A. Buchanan (SBN 249996)
4                                                    Evan Creutz (SBN 349728)
5                                                    **JOSEPH SAVERI LAW FIRM, LLP**
                                                    601 California Street, Suite 1505
6                                                    San Francisco, California 94108
                                                    Telephone: (415) 500-6800
7                                                    Facsimile: (415) 395-9940
                                                    jsaveri@saverilawfirm.com
8                                                    cyoung@saverilawfirm.com
                                                    eabuchanan@saverilawfirm.com
9                                                    ecreutz@saverilawfirm.com
10
                                                    Matthew Butterick (SBN 250953)
11                                                   1920 Hillhurst Avenue, #406
                                                    Los Angeles, CA 90027
12                                                   Telephone: (323) 968-2632
                                                    Facsimile: (415) 395-9940
13                                                   mb@buttoricklaw.com
14
                                                    Brian D. Clark (admitted *pro hac vice*)
15                                                   Laura M. Matson (admitted *pro hac vice*)
                                                    Arielle Wagner (admitted *pro hac vice*)
16                                                   Eura Chang (admitted *pro hac vice*)
17                                                   **LOCKRIDGE GRINDAL NAUEN**
                                                    **PLLP**
18                                                   100 Washington Avenue South, Suite 2200
                                                    Minneapolis, MN 55401
19                                                   Telephone:  (612)339-6900
                                                    Facsimile:       (612)339-0981
20                                                   bdclark@locklaw.com
                                                    lmmatson@locklaw.com
21                                                   aswagner@locklaw.com
                                                    echang@locklaw.com
22
23
24
25
26
27
28

                                  2              Master File Case No. 3:24-cv-01451-CRB
JOINT STIPULATION AND [~~PROPOSED~~] ORDER CHANGING CASE CAPTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman
(admitted *pro hac vice*)
Mohammed R. Rathur
(admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

*Attorneys for Plaintiffs and the Proposed
Class*

Dated: January 15, 2025                    Respectfully Submitted,


By:    */s/ Jedediah Wakefield*

Jedediah Wakefield (SBN 178058)
Ryan Kwock (SBN 336414)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Email: jwakefield@fenwick.com
          rkwock@fenwick.com

David Lloyd Hayes (SBN 122894)
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Email: dhayes@fenwick.com

Charles Moulins (admitted *pro hac vice*)
**FENWICK & WEST LLP**
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2600
Email: cmoulins@fenwick.com

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING CASE CAPTION

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Deena J.G. Feit (admitted *pro hac vice*)
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
Email: dfeit@fenwick.com

Zachary Harned (SBN 335898)
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: (310) 434-5400
Email: zharned@fenwick.com

*Attorneys for Defendants*
*Databricks, Inc. and Mosaic ML, LLC,*
*formerly Mosaic ML, Inc.*

JOINT STIPULATION AND [~~PROPOSED~~] ORDER CHANGING CASE CAPTION

1          **[~~PROPOSED~~] ORDER**

2     **PURSUANT TO JOINT STIPULATION, IT IS SO ORDERED.**

3

4

5

Dated:  January 16, 2025          _____

6                                                The Honorable Charles R. Breyer

7                                                U.S. District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING CASE CAPTION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ATTESTATION PURSUANT TO CIVIL L.R. 5-1**

The filer attests that the other signatories listed, on whose behalf the filing is also submitted, are registered CM/ECF filers and concur in the filing's content and have authorized the filing.

Dated: January 15, 2025

*/s/ Laura M. Matson*
Laura M. Matson

JOINT STIPULATION AND [PROPOSED] ORDER CHANGING CASE CAPTION