Joseph R. Saveri (State Bar No. 130064)
Christopher K.L. Young (State Bar No. 318371)
Evan Creutz (State Bar No. 349728)
Margaux Poueymirou (State Bar No. 356000)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo Guardado (State Bar No. 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:     jsaveri@saverilawfirm.com
           cyoung@saverilawfirm.com
           ecreutz@saverilawfirm.com
           mpoueymirou@saverilawfirm.com
           eabuchanan@saverilawfirm.com
           wcastillo@saverilawfirm.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*
[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB Consolidated with Case No. 3:24-cv-02653-CRB **NOTICE OF DISCOVERY DISPUTE AND REQUEST FOR REFERRAL TO MAGISTRATE JUDGE** |

Under Section 2 of this Court's Standing Order, Plaintiffs notify the Court of an anticipated discovery dispute and request a referral to a magistrate judge. Upon referral, the parties will follow the discovery procedures of the magistrate judge (including any required meet and confer procedures).

Dated: February 12, 2025

Respectfully Submitted,

By:   */s/William W. Castillo Guardado*
         William W. Castillo Guardado

Joseph R. Saveri (State Bar No. 130064)
Christopher K.L. Young (State Bar No. 318371)
Evan Creutz (State Bar No. 349728)
Margaux Poueymirou (State Bar No. 356000)
Elissa A. Buchanan (State Bar No. 249996)
William W. Castillo Guardado (State Bar No. 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:      jsaveri@saverilawfirm.com
            cyoung@saverilawfirm.com
            ecreutz@saverilawfirm.com
            mpoueymirou@saverilawfirm.com
            eabuchanan@saverilawfirm.com
            wcastillo@saverilawfirm.com

Bryan L. Clobes (*pro hac vice*)
Alexander J. Sweatman (*pro hac vice*)
Mohammed A. Rathur (*pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Tel: 312-782-4880
Email:      bclobes@caffertyclobes.com
            asweatman@caffertyclobes.com
            mrathur@caffertyclobes.com

Matthew Butterick (State Bar No. 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email:     mb@buttericklaw.com

Brian D. Clark (pro hac vice)
Laura M. Matson (pro hac vice)
Arielle Wagner (pro hac vice)
Eura Chang (pro hac vice)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile:  (612)339-0981
Email:     bdclark@locklaw.com
           lmmatson@locklaw.com
           aswagner@locklaw.com
           echang@locklaw.com

*Attorneys for Plaintiffs and the Proposed Class*