UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No. 24-cv-01451-CRB  (LJC) |
| | **NOTICE OF REFERRAL FOR DISCOVERY** |

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. As to all discovery matters, the parties shall comply with Section F of the undersigned's Standing Order, which is available at https://cand.uscourts.gov/lisa-j-cisneros/.

Please be advised that discovery disputes must be presented in a joint letter brief that includes, inter alia, an attestation that the parties have met and conferred as required by the Standing Order.

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: February 18, 2025

LISA J. CISNEROS
United States Magistrate Judge