[Counsel on signature page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**STIPULATION & [PROPOSED] ORDER RE:<br>SCHEDULE MODIFICATION**<br><br>Judge: Hon. Charles R. Breyer |

The Parties agree that an extension of the schedule in this action is warranted to allow sufficient time to complete discovery. Accordingly, the Parties stipulate to the following modifications to the schedule in this action:

| Event | New Stipulated Deadline |
| --- | --- |
| Close of Fact Discovery on Plaintiffs' copyright claim/fair use | July 1, 2025 |
| Deadline for Opening Expert Reports on Plaintiffs' copyright claim/fair use | July 29, 2025 |
| Deadline for Rebuttal Expert Reports | September 4, 2025 |
| Close of Expert Discovery | October 9, 2025 |
| Deadline for Summary Judgment Motions on Plaintiffs' copyright claim/fair use | November 20, 2025 |
| Deadline for Oppositions to Summary Judgment Motions | December 30, 2025 |
| Deadline for Replies to Summary Judgment Motions | January 27, 2026 |
| Hearing on Summary Judgment Motions | *To be set by the Court* |

The Parties disagree on a deadline for the substantial completion of production of documents, but may revisit the issue at a later time, if needed. The Parties expressly reserve all rights to seek modifications of these deadlines for good cause shown pursuant to Federal Rule of Civil Procedure 16(b)(4). Nothing in this stipulation shall preclude or prejudice any Party from seeking such modifications should circumstances warrant.

**IT IS SO STIPULATED.**

[Signature Pages Follow]

Dated: February 18, 2025

Respectfully submitted,

By: /s/ Joseph R. Saveri
Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
Evan Creutz (SBN 349728)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
ecreutz@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@buttericklaw.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
Eura Chang (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612)339-6900
Facsimile:

(612)339-0981
bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com
echang@locklaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed R. Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603

STIPULATION AND [~~PROPOSED~~] ORDER RE: SCHEDULE MODIFICATION

2

Master File Case No. 3:24-cv-01451-CRB

|  |  |
|---|---|
|  | Telephone:312-782-4880 |
|  | bclobes@caffertyclobes.com |
|  | asweatman@caffertyclobes.com |
|  | mrathur@caffertyclobes.com |
|  |  |
|  | *Attorneys for Plaintiffs and the Proposed Class* |
| Dated: February 18, 2025 | Respectfully Submitted, |
|  | */s/ Jedediah Wakefield* |
|  | Jedediah Wakefield (SBN 178058) |
|  | Ryan Kwock (SBN 336414) |
|  | **FENWICK & WEST LLP** |
|  | 555 California Street, 12th Floor |
|  | San Francisco, CA 94104 |
|  | Telephone: (415) 875-2300 |
|  | Email: jwakefield@fenwick.com |
|  |         rkwock@fenwick.com |
|  |  |
|  | David Lloyd Hayes (SBN 122894) |
|  | **FENWICK & WEST LLP** |
|  | 801 California Street |
|  | Mountain View, CA 94041 |
|  | Telephone: (650) 988-8500 |
|  | Email: dhayes@fenwick.com |
|  |  |
|  | Charles Moulins (admitted *pro hac vice*) |
|  | **FENWICK & WEST LLP** |
|  | 902 Broadway, Suite 14 |
|  | New York, NY 10010 |
|  | Telephone: (212) 430-2600 |
|  | Email: cmoulins@fenwick.com |

Deena J.G. Feit (admitted *pro hac vice*)
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
Email: dfeit@fenwick.com

Zachary Harned (SBN 335898)
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: (310) 434-5400
Email: zharned@fenwick.com

*Attorneys for Defendants Databricks, Inc.
and Mosaic ML, LLC, formerly Mosaic ML, Inc.*

4

STIPULATION AND [PROPOSED] ORDER RE: SCHEDULE MODIFICATION

Master File Case No. 3:24-cv-01451-CRB

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated:  February 19  , 2025

_____
Hon. Charles R. Breyer
United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Joseph R. Saveri, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of February, 2025, at San Francisco, California.

*/s/ Joseph R. Saveri*
Joseph R. Saveri

**CERTIFICATE OF SERVICE**

I, Joseph R. Saveri, hereby certify that on February 18, 2025, I electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

*/s/ Joseph R. Saveri*
Joseph R. Saveri