1 | [Counsel on signature page]
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**JOINT CASE MANAGEMENT STATEMENT PURSUANT TO CIVIL LOCAL RULE 16-10(D)**<br><br>Date:       April 11, 2025<br>Time:       8:30 a.m.<br>Location:  Courtroom 6, 17th Floor<br>Judge:      Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 16-10(d) and the Clerk's notice setting a Case Management Conference for April 11, 2025, at 8:30am (Dkt. No. 74), counsel for Plaintiffs Stewart O'Nan, Abdi Nazemian, Brian Keene, Rebecca Makkai, and Jason Reynolds and the proposed class (together "Plaintiffs") and Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc. (together "Defendants") (collectively, the "parties"), respectfully submit this subsequent Joint Case Management Statement.  This Case Management Statement reports the progress or changes since the parties' Joint Case Management Statement filed on January 10, 2025 (Dkt. No. 73).

### 1. **Motions**

There are currently no pending motions before the Court.

Since the parties' January 10, 2025 Joint Case Management Statement, the Court has ruled on the following motions:

- Plaintiffs' Motion to Appoint Interim Lead Counsel, filed on December 27, 2024 (Dkt. No. 64).  Defendants filed a response on January 10, 2025, taking no position on Plaintiffs' proposed appointment of interim lead counsel (Dkt. No. 72).  The Court granted Plaintiffs' motion on January 14, 2025 (Dkt. No. 75), appointing the Joseph Saveri Law Firm, LLP as interim lead counsel and Lockridge Grindal Nauen PLLP and Cafferty Clobes Meriwether & Sprengel LLP as the executive committee.

Since the parties' January 10, 2025 Joint Case Management Statement, the Court has also entered by order the following stipulations by the parties:

- Stipulation and Order to administratively close the docket in *Makkai, et al. v. Databricks, Inc. et al.*, Case No. 3:24-cv-02653-CRB and re-title the case caption to *In Re Mosaic LLM Litigation* (filed on January 15, 2025, at Dkt. No. 76; entered by the Court on January 16, 2025, at Dkt. No. 77);

- Stipulation and Order to modify the case schedule (filed on February 18, 2025, at Dkt. No. 81; entered by the Court on February 19, 2025; at Dkt. No. 82); and

- Stipulation and Order regarding Expert Discovery (filed on February 28, 2025; at Dkt. No. 83; entered by the Court on March 3, 2025; at Dkt. 84).

## 2. **Discovery**

The deadline for the close of fact discovery is July 1, 2025. The parties are conducting discovery and have conferred as needed to resolve discovery disputes, and they expect to continue doing so as discovery issues arise.

Since the parties' January 10, 2025 Joint Case Management Statement, Defendant Databricks provided its responses and objections to Plaintiffs' first set of interrogatories (served on January 9, 2025) on February 10, 2025. On March 26, 2024, Plaintiffs propounded a first set of requests for admission to Databricks and a second set of requests for production on Defendant Databricks.

Defendants have produced more than 700,000 files and 30 terabytes of data, including training data, source code, model files, and custodial documents. Defendants are continuing to review documents and make rolling productions of additional documents and data.

Plaintiffs note that the majority of Defendants' production has consisted of training data and publicly available non-custodial documents, and that Defendants have made limited productions of custodial documents. Plaintiffs anticipate conferring with Defendants regarding an extension of the July 1, 2025 deadline, which Defendants oppose. Further, the parties are meeting and conferring regarding Plaintiffs' request to modify the search terms applied to Defendants' custodians, and anticipate filing a joint letter brief before Judge Cisneros.

Plaintiffs provided responses and objections to Defendants' second set of interrogatories (served on January 3, 2025) on February 3, 2025. Defendants propounded a third set of interrogatories on February 18, 2025, and Plaintiffs provided responses and objections on March 20, 2025. Plaintiffs provided supplemental responses to certain interrogatories on February 28 and March 11, 2025, and served amended initial disclosures on March 11, 2025. Plaintiffs provided objections and responses to Defendants' second set of requests for production (served January 3, 2025) on February 3, 2025. Defendants propounded their third and fourth sets of requests for production on February 11, 2025, and March 26, 2025, respectively, and Plaintiffs provided objections to the third set of requests on March 13, 2025.

Plaintiffs have produced 4,676 documents consisting of 145,889 pages. Plaintiffs are continuing to review documents and produce relevant documents on a rolling basis.

Defendants have also served third-party subpoenas on Plaintiffs' literary publishers, agents, and assistants. Defendants agreed to hold in abeyance subpoenas to certain third parties whose documents Plaintiffs confirmed are under their "control" within the meaning of Federal Rule of Civil Procedure 34. For other third-party documents that Plaintiffs contend are not within their control, Defendants have continued to pursue subpoenas and to meet and confer to facilitate their production of responsive documents.

