1
2  [Counsel on signature page]
3
4
5  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
6
   **SAN FRANCISCO DIVISION**
7
8
9
10 *In Re Mosaic LLM Litigation*    Master File Case No. 3:24-cv-01451-CRB
                                    Consolidated with Case No. 3:24-cv-02653-CRB
11
                                    **STIPULATION & [PROPOSED] ORDER RE:**
12                                  **SCHEDULE MODIFICATION**
13                                  Judge: Hon. Charles R. Breyer
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Parties agree that good cause exists for an extension of the schedule in this action. While the Parties have been diligently pursuing discovery, they agree that additional time is warranted. Accordingly, pursuant to Civil L.R. 6-2, the Parties stipulate to and respectfully request that the Court adopt the following modifications to the schedule in this action.

| Event | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Deadline for Any Further Proposals for Additional Search Terms | - | May 30, 2025 |
| Deadline for Plaintiffs to Seek Leave to Amend the Complaint | - | May 30, 2025 |
| Deadline to Substantially Complete Document Discovery on Fair Use and Plaintiffs' Copyright Claims | - | July 15, 2025 |
| Close of Fact Discovery on Fair Use and Plaintiffs' Copyright Claims | July 1, 2025 | September 30, 2025 |
| Deadline for Opening Expert Reports on Fair Use and Plaintiffs' Copyright Claims | July 29, 2025 | October 30, 2025 |
| Deadline for Rebuttal Expert Reports | September 4, 2025 | December 4, 2025 |
| Close of Expert Discovery | October 9, 2025 | January 23, 2026 |
| Deadline for Summary Judgment Motions on Fair Use and Plaintiffs' Copyright Claims | November 20, 2025 | February 25, 2026 |
| Deadline for Oppositions to Summary Judgment Motions | December 30, 2025 | April 7, 2026 |
| Deadline for Replies to Summary Judgment Motions | January 27, 2026 | May 6, 2026 |
| Hearing on Summary Judgment Motions | *To be set by the Court* | *To be set by the Court* |

The Parties previously stipulated to extend the case deadlines, which the Court ordered on February 19, 2025. *See* Dkt. 82.

With respect to the deadline for Plaintiffs to seek leave to amend the complaint, for the avoidance of doubt, Plaintiffs reserve the right to seek leave to amend their complaint at a later date under the Federal Rules.

**IT IS SO STIPULATED.**

Dated: April 22, 2025

By:    */s/ Joseph R. Saveri*
      Joseph R. Saveri

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
Email: jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
mb@buttericklaw.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

---

STIPULATION AND [~~PROPOSED~~] ORDER RE: SCHEDULE MODIFICATION

2

Master File Case No. 3:24-cv-01451-CRB

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (pro hac vice)
Trevor D. Nystrom (pro hac vice)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Tel.: 212.355.9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel.: 415.956.1000
ashaver@lchb.com

Betsy A. Sugar (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640

STIPULATION AND [~~PROPOSED~~] ORDER RE: SCHEDULE MODIFICATION

3

Master File Case No. 3:24-cv-01451-CRB

Nashville, TN 37201
Tel.: 615.313.9000
bsugar@lchb.com

Bryan L. Clobes (admitted *pro hac vice*)
Alexander J. Sweatman (admitted *pro hac vice*)
Mohammed A. Rathur (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: 312-782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

Brian D. Clark (admitted *pro hac vice*)
Laura M. Matson (admitted *pro hac vice*)
Arielle Wagner (admitted *pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: bdclark@locklaw.com
lmmatson@locklaw.com
aswagner@locklaw.com

*Counsel for Individual and Representative Plaintiffs and the Proposed Class*

Dated: April 22, 2025

By: _____/s/ Jedediah Wakefield_____
  Jedediah Wakefield

Jedediah Wakefield (SBN 178058)
Ryan Kwock (SBN 336414)
**FENWICK & WEST LLP**
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Email: jwakefield@fenwick.com
   rkwock@fenwick.com

David Lloyd Hayes (SBN 122894)
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Email: dhayes@fenwick.com

Charles Moulins (admitted *pro hac vice*)
**FENWICK & WEST LLP**
902 Broadway, Suite 14
New York, NY 10010
Telephone: (212) 430-2600
Email: cmoulins@fenwick.com

Deena J.G. Feit (admitted *pro hac vice*)
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
Email: dfeit@fenwick.com

Zachary Harned (SBN 335898)
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: (310) 434-5400
Email: zharned@fenwick.com

*Attorneys for Defendants Databricks, Inc.*
*and Mosaic ML, LLC, formerly Mosaic ML, Inc.*

5

STIPULATION AND [~~PROPOSED~~] ORDER RE: SCHEDULE MODIFICATION

Master File Case No. 3:24-cv-01451-CRB

[~~PROPOSED~~] ORDER

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: __April 23__, 2025

_____
Hon. Charles R. Breyer
United States District Court Judge