[Counsel on signature page]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No.: 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER RE JOINT DISCOVERY LETTER** |

Pursuant to Civil L.R. 6-2, Plaintiffs Stewart O'Nan, Abdi Nazemian, Brian Keene, Rebecca Makkai, and Jason Reynolds (together "Plaintiffs") and Defendants Databricks, Inc. and Mosaic ML, LLC, formerly Mosaic ML, Inc. (together "Defendants") (collectively, the "Parties"), jointly request that the time for the Parties to file a joint discovery letter regarding search terms, if necessary, be extended from May 2, 2025 to May 6, 2025. The Parties base their stipulation on the following facts:

On April 9, 2025, the Court granted in part and denied in part Plaintiffs' request for relief to add search terms. Dkt. 109.

The order set forth that "Defendants shall provide hit reports and objections to any overly burdensome proposed terms by April 15, 2025. Plaintiffs shall respond to Defendants' objections and, as appropriate, revise their search terms by April 22, 2025, and the parties shall meet and confer by April 25, 2025 to narrow any remaining disputed terms. If the parties are unable to resolve the disputed terms through this meet and confer, they shall file a joint discovery letter by May 2, 2025." *Id.*

Pursuant to the Court's order, Defendants provided hit reports and objections to proposed terms on April 15, 2025. Plaintiffs provided responses and revisions to some of the objected to terms on April 22, 2025. The Parties met and conferred on April 24, 2025 and agreed to continue negotiations to narrow remaining disputed terms.

The Parties have continued to negotiate on disputed terms, providing alternative proposals and hit counts for those alternatives. To date, the Parties have resolved more than 100 of the over 120 additional search terms Plaintiffs seek to add.

The Parties have agreed to continue negotiating the remaining disputed terms and to extend the May 2, 2025 deadline to file a joint discovery letter on any remaining issues to May 6, 2025.

This is the first request to extend the deadline to file a joint discovery letter. Previous modifications have been sought and ordered for the case schedule. Dkts. 82, 111. The extension on the discovery letter will not affect the case schedule.

Accordingly, the Parties stipulate and agree that, subject to the approval of the Court,

1. The deadline for the Parties to file a joint discovery letter on any remaining disputed terms shall be continued to May 6, 2025.

**IT IS SO STIPULATED.**

Dated:   May 1, 2025                                Respectfully submitted,

FENWICK & WEST LLP

By: /s/ Jedediah Wakefield
Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

David Hayes (CSB No. 122894)
dhayes@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone:    650.988.8500
Facsimile:    650.938.5200

Deena Feit (admitted *pro hac vice*)
dfeit@fenwick.com
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:    206.389.4510
Facsimile:    206.389.4511

Charles Moulins (admitted *pro hac vice*)
cmoulins@fenwick.com
902 Broadway, Ste 14
New York, NY 10010
Telephone:    212.430.2600
Facsimile:    650.938.5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone:    310.554.5400
Facsimile:    650.938.5200

*Attorneys for Defendants*
DATABRICKS, INC., and
MOSAIC ML, LLC, formerly
MOSAIC ML, INC.

Dated: May 1, 2025            Respectfully submitted,


By: */s/ Joseph R. Saveri*
    Joseph R. Saveri
    Cadio R. Zirpoli
    Elissa Amlin Buchanan
    Christopher Kar-Lun Young
    William Waldir Castillo Guardado
    Evan Creutz
    JOSEPH SAVERI LAW FIRM, LLP
    601 California Street, Suite 1505
    San Francisco, CA 94108
    Telephone:    (415) 500-6800
    Facsimile:    (415) 395-9940
    jsaveri@saverilawfirm.com
    czirpoli@saverilawfirm.com
    eabuchanan@saverilawfirm.com
    cyoung@saverilawfirm.com
    wcastillo@saverilawfirm.com
    ecreutz@saverilawfirm.com

    Matthew Butterick (SBN 250953)
    1920 Hillhurst Avenue, #406
    Los Angeles, CA 90027
    Telephone:    (323) 968-2632
    Facsimile:    (415) 395-9940
    mb@buttericklaw.com

