1   [Counsel on signature page]

2

3

4

5

6

7

8              **UNITED STATES DISTRICT COURT**
9            **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN FRANCISCO DIVISION**
10

11                                          Master File Case No.: 3:24-cv-01451-CRB
                                            Consolidated with Case No. 3:24-cv-02653-CRB
12      *In Re Mosaic LLM Litigation*
                                            **JOINT STIPULATION AND ~~[PROPOSED]~~**
13                                          **ORDER RE JOINT DISCOVERY LETTER**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Civil L.R. 6-2, Plaintiffs Stewart O'Nan, Abdi Nazemian, Brian Keene,

2  Rebecca Makkai, and Jason Reynolds (together "Plaintiffs") and Defendants Databricks, Inc. and

3  Mosaic ML, LLC, formerly Mosaic ML, Inc. (together "Defendants") (collectively, the

4  "Parties"), jointly request that the time for the Parties to file a joint discovery letter regarding

5  search terms, if necessary, be extended from May 2, 2025 to May 6, 2025.  The Parties base their

6  stipulation on the following facts:

7    On April 9, 2025, the Court granted in part and denied in part Plaintiffs' request for relief

8  to add search terms.  Dkt. 109.

9    The order set forth that "Defendants shall provide hit reports and objections to any overly

10  burdensome proposed terms by April 15, 2025.  Plaintiffs shall respond to Defendants' objections

11  and, as appropriate, revise their search terms by April 22, 2025, and the parties shall meet and

12  confer by April 25, 2025 to narrow any remaining disputed terms.  If the parties are unable to

13  resolve the disputed terms through this meet and confer, they shall file a joint discovery letter by

14  May 2, 2025." *Id.*

15    Pursuant to the Court's order, Defendants provided hit reports and objections to proposed

16  terms on April 15, 2025.  Plaintiffs provided responses and revisions to some of the objected to

17  terms on April 22, 2025.  The Parties met and conferred on April 24, 2025 and agreed to continue

18  negotiations to narrow remaining disputed terms.

19    The Parties have continued to negotiate on disputed terms, providing alternative proposals

20  and hit counts for those alternatives.  To date, the Parties have resolved more than 100 of the over

21  120 additional search terms Plaintiffs seek to add.

22    The Parties have agreed to continue negotiating the remaining disputed terms and to

23  extend the May 2, 2025 deadline to file a joint discovery letter on any remaining issues to May 6,

24  2025.

25    This is the first request to extend the deadline to file a joint discovery letter.  Previous

26  modifications have been sought and ordered for the case schedule.  Dkts. 82, 111.  The extension

27  on the discovery letter will not affect the case schedule.

28

1    Accordingly, the Parties stipulate and agree that, subject to the approval of the Court,

2    1.    The deadline for the Parties to file a joint discovery letter on any remaining

3    disputed terms shall be continued to May 6, 2025.

4

5    **IT IS SO STIPULATED.**

6

7    Dated:    May 1, 2025                Respectfully submitted,

8                                        FENWICK & WEST LLP

9

10                                       By: */s/ Jedediah Wakefield*
                                         Jedediah Wakefield (CSB No. 178058)
11                                       jwakefield@fenwick.com
                                         Ryan Kwock (CSB No. 336414)
12                                       rkwock@fenwick.com
                                         555 California Street, 12th Floor
13                                       San Francisco, CA 94104
                                         Telephone:     415.875.2300
14                                       Facsimile:     415.281.1350

15                                       David Hayes (CSB No. 122894)
                                         dhayes@fenwick.com
16                                       801 California Street
                                         Mountain View, CA 94041
17                                       Telephone:     650.988.8500
                                         Facsimile:     650.938.5200

18
                                         Deena Feit (admitted *pro hac vice*)
19                                       dfeit@fenwick.com
                                         401 Union Street, 5th Floor
20                                       Seattle, WA 98101
                                         Telephone:     206.389.4510
21                                       Facsimile:     206.389.4511

