UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# APPLICATION FOR REFUND (USDC-CAND PAY.GOV)

### PAY.GOV TRANSACTION DETAILS

***IMPORTANT***:
- *Complete all required fields (shown in **red***); otherwise, your request may be denied and require resubmission.*
- *The information for the required receipt fields can be found in the Pay.gov screen receipt or confirmation email.*

1. **Your Name*:**  CeCe Cole
2. **Your Email Address*:**  ccole@cdas.com
3. **Receipt Agency Tracking ID for Refund*:**  ACANDC-20620061
4. **Transaction Date for Refund*:**  04/29/2025
5. **Transaction Amount to be Refunded*:**  $328.00
6. **Receipt Agency Tracking ID for Correct Receipt Number on Docket*:**  ACANDC-20620050
7. **Your Phone Number:**  212-497-0975
8. **Full Case Number (if applicable):**  3:24-cv-01451-CRB

9. **Fee Type:***
   - [ ] Attorney Admission
   - [ ] Civil Case Filing
   - [ ] Audio Recording
   - [ ] Notice of Appeal
   - [✔] Pro Hac Vice
   - [ ] Writ of Habeas Corpus
   - [ ] Other: _____

10. **Reason for Refund Request*:**  *Explain in detail what happened to cause duplicate charges, no fee required, etc.*
    - [✔] Duplicate Charge
    - [ ] No Fee Required for Filing
    - [ ] Other

    I accidentally paid the pro hac fee in this case twice. I was trying to pay the pro hac fee in another case and did not know fee payments were case specific. I have already paid the pro hac fee in this case (ECF 113, receipt number ACANDC-20620050) and my motion has since been granted (ECF 115).

*If you paid a filing fee using an abandoned case number, note that case number here and e-file the refund request in the **open** case.*

✓ **Efile this form:** OTHER FILINGS → OTHER DOCUMENTS → APPLICATION FOR REFUND.

View detailed instructions at: cand.uscourts.gov/ecf/payments.
Assistance:  Contact the ECF Help Desk at 1-866-638-7829 or ecfhelpdesk@cand.uscourts.gov Monday - Friday 9:00 a.m.-4:00 p.m.

| FOR U.S. DISTRICT COURT USE ONLY ||
|---|---|
| Refund request:   [ ] Approved   [ ] Denied   [ ] Denied – Resubmit amended application (see reason for denial) ||
| Approval/denial date: | |
| Pay.gov refund tracking ID refunded: | |
| Date refund processed: | |
| Request approved/denied by: | |
| Agency refund tracking ID number: | |
| Refund processed by: | |
| Reason for denial (if applicable): | |
| Referred for OSC date (if applicable): | |