UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

*In Re Mosaic LLM Litigation*

Master File Case No. 3:24-cv-01451-CRB
Consolidated with Case No. 3:24-cv-02653-CRB

**AFFIDAVIT OF JOSEPH R. SAVERI IN SUPPORT OF MOTION FOR LEAVE TO FILE FIRST AMENDED CONSOLIDATED COMPLAINT**

I, Joseph R. Saveri, having the requisite personal knowledge, certify under the requirements 28 U.S.C. § 1746 as follows:

1. I am an attorney duly licensed to practice in the State of California. I am a partner and founder of the Joseph Saveri Law Firm, LLP ("JSLF"), counsel of record for Plaintiffs in the above-captioned action. I have personal knowledge of the matters stated herein and if called upon, I can competently testify thereto.

2. I submit this Affidavit in support of Plaintiffs' Motion for Leave to File First Amended Consolidated Complaint.

3. Attached as Exhibit A is a true and correct copy of a red-line comparison of the operative complaint, Dkt. 1, in Case No. 3:24-cv-01451 and the proposed First Amended Consolidated Complaint.

4. Attached as Exhibit B is a true and correct copy of Plaintiffs' proposed First Amended Consolidated Complaint.

5. Attached as Exhibit C is a true and correct copy of the proposed Exhibit A that will accompany the First Amended Consolidated Complaint.

6. On April 4, 2025, Defendants produced a dataset used to train their LLMs that allowed Plaintiffs to further confirm additional copyrighted works by Plaintiffs Stewart O'Nan, Brian Keene, and Abdi Nazemian were used to train Defendants' LLMs.

7. Plaintiffs' counsel contacted Defendants' counsel on May 29, 2025, to ask whether Defendants oppose the filing of the First Amended Consolidated Complaint, and Defendants' counsel indicated that they did not consent on May 30, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 30, 2025

By: /s/ Joseph R. Saveri
     Joseph R. Saveri