# Exhibit C:
# Proposed Exhibit A to First Amended Consolidated Complaint

# Plaintiffs' Infringed Works

# Stewart O'Nan: *Last Night at the Lobster* (TX0006976136)

Type of Work:        Text

Registration Number / Date:
                     TX0006976136 / 2007-12-19

Application Title: LAST NIGHT AT THE LOBSTER.

Title:               LAST NIGHT AT THE LOBSTER.

Description:         Book, 146 p.

Copyright Claimant:
                     Stewart O'Nan.

Date of Creation:  2007

Date of Publication:
                     2007-11-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Stewart O'Nan; Citizenship: United States. Authorship: entire
text.

Names:               O'Nan, Stewart

# Stewart O'Nan: *The Night Country* (TX0005880151)

```
Type of Work:        Text

Registration Number / Date:
                     TX0005880151 / 2003-12-23

Title:               The night country: a novel / Stewart O'Nan.

Description:         229 p.

Copyright Claimant:
                     Stewart O'Nan.

Date of Creation:    2002

Date of Publication:
                     2003-10-10

Nation of First Publication:
                     United States

Variant Title:
                     The night country: a novel

Names:               O'Nan, Stewart
```

## Stewart O'Nan: *Emily, Alone* (TX0007373749)

```
Type of Work:              Text

Registration Number / Date:
                           TX0007373749 / 2011-05-10

Application Title:         EMILY, ALONE.

Title:                     EMILY, ALONE.

Description:               Book, 255 p.

Copyright Claimant:
                           Stewart O'Nan. Address: c/o Penguin Group (USA) Inc., 375
Hudson Street, New York, NY, 10014, United States.

Date of Creation:          2010

Date of Publication:
                           2011-03-17

Nation of First Publication:
                           United States

Authorship on Application: Stewart O'Nan; Citizenship: United States. Authorship:
                   text.

Rights and Permissions:
                           Florence Eichin, Penguin Group (USA) Inc., Permissions
Department, 375 Hudson Street, New York, NY, 10014, United States, (212) 366-2684,
florence.eichin@us.penguingroup.com

Names:                     O'Nan, Stewart
```

# Stewart O'Nan: *The Circus Fire* (TX0005235153)

```
Type of Work:        Text

Registration Number / Date:
                     TX0005235153 / 2000-06-21

Title:               The circus fire: a true story / Stewart O'Nan.

Edition:             1st ed.

Imprint:             New York : Doubleday, c2000.

Description:         370 p.

Copyright Claimant:
                     Stewart O'Nan, 1961-

Date of Creation: 1999

Date of Publication:
                     2000-06-20

Names:               O'Nan, Stewart, 1961-
```

## Stewart O'Nan: *The Good Wife* (TX0006169829)

```
Type of Work:      Text

Registration Number / Date:
                   TX0006169829 / 2005-05-19

Title:             The good wife.

Copyright Claimant:
                   Stewart O'Nan.

Date of Creation: 2004

Date of Publication:
                   2005-04-04

Nation of First Publication:
                   United States

Copyright Note:
                   Cataloged from appl. only.

Names:             O'Nan, Stewart
```

# Stewart O'Nan: *The Speed Queen 2018* (TX0004519703)

```
Type of Work:        Text

Registration Number / Date:
                     TX0004519703 / 1997-04-08

Title:               The speed queen / Stewart O'Nan.

Edition:             1st ed.

Imprint: New York: Doubleday, 1997.

Description:         212 p.

Copyright Claimant:
                     Stewart O'Nan.

Date of Creation: 1996

Date of Publication:
                     1997-04-01

Basis of Claim:
                     New Matter: additional text.

Names:               O'Nan, Stewart
```

# Stewart O'Nan: *The Vietnam Reader* (TX0004830195)

Type of Work:        Text

Registration Number / Date:
                     TX0004830195 / 1998-11-12

Title:               The Vietnam reader: the definitive collection of American fiction
and nonfiction on the war / edited by Stewart O'Nan.

Imprint:             New York: Anchor Books, c1998.

Description:         724 p.

Copyright Claimant:
                     Stewart O'Nan.

Date of Creation: 1997

Basis of Claim:
                     New Matter: introd. & compilation.

Names:               O'Nan, Stewart

## Stewart O'Nan: *West of Sunset* (TX0008016233)

Type of Work:        Text

Registration Number / Date:
                     TX0008016233 / 2015-02-26

Application Title: WEST OF SUNSET.

Title:               WEST OF SUNSET.

Description:         Book, 289 p.

Copyright Claimant:
                     Stewart O'Nan. Address: c/o Penguin Group (USA), 375 Hudson
Street, New York, NY, 10014.

Date of Creation: 2014

Date of Publication:
                     2015-01-13

Nation of First Publication:
                     United States

Authorship on Application:
                     Stewart O'Nan; Citizenship: United States. Authorship: text.

Names:               O'Nan, Stewart

# Stewart O'Nan: *City of Secrets* (TX0008294175)

Type of Work:        Text

Registration Number / Date:
                     TX0008294175 / 2016-06-03

Application Title: CITY OF SECRETS.

Title:               CITY OF SECRETS.

Description:         Book, 194 p.

Copyright Claimant:
                     Stewart O'Nan. Address: c/o Penguin Random House LLC, 375 Hudson
Street, New York, NY, 10014.

Date of Creation: 2015

Date of Publication:
                     2016-04-26

Nation of First Publication:
                     United States

Nation of First Publication:        United States

Authorship on Application:
                     Stewart O'Nan; Citizenship: United States. Authorship: text.

Names:               O'Nan, Stewart

# Stewart O'Nan: *Henry, Himself* (TX0008780813)

```
Type of Work:       Text

Registration Number / Date:
                    TX0008780813 / 2019-05-10

Application Title: HENRY, HIMSELF.

Title:              HENRY, HIMSELF.

Description:        Book, 369 p.

Copyright Claimant:
                    Stewart O'Nan. Address: c/o Penguin Random House LLC, 1745
Broadway, New York, NY, 10019, United States.

Date of Creation: 2018

Date of Publication:
                    2019-04-09

Nation of First Publication:
                    United States

Authorship on Application:
                    Stewart O'Nan; Citizenship: United States. Authorship: Novel.

ISBN:               978-0-7352-2304-2

Names:              O'Nan, Stewart
```

# Stewart O'Nan: *In the Walled City* (TX0003642342)

Type of Work:        Text

Registration Number / Date:
                     TX0003642342 / 1994-01-07

Title:               In the walled city / Stewart O'Nan.

Imprint:             Pittsburgh: University of Pittsburgh Press, c1993.

Description:         170 p.

Copyright Claimant:
                     Stewart O'Nan, 1961-

Date of Creation: 1992

Date of Publication:
                     1993-12-15

Previous Registration:
                     Prev. reg.

Basis of Claim:      New Matter: additions.

Names:               O'Nan, Stewart, 1961-

# Abdi Nazemian: *Like a Love Story* (TX0008763965)

```
Type of Work:        Text

Registration Number / Date:
                     TX0008763965 / 2019-06-07

Application Title: LIKE A LOVE STORY.

Title:               LIKE A LOVE STORY.

Description:         Book, 413 p.

Copyright Claimant:
                     Abdi Nazemian.

Date of Creation:  2019

Date of Publication:
                     2019-06-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Abdi Nazemian; Domicile: United States; Citizenship: United
States. Authorship: text.

Names:               Nazemian, Abdi
```

# Abdi Nazemian: *The Authentics* (TX0008436988)

Type of Work:        Text

Registration Number / Date:
                     TX0008436988 / 2017-08-23

Application Title: THE AUTHENTICS.

Title:               THE AUTHENTICS.

Description:         Book, 282 p.

Copyright Claimant:
                     Abdi Nazemian. Address: c/o HarperCollins Publishers, 195
Broadway, New York, NY, 10007, United States.

Date of Creation: 2017

Date of Publication:
                     2017-08-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Abdi Nazemian; Domicile: United States; Citizenship: United
States. Authorship: United States. Authorship:
                     text.

Names:               Nazemian, Abdi

# Brian Keene: *Ghost Walk* (TX0007008484)

Type of Work:       Text

Registration Number / Date:
                    TX0007008484 / 2008-10-14

Application Title: Ghost Walk.

Title:              Ghost Walk.

Description:        Book, 275p.

Copyright Claimant:
                    Brian  Keene.

Date of Creation:  2008

Date of Publication:
                    2008-08-01

Nation of First Publication:
                    United States

Authorship on Application:
                    Brian  Keene; Citizenship: United States. Authorship:
Author of entire work.

Names:              Keene, Brian

# Brian Keene: *City of the Dead* (TX0006482412)

```
Type of Work:          Text

Registration Number / Date:
                       TX0006482412 / 2006-11-29

Title:                 City of the dead.

Description:           Book, 276 p.

Copyright Claimant: Brian Keene

Date of Creation: 2005

Date of Publication:
                       2005-06-01

Copyright Note:
                       Cataloged from appl. only.

Names:                 Keene, Brian
```

# Brian Keene: *Dead Sea* (TX0006819612)

Type of Work:        Text

Registration Number / Date:
                     TX0006819612 / 2007-08-28

Application Title: Dead Sea.

Title:               Dead Sea.

Description:         Book, 337 p.

Copyright Claimant:
                     Brian Keene. Address: 379 New Bridgeville Road, Wrightsville, PA,
17368-9075

Date of Creation: 2007

Date of Publication:
                     2007-08-01

Nation of First Publication:
                     United States

Authorship on Application:
                     Brian Keene; Citizenship: United States. Authorship: entire work.

Names:               Keene, Brian

# Rebecca Makkai: *The Great Believers* (TX0008652696)

```
Type of Work:        Text

Registration Number / Date:
                     TX0008652696 / 2018-08-10

Application Title: THE GREAT BELIEVERS by Rebecca Makkai.

Title:               THE GREAT BELIEVERS by Rebecca Makkai.

Description:         Book, 421 p.

Copyright Claimant:
                     Rebecca Makkai Freeman. Address: c/o Penguin Random House LLC,
1745 Broadway, New York, NY, 10019.

Date of Creation: 2017

Date of Publication:
                     2018-06-19

Nation of First Publication:
                     United States

Authorship on Application:
                     Rebecca Makkai Freeman (also known as Rebecca Makkai);
Citizenship: United States. Authorship: text.

ISBN:                978-0-7352-2352-3

Names:               Makkai Freeman, Rebecca, Makkai, Rebecca, Makkai Freeman, Rebecca
```

# Rebecca Makkai: *The Hundred-Year House_Rmtl* (TX0007946426)

Type of Work:        Text

Registration Number / Date:
                     TX0007946426 / 2014-08-08

Application Title: THE HUNDRED-YEAR HOUSE.

Title:               THE HUNDRED-YEAR HOUSE.

Description:         Book, 275p.

Copyright Claimant:
                     Rebecca Makkai Freeman. Address: c/o Penguin Group (USA), 375
Hudson Street, New York, NY, 10014.

Date of Creation: 2013

Date of Publication:
                     2014-07-10

Nation of First Publication:
                     United States

Authorship on Application:
                     Rebecca Makkai Freeman (also known as Rebecca Makkai);
Citizenship: United States. Authorship: text.

Names:               Freeman (also known as Rebecca Makkai), Rebecca Makkai
Freeman, Rebecca Makkai

# Rebecca Makkai: *Music for Wartime* (TX0008165385)

Type of Work:        Text

Registration Number / Date:
                     TX0008165385 / 2015-08-24

Application Title: MUSIC FOR WARTIME: Stories.

Title:               MUSIC FOR WARTIME: Stories.

Description:         Book, 228 p.

Copyright Claimant:
                     Rebecca Makkai Freeman. Address: c/o Penguin Random House LLC,
375 Hudson Street, New York, NY, 10014.

Date of Creation: 2014

Date of Publication:
                     2015-06-23

Nation of First Publication:
                     United States

Authorship on Application:
                     Rebecca Makkai Freeman (also known as Rebecca Makkai);
Citizenship: United States. Authorship: previously unpublished stories; compilation
of stories.

Pre-existing Material: published stories.

Basis of Claim: previously unpublished stories; compilation of stories.

Copyright Note:      C.O. correspondence.

Names:               Freeman, Rebecca Makkai, Makkai, Rebecca, Freeman, Rebecca
Makkai

# Jason Reynolds: *As Brave As You* (TX0008271869)

Type of Work:              Text

Registration Number / Date:
                           TX0008271869 / 2016-05-23

Application Title:         As Brave as You.

Title:                     As Brave as You.

Description:               Book, 410 p.

Copyright Claimant:
                           Jason Reynolds. Address: c/o Simon & Schuster, 1230 Avenue
of the Americas, New York, NY, 10020, United States.

Date of Creation:          2016

Date of Publication:
                           2016-05-03

Nation of First Publication:
                           United States

Authorship on Application:
                           Jason Reynolds; Citizenship: United States. Authorship:
text.

Rights and Permissions: Simon & Schuster, c/o Simon & Schuster, 1230 Avenue of the
Americas - 12th Floor, New York, NY, 10020, United States

ISBN: 9781481415903

Names:                     Reynolds, Jason

# Jason Reynolds: *For Every One* (TX0008664326)

Type of Work:         Text

Registration Number / Date:
                      TX0008664326 / 2018-06-15

Application Title: For Every One.

Title:                For Every One.

Description:          Book, 101 p.

Copyright Claimant:
                      Jason Reynolds. Address: C/O Simon and Schuster Inc, 1230 Avenue
of the Americas, New York, NY, 10020, United States.

Date of Creation:  2018

Date of Publication:
                      2018-04-10

Nation of First Publication:
                      United States

Authorship on Application:
                      Jason Reynolds; Citizenship: United States. Authorship: text.

ISBN:                 9781481486248

Names:                Reynolds, Jason

# Jason Reynolds: *Ghost* (TX0008334729)

Type of Work:              Text

Registration Number / Date:
                           TX0008334729 / 2016-09-30

Application Title:         Ghost.

Title:                     Ghost.

Description:               Book, 181 p.

Copyright Claimant:
                           Jason Reynolds. Address: c/o Simon & Schuster, 1230 Avenue
of the Americas, New York, NY, 10020, United States.

Date of Creation:          2016

Date of Publication:
                           2016-08-30

Nation of First Publication:
                           United States

Authorship on Application:
                           Jason Reynolds; Citizenship: United States. Authorship:
text.

Rights and Permissions: Simon & Schuster, c/o Simon & Schuster, 1230 Avenue of the
Americas - 12th Floor, New York, NY, 10020, United States

Names:                     Reynolds, Jason

# Jason Reynolds: *All American Boys* (TX0008201443)

Type of Work:          Text

Registration Number / Date:
                       TX0008201443 / 2015-12-07

Application Title:     All American Boys.

Title:                 All American Boys.

Description:           Book, 316 p.

Copyright Claimant:
                       Jason Reynolds. Address: c/o Simon & Schuster, Inc., 1230
Avenue of the Americas, New York, NY, 10020, United States.
Brendan Kiely. Address: c/o Simon & Schuster, Inc., 1230 Avenue of the Americas, New
York, NY, 10020, United States.

Date of Creation:      2015

Date of Publication:
                       2015-09-29

Nation of First Publication:
                       United States

Authorship on Application:
                       Jason Reynolds; Citizenship: United States. Authorship: text.
                       Brendan Kiely; Citizenship: United States. Authorship: text.

Right and Permissions: Simon & Schuster, c/o Simon & Schuster, 1230 Avenue of the
Americas - 12th Floor, New York, NY, 10020, United States

ISBN:                  9781481463331

Names:                 Reynolds, Jason, Kiely, Brendan

# Jason Reynolds: *[Track, Book 02] (2017) Patina [retail]* (TX0008557751)

```
Type of Work:          Text

Registration Number / Date:
                       TX0008557751 / 2018-02-26

Application Title:     Patina.

Title:                 Patina: Patty Ain't No Junk.

Description:           Book, 233 p.

Copyright Claimant:
                       Jason Reynolds. Address: 1230 Avenue of the Americas, New
York, NY, 10020, United States.

Date of Creation:      2017

Date of Publication:
                       2017-08-29

Nation of First Publication:
                       United States

Authorship on Application:
                       Jason Reynolds; Citizenship: United States. Authorship:
text.

Rights and Permissions: Simon & Schuster Permissions Dept., c/o Simon & Schuster,
Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States

ISBN:                  9781481450188

Names:                 Reynolds, Jason
```

# Jason Reynolds: *[Track, Book 03] (2018) Sunny [retail]* (TX0008587672)

Type of Work:            Text

Registration Number / Date:
                         TX0008587672 / 2018-06-15

Application Title:       Sunny.

Title:                   Sunny.

Description:             Book, 159 p.

Copyright Claimant:
                         Jason Reynolds. Address: C/O Simon and Schuster Inc, 1230
Avenue of the Americas, New York, NY, 10020, United States.

Date of Creation:        2018

Date of Publication:
                         2018-04-10

Nation of First Publication:
                         United States

Authorship on Application:
                         Jason Reynolds; Citizenship: United States. Authorship:
text.

Rights and Permissions: Laura Milunic, Simon & Schuster Inc, 1230 Avenue of the
Americas, New York, NY, 10020, United States, laura.milunic@simonandschuster.com

ISBN:                    9781481450218

Names:                   Reynolds, Jason

# Jason Reynolds: *Long Way Down* (TX0008579023)

Type of Work:            Text

Registration Number / Date:
                         TX0008579023 / 2018-03-01

Application Title:       Long Way Down.

Title:                   Long Way Down.

Description:             Book, 306 p.

Copyright Claimant:
                         Jason Reynolds. Address: 1230 Avenue of the Americas, New
York, NY, 10020, United States.

Date of Creation:        2017

Date of Publication:
                         2017-10-24

Nation of First Publication:
                         United States

Authorship on Application:
                         Jason Reynolds; Citizenship: United States. Authorship:
text.

Rights and Permissions: Simon & Schuster Permissions Dept., c/o Simon & Schuster,
Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States

Copyright Note:          Basis for Registration: Collective work

ISBN:                    9781481438254

Names:                   Reynolds, Jason

# Jason Reynolds: *Look Both Ways* (TX0008820565)

Type of Work:            Text

Registration Number / Date:
                         TX0008820565 / 2019-10-31

Application Title:       Look Both Ways.

Title:                   Look Both Ways.

Description:             Book, 188 p.

Copyright Claimant:
                         Jason Reynolds. Address: c/o Simon & Schuster, Inc., 1230
Avenue of the Americas, New York, NY, 10020, United States.

Date of Creation:        2019

Date of Publication:
                         2019-10-08

Nation of First Publication:
                         United States

Authorship on Application:
                         Jason Reynolds; Citizenship: United States. Authorship:
text.

Rights and Permissions: Laura Milunic, Simon & Schuster Inc, 1230 Avenue of the
Americas, New York, NY, 10020, United States, laura.milunic@simonandschuster.com

ISBN:                    9781481438285

Names:                   Reynolds, Jason

# Jason Reynolds: *When I Was the Greatest* (TX0007827767)

Type of Work:            Text

Registration Number / Date:
                         TX0007827767 / 2014-01-10

Application Title:       When I Was the Greatest.

Title:                   When I Was the Greatest.

Description:             Book, 231 p.

Copyright Claimant:
                         Jason Reynolds. Address: c/o Simon & Schuster, Inc., 1230
Avenue of the Americas, New York, NY, 10020, United States.

Date of Creation:        2014

Date of Publication:
                         2014-01-07

Nation of First Publication:
                         United States

Authorship on Application:
                         Jason Reynolds; Citizenship: United States. Authorship:
text.

Rights and Permissions: Simon & Schuster Permissions Dept., c/o Simon & Schuster,
Inc., 1230 Avenue of the Americas, New York, NY, 10020, United States, (212) 698-
7284

ISBN:                    9781442459472

Names:                   Reynolds, Jason