FENWICK & WEST LLP

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

*In Re Mosaic LLM Litigation*

Master File Case No. 3:24-cv-01451-CRB
Consolidated with Case No. 3:24-cv-02653-CRB

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE**

Location:  Courtroom 6, 17th Floor
Judge:     Hon. Charles R. Breyer

[PROPOSED] ORDER GRANTING DEFS.'
MOTION FOR RELIEF FROM
NONDISPOSITIVE PRETRIAL ORDER

Master File Case No.: 3:24-cv-01451-CRB

**[PROPOSED] ORDER**

Before the Court is Defendants Databricks, Inc., and Mosaic ML, LLC's Motion for Relief from the Nondispositive Pretrial Order of a Magistrate Judge. Having considered Defendants' motion, Plaintiffs' response, and good cause appearing, the Court orders that:

1. Defendants' motion is **GRANTED**; and
2. The Court reverses the Order Resolving Discovery Letters (Dkt. 123) as it relates to the parties' joint submission regarding DBRX (Dkt. 122). Plaintiffs' request for discovery on DBRX is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____, 2025

_____
HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE