**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**DECLARATION OF ERIC BERGER IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Date: August 22, 2025<br>Time: 10:00 a.m.<br>Dept: 6<br>Judge: Hon. Charles R. Breyer |

I, **Eric Berger,** declare as follows:

1. I am a Senior Counsel for Defendant, Databricks, Inc. ("Databricks"). I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would testify competently thereto. Databricks acquired Defendant MosaicML, LLC in 2023.

2. I make this declaration in support of Defendants' Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal ("Motion"). The Motion seeks to have the following documents entirely or partially sealed:

| **Document** | **Sealing Request** |
|---|---|
| Exhibit A to Castillo Guardado Declaration | Defendants seek to seal this exhibit in its entirety. |
| Exhibit B to Castillo Guardado Declaration | Defendants seek to seal this exhibit in its entirety. |
| Plaintiffs' Opposition to Defendants' Motion to Dismiss First Amended Complaint | Defendants seek to maintain highlighted portions of brief on Page 12, Lines 13-15. |

3. Exhibits A and B to the Castillo Guardado Declaration are highly sensitive documents with detailed internal team notes that contain confidential technical and internal business information about model training and development, along with information about Defendants' customers.

4. Lines 13-15 on page 12 of Plaintiffs' Opposition to Defendants' Motion to Dismiss First Amended Complaint directly quotes Exhibit B to the Castillo Guardado Declaration.

5. Databricks operates in a competitive industry. Public disclosure of the information contained in the above-referenced exhibits exposes Defendants to the risk of competitive harm by revealing Defendants' non-public business and technical information pertaining to the research, development, and training of large language models. Disclosure of internal, confidential information about model development and training would threaten business interests, as it would provide competitors with insight into proprietary, non-public details about Defendants' research

and development processes that competitors could exploit. For this reason, Defendants take steps to carefully protect the confidentiality of this information.

I declare under penalty of perjury under the laws of United States that the foregoing is true and correct.

Executed on this the 31st day of July 2025.

By: Eric Berger