UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB<br><br>[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL RE: PORTIONS OF PLAINTIFFS' JOINT LETTER BRIEF AND EXHIBITS |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal Re: Portions of Plaintiffs' Joint Letter Brief and Exhibits, Defendants' Response, and the Declaration of Eric Berger in Support of Defendants' Response, the Court orders that:

    a.  The following documents shall remain entirely or partially under seal:

| Document | Sealing Instructions |
|---|---|
| Joint Letter Brief | The highlighted portions of the Joint Letter Brief remain under seal, except for the following highlighted portions:<br><br>- Page 2, Section 1: The deposition testimony following the second paragraph of the first argument section;<br>- Page 2, Section 1, Paragraph 3, Line 3: The third word from the left through the sixth word from the left; and<br>- Page 3, Line 1-2: The parenthetical following the cite to Exhibit A on Line 1. |
| Exhibit A to the Joint Letter Brief | Document sealed in its entirety, except for the following portions of the transcript:<br><br>- Dep. Tr. 132:3 -133:5;<br>- Dep. Tr. 133:12-135:17;<br>- Dep. Tr. 136:1-4;<br>- Dep. Tr. 166:9-167:22;<br>- Dep. Tr. 187:17-189:17;<br>- Dep. Tr. 190:2-193:9; and<br>- Dep. Tr. 262:14-20<br><br>Redactions applied to the remaining portions of the transcript. |
| Exhibit B to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit C to the Joint Letter Brief | Document not filed under seal. |
| Exhibit D to the Joint Letter Brief | Document sealed in its entirety, except for the following portions of the transcript:<br><br>- Dep. Tr. 132:3-22; |

| Document | Sealing Instructions |
|---|---|
|  | - Dep. Tr. 187:17-22; and<br>- Dep. Tr. 262:14-20.<br><br>Redactions applied to the remaining portions of the transcript. |
| Exhibit E to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit F to the Joint Letter Brief | The following portion of the document shall remain under seal:<br><br>- Dep. Tr. 153:6-22. |
| Exhibit G to the Joint Letter Brief | Document not filed under seal. |

    b. Plaintiffs shall file (1) the Joint Letter Brief removing the redactions as described above; (2) Exhibits A, D, and F with the redactions described above; and (3) Exhibits C and G as described above.

**IT IS SO ORDERED.**

Dated:  December 3, 2025

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge