1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB<br><br>**[PROPOSED]** **ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL RE: PORTIONS OF PLAINTIFFS' JOINT LETTER BRIEF AND EXHIBITS** |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal Re: Portions of Plaintiffs' Joint Letter Brief and Exhibits, Defendants' Response, and the Declaration of Eric Berger in Support of Defendants' Response, the Court orders that:

a. The following documents shall remain entirely or partially under seal:

| Document | Sealing Instructions |
| --- | --- |
| Joint Letter Brief | The highlighted portions of the Joint Letter Brief remain under seal. |
| Exhibit A | The following portions remain under seal:<br><br>- The name listed in the second column titled "Name" in the row for "Number 18";<br>- The name listed in the second column titled "Name" in the row for "Number 19"; and<br>- The name listed in the second column titled "Name" in the row for "Number 20. |
| Exhibit B | Document not filed under seal. |
| Exhibit C | Document sealed in its entirety. |
| Exhibit D | Document sealed in its entirety. |
| Exhibit E | Document sealed in its entirety. |
| Exhibit F | Document sealed in its entirety. |
| Exhibit G | Document sealed in its entirety. |
| Exhibit H | Document sealed in its entirety. |
| Exhibit I | Document sealed in its entirety. |
| Exhibit J | Document sealed in its entirety. |

b. Plaintiffs shall file (1) Exhibit A with the redactions described above and (2) Exhibit B as described above.

**IT IS SO ORDERED.**

Dated: December 4, 2025

Honorable Lisa J. Cisneros
United States Magistrate Judge