UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB<br><br>[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL RE: PORTIONS OF PLAINTIFFS' LETTER BRIEF AND EXHIBITS<br><br>Judge:     Hon. Lisa J. Cisneros |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal Re: Portions of Plaintiffs' Letter Brief and Exhibits, Defendants' Response, and the Declaration of Eric Berger in Support of Defendants' Response, the Court orders that:

a. The following documents shall remain entirely or partially under seal:

| Document | Sealing Instructions |
| --- | --- |
| Joint Letter Brief | The highlighted portions of the Joint Letter Brief remain under seal, except for the following highlighted portions:<br><br>- On page 3 of the Joint Letter Brief, the highlighted portions in the second paragraph of the section titled "The Court Should Order Production of Defendants' Retention Policies." |
| Exhibit D | Document sealed in its entirety. |
| Exhibit E | Document not filed under seal. |
| Exhibit F | Document sealed in its entirety. |
| Exhibit G | The following portion remains under seal:<br><br>- Dep. Tr. at 15:8-13. |

b. Plaintiffs shall file (1) the Joint Letter Brief and Exhibit G with the redactions described above and (2) Exhibit E as described above.

**IT IS SO ORDERED.**

Dated: December 9, 2025

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge