**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB<br><br>[PROPOSED] **ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL RE: PORTIONS OF PLAINTIFFS' JOINT LETTER BRIEF AND EXHIBITS** |

# [PROPOSED] ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Filed Under Seal Re: Portions of Plaintiffs' Joint Letter Brief, Defendants' Response, and the Declaration of Eric Berger in Support of Defendants' Response, the Court orders that:

a. The following documents shall remain under seal:

| Document | Sealing Request |
| --- | --- |
| Joint Letter Brief | The highlighted portions of the Joint Letter Brief. |
| Exhibit A to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit B to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit C to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit D to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit E to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit F to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit G to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit H to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit I to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit J to the Joint Letter Brief | Document sealed in its entirety. |

**IT IS SO ORDERED.**

Dated: December 10, 2025

Honorable Lisa J. Cisneros
United States Magistrate Judge

[PROPOSED] ORDER RE PLFS' ADMIN. MOTION TO SEAL   1   Master File Case No.: 3:24-cv-01451-CRB