**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB<br>**MODIFIED**<br>[P~~ROPOSED~~] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE PARTIES' JOINT LETTER BRIEF AND EXHIBITS<br><br>Judge:    Hon. Lisa J. Cisneros |

# [PROPOSED] ORDER  AS MODIFIED

Having considered Defendants' Administrative Motion to File Under Seal the Parties' Joint Letter Brief and Exhibits and the Declaration of Eric Berger in Support of Defendants' Motion, the Court orders that:

a. The following documents shall remain under seal:

| Document | Sealing Request |
| --- | --- |
| Joint Letter Brief | Redacted portions  except redacted portions discussing Exhibit M |
| Exhibit A to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit B to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit C to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit D to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit E to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit F to the Joint Letter Brief | Redacted portions. |
| Exhibit H to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit I to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit J to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit K to the Joint Letter Brief | Document sealed in its entirety. |
| Exhibit L to the Joint Letter Brief | Document sealed in its entirety. |
| ~~Exhibit M to the Joint Letter Brief~~ | ~~Document sealed in its entirety.~~ |

b. Defendants shall file Exhibit M not under seal. Defendants shall file the letter brief removing the redactions regarding Exhibit M (the first paragraph of page two from "J.K." to "other CEOS)" and the third paragraph of page four from "he received" to "from authors").

**IT IS SO ORDERED.**

Dated: December 10, 2025

Honorable Lisa J. Cisneros
United States District Judge

[PROPOSED] ORDER RE DEFENDANTS' ADMIN. MOTION TO SEAL    1    Master File Case No.: 3:24-cv-01451-CRB