1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
9                 SAN FRANCISCO DIVISION
10

11  *In Re Mosaic LLM Litigation*        Case No.: 3:24-cv-01451-CRB

12                                       [PROPOSED] ORDER REGARDING
                                         PLAINTIFFS' ADMINISTRATIVE
13                                       MOTION TO CONSIDER WHETHER
                                         ANOTHER PARTY'S MATERIAL
14                                       SHOULD BE FILED UNDER SEAL
                                         RE: PARTIES' JOINT LETTER BRIEF
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal Re: Parties' Joint Letter Brief, Defendants' Response and the Declaration of Eric Berger in Support of Defendants' Response, the Court orders that:

a. The following documents shall remain under seal:

| Document | Pages/Lines |
| --- | --- |
| Joint Letter Brief | The highlighted portion on the bottom of page 1 (starting on the third line from the bottom) through the first 6 words on page 2 line 4 (before "*Id.*"). |
| Exhibit C to the Trevor David Nystrom Declaration | Document sealed in its entirety. |
| Exhibit D to the Trevor David Nystrom Declaration | Document sealed in its entirety. |

b. Plaintiffs shall file the Joint Letter Brief removing the remaining redactions on pages 1 through 3.

c. Plaintiffs shall file Exhibit E and Exhibit F to the Trevor David Nystrom Declaration without any redactions and not under seal.

**IT IS SO ORDERED.**

Dated: December 10, 2025

Honorable Lisa J. Cisneros
United States Magistrate Judge