UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB<br><br>[PROPOSED] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL RE: PLAINTIFFS' SUPPLEMENTAL BRIEF REGARDING JOINT LETTER BRIEF |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal Re: Plaintiffs' Supplemental Brief Regarding Joint Letter Brief (Dkt. 155), Defendants' Response, and the Declaration of Eric Berger in Support of Defendants' Response, the Court orders that:

a. The following documents shall remain under seal:

| Document | Sealing Request |
|---|---|
| Plaintiffs' Supplemental Brief Regarding Joint Letter Brief | The following highlighted portions of Plaintiffs' Brief:<br><br>• Page 2, Lines 3-13;<br>• Page 2, Line 17 (redacting only the last eight words following the comma on Line 17);<br>• Page 2, Footnotes 3 and 4;<br>• Page 3, Lines 1-2 (redaction starting with the third word from the left on Line 1);<br>• Page 3, Lines 13-17 (redaction ending at the start of the new sentence after "*Id.*" on Line 17);<br>• Page 3, Lines 25-26 (redaction starting with the third word from the left on Line 25);<br>• Page 4, Lines 8-11 (redaction ending after the fifth word from the left (i.e., the end of the sentence) on Line 11);<br>• Page 4, Line 13 (redacting the third word from the left); and<br>• Page 4, Lines 13-15 (redaction starting with the sixth word from the left (i.e., the beginning of the new sentence) on Line 13. |
| Exhibit A to the Declaration of Trevor D. Nystrom | Document sealed in its entirety. |
| Exhibit B to the Declaration of Trevor D. Nystrom | Document sealed in its entirety. |
| Exhibit C to the Declaration of Trevor D. Nystrom | Document sealed in its entirety. |

| Document | Sealing Request |
|---|---|
| Exhibit D to the Declaration of Trevor D. Nystrom | Document sealed in its entirety. |
| Exhibit F to the Declaration of Trevor D. Nystrom | Document sealed in its entirety. |
| Exhibit G to the Declaration of Trevor D. Nystrom | The following portions of the first message on the first page of Exhibit G:<br><br>• The first four words and the last word in the second paragraph;<br>• The first line of the third paragraph and the first part of the second line of that paragraph, ending before "Replaced" (redacting the first eight words of the third line);<br>• The first four words and the last word in the fourth paragraph; and<br>• The entire fifth paragraph. |

    b. Plaintiffs shall file (1) the Joint Letter Brief removing the remaining redactions and (2) Exhibit G with the redactions described above.

**IT IS SO ORDERED.**

Dated:  December 10, 2025

                                                   Honorable Lisa J. Cisneros
                                                   United States Magistrate Judge