[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE SCHEDULING ORDER** |

Before this Court is Plaintiffs' Motion to Amend the Scheduling Order. Having considered the parties' arguments and all papers filed herein, the Court hereby GRANTS the motion and enters Plaintiffs' proposed modifications to the Scheduling Order at Dkt. 172.

| Event | Current Deadline (Dkt. 172) | Plaintiffs' Proposed New Deadline |
|---|---|---|
| Close of Fact Discovery on Fair Use and Plaintiffs' Copyright Claims | November 21, 2025 | January 5, 2026 |
| Deadline for Opening Expert Reports on Fair Use and Plaintiffs' Copyright Claims | January 9, 2026 | February 23, 2026 |
| Deadline for Rebuttal Expert Reports | February 10, 2026 | March 27, 2026 |
| Close of Expert Discovery | March 25, 2026 | May 11, 2026 |
| Deadline for Summary Judgment Motions on Fair Use and Plaintiffs' Copyright Claims | April 24, 2026 | June 8, 2026 |
| Deadline for Oppositions to Summary Judgment Motions | June 8, 2026 | July 23, 2026 |
| Deadline for Replies to Summary Judgment Motions | July 10, 2026 | August 24, 2026 |
| Hearing on Summary Judgment Motions | To be set by the Court | To be set by the Court |

IT IS SO ORDERED, on this date ___December 31, 2025___

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE