|  |  |
|---|---|
| 1 |  |
| 2 |  |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No.: 3:24-cv-01451-CRB<br><br>**[PROPOSED] ORDER** ~~GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SURREPLY IN OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT~~<br><br>Judge:   Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

The Court, having considered Defendants' Administrative Motion for Leave to File Surreply in Opposition to Plaintiffs' Motion to Modify Scheduling Order and for Leave to File Second Amended Consolidated Complaint, and finding good cause therefore, hereby GRANTS Defendants' motion.

Dated:   December 31, 3025

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE