1  [Counsel on signature page]
2
3
4
5
6
7
8                         UNITED STATES DISTRICT COURT
9                        NORTHERN DISTRICT OF CALIFORNIA
                              SAN FRANCISCO DIVISION
10
11  | *In Re Mosaic LLM Litigation* | Master File Case No.: 3:24-cv-01451-CRB |
12  |                               | Consolidated with Case No. 3:24-cv-02653-CRB |
13  |                               | **JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING EXPERT DISCOVERY DEADLINES** |
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Civil Rules 6-1(b) and 6-2, the Parties have agreed and stipulated to a brief extension of the deadlines for expert disclosures and expert discovery, as follows:

| Event | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Deadline for Opening Expert Reports on Fair Use and Plaintiffs' Copyright Claims | January 9, 2026 | January 20, 2026 |
| Deadline for Rebuttal Expert Reports | February 10, 2026 | February 20, 2026 |
| Close of Expert Discovery | March 25, 2026 | March 30, 2026 |

This short schedule extension is supported by good cause given the schedules of counsel and the experts during the holiday period and will not alter or impact the date of any other scheduled event or deadline. The Parties have previously stipulated to extend all case deadlines (beyond those addressed in this stipulation) three times, which the Court ordered on February 19, 2025, April 23, 2025, and September 4, 2025. *See* Dkts. 82, 111 and 172.

This extension is without prejudice to, and does not bear upon, the Parties' respective positions regarding Plaintiffs' pending Administrative Motion to Amend the Scheduling Order (Dkt. 191) or Plaintiffs' pending Motion to Modify the Scheduling Order and for Leave to File a Second Amended Consolidated Complaint (Dkt. 196).

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated:  December 26, 2025 | Respectfully submitted, |
| | FENWICK & WEST LLP |
| | By: */s/ Jedediah Wakefield*<br>Jedediah Wakefield (CSB No. 178058)<br>jwakefield@fenwick.com<br>Ryan Kwock (CSB No. 336414)<br>rkwock@fenwick.com<br>555 California Street, 12th Floor<br>San Francisco, CA  94104<br>Telephone:   (415) 875-2300<br>Facsimile:    (415) 281-1350 |
| | David Hayes (CSB No. 122894)<br>dhayes@fenwick.com<br>801 California Street<br>Mountain View, CA  94041<br>Telephone:   (650) 988-8500<br>Facsimile:    (650) 938-5200 |
| | Deena Feit (admitted *pro hac vice*)<br>dfeit@fenwick.com<br>401 Union Street, 5th Floor<br>Seattle, WA  98101<br>Telephone:   (206) 389-4510<br>Facsimile:    (206) 389-4511 |
| | Charles Moulins (admitted *pro hac vice*)<br>cmoulins@fenwick.com<br>902 Broadway, Ste 14<br>New York, NY  10010<br>Telephone:   (212) 430-2600<br>Facsimile:    (650) 938-5200 |
| | Zachary Harned (CSB No. 335898)<br>zharned@fenwick.com<br>730 Arizona Avenue, 1st Floor<br>Santa Monica, CA  90401<br>Telephone:   (310) 554-5400<br>Facsimile:    (650) 938-5200 |
| | *Attorneys for Defendants*<br>DATABRICKS, INC., and<br>MOSAIC ML, LLC, formerly MOSAIC ML, INC. |

| | | |
|---|---|---|
| 1 | Dated: December 26, 2025 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Joseph R. Saveri* |
| 4 | | Joseph R. Saveri |
| | | Cadio R. Zirpoli |
| 5 | | Elissa Amlin Buchanan |
| | | Christopher Kar-Lun Young |
| 6 | | William Waldir Castillo Guardado |
| | | Evan Creutz |
| 7 | | JOSEPH SAVERI LAW FIRM, LLP |
| | | 601 California Street, Suite 1505 |
| 8 | | San Francisco, CA  94108 |
| | | Telephone:   (415) 500-6800 |
| 9 | | Facsimile:    (415) 395-9940 |
| | | jsaveri@saverilawfirm.com |
| 10 | | czirpoli@saverilawfirm.com |
| | | eabuchanan@saverilawfirm.com |
| 11 | | cyoung@saverilawfirm.com |
| | | wcastillo@saverilawfirm.com |
| 12 | | ecreutz@saverilawfirm.com |
| 13 | | Matthew Butterick (SBN 250953) |
| | | 1920 Hillhurst Avenue, #406 |
| 14 | | Los Angeles, CA  90027 |
| | | Telephone:   (323) 968-2632 |
| 15 | | Facsimile:    (415) 395-9940 |
| | | mb@butericklaw.com |
| 16 | | Laura M. Matson (admitted *pro hac vice*) |
| | | Arielle S. Wagner (admitted *pro hac vice*) |
| 17 | | Brian D. Clark (admitted *pro hac vice*) |
| | | LOCKRIDGE GRINDAL |
| 18 | | NAUEN PLLP |
| | | 100 Washington Avenue South, Suite 2200 |
| 19 | | Minneapolis, MN  55401 |
| | | Telephone:   (612) 339-6900 |
| 20 | | Facsimile:    (612) 339-0981 |
| | | lmmatson@locklaw.com |
| 21 | | aswagner@locklaw.com |
| | | bdclark@locklaw.com |
| 22 | | |
| 23 | | Bryan L. Clobes (admitted *pro hac vice*) |
| | | Alexander J. Sweatman (admitted *pro hac vice*) |
| 24 | | Mohammed A. Rathur (admitted *pro hac vice*) |
| | | CAFFERTY CLOBES MERIWETHER & |
| 25 | | SPRENGEL LLP |
| | | 135 S. LaSalle, Suite 3210 |
| 26 | | Chicago, IL  60603 |
| | | Telephone:   (312) 782-4880 |
| 27 | | bclobes@caffertyclobes.com |
| | | asweatman@caffertyclobes.com |
| 28 | | mrathur@caffertyclobes.com |

| JOINT STIP. [PROPOSED] ORDER RE EXPERT DISCOVERY DEADLINES | 3 | Master File Case No.: 3:24-cv-01451-CRB |
|---|---|---|

|   |   |
|---|---|
| 1 | Rohit Nath |
|   | SUSMAN GODFREY L.L.P. |
| 2 | 1900 Avenue of the Stars, Suite 1400 |
|   | Los Angeles, CA 90067 |
| 3 | Telephone: (310) 789-3138 |
|   | Facsimile: (310) 789-3150 |
| 4 | rnath@susmangodfrey.com |

Rohit Nath
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3138
Facsimile: (310) 789-3150
rnath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
James Craig Smyser (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
One Manhattan West, 50th Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
SUSMAN GODFREY L.L.P.
401 Union Street, Suite 3000
Seattle, WA 8101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com

Anne B. Shaver
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, Suite 2900
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (451) 956-1008
ashaver@lchb.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
rgeman@lchb.com
delmasry@lchb.com

Betsy A. Sugar (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
222 2nd Ave S Suite 1640
Nashville, TN 37201
Telephone: (616) 313-9000
Facsimile: (615) 313-9965
bsugar@lchb.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Scott J. Sholder (admitted *pro hac vice*)
CeCe M. Cole (admitted *pro hac vice*)
COWAN, DEBAETS, ABRAHAMS &
SHEPPARD LLP
60 Broad St., 30th Floor
New York, NY 10004
Telephone: (212) 974-7474
ssholder@cdas.com
ccole@cdas.com

*Attorneys for Plaintiffs and the Proposed Class*

# [~~PROPOSED~~] ORDER

**PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.**

Dated: __December 31__, 2025

_____
The Honorable Charles R. Breyer
United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jedediah Wakefield, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 26, 2025

*/s/ Jedediah Wakefield*
Jedediah Wakefield