**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

**[~~PROPOSED~~] ORDER**

Pursuant to Local Rules 7-11 and 79-5(f), before this Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed regarding Plaintiffs' Second Amended Consolidated Complaint.

Having considered the papers and arguments of counsel, the Court finds that good cause exists to **GRANT** Plaintiff's Motion to Consider Whether Another Party's Material Should be Sealed.

| Documents Filed Under Seal | ORDER |
|---|---|
| Plaintiffs' Second Amended Consolidated Complaint | |

**IT IS SO ORDERED.**

Dated:  January 22, 2026

_____
Honorable Charles R. Breyer
United States District Judge