# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT AND MOTION TO STRIKE**<br><br>Date:  March 6, 2026<br>Time:  10:00 a.m.<br>Dept:  Videoconference<br>Judge: Hon. Charles R. Breyer |

**[PROPOSED] ORDER**

Before the Court is Defendants' Motion to Dismiss Plaintiffs' Second Amended Consolidated Complaint and Motion to Strike. Having considered the papers submitted by the parties, the files and records of this action, as well as all argument and other matters properly submitted to the Court, and good cause appearing, the Court **GRANTS** Defendants' Motion to Dismiss and Motion to Strike. **IT IS HEREBY ORDERED** that:

1. Plaintiffs' infringement claim that relates to Defendants' DBRX models are **DISMISSED WITH PREJUDICE**; and

2. Plaintiffs' allegations regarding, and references to, the DBRX models in paragraphs 2,6, 9, 54, 55-57, and 76 of their Second Amended Consolidated Complaint are **STRICKEN** from Plaintiffs' Second Amended Consolidated Complaint.

**IT IS SO ORDERED**.

Dated: _____    _____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE