**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB |
| | [~~PROPOSED~~] **ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT AND MOTION TO STRIKE** |
| | Judge:     Hon. Charles R. Breyer |

[~~PROPOSED~~] ORDER RE DEFS.' ADMIN. MOTION TO SEAL

Master File Case No.: 3:24-cv-01451-CRB

**[PROImage] ORDER**

Having considered Defendants' Administrative Motion to File Under Seal their Motion to Dismiss Second Amended Consolidated Complaint and Motion to Strike and the Declaration of Eric Berger in Support of Defendants' Administrative Motion, the Court orders that:

a.      The following documents shall remain partially under seal:

| Document | Sealing Instructions |
|---|---|
| Motion to Dismiss Second Amended Consolidated Complaint and Motion to Strike ("Motion to Dismiss & Strike") | The highlighted portions of the Motion to Dismiss & Strike remain under seal. |
| Declaration of Diana C. Buck in Support of Motion to Dismiss & Strike ("Buck Declaration") | The highlighted portions of the Buck Declaration remain under seal. |
| Exhibit 2 to the Buck Declaration | The highlighted portions of this exhibit remain under seal. |
| Exhibit 3 to the Buck Declaration | The highlighted portions of this exhibit remain under seal. |
| Exhibit 4 to the Buck Declaration | The highlighted portions of this exhibit remain under seal. |

**IT IS SO ORDERED.**

Dated:   February 5, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE