1  [Counsel on signature page]

2

3

4

5

6

7

8                             **UNITED STATES DISTRICT COURT**
9                             **NORTHERN DISTRICT OF CALIFORNIA**
                                  **SAN FRANCISCO DIVISION**
10

11
         *In Re Mosaic LLM Litigation*           Master File Case No.: 3:24-cv-01451-CRB
12                                                Consolidated with Case No. 3:24-cv-02653-CRB

13                                                **STIPULATION AND [PROPOSED] ORDER**
                                                  **TO AMEND CASE SCHEDULE**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 6-2, the Parties have agreed and stipulated to an extension of the deadlines for expert disclosures and expert discovery, along with the corresponding case deadlines, and respectfully request that the Court adjust the case schedule as follows:

| Event | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Deadline for Opening Expert Reports on Fair Use and Plaintiffs' Copyright Claims | February 23, 2026 | March 16, 2026 |
| Deadline for Rebuttal Expert Reports | March 27, 2026 | April 17, 2026 |
| Close of Expert Discovery | May 11, 2026 | June 1, 2026 |
| Deadline for Summary Judgment Motions on Fair Use and Plaintiffs' Copyright Claims | June 8, 2026 | June 29, 2026 |
| Deadline for Oppositions to Summary Judgment Motions | July 23, 2026 | August 13, 2026 |
| Deadline for Replies to Summary Judgment Motions | August 24, 2026 | September 14, 2026 |
| Hearing on Summary Judgment Motions | To be set by the Court | To be set by the Court |

This requested schedule extension is based on Plaintiffs' request for more time to review Defendants' recent document productions.  On January 5, 2026, the Court ordered Defendants "to produce 'All Documents and Communications Concerning Your acquisition, use, storage, retention, distribution, and deletion' of the RedPajama – Books and Books3 datasets." Dkt. 242 at 4.  Pursuant to the Court's Order, Defendants produced an additional ten terabytes of data on January 30, 2026.  Plaintiffs requested additional time to allow their technical experts sufficient time to analyze and review this data produced by Defendants.  Plaintiffs' technical expert estimated that reviewing 400 gigabytes of data would entail an estimated six hours to complete in addition to follow up review, requiring an additional three weeks of analysis to review the ten terabytes produced.

The Parties have previously stipulated to extend all case deadlines three times, which the

| | |
|---|---|
| 1 | Court ordered on February 19, 2025, April 23, 2025, and September 4, 2025.  *See* Dkts. 82, 111 |
| 2 | and 172.  The Parties previously stipulated to a limited adjustment of the expert discovery deadlines |
| 3 | to account for the holiday season, which the Court ordered on December 31, 2025.  Dkt. 240. |
| 4 | Plaintiffs moved to amend the case schedule on November 18, 2025, Dkt. 191, and Defendants |
| 5 | contested Plaintiffs' motion, Dkt. 198.  The Court granted Plaintiffs' motion to amend the case |
| 6 | schedule on December 31, 2025, setting the current case schedule. Dkt. 238. |

This extension is without prejudice to, and does not bear upon, the Parties' respective positions and arguments regarding whether discovery disputes may be presented to the Court. Defendants maintain that this extension applies solely to the deadlines set forth in this stipulation and does not authorize Plaintiffs to conduct any additional fact discovery or raise new disputes related to fact discovery.  Defendants maintain their right to object to any use of this extension to raise new discovery issues.  Plaintiffs do not seek to reset the fact discovery deadlines but reserve their rights under the Federal Rules, the Local Rules, and the Court's Orders to raise issues with Defendants' discovery for good cause.

**IT IS SO STIPULATED.**

Dated:  February 13, 2026                                        Respectfully submitted,


By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
Holden Benon (SBN 325847)
**JOSEPH SAVERI LAW FIRM, LLP**
601 California Street, Suite 1505
San Francisco, CA 94108
Telephone: (415) 500-6800

Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com
hbenon@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA  90027
Telephone:   (323) 968-2632
Facsimile:    (415) 395-9940
mb@butticklaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Mohammed A. Rathur (admitted *pro hac vice*)
Nabihah Maqbool (admitted pro hac vice)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL  60603
Telephone:   (312) 782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com
nmaqbool@caffertyclobes.com

Rohit Nath
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067
Telephone:   (310) 789-3138
Facsimile:    (310) 789-3150
rnath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
James Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY  10001-8602
Telephone:   (212) 336-8330
Facsimile:    (212) 336-8340
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
Dylan Salzman (admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone:   (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com
dsalzman@susmangodfrey.com

|   |   |
|---|---|
| 1 | Anne B. Shaver |
|   | **LIEFF CABRASER HEIMANN &** |
| 2 | **BERNSTEIN, LLP** |
|   | 275 Battery Street, Suite 2900 |
| 3 | San Francisco, CA 94111-3339 |
|   | Telephone: (415) 956-1000 |
| 4 | Facsimile: (415) 956-1008 |
|   | ashaver@lchb.com |

Anne B. Shaver
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ashaver@lchb.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592
rgeman@lchb.com
delmasry@lchb.com

Betsy A. Sugar (admitted *pro hac vice*)
Kenneth S. Byrd (admitted pro hac vice)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Ave S Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
Facsimile: (615) 313-9965
bsugar@lchb.com
kbyrd@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*


FENWICK & WEST LLP


By: */s/ Jedediah Wakefield*
Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (650) 938-5200

David Hayes (CSB No. 122894)
dhayes@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

1  Deena Feit (admitted *pro hac vice*)
   dfeit@fenwick.com
2  401 Union Street, 5th Floor
   Seattle, WA 98101
3  Telephone: (206) 389-4510
   Facsimile: (206) 389-4511
4
5  Charles Moulins (admitted *pro hac vice*)
   cmoulins@fenwick.com
   Justine Vandermel (admitted *pro hac vice*)
6  justine.vandermel@fenwick.com
   902 Broadway, Ste 14
7  New York, NY 10010
   Telephone: (212) 430-2600
8  Facsimile: (650) 938-5200

9  Zachary Harned (CSB No. 335898)
   zharned@fenwick.com
10 730 Arizona Avenue, 1st Floor
   Santa Monica, CA 90401
11 Telephone: (310) 554-5400
   Facsimile: (650) 938-5200
12
13 *Attorneys for Defendants*
   DATABRICKS, INC., and
14 MOSAIC ML, LLC, formerly
   MOSAIC ML, INC.

STIP. AND [PROPOSED] ORDER TO       5        Master File Case No.: 3:24-cv-01451-CRB
AMEND CASE SCHEDULE

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2026

_____
The Honorable Charles R. Breyer
United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Trevor D. Nystrom, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 13, 2026         */s/ Trevor D. Nystrom*
                                 Trevor D. Nystrom

**CERTIFICATE OF SERVICE**

I, Trevor D. Nystrom, hereby certify that on February 13, 2026, I caused to be electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

Dated: February 13, 2026                    /s/ Trevor D. Nystrom
                                            Trevor D. Nystrom