**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No.: 3:24-cv-01451-CRB |
|  | **[~~PROPOSED~~] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL REPLY IN SUPPORT OF MOTION TO DISMISS SECOND AMENDED CONSOLIDATED COMPLAINT AND MOTION TO STRIKE** |
|  | Judge:     Honorable Charles R. Breyer |

**[PROPOSED] ORDER**

Having considered Defendants' Administrative Motion to File Under Seal their Reply in Support of their Motion to Dismiss Second Amended Consolidated Complaint and Motion to Strike and the Declaration of Eric Berger in Support of Defendants' Administrative Motion, the Court orders that:

a.    The following document shall remain partially under seal:

| Document | Sealing Instructions |
| --- | --- |
| Reply in Support of Motion to Dismiss Second Amended Consolidated Complaint and Motion to Strike ("Reply") | The highlighted portions of the Reply remain under seal |

**IT IS SO ORDERED.**

Dated: _____February 26, 2026_____          _____

Honorable Charles R. Breyer
United States Senior District Judge