**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

Master File Case No. 3:24-cv-01451-CRB

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO
CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL

# [PROPOSED] ORDER

Before this Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Pursuant to Local Rules 7-11 and 79-5(f).

Having considered the papers and arguments of counsel, the Court finds that good cause exists to **GRANT** Plaintiff's Motion to Consider Whether Another Party's Material Should be Sealed.

| Documents Filed Under Seal | ORDER |
|---|---|
| **Plaintiffs' Opposition to Defendants' Motion to Dismiss Second Amended Consolidated Complaint and Motion to Strike** | |

**IT IS SO ORDERED.**

Dated:   February 27, 2026

Honorable Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL