**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL** |

<strong>[<s>PROPOSED</s>] ORDER</strong>

Before this Court is Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Pursuant to Local Rules 7-11 and 79-5(f).

Having considered the papers and arguments of counsel, the Court finds that good cause exists to **GRANT** Plaintiff's Motion to Consider Whether Another Party's Material Should be Sealed.

| Documents Filed Under Seal | ORDER |
|---|---|
| **Motion to Amend the Scheduling Order and for Leave to File Second Amended Consolidated Complaint** | |
| **Exhibit A** - Plaintiffs' proposed Second Amended Consolidated Complaint | |
| **Exhibit B** - Plaintiffs' proposed Second Amended Consolidated Complaint (redline version of current Complaint) | |
| **Exhibit D** - MOSAIC_ONAN_00012256 | |
| **Exhibit E** - MOSAIC_ONAN_00022529 | |
| **Exhibit F** - MOSAIC_ONAN_00048991 | |
| **Exhibit G** - MOSAIC_ONAN_00048989 | |
| **Exhibit H** - MOSAIC_ONAN_00047263 | |
| **Exhibit I** - MOSAIC_ONAN_00033977 | |
| **Exhibit J** - MOSAIC_ONAN_00035926 | |
| **Exhibit K -** MOSAIC_ONAN_00035902 | |
| **Exhibit L** - MOSAIC_ONAN_00007809 | |
| **Exhibit M** - MOSAIC_ONAN_00049011 | |
| **Exhibit N** - MOSAIC_ONAN_00049017 | |
| **Exhibit O** - MOSAIC_ONAN_00034957 | |
| **Exhibit P** - MOSAIC_ONAN_00049034 | |
| **Exhibit Q** - MOSAIC_ONAN_00001072 | |

Master File Case No. 3:24-cv-01451-CRB

[<s>PROPOSED</s>] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL

| | |
|---|---|
| **Exhibit R** - Transcript excerpts from October 29, 2025 deposition of Naveen Rao, Ph. D. | |
| **Exhibit S** – Transcript excerpts from November 5, 2025 deposition of Cody Blakeney, Ph.D. | |
| **Exhibit T -** Transcript excerpts from November 6, 2025 Rule 30(b)(6) deposition of Hanlin Tang, Ph.D. | |
| **Exhibit U -** Transcript excerpts from the November 13, 2025 30(b)(6) deposition of Jonathan Frankle | |

**IT IS SO ORDERED.**

Dated:   March 31, 2026

Honorable Charles R. Breyer
United States District Judge

Master File Case No. 3:24-cv-01451-CRB

[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL