# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB |
| | [~~PROPOSED~~] **ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO MODIFY SCHEDULING ORDER AND FOR LEAVE TO FILE SECOND AMENDED CONSOLIDATED COMPLAINT** |

Date:      January 16, 2026
Time:     10:00 a.m.
Location:  Video Conference (Zoom)
Judge:    Hon. Charles R. Breyer

# [PROPOSED] ORDER

Having considered Defendants' Administrative Motion to File Under Seal Defendants' Opposition to Plaintiffs' Motion to Modify Scheduling Order and for Leave to File Second Amended Consolidated Complaint, and the Declaration of Eric Berger in Support of Defendants' Administrative Motion, the Court orders that:

a. The following documents shall remain under seal:

| Document | Sealing Instructions |
| --- | --- |
| Declaration of Ryan Kwock In Support of Defendants' Opposition to Plaintiffs' Motion to Modify Scheduling Order and for Leave to File Second Amended Consolidated Complaint | The highlighted portions of the Declaration remain under seal. |
| Exhibit 1 | Document sealed in its entirety. |
| Exhibit 2 | Document sealed in its entirety. |
| Exhibit 3 | Document sealed in its entirety. |
| Exhibit 4 | Document sealed in its entirety. |
| Exhibit 5 | Document sealed in its entirety. |
| Exhibit 6 | Document sealed in its entirety. |
| Exhibit 7 | Document sealed in its entirety. |
| Exhibit 8 | Document sealed in its entirety. |

**IT IS SO ORDERED.**

Dated: ___March 31, 2026_____        _____

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE