**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB |
| | **ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL RE: PORTIONS OF PLAINTIFFS' LETTER BRIEF AND EXHIBITS** |
| | Judge:    Hon. Lisa J. Cisneros |

ORDER RE PLFS' ADMIN. MOTION TO SEAL

Master File Case No.: 3:24-cv-01451-CRB

# ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal Re: Portions of Plaintiffs' Letter Brief and Exhibits (Dkt. 247), Defendants' Response, and the Declaration of Eric Berger in Support of Defendants' Response, the Court orders that:

a. The following documents shall remain entirely or partially under seal:

| Document | Sealing Instruction |
| --- | --- |
| Joint Letter Brief | The highlighted portions of the Joint Letter Brief remain under seal. |
| Exhibit B | Document sealed in its entirety. |
| Exhibit C | Document sealed in its entirety. |
| Exhibit D | Document sealed in its entirety. |

**IT IS SO ORDERED.**

Dated: April 2, 2026

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge

ORDER RE PLFS' ADMIN. MOTION TO SEAL          1          Master File Case No.: 3:24-cv-01451-CRB