**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB |
| | **ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL AND REDACT TRANSCRIPT OF DECEMBER 4, 2025 PROCEEDINGS** |
| | Judge:     Hon. Lisa J. Cisneros |

# ORDER

Having considered Defendants' Administrative Motion to Seal and Redact the Transcript of the December 4, 2025 Proceedings, the Declaration of Eric Berger in Support of Defendants' Motion, and the Declaration of Diana C. Buck in Support of Defendants' Motion, the Court GRANTS Defendants' Motion and orders that the following document is partially redacted and sealed as described:

| Document | Sealing/Redaction Request |
|---|---|
| Transcript of December 4, 2025, Proceedings | The highlighted portions of the transcript remain under seal.<br><br>A public, redacted version of the transcript is made available, consistent with the proposed redacted version in Exhibit 1 to the Declaration of Diana C. Buck. |

**IT IS SO ORDERED.**

Dated: _April 2, 2026__

_____
Honorable Lisa J. Cisneros
United States Magistrate Judge