[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No.: 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**ORDER RE EXPERT DEPOSITIONS** |

JOINT STIP. AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE

Master File Case No.: 3:24-cv-01451-CRB

The Parties agree that good cause exists for a brief extension of the schedule in this action to allow the parties to complete expert depositions. Accordingly, pursuant to Civil L.R. 6-2, the Parties stipulate to and respectfully request that the Court adopt the following modifications to the schedule in this action.

The Parties have agreed and stipulated to a brief extension of the case schedule as follows:

| Event | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Close of Expert Discovery | June 1, 2026 | June 8, 2026 |
| Deadline for Summary Judgment Motions on Fair Use and Plaintiffs' Copyright Claims | June 29, 2026 | No change |
| Deadline for Oppositions to Summary Judgment Motions | August 13, 2026 | No change |
| Deadline for Replies to Summary Judgment Motions | September 14, 2026 | No change |
| Hearing on Summary Judgment Motions | October 30, 2026 | No change |

This short schedule extension is supported by good cause given that the parties have been diligently and cooperatively working to schedule nine expert depositions around the month of May. The parties have agreed to conduct two depositions during the first week of June to accommodate the schedules of experts and counsel. The parties do not request a modification of any deadlines other than the expert discovery deadline.

The Parties have previously stipulated to extend all case deadlines four times, which the Court ordered on February 19, 2025, April 23, 2025, September 4, 2025, and February 18, 2026. *See* Dkts. 82, 111, 172, and 270. The Parties previously stipulated to a limited adjustment of the expert discovery deadlines to account for the holiday season, which the Court ordered on December 31, 2025. Dkt. 240. Plaintiffs moved to amend the case schedule on November 18, 2025, and the Court granted Plaintiffs' motion on December 31, 2025. Dkt. 238. Most recently, the parties stipulated to a limited extension of the case schedule to allow Plaintiffs additional time to review Defendants' document production. Dkt. 269. The Court granted that stipulation on February 18,

2026, setting the currently operative case schedule. Dkt. 270.

**IT IS SO STIPULATED.**

Dated:  April 28, 2026                                  Respectfully submitted,


By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
Holden Benon (SBN 325847)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com
hbenon@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA  90027
Telephone:   (323) 968-2632
Facsimile:    (415) 395-9940
mb@butterricklaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Mohammed A. Rathur (admitted *pro hac vice*)
Nabihah Maqbool (admitted pro hac vice)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL  60603
Telephone:   (312) 782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com
nmaqbool@caffertyclobes.com

Rohit Nath
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA  90067

JOINT STIP. AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE                                  2                Master File Case No.: 3:24-cv-01451-CRB

Telephone:    (310) 789-3138
Facsimile:    (310) 789-3150
rnath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
James Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY  10001-8602
Telephone:    (212) 336-8330
Facsimile:    (212) 336-8340
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
Dylan Salzman (admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone:    (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com
dsalzman@susmangodfrey.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA  94111-3339
Telephone:    (415) 956-1000
Facsimile:    (415) 956-1008
ashaver@lchb.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:    (212) 355-9500
Facsimile:    (212) 355-9592
rgeman@lchb.com
delmasry@lchb.com

Betsy A. Sugar (admitted *pro hac vice*)
Kenneth S. Byrd (admitted pro hac vice)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
222 2nd Ave S Suite 1640
Nashville, TN  37201
Telephone:    (615) 313-9000
Facsimile:    (615) 313-9965
bsugar@lchb.com
kbyrd@lchb.com

JOINT STIP. AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE

3

Master File Case No.: 3:24-cv-01451-CRB

*Attorneys for Plaintiffs and the Proposed Class*

FENWICK & WEST LLP

By: */s/ Jedediah Wakefield*
Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
555 California Street, 12th Floor
San Francisco, CA  94104
Telephone:   (415) 875-2300
Facsimile:   (415) 281-1350

David Hayes (CSB No. 122894)
dhayes@fenwick.com
801 California Street
Mountain View, CA  94041
Telephone:   (650) 988-8500
Facsimile:   (650) 938-5200

Deena Feit (admitted *pro hac vice*)
dfeit@fenwick.com
401 Union Street, 5th Floor
Seattle, WA  98101
Telephone:   (206) 389-4510
Facsimile:   (206) 389-4511

Charles Moulins (admitted *pro hac vice*)
cmoulins@fenwick.com
902 Broadway, Ste 14
New York, NY  10010
Telephone:   (212) 430-2600
Facsimile:   (650) 938-5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
730 Arizona Avenue, 1st Floor
Santa Monica, CA  90401
Telephone:   (310) 554-5400
Facsimile:   (650) 938-5200

*Attorneys for Defendants*
DATABRICKS, INC., and
MOSAIC ML, LLC, formerly
MOSAIC ML, INC.

JOINT STIP. AND [PROPOSED] ORDER TO
AMEND CASE SCHEDULE

4

Master File Case No.: 3:24-cv-01451-CRB

**[PROPOSED] ORDER**

**PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2026

_____

The Honorable Charles R. Breyer
United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Dylan Salzman, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 28, 2026

*/s/ Dylan Salzman*
Dylan Salzman

**CERTIFICATE OF SERVICE**

I, Dylan Salzman, hereby certify that on April 28, 2026, I caused to be electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

Dated:  April 28, 2026                              /s/ Dylan Salzman
                                                    Dylan Salzman