**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Case No.: 3:24-cv-01451-CRB |
| | [~~PROPOSED~~] **ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' ANSWER TO SECOND AMENDED CONSOLIDATED COMPLAINT** |
| | Judge:   Hon. Charles R. Breyer |

Master File Case No.: 3:24-cv-01451-CRB

**[PROPOSED] ORDER**

Having considered Defendants' Administrative Motion to File Under Seal their Answer to Second Amended Consolidated Complaint, the Court orders that:

    a.     The following documents shall remain partially under seal:

| Document | Sealing Instructions |
|---|---|
| Defendants' Answer to Second Amended Consolidated Complaint ("Answer") | The highlighted portions of the Answer remain under seal. |

**IT IS SO ORDERED.**

Dated:   May 12, 2026

                                        HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE