[Counsel on signature page]

FENWICK & WEST LLP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*In Re Mosaic LLM Litigation*

Master File Case No.: 3:24-cv-01451-CRB
Consolidated with Case No. 3:24-cv-02653-CRB

**STIPULATION AND [PROPOSED] ORDER**
**RE AMICI CURIAE BRIEFS**

Judge: Hon. Charles R. Breyer

The Parties stipulate to and respectfully request that the Court set a briefing schedule and page limits for amicus curiae briefing in connection with the Parties' upcoming motions for summary judgment. In support of this stipulation, the Parties state as follows:

Under the Court's schedule, the deadline for summary judgment motions on fair use and Plaintiffs' copyright claims is June 29, 2026, with oppositions due on August 13, 2026, and replies due on September 14, 2026. *See* Dkt. Nos. 270, 290.

The Parties anticipate that certain amici curiae will file motions for leave to file an amicus brief in support of one of the Parties' motions for summary judgment.

The Parties recognize that amici curiae briefing is within the Court's discretion and that, if the Court allows participation of amici curiae, an agreed-upon procedure will promote judicial efficiency and benefit those third parties.

THEREFORE, the Parties stipulate to, and request that the Court order, the following procedure:

- Prior to filing a motion for leave to file amici curiae briefs, any amici must contact the parties to determine whether they consent or oppose, and must state whether the parties consent in the motion;

- Motions for leave to file amici curiae briefs will be filed by August 27, 2026;

- Motions for leave to file amici curiae briefs will be filed together with the proposed brief and will state the movant's interest, the reason why an amicus brief is desirable, and why the matters asserted are relevant to the disposition of the case;

- Motions for leave to file amici curiae briefs must include a statement as required by Federal Rule of Appellate Procedure 29(a)(4)(e); and

- Amici curiae briefs will not exceed 15 pages in length, exclusive of title pages, indexes of cases, table of contents, exhibits, summaries of argument, if required, and signature blocks. Briefs will otherwise comply with the requirements of the Court.

- This stipulation shall operate without prejudice to a request by either party to exceed the page limit in a brief when reasonably necessary to address arguments made by amici curiae.

**IT IS SO STIPULATED**

FENWICK & WEST LLP

Dated: June 22, 2026

Respectfully submitted,

By: */s/ Dylan Salzman*

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
Holden Benon (SBN 325847)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com
hbenon@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone:    (323) 968-2632
Facsimile:    (415) 395-9940
mb@but1ericklaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Mohammed A. Rathur (admitted *pro hac vice*)
Nabihah Maqbool (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone:    (312) 782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com
nmaqbool@caffertyclobes.com

FENWICK & WEST LLP

Rohit Nath
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone:     (310) 789-3138
Facsimile:     (310) 789-3150
rnath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
James Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Telephone:     (212) 336-8330
Facsimile:     (212) 336-8340
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
Dylan Salzman (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone:     (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com
dsalzman@susmangodfrey.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111-3339
Telephone:     (415) 956-1000
Facsimile:     (415) 956-1008
ashaver@lchb.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone:     (212) 355-9500
Facsimile:     (212) 355-9592
rgeman@lchb.com
delmasry@lchb.com

FENWICK & WEST LLP

STIP. AND [~~PROPOSED~~] ORDER RE AMICI CURIAE BRIEFs          3          Master File Case No.: 3:24-cv-01451-CRB

Betsy A. Sugar (admitted *pro hac vice*)
Kenneth S. Byrd (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
222 2nd Ave S Suite 1640
Nashville, TN 37201
Telephone:    (615) 313-9000
Facsimile:    (615) 313-9965
bsugar@lchb.com
kbyrd@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*


FENWICK & WEST LLP


By: */s/ Jedediah Wakefield*
    Jedediah Wakefield (CSB No. 178058)
    jwakefield@fenwick.com
    Ryan Kwock (CSB No. 336414)
    rkwock@fenwick.com
    One Front Street, 33rd Floor
    San Francisco, CA 94111
    Telephone:    (415) 875-2300
    Facsimile:    (650) 938-5200

    David Hayes (CSB No. 122894)
    dhayes@fenwick.com
    801 California Street
    Mountain View, CA 94041
    Telephone:    (650) 988-8500
    Facsimile:    (650) 938-5200

    Jonathan T. McMichael (CSB No. 304797)
    jmcmichael@fenwick.com
    Deena Feit (admitted *pro hac vice*)
    dfeit@fenwick.com
    401 Union Street, 5th Floor
    Seattle, WA 98101
    Telephone:    (206) 389-4510
    Facsimile:    (206) 389-4511

    Charles Moulins (admitted *pro hac vice*)
    cmoulins@fenwick.com
    Justine Vandermel (admitted *pro hac vice*)
    justine.vandermel@fenwick.com

FENWICK & WEST LLP

STIP. AND [PROPOSED] ORDER RE AMICI          4          Master File Case No.: 3:24-cv-01451-CRB
CURIAE BRIEFs

902 Broadway, Ste 14
New York, NY 10010
Telephone:    (212) 430-2600
Facsimile:    (650) 938-5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone:    (310) 554-5400
Facsimile:    (650) 938-5200

*Attorneys for Defendants*
DATABRICKS, INC., and
MOSAIC ML, LLC, formerly
MOSAIC ML, INC.

FENWICK & WEST LLP

STIP. AND [PROPOSED] ORDER RE AMICI
CURIAE BRIEFs

5

Master File Case No.: 3:24-cv-01451-CRB

## **SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, have concurred in the filing of this document.

Date:  June 22, 2026

*/s Dylan Salzman*
Dylan Salzman

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____June 22_____, 2026

_____
The Honorable Charles R. Breyer
United States District Court Judge

STIP. AND [PROPOSED] ORDER RE AMICI CURIAE BRIEFs                    Master File Case No.: 3:24-cv-01451-CRB