[Counsel on signature pages]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING NARROWED REDACTIONS TO SECOND AMENDED CONSOLIDATED COMPLAINT**<br><br>Judge: Hon. Charles R. Breyer |

In anticipation of the Parties' upcoming motions for summary judgment, the Parties have conferred and agreed to unseal certain portions of the operative Second Amended Consolidated Complaint (ECF No. 254).  Accordingly, pursuant to Civil Local Rule 7-12, the Parties stipulate to and respectfully request that the Court enter an Order permitting the refiling of the Second Amended Consolidated Complaint with narrower redactions, in the form attached as Exhibit A.

**IT IS SO STIPULATED.**

Dated: June 25, 2026                            Respectfully submitted,

By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
Holden Benon (SBN 325847)
Drew Moss Morgan (SBN 366901)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com
hbenon@saverilawfirm.com
dmorgan@saverilawfirm.com

Avery M. Wolff (admitted *pro hac vice*)
**SAVERI LAW FIRM, LLP**
780 Third Avenue, Suite 1200
New York, NY 10017
Telephone: (646) 641-0876
Email: awolff@saverilawfirm.com

Master File Case No. 3:24-cv-01451-CRB                1

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING NARROWED REDACTIONS TO SECOND AMENDED CONSOLIDATED COMPLAINT

Bryan L. Clobes (admitted *pro hac vice*)
Mohammed A. Rathur (admitted *pro hac vice*)
Nabihah Maqbool (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER
& SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com
nmaqbool@caffertyclobes.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
Dylan Salzman (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com
dsalzman@susmangodfrey.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
ashaver@lchb.com

Betsy A. Sugar (admitted *pro hac vice*)
Kenneth S. Byrd (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com
kbyrd@lchb.com

*Counsel for Individual and Representative
Plaintiffs and the Proposed Class*

Dated: June 25, 2026

Respectfully submitted,

By: */s/ Jedediah Wakefield*

Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
**FENWICK AND WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:    (415) 875-2300
Facsimile:    (650) 938-5200

Master File Case No. 3:24-cv-01451-CRB                3
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING NARROWED REDACTIONS TO SECOND
AMENDED CONSOLIDATED COMPLAINT

David Hayes (CSB No. 122894)
dhayes@fenwick.com
**FENWICK AND WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone:     (650) 988-8500
Facsimile:     (650) 938-5200

Jonathan T. McMichael (CSB No. 304797)
jmcmichael@fenwick.com
Deena Feit (admitted pro hac vice)
dfeit@fenwick.com
**FENWICK AND WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:     (206) 389-4510
Facsimile:     (206) 389-4511

Charles Moulins (admitted pro hac vice)
cmoulins@fenwick.com
Justine Vandermel (admitted pro hac vice)
justine.vandermel@fenwick.com
**FENWICK AND WEST LLP**
902 Broadway, Ste 14
New York, NY 10010
Telephone:     (212) 430-2600
Facsimile:     (650) 938-5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
**FENWICK AND WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone:     (310) 554-5400
Facsimile:     (650) 938-5200

*Counsel for Defendants DATABRICKS, INC.,
and MOSAIC ML, LLC, formerly  MOSAIC ML,
INC.*

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING NARROWED REDACTIONS TO SECOND
AMENDED CONSOLIDATED COMPLAINT

[~~PROPOSED~~] **ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**


Dated: _____June 26_____, 2026          _____
                                          Honorable Charles R. Breyer
                                          United States District Court Judge

JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING NARROWED REDACTIONS TO SECOND
AMENDED CONSOLIDATED COMPLAINT