**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No.: 3:24-cv-01451-CRB |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| | Date:     October 30, 2026 |
| | Time:    10:00 a.m. |
| | Dept:    6 |
| | Judge:   Honorable Charles R. Breyer |

## [PROPOSED] ORDER

Before the Court is Defendants' Motion for Summary Judgment.  Having considered the Motion, the supporting Memorandum of Points and Authorities, all supporting declarations and exhibits, the papers filed in support of and in opposition to the Motion, and the arguments and evidence presented at the hearing on the Motion, the Court **GRANTS** Defendants' Motion for Summary Judgment as to all claims in Plaintiffs' Second Amended Consolidated Complaint.

**IT IS SO ORDERED.**

Dated: _____          _____

The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE