FENWICK & WEST LLP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*In Re Mosaic LLM Litigation*

Master File Case No.: 3:24-cv-01451-CRB

**DECLARATION OF DAVID EVANS, PH.D. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**REDACTED**

I, David Evans, Ph.D., declare as follows:

1. I have been retained by Defendants Databricks, Inc. and MosaicML, LLC as a technical expert to provide my opinions regarding various aspects of the functionality of certain large language models ("LLMs"), including Mosaic's MPT-7B, MPT-30B, MPT-7B-8k, and MPT-7B-StoryWriter-65k+ models (the "MPT models").

2. I submitted an opening expert report in this matter on March 16, 2026 and a rebuttal report on April 17, 2026, and I was deposed on May 29, 2026. I also prepared a supplemental disclosure of further experiments I conducted in response to the rebuttal report of Plaintiffs' technical expert, Dr. Shawn Shan. My opening report is attached as **Exhibit 1**, my rebuttal report is attached as **Exhibit 2**, and my supplemental disclosure is attached as **Exhibit 3**. Attached to my rebuttal report is a copy of my CV (current as of the date of that report). The statements in my reports and supplemental disclosure are accurate and true to the best of my knowledge, information, and belief. This declaration provides a more concise statement of the opinions in my reports, and is based on my knowledge, skill, experience, training, and education, as well as my review and analysis of documents and data provided by Defendants and tests I conducted, as disclosed in my reports.

**A. Professional Background And Qualifications**

3. I am the Olsen Bicentennial Professor of Engineering and a Professor of Computer Science at the University of Virginia, where I have led research in security and privacy for more than 25 years. I hold SB (1994), SM (1994), and PhD (2000) degrees in Computer Science from the Massachusetts Institute of Technology.

4. Throughout my career, I have conducted extensive research on security and privacy, which includes understanding and improving the trustworthiness of artificial intelligence and machine learning systems. I have written research papers on these topics that have been published in the top venues for machine learning research and security and privacy research, and my work has been cited more than 35,000 times. I have led security and privacy research funded by the National Science Foundation, Air Force Office of Scientific Research, and Defense Advanced

FENWICK & WEST LLP

Research Projects Agency, and I have been the Program Chair of the leading research conferences in security and privacy research.

5. I have conducted research on privacy issues for machine learning systems, including LLMs. My publications on these topics include "Evaluating Differentially Private Machine Learning in Practice", which was among the first papers to empirically analyze privacy of trained machine learning models and has been cited over 800 times; "An Empirical Analysis of Memorization in Fine-tuned Autoregressive Language Models", which explored how different fine-tuning methods impact the measured information leakage for LLMs; and "Do Membership Inference Attacks Work on Large Language Models?", which introduced a new method for testing language models for inference privacy risks and identified important limitations of prior work in measuring inference privacy risks for LLMs. At the University of Virginia, I have taught courses on privacy and security, machine learning, and a wide range of other computer science topics to both undergraduate and graduate students.

**B. Training Data And The MPT Models**

6. The terms "data" and "information" are sometimes used interchangeably, but for the purposes of this declaration, I use the definitions most commonly used by computer scientists. "Data" refers to a sequence of symbols, with the amount of data quantified by the number of symbols in the sequence. "Information" refers to what the data conveys, and corresponds to the amount by which the data changes a receiver's beliefs.

7. Training modern LLMs involves massive amounts of training data, represented as "tokens". A token is a number that identifies an element in a vocabulary, roughly corresponding to a word, word-fragment, punctuation mark, or other text element.

8. The MPT models were trained on roughly one trillion "tokens" of data, meaning that the amount of data used to train the MPT models is approximately 16 trillion bits, or two terabytes, of data. The training data for the MPT models combined data from several different sources. For training, each source is broken into fixed-length "chunks", and the model samples those chunks at different rates.

FENWICK & WEST LLP

9. The table below shows the number of "tokens", "effective tokens", and "epochs" for each data source used to train the MPT-7B model. The amount of "effective tokens" reflects the actual number of tokens used in training the model. The "proportion" reflects the percentage of each data source's effective tokens out of the total effective tokens across all training data sources. An "epoch" is traditionally one complete pass through a dataset during training, where the model sees each datapoint once. The epoch value for a source reflects the number of times on average that each token in that source is expected to be used during training.

**Training data used for MPT models.** Adapted from the MPT-7B Blogpost at MOSAIC_ONAN_00000278-79. Data sources are listed by the number of effective tokens sampled from that data source. The total number of effective tokens in the training data sources is one trillion tokens.

| Data Source | Tokens | Effective Tokens | Proportion | Epochs |
|---|---|---|---|---|
| mC4 3.1.0–English | 2418.0 B | 330 B | 0.330 | 0.14 |
| C4–English–SemDedup 80% | 100.4 B | 299 B | 0.299 | 2.98 |
| RedPajama – CommonCrawl | 878.5 B | 100 B | 0.100 | 0.11 |
| The Stack–Selected Languages | 463.8 B | 100 B | 0.100 | 0.22 |
| RedPajama – Wikipedia | 4.9 B | 40 B | 0.040 | 8.21 |
| The Stack–Markdown | 107.1 B | 35 B | 0.035 | 0.33 |
| Semantic Scholar (S2ORC) | 48.9 B | 33 B | 0.033 | 0.68 |
| **RedPajama – Books** | **26.0 B** | **30 B** | **0.030** | **1.15** |
| RedPajama – arXiv | 28.1 B | 19 B | 0.019 | 0.68 |
| RedPajama – StackExchange | 20.5 B | 14 B | 0.014 | 0.68 |
| **Total** | 4096.1 B | 1000 B | 1.000 | 0.24 |

### C. The MPT Models Do Not Store Their Training Data

10. LLMs do not "store" training data in the sense that the word "store" is typically used, nor do they function as algorithms that "compress" data. Training data is not stored in the MPT models, either directly or in some compressed form. Data also cannot be "looked up" in, or "read out" from, the MPT models. Instead, the training data's information is used to create generalized representations of how language is used and associations among words to enable the model to accomplish its intended purpose—providing useful responses, including to never-before-seen input prompts.

11. The inability of the MPT models to store the training data is apparent from the relative sizes of the training data set and the trained models. The MPT-7B and MPT-30B models' training data is approximately two trillion bytes. The MPT-7B model has 6.7 billion parameters and comprises approximately 13.3 billion bytes, making the MPT-7B model itself less than one percent of the size of its effective training data. The MPT-30B model is 30 billion parameters and comprises approximately 60 billion bytes, making the MPT-30B model itself three percent the size of its training data.

12. The diagram below compares the relative sizes of the MPT models (represented by the purple squares) and the effective tokens comprising the MPT models' training data (represented by the gray and dark blue rectangles in the upper part of the diagram). As demonstrated by this illustration, the MPT models are too small to store their own training data.




FENWICK & WEST LLP

13. The MPT models' training data is also not stored in the MPT models in some compressed form. "Compression" refers to the process by which data like text or images are compressed into a smaller data file that can be uncompressed.

14. Compression and LLM training have distinct goals. The purpose of compression is to reduce the amount of data needed to store or transmit the same information as was encoded in the input data via a process that is invertible—that is, capable of being reversed. The goal of training an LLM is to learn a probability distribution that reflects the patterns of how language is used in the training data.

15. Compression and LLM training also operate using different algorithms and produce different kinds of data. Compression algorithms typically scan the input data and collect information to use for a "compression dictionary" that maps the input text to a compressed representation. A compression algorithm needs to produce an output that can be efficiently inverted to generate the original text via decompression. LLM training, by contrast, processes the training data in randomly sampled batches and updates model weights to capture general language patterns.

16. For typical English writing, the maximum achievable compression ratio will be around 8:1. This means that the compressed file will be about 1/8 the size of the input data. If the full one trillion tokens used to train the MPT models were stored in compressed form using this ratio, the expected size of the file would be around 500 gigabytes of data. One gigabyte is equal to one billion bytes. Therefore, the expected size of the compressed training data would be about 37 times the actual size of the MPT-7B model (which is 13.3 billion bytes) and eight times the actual size of the MPT-30B model (which is 60 billion bytes).

17. Based on the above, it is not feasible for the MPT models' training data, including RedPajama – Books, to be "compressed" within the MPT models. The RedPajama – Books dataset comprises 26 billion tokens, and approximately 100 billion characters of text. I estimate the uncompressed RedPajama – Books dataset to require over 100 billion bytes. If one were to compress the RedPajama – Books dataset using the maximum compression ratio of 8:1, the compressed file would require about 12.5 billion bytes. As discussed above, the MPT-7B model

FENWICK & WEST LLP

has approximately 13.3 billion bytes. Therefore, a compressed version of the RedPajama – Books dataset would constitute about 93 percent of the size of the entire MPT-7B model.

18. But the RedPajama – Books dataset comprised just three percent of the pre-training data for the MPT-7B model (30 billion of the 1,000 billion effective tokens), meaning that the remaining data sources constituted 97 percent of the MPT-7B training data. If the MPT-7B model was really storing a compressed version of the RedPajama – Books dataset, there would be less than 0.5 billion of the 6.7 billion total parameters available for *everything* the model learned from the other 97 percent of the pre-training data. In other words, three percent of the training data would take up 93 percent of the total space, and 97 percent of the training data would take up seven percent of the total space. Accordingly, the MPT models cannot store a copy, even in compressed form, of the entirety of their training data or of RedPajama – Books.

**D. The MPT Models Exhibit No "Memorization" Of Plaintiffs' Books**

19. When I refer to "memorizing" or "memorization" in this declaration, I am referring to the potential for training data to be extracted from the MPT models.

20. LLMs do not "memorize" their training data in the sense that humans "remember" information that they learn. Rather, LLMs are trained by updating their internal weights to predict tokens, processing the training data in batches of small segments sampled from across the training data set with the goal of learning a general probability distribution.

21. Although the goal of training is to create a model that generates new outputs in response to unseen inputs, under certain conditions some LLMs may occasionally produce certain text contained in their training data. Whether a model produces text from its training data depends on several factors, including the amount of training data used and the model's size. While some refer to this phenomenon as "memorization", it does not mean that the LLM has "memorized" a specific part of the training data as that word is ordinarily used.

22. A standard way to measure "memorization" of training data text in LLMs is through what are known as "discoverable extraction" tests. These tests probe a model to quantify the likelihood that the model will output fragments of text contained in the training data. A widely used discoverable extraction method is a prefix-based data extraction test. The test is conducted

FENWICK & WEST LLP

by prompting the model with prompts specifically selected to try to extract certain source content and measuring how much of that selected content is emitted by the model. Discoverable extraction tests therefore measure how likely the model is to produce text fragments that match certain text contained in the training data.

23. This form of testing is referred to as "adversarial" testing because it involves simulating an "adversary" who is technically capable, well-resourced, and motivated to extract particular content from the model, as opposed to a regular user who is engaging with the LLM for its intended purposes, or even an adversarial user who does not already possess the source text. The simulated adversary has full knowledge of the entire source text, which distinguishes them from the typical user, who would not. If a user already had the source text, there would be no reason to probe the LLM for that information. My adversarial tests queried the models millions of times using prompts that were specifically designed to elicit the sought-after content.

24. These tests are therefore designed to maximize the likelihood of generating a matching output: the model is prompted using a prefix prompt taken directly from the original source text, and the model's output is generated using a method called "greedy decoding", which always selects the most likely next token. This decoding method is different from what typically happens when users prompt an LLM, where the model decodes by randomly sampling from its probability distribution. By using greedy decoding during a discoverable extraction test, the model will always output the token it predicts is *most likely* from its probability distribution, providing the highest likelihood of extracting any "memorized" text.

25. The illustration below depicts the general process used for discoverable extraction tests. The model is probed repeatedly by inputting a sequence of text of a defined length from the source text (called the "prefix"). The prefix for the "extraction point" at position 200 will be the sequence of 150 tokens from location 50 to 199 in the source text. This 150-token prefix is provided as the prompt to the model, which produces a 50-token output called the "generated suffix" in response. This 50-token generated suffix is compared to the 50 tokens that follow the prefix in the source text (called the "true suffix") to assess the similarity. Put simply, this testing involves inputting a long passage of text from a book into the model and seeing if the model output matches

FENWICK & WEST LLP

the continuation of text in the book. The process repeats until all of the source text has been probed. Studies have indicated that nearly all cases of matching output extraction can be elicited with 150-length prefixes.




26. I conducted three types of extraction tests on the MPT models: (i) verbatim extraction, (ii) approximate extraction, and (iii) probabilistic extraction. For my extraction tests, I used source text from (i) the 28 books written by Plaintiffs and allegedly included in the MPT models' training data; and (ii) a set of ten fiction books first published in 2025, well after the MPT models were trained (the "2025 books"). The 2025 books served as a baseline against which I compared the extraction results for Plaintiffs' books. Since the 2025 books were published after the MPT models were trained, they could not have been included in the training data—and any apparent discoverable extraction from these books cannot result from the books having been "memorized" during model training.

27. I tested the MPT-7B and MPT-7B-8k base models, the fine-tuned MPT-7B-StoryWriter-65k+ model, and the MPT-30B base model for verbatim, approximate, and probabilistic extraction. I selected these models as the MPT models most favorable for extracting content found in the training data because they operate as base or completion models, i.e., they are designed to generate output text that attempts to continue or complete the input text. I conducted my testing in ways that gave every advantage to eliciting discoverable extractions, including in ways that would be impractical or unreasonable for a realistic user or attacker.

28. I did not test the "instruct" and "chat" versions of those models, because they were fine-tuned to follow instructions in user prompts or to operate like a chatbot (not to continue or



FENWICK & WEST LLP

complete the input text), and were not fine-tuned using Plaintiffs' books. In accordance with the discoverable extraction literature, performing extraction tests on the instruct and chat models would not be expected to elicit as much extraction as the standard tests on the base models.

29. First, I conducted two types of discoverable extraction tests:

- **Verbatim extraction:** A test where the generated suffix (the output of the model) is compared to the tokens that immediately follow the prefix in the source text (the "true suffix", that is, the actual text that continues in the book). For each probe, I counted the number of tokens in the generated suffix that exactly match the true suffix.
- **Approximate extraction:** A test that measures the similarity (rather than verbatim matches) between the generated suffix and the true suffix by counting how many character insertions, deletions, or substitutions would be needed to make the generated suffix match the true suffix (this is called the "edit distance").

I also analyzed the MPT models using a third form of testing—"probabilistic extraction" tests—which I describe in further detail below.

30. Across all of these tests, I conducted more than 20 million probes. To summarize the results at the outset, I did not find any instances where any of the MPT models exhibited "memorization" of text written by Plaintiffs. In a few outlier instances out of more than 20 million probes, the output closely matched text contained in Plaintiffs' books, but these were instances where the books included quotations from works that were not original to any Plaintiff and that are widely available on the Internet and other sources, such as passages from the Bible, or where the prefix context provided a repetitive pattern that the model's output continued. None of these instances indicate "memorization" of the text of Plaintiffs' books.

31. An example (the first probe with a full 150-token prefix in the first book listed in the Plaintiffs' complaint) of a discoverable extraction test performed on Plaintiff O'Nan's book "Last Night at the Lobster" is shown below. The center column shows the generated suffix, the 50-token output produced by the MPT-7B-StoryWriter-65k+ model. The 150-token prefix

FENWICK & WEST LLP

provided as the input to the model for the probe is shown in the left column. The right column shows the "true suffix" (the actual text that follows at the extraction point in the source text). I show text from the original source (in both the prefix and suffix) in blue, and text generated by the model in purple. Matching tokens in the generated suffix would be shown in **bold**, but for this probe there are no matching tokens. For this probe, even the first token generated did not match the text from the book.

| "Last Night at the Lobster" – MPT-7B-StoryWriter-65k+ | | |
|---|---|---|
| Extraction Point 150 (50 tokens, 198 characters). Length of Match = 0 tokens. | | |
| **Prefix** | **Generated Suffix** | **True Suffix** |
| **HOURS OF OPERATION**<br><br>Mall traffic on a gray winter's day, stalled. Midmorning and the streetlights are still on, weakly. Scattered flakes drift down like ash, but for now the roads are dry. It's the holidays� �a garbage truck stopped at the light has a big wreath wired to its grille, complete with a red velvet bow. The turning lane waits for the green arrow above to blink on, and a line of salted cars takes a left into the mall entrance, splitting as they sniff for parking spots.<br><br>One goes on alone across the far vastness of the lot, where a bulldozed mound of old snow towers like a dirty iceberg. A | few cars are parked there, and a few more are parked in the lot's center, where the snow is packed down and the wind has blown it into a frozen wave.<br><br>The mall is a big box, a single story, with a | white shitbox of a Buick, the kind a grandmother might leave behind, the driver's-side door missing a strip of molding. The Regal keeps to the designated lane along the edge, stopping at the stop sign, though there's nothing |

32. Note that this method of measuring discoverable extraction requires already having full access to the source text, since the prefix used to prompt the LLM is an excerpt of the source text itself. Thus, this method is not a realistic simulation of how a user would attempt to use an LLM to generate portions of a book they wanted to read, since this test requires already having the full text of the book. It is a way to estimate an upper bound on the likelihood that particular content could be extracted from an LLM, even under circumstances that do not resemble typical use of an LLM. Thus, this approach provides a way to understand the likelihood of extraction under an extreme case, but would not make sense for someone who simply wanted to obtain the book.

**i. Verbatim Extraction Testing**

33. For the verbatim discoverable extraction tests, I used 50-token outputs. This means that a "successful extraction" would occur when the 50-token generated suffix exactly matches the 50 tokens of the true suffix's continuation. A 50-length match has been used as the threshold for evidence of "memorization" by most works studying "memorization". As discussed above, one "token" does not necessarily correspond to one word, but rather to an element in a vocabulary, including words, word-fragments, punctuation marks, or other text elements.

34. As illustrated in the table below, which I have provided as a representative example of my testing results,[1] there were no successful extractions from any of Plaintiffs' books for the MPT-7B model. This means that across over 2.4 million extraction probes completed across Plaintiffs' books, the MPT-7B model never produced a 50-token output that matched the source text's true suffix. The average number of matching tokens for the 28 tested books was less than one token for most of Plaintiffs' books, and barely above one token for the others; the average number of matching tokens ranged from 0.682 to 1.228. More than half of the generated suffixes had no matching tokens, and about 89 percent had two or fewer matching tokens. As the table below shows, these results were comparable to the results for the 2025 books (which, as noted above, could not have been in the MPT models' training data).

[1] Although there are 28 books at issue in this case, my understanding is that "The Speed Queen" by Plaintiff O'Nan was not included in the datasets used to train the MPT models, and that these datasets included only the first two chapters of Plaintiff Makkai's book, "The Hundred-Year House". Therefore, I initially conducted my extraction testing on only 27 of Plaintiffs' books (including the first two chapters of "The Hundred-Year House"). Plaintiffs' technical expert, Dr. Shawn Shan, confirmed my understanding that "The Speed Queen" and "The Hundred-Year House" do not appear in the datasets that were used to train the MPT models. However, Dr. Shan subsequently asserted (incorrectly, in my opinion, as explained in my rebuttal report (¶¶ 31, 34)) that "The Speed Queen" and a complete version of "The Hundred-Year House" were included in "training datasets". Hence, in my rebuttal report, I also ran verbatim discoverable extraction tests and probabilistic extraction tests for both "The Speed Queen" and a complete version of "The Hundred-Year House". The results of these tests, which have been combined with the results from my opening report for the purpose of this declaration, showed no memorization of those two books, and were similar to the results reported in my opening report. I did not conduct approximate extraction testing on "The Speed Queen" and a complete version of "The Hundred-Year House", so the tables and results in that section do not include these books.



FENWICK & WEST LLP

[redacted]

FENWICK & WEST LLP

35. Likewise, there were no successful verbatim extractions for the MPT-7B-StoryWriter-65k+ model. [redacted].

36. The average extraction lengths for the MPT-7B-StoryWriter-65k+ model are similar to those for the base MPT-7B model. Across all of Plaintiffs' books, the average extraction length for the MPT-7B-StoryWriter-65k+ model was [redacted] of the corresponding value for the MPT-7B model. Thus, the fine-tuning done to produce the MPT-7B-StoryWriter-65k+ model does not appear to have increased the amount of extraction from Plaintiffs' books compared to the baseline MPT-7B model—both models fail to produce any significant text from Plaintiffs' books.

37. I also conducted verbatim extraction testing on the MPT-7B-8k and MPT-30B models, with comparable results. For the MPT-30B model, [redacted].

38. For the MPT-7B-8k model, there was a single successful verbatim extraction from Plaintiff O'Nan's book, "In the Walled City". The extracted text was not from Mr. O'Nan's original text, but instead was an excerpt from the Bible (Psalms 7, "Plea for Help against Persecutors") which is quoted in "In the Walled City". Although this is reported as a successful extraction, it does not provide any evidence that the model "memorized" any part of "In the Walled City". Rather, the plausible explanation for the successful extraction is that the extracted Bible passage is

[2] In my opening report, which tested only the first two chapters of "The Hundred-Year House", that book had the lowest average number of matching tokens (0.739).



FENWICK & WEST LLP

widely found on the Internet and other sources that would have been reflected in the model's training data, and was therefore likely seen by the model many times during training.

39. In summary, across all tested MPT models, none exhibited successful verbatim extractions of Plaintiffs' books. The average extraction length never exceeded 1.4 tokens. The low average extraction lengths indicate that none of Plaintiffs' books could be extracted from the MPT models in significant part, let alone in their entirety, even by an adversary who already has *the entirety* of each of Plaintiffs' books as a starting point. Across my tests, the MPT models rarely generated more than a few words (and in most cases, not even a single word) that matched the text in Plaintiffs' books.

**ii. Approximate Extraction Testing**

40. Approximate extraction testing compares the generated suffix to the true suffix by measuring how similar they are in ways that allow for some discrepancies. To measure these discrepancies, I utilized a widely used metric called the edit distance that captures similarity based on the number of character-level changes needed to make the generated suffix match the true suffix. Each edit is either an *insertion* of a character (e.g., "book" → "b**r**ook"), a *deletion* of a character (e.g., "b**r**ook" → "book"), or a *substitution* of a character (e.g., "**b**rook" → "**c**rook"). The raw edit distance is a metric used to measure the closeness between two strings of words by counting how many single character changes (or "edits") would be needed to make the strings match. To make the edit distance measurements more comparable across my experiments, I reported the "normalized edit distance", which is the raw edit distance divided by the length in characters of the generated suffix. Values for the normalized edit distance range from 0.0 (a perfect match between the generated suffix and the true suffix) to 1.0 (no ways to match any of the characters in the generated suffix to the true suffix).[3]

41. As summarized in the table below, [redacted]

[3] *See* Exhibit 1, paragraph 78, Figure 6 for examples illustrating normalized edit distances of approximately [redacted].



FENWICK & WEST LLP

Down" on MPT-7B-StoryWriter-65k+). Across the MPT models tested, the average normalized edit distance for generated suffixes from Plaintiffs' books was within one percent of the averages for the 2025 books. For the 27 Plaintiffs' books that I concluded were included in the model training data and for the 2025 books, the average normalized edit distance was [redacted] which is the score that would be expected for the comparison of any two random English-language passages.[4]

[4] For example, I computed the normalized edit distance for 100,000 pairs of randomly selected passages from the corpus of Plaintiffs' books, and the average normalized edit distance across these tests was [redacted].

[redacted]

42. The approximate extraction tests turned up only a handful of instances where generated suffixes were close matches to portions of text contained in Plaintiffs' books. I reviewed all probes where the normalized edit distance was below 0.2, and found all of those instances either reflected language widely reproduced on the Internet and other sources (e.g., a Bible passage which was likely seen by the model many times during training) or repeated patterns found in the provided prefix. These instances included the Bible passage from "In the Walled City" (discussed above), a passage from the John Keats poem, "On First Looking into Chapman's Homer" (from Plaintiff O'Nan's "West of Sunset"), and other excerpts from famous works (e.g., Romans 8:30 appearing in Makkai's "Music for Wartime"; Alfred, Lord Tennyson's 1854 poem, "The Charge of the Light Brigade", appearing in Reynolds' "Patina").

43. Notably, even for these instances, my testing showed that the model did not "memorize" the text contained in Plaintiffs' books, but instead generated text from widely available and famous texts that likely appeared many times in its training data. For example, Plaintiff O'Nan quoted "On First Looking into Chapman's Homer" in his book "West of Sunset". But when he did so, O'Nan used the word "isles" in the third line of the poem whereas the original poem used the word "islands". The generated suffix from the approximate extraction test of the MPT-30B model used "islands" in the third line of the poem—showing that the model did not "memorize" the text from "West of Sunset".

44. I also analyzed two approximate extractions from Plaintiff Reynolds' "All American Boys", both of which are shown in the tables below. In the first instance, the generated suffix continued a pattern found in the input prefix, interspersing different names of victims of highly publicized police killings between the "Absent again today!" calls, with eight edits needed to match the generated suffix to the true suffix.[5] This demonstrates that the model can recognize and

[5] Tanisha Anderson died in police custody in 2014. *See* Castele et al., "Mayor Justin Bibb apologizes to Tanisha Anderson's family while signing new Cleveland law named for her," *Signal Cleveland*, Feb. 16, 2026, https://signalcleveland.org/cleveland-tanishas-law-mayor-justin-bibb-chris-ronayne-w-mona-scott/. Tarika Wilson was shot and killed by a police officer in 2008. *See* Davies, Jag, "Officer Acquitted in Fatal Shooting of Unarmed Woman and Baby", ACLU, Aug. 7, 2008, https://www.aclu.org/news/smart-justice/officeracquitted-fatal-shooting-unarmed-woman-and-baby.



FENWICK & WEST LLP

continue a pattern in the input prompt using widely publicized information from other training data about victims of police brutality, but it does not indicate "memorization" of the author's original text. In the second instance, the generated suffix repeated verbatim text from the prefix, then diverged from the true suffix, with 30 edits needed to match the generated suffix to the true suffix. Again, this demonstrates the model's ability to identify and repeat a pattern from the prefix itself, but does not indicate "memorization" of the author's text from the training data. These extraction results are illustrated below. The text that is **bolded** and **underlined** is meant to call attention to the differences between the generated suffix and true suffix.

FENWICK & WEST LLP

FENWICK & WEST LLP

[redacted]

45. These are two of the "closest" instances of approximate extraction produced out of over nine million probes. As noted above, I examined all probes where the normalized edit distance was [redacted] and found that they are all plausibly explained by reasons other than "memorization" of any text written by a Plaintiff.

46. Therefore, like the verbatim extraction tests, the approximate extraction tests do not show any "memorization" of the text of Plaintiffs' books.

**iii. Probabilistic Extraction Testing**

47. I also conducted probabilistic extraction tests on the MPT models, which use a probabilistic method to measure extraction likelihood. These tests use a prompting approach similar to that used above in the discoverable extraction tests, and measure the *likelihood* of generating each one of the tokens in the true suffix in that exact order (called the $p_z$ value).[6] By aggregating the probabilities that each token within the corresponding suffix will be generated, this test provides a way to estimate the expected number of attempts needed before the model would output the true suffix. The standard definition in the literature of a "successful" probabilistic extraction is having a $p_z$ value above 0.001, corresponding to a one-in-one-thousand chance of producing the suffix.

48. The probabilistic extraction likelihoods for Plaintiffs' books were extremely low, on average lower than the 2025 books. Across all 28 of Plaintiffs' books, the average log $p_z$ value ranged from [redacted]

[6] The $p_z$ value is the product of the prediction probabilities for the true suffix token at each position in the true suffix, which is computed by summing the log probabilities. This enables the computation to be done more accurately and efficiently than if it were done by multiplying probabilities that are so close to zero.

[redacted]



FENWICK & WEST LLP

[redacted]. This is similar to the probability that a monkey hitting keys randomly on a typewriter would type out the Shakespeare quote, "brevity is the soul of wit".

49. Across all the probabilistic extraction tests, only two probes resulted in "successful" probabilistic extractions, both of which were from Plaintiff O'Nan's book, "West of Sunset". Both of these probes overlap with the excerpt from John Keats' poem, "On First Looking into Chapman's Homer", discussed above regarding approximate extraction. This poem is widely found on the Internet and other sources, and is not original to Plaintiff O'Nan's writing. Thus, probabilistic extraction also did not show any "memorization" of Plaintiffs' books by the tested MPT models.

**E. Summary Of Extraction Test Results**

50. I conducted over 20 million probes of the MPT models, using industry standard methods that are designed to maximize the likelihood of generating a matching output. My verbatim, approximate, and probabilistic extraction testing showed no evidence that the MPT models "memorized" Plaintiffs' books. Moreover, the results for Plaintiffs' books were indistinguishable from the results for the 2025 books, which could not have been included in the MPT models' training data. Accordingly, my tests showed no evidence that even a small portion of text written by Plaintiffs could be extracted from the MPT models.

***

FENWICK & WEST LLP

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 6/27/2026.

David Evans, Ph.D.

Dr. David Evans

FENWICK & WEST LLP