The parties are conferring regarding availability for depositions. Plaintiffs have provided Defendants the availability of four of five Plaintiffs.

While the parties hope to resolve discovery disputes without judicial intervention, the parties may have discovery disputes. In accordance with Judge Breyer's Standing Order for Civil and Criminal Cases, when Plaintiffs had anticipated a discovery dispute, Plaintiffs filed a Notice of Discovery Dispute and Request for Referral to a Magistrate Judge (Dkt. No. 78), and this case was referred to Magistrate Judge Lisa J. Cisneros for discovery (Dkt. Nos. 79, 80). The parties will direct any discovery disputes to Magistrate Judge Cisneros.

### 3. Scheduling

On February 19, 2025, the Court ordered entry of the parties' stipulation modifying the original case schedule (Dkt. No. 82). The case schedule remains as it is detailed under that Order.

### 4. Settlement and ADR

The parties agree that this case is not suitable for binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation at this time.

DATED: April 4, 2025

By: /s/ Joseph Saveri

By: /s/ Jedediah Wakefield
Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@buttericklaw.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (pro hac vice)
Trevor D. Nystrom (pro hac vice)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com

Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

David Hayes (CSB No. 122894)
dhayes@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Deena Feit (admitted *pro hac vice*)
dfeit@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

Charles Moulins (admitted *pro hac vice*)
cmoulins@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, Ste 14
New York, NY 10010
Telephone:    212.430.2600
Facsimile:    650.938.5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone:    310.554.5400
Facsimile:    650.938.5200

*Attorneys for Defendants*
DATABRICKS, INC., and
MOSAIC ML, LLC, formerly
MOSAIC ML, INC.

JOINT CASE MANAGEMENT STATEMENT — 4 — Master File Case No.: 3:24-cv-01451-CRB

| | |
|---|---|
| 1 | tnystrom@susmangodfrey.com |
| 2 | Rachel J. Geman (admitted *pro hac vice*) |
| 3 | Danna Z. Elmasry (admitted *pro hac vice*)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 4 | 250 Hudson Street, 8th Floor<br>New York, NY 10013 |
| 5 | Tel.: 212.355.9500<br>rgeman@lchb.com |
| 6 | delmasry@lchb.com |
| 7 | Anne B. Shaver<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 8 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111 |
| 9 | Tel.: 415.956.1000<br>ashaver@lchb.com |
| 10 | Betsy A. Sugar (admitted *pro hac vice*)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 11 | 222 2nd Avenue S. Suite 1640<br>Nashville, TN 37201 |
| 12 | Tel.: 615.313.9000<br>bsugar@lchb.com |
| 13 | |
| 14 | Rachel J. Geman (admitted *pro hac vice*)<br>Danna Z. Elmasry (admitted *pro hac vice*)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP** |
| 15 | 250 Hudson Street, 8th Floor<br>New York, NY 10013 |
| 16 | Tel.: 212.355.9500<br>rgeman@lchb.com |
| 17 | delmasry@lchb.com |
| 18 | Bryan L. Clobes (admitted *pro hac vice*)<br>Alexander J. Sweatman (admitted *pro hac vice*) |
| 19 | Mohammed A. Rathur (admitted *pro hac vice*)<br>**CAFFERTY CLOBES MERIWETHER** |
| 20 | **& SPRENGEL LLP**<br>135 South LaSalle Street, Suite 3210 |
| 21 | Chicago, IL 60603<br>Telephone: 312-782-4880 |
| 22 | bclobes@caffertyclobes.com<br>asweatman@caffertyclobes.com |
| 23 | mrathur@caffertyclobes.com |
| 24 | Brian D. Clark (admitted *pro hac vice*)<br>Laura M. Matson (admitted *pro hac vice*) |
| 25 | Arielle Wagner (admitted *pro hac vice*)<br>**LOCKRIDGE GRINDAL NAUEN PLLP** |
| 26 | 100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401 |
| 27 | Telephone: (612) 339-6900<br>Facsimile: (612) 339-0981 |
| 28 | Email: bdclark@locklaw.com |

lmmatson@locklaw.com
aswagner@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

**ATTESTATION OF CONCURRENCE IN FILING PURSUANT TO CIVIL L.R. 5-1(i)(3)**

This document is being filed through the Electronic Case Filing (ECF) system by attorney Rohit D. Nath.  By their signature, Rohit D. Nath attests that he has obtained concurrence in the filing of this document from each of the attorneys identified in the above signature block.

Dated: April 4, 2025                         By: */s/ Rohit D. Nath*
                                                  Rohit D. Nath