    Laura M. Matson (admitted *pro hac vice*)
    Arielle S. Wagner (admitted *pro hac vice*)
    Brian D. Clark (admitted *pro hac vice*)
    LOCKRIDGE GRINDAL
    NAUEN PLLP
    100 Washington Avenue South,
    Suite 2200
    Minneapolis, MN 55401
    Telephone:    (612) 339-6900
    Facsimile:    (612) 339-0981
    lmmatson@locklaw.com
    aswagner@locklaw.com
    bdclark@locklaw.com

    Bryan L. Clobes (admitted *pro hac vice*)
    Alexander J. Sweatman (admitted *pro hac vice*)
    Mohammed A. Rathur (admitted *pro hac vice*)

|   |   |
|---|---|
| 1 | CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP |
| 2 | 135 S. LaSalle, Suite 3210 |
|   | Chicago, IL 60603 |
| 3 | Telephone:     (312) 782-4880 |
|   | bclobes@caffertyclobes.com |
| 4 | asweatman@caffertyclobes.com |
|   | mrathur@caffertyclobes.com |
| 5 |   |
|   | Rohit Nath |
| 6 | SUSMAN GODFREY L.L.P. |
|   | 1900 Avenue of the Stars, Suite 1400 |
| 7 | Los Angeles, CA  90067 |
|   | Telephone:     (310) 789-3138 |
| 8 | Facsimile:      (310) 789-3150 |
|   | rnath@susmangodfrey.com |
| 9 |   |
|   | Elisha Barron (admitted *pro hac vice*) |
| 10 | James Craig Smyser (admitted *pro hac vice*) |
|   | SUSMAN GODFREY L.L.P. |
| 11 | One Manhattan West, 50th Floor |
|   | New York, NY 10001-8602 |
| 12 | Telephone:     (212) 336-8330 |
|   | Facsimile:      (212) 336-8340 |
| 13 | ebarron@susmangodfrey.com |
|   | csmyser@susmangodfrey.com |
| 14 |   |
|   | Jordan W. Connors (admitted *pro hac vice*) |
| 15 | Trevor D. Nystrom (admitted *pro hac vice*) |
|   | SUSMAN GODFREY L.L.P. |
| 16 | 401 Union Street, Suite 3000 |
|   | Seattle, WA 98101 |
| 17 | Telephone: (206) 516-3880 |
|   | jconnors@susmangodfrey.com |
| 18 | tnystrom@susmangodfrey.com |
| 19 | Anne B. Shaver |
|   | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 20 | 275 Battery Street, Suite 2900 |
| 21 | San Francisco, CA 94111-3339 |
|   | Telephone:     (415) 956-1000 |
| 22 | Facsimile:      (451) 956-1008 |
|   | ashaver@lchb.com |
| 23 |   |
|   | Rachel J. Geman (admitted *pro hac vice*) |
| 24 | Danna Z. Elmasry (admitted *pro hac vice*) |
|   | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 25 | 250 Hudson Street, 8th Floor |
| 26 | New York, New York 10013-1413 |
|   | Telephone:     (212) 355-9500 |
| 27 | Facsimile:      (212) 355-9592 |
|   | rgeman@lchb.com |
| 28 | delmasry@lchb.com |

JOINT STIPULATION AND [PROPOSED] ORDER     4     Master File Case No.: 3:24-cv-01451-CRB

Betsy A. Sugar (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Ave S Suite 1640
Nashville, TN 37201
Telephone:       (616) 313-9000
Facsimile:       (615) 313-9965
bsugar@lchb.com

Scott J. Sholder (admitted *pro hac vice*)
CeCe M. Cole (admitted *pro hac vice*)
COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
60 Broad St., 30th Floor
New York, NY 10004
Telephone:       (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

**[PROPOSED] ORDER**

**PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2025

_____
The Honorable Lisa J. Cisneros
United States Magistrate Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jedediah Wakefield, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 1, 2025               */s/ Jedediah Wakefield*
                                 Jedediah Wakefield