22                                       Charles Moulins (admitted *pro hac vice*)
                                         cmoulins@fenwick.com
23                                       902 Broadway, Ste 14
                                         New York, NY 10010
24                                       Telephone:     212.430.2600
                                         Facsimile:     650.938.5200

25
                                         Zachary Harned (CSB No. 335898)
26                                       zharned@fenwick.com
                                         730 Arizona Avenue, 1st Floor
27                                       Santa Monica, CA 90401
                                         Telephone:     310.554.5400
28                                       Facsimile:     650.938.5200

1

2          *Attorneys for Defendants*
           DATABRICKS, INC., and
3          MOSAIC ML, LLC, formerly
           MOSAIC ML, INC.

4

5    Dated:   May 1, 2025              Respectfully submitted,

6

7                                 By: */s/ Joseph R. Saveri*
                                      Joseph R. Saveri
8                                     Cadio R. Zirpoli
                                      Elissa Amlin Buchanan
9                                     Christopher Kar-Lun Young
                                      William Waldir Castillo Guardado
10                                    Evan Creutz
                                      JOSEPH SAVERI LAW FIRM, LLP
11                                    601 California Street, Suite 1505
                                      San Francisco, CA 94108
12                                    Telephone:      (415) 500-6800
                                      Facsimile:      (415) 395-9940
13                                    jsaveri@saverilawfirm.com
                                      czirpoli@saverilawfirm.com
14                                    eabuchanan@saverilawfirm.com
                                      cyoung@saverilawfirm.com
15                                    wcastillo@saverilawfirm.com
                                      ecreutz@saverilawfirm.com
16
                                      Matthew Butterick (SBN 250953)
17                                    1920 Hillhurst Avenue, #406
                                      Los Angeles, CA 90027
18                                    Telephone:      (323) 968-2632
                                      Facsimile:      (415) 395-9940
19                                    mb@butticklaw.com

20                                    Laura M. Matson (admitted *pro hac vice*)
                                      Arielle S. Wagner (admitted *pro hac vice*)
21                                    Brian D. Clark (admitted *pro hac vice*)
                                      LOCKRIDGE GRINDAL
22                                    NAUEN PLLP
                                      100 Washington Avenue South,
23                                    Suite 2200
                                      Minneapolis, MN 55401
24                                    Telephone:      (612) 339-6900
                                      Facsimile:      (612) 339-0981
25                                    lmmatson@locklaw.com
                                      aswagner@locklaw.com
26                                    bdclark@locklaw.com

27                                    Bryan L. Clobes (admitted *pro hac vice*)
                                      Alexander J. Sweatman (admitted *pro hac vice*)
28                                    Mohammed A. Rathur (admitted *pro hac vice*)

CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone:         (312) 782-4880
bclobes@caffertyclobes.com
asweatman@caffertyclobes.com
mrathur@caffertyclobes.com

Rohit Nath
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:         (310) 789-3138
Facsimile:         (310) 789-3150
rnath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
James Craig Smyser (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001-8602
Telephone:         (212) 336-8330
Facsimile:         (212) 336-8340
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Anne B. Shaver
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111-3339
Telephone:         (415) 956-1000
Facsimile:         (451) 956-1008
ashaver@lchb.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone:         (212) 355-9500
Facsimile:         (212) 355-9592
rgeman@lchb.com
delmasry@lchb.com

Betsy A. Sugar (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Ave S Suite 1640
Nashville, TN 37201
Telephone:      (616) 313-9000
Facsimile:      (615) 313-9965
bsugar@lchb.com

Scott J. Sholder (admitted *pro hac vice*)
CeCe M. Cole (admitted *pro hac vice*)
COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
60 Broad St., 30th Floor
New York, NY 10004
Telephone:      (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

1

**[PROPOSED] ORDER**

2

**PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.**

3

4

5    Dated: _____ May 1 , 2025          _____

6                                                The Honorable Lisa J. Cisneros
                                                United States Magistrate Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28