# EXHIBIT 1

REDACTED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br><br>**OPENING EXPERT REPORT OF DR. DAVID EVANS** |

**CONTAINS MATERIAL DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

16 March 2026

Date

Signature

## TABLE OF CONTENTS


**PAGE**

I. INTRODUCTION .......... 1

II. QUALIFICATIONS .......... 1

III. PRIOR TESTIMONY AND COMPENSATION .......... 3

IV. SUMMARY OF OPINIONS .......... 3

V. MATERIALS CONSIDERED .......... 5

VI. MODEL TRAINING IS NOT DESIGNED TO STORE TRAINING DATA .......... 6

- A. Background concepts .......... 6
  - 1. Data and Information .......... 6
- B. The size of the MPT models' training data .......... 7
- C. The MPT models are too small to store their training data .......... 10

VII. THE MPT MODELS EXHIBIT NO "MEMORIZATION" OF AUTHOR PLAINTIFFS' BOOKS .......... 17

- A. Discoverable extraction is a useful measure of "memorization" .......... 18
- B. Verbatim extraction results for the MPT models .......... 29
  - 1. Discoverable extraction results for MPT-7B model .......... 31
  - 2. Discoverable extraction results for MPT-7B-StoryWriter-65k+ .......... 34
  - 3. Discoverable extraction results for MPT-7B-8k .......... 37
  - 4. Discoverable extraction results for MPT-30B .......... 42
  - 5. Summary of discoverable extraction across the MPT models .......... 44
- C. Approximate extraction results for the MPT models .......... 47
- D. Probabilistic extraction .......... 61
- E. Summary of extraction tests .......... 74

## I. INTRODUCTION

1. I have been retained by Databricks, Inc. and MosaicML, Inc. as a technical expert in this matter. I have been asked to provide my opinions regarding various aspects of the functionality of certain Large Language Models ("LLMs"), including MPT-7B, MPT-30B, and MPT-7B-8K models.

## II. QUALIFICATIONS

2. My qualifications are stated more fully in my curriculum vitae, which is attached to this Expert Report as **Appendix A**. Here, I provide a brief summary of my qualifications.

3. I am the Olsen Bicentennial Professor of Engineering and a Professor of Computer Science at the University of Virginia, where I have led research in security and privacy for over 25 years. I have SB, SM, and PhD degrees in Computer Science from MIT.

4. Over my career, I have done extensive research on security and privacy, which includes understanding and improving the trustworthiness of artificial intelligence and machine learning systems. Research papers I have written on these topics have been published in the top venues for machine learning research and security and privacy research, and my work has been cited over 30,000 times. I have led security and privacy research funded by the National Science Foundation, Air Force Office of Scientific Research, and Defense Advanced Research Projects Agency, and I have been the Program Chair of the most important research conferences in security and privacy research, including Program Co-Chair of the 30th and 31st *IEEE Symposium on Security and Privacy* (2009 and 2010), considered the premier venue for academic research in computer security and privacy research; Program Co-Chair of the 24th *ACM Conference on Computer and Communications Security* (CCS 2017), the Association for Computing Machinery's flagship conference on research in security and privacy. I was also the

Lead Organizer for the *National Science Foundation Secure and Trustworthy Cyberspace* (SaTC) *Principal Investigators' Meeting* 2015, a gathering of over 300 researchers leading security and privacy research funded by the National Science Foundation.

5. I have conducted research on privacy issues for machine learning systems, including large language models. My publications on these topics include "Evaluating Differentially Private Machine Learning in Practice" (co-authored with my PhD student, Bargav Jayaraman, and published in USENIX Security Symposium 2019), which was among the first papers to empirically analyze privacy of trained machine learning models and has been cited over 700 times; "An Empirical Analysis of Memorization in Fine-tuned Autoregressive Language Models" (co-authored with Fatemehsadat Mireshghallah, Archit Uniyal, Tianhao Wang, and Taylor Berg-Kirkpatrick, and published in the Conference on Empirical Methods in Natural Language Processing 2022), which explored variations how different fine tuning methods impact the measured information leakage for large language models; and "Do Membership Inference Attacks Work on Large Language Models?" (co-authored with Michael Duan, Anshuman Suri, Niloofar Mireshghallah, Sewon Min, Weijia Shi, Luke Zettlemoyer, Yulia Tsvetkov, Yejin Choi, and Hannaneh Hajishirzi, and published in the Conference on Language Modeling 2024), which introduced a new method for testing language models for inference privacy risks and identified important limitations of prior work in measuring inference privacy risks for large language models.

6. At the University of Virginia, I have taught courses on privacy and security, machine learning, and a wide range of other computer science topics to both undergraduate and graduate students. In Fall 2023, I taught a graduate seminar on "Risks and Benefits of Generative AI and LLMs", and in Spring 2018, I taught a graduate seminar on "Security and

Privacy of Machine Learning". I have also covered large language models and privacy risks in my undergraduate computer science courses.

## III. PRIOR TESTIMONY AND COMPENSATION

7. Within the past four years, I have testified as an expert by deposition and at trial in one matter, *United States v. Google LLC*, Case Nos. 1:20-cv-03010 (APM) and 1:20-cv-03715 (APM) (D.D.C.) on behalf of the United Sates. My testimony and deposition experience from the last four years is presented in **Appendix B**.

8. I am being compensated for my time spent on this matter at my standard hourly rate of $800 per hour. I have no financial interest in this matter. My compensation does not depend in any way on my opinions or the outcome of this litigation.

## IV. SUMMARY OF OPINIONS

9. In the context of LLMs, the term "memorization" is a misleading anthropomorphization of what happens when models are trained.[1] LLMs do not process their training data the way humans read and do not "memorize" or store their training data in any way resembling how humans "remember" things they read. LLMs are trained on sampled segments of their training data with a goal of updating weights in the model to reflect general statistical patterns in that training data. Neither the text of books in the Books3 dataset nor any other training data is stored in the MPT models in any sense in which the word "stored" is typically used, either directly or in some compressed form.

10. The standard way to measure "memorization" in LLMs is to use what are known as "discoverable extraction" tests. These tests probe the model to quantify the likelihood that the

[1] When I refer to "memorizing" or "memorization" in this report, I am referring to the potential for content to be extracted from the models, as discussed at length in Sections VII.A-D, where I discuss different notions of "memorization" used in the technical literature.

model will output fragments of text contained in the training data. This is a form of testing referred to as "adversarial" testing because it involves simulating an "adversary", who is technically capable, well-resourced, and motivated to extract particular content from the model, as opposed to a regular user who is engaging with the LLM for its intended purposes (for example, question answering or document analysis). To estimate an upper bound of the likelihood that the LLM will produce material contained in its training data, these tests use many capabilities and techniques that are not realistic for a typical user of the LLM, or even for a sophisticated and well-resourced user who is attempting to obtain certain text from the model. In particular, discoverable extraction tests are conducted using full knowledge of the exact text that the simulated "adversary" is trying to extract from the model. These tests use a copy of the target text to conduct the tests, even though it ordinarily wouldn't make sense for a user of a model to attempt to extract text from a model when they already fully know the text. By taking advantage of this in our tests, though, we can estimate the potential for an adversary to extract the text in an extreme case. In addition, our tests take advantage of having full control over parameters that control how the LLM generates output and the ability to directly query the model millions of times to determine whether the LLM ever emits the targeted content.

11. The MPT models do not show any sign of being capable of generating text contained in the plaintiff authors' books. I conducted extensive discoverable extraction tests with the MPT models which involved more than 20 million probes. Across all of these tests, I found no instance where any of the MPT models exhibited any sign of generating "memorized" text written by the plaintiff authors. These experiments and my findings are detailed in Section VII.B. I also tested the models for approximate emission of segments of the books at issue, and

did not find any instances where any of the MPT models produced approximate generations of significant content. These experiments and my findings are in Section VII.C.

12. Another way to measure "memorization" is to use "probabilistic extraction" tests. When an LLM is used normally, randomness is intentionally incorporated that causes the LLM to generate variety in its outputs, so multiple requests to the same LLM will produce different outputs in normal use. Probabilistic extraction tests analyze the predictions of the LLM to estimate the number of attempts that would be needed to emit a particular segment of text contained in the training data. Similarly to the discoverable extraction tests, these tests prompt the model with fragments of the target text across the entire book. My probabilistic extraction tests found that the likelihood of the model generating substantive text written by the plaintiff authors in the books at issue is negligible and no different from the likelihood of generating text from books that *could not be* present in the model's training data at all. My probabilistic extraction tests and findings are described in Section VII.D.

## V. MATERIALS CONSIDERED

13. The opinions presented in this report are based on my education and experience, consideration of the information and material identified in **Appendix C**, and any additional information or materials mentioned in the text of this report. I have also discussed the matters in this report with Dr. Michael Johnson, whom I understand has been retained by MosaicML and Databricks as an expert, and I reviewed and discussed the opinions in Dr. Johnson's Opening Expert Report ("Johnson Report"). The opinions I express in this report, however, are my own.

14. I have also relied on my education, training, and experience in the relevant technology and my knowledge of the relevant literature. I may supplement this report if I am

provided with additional relevant material, either in the form of the reports of plaintiffs' experts or in other forms, between now and when I testify at a deposition or at trial.

15. I reserve the right to supplement my opinion if, for example, the Court issues any further orders that affect my opinions. I reserve the right to revise and supplement my opinions and this report based on additional analyses or information.

## VI. MODEL TRAINING IS NOT DESIGNED TO STORE TRAINING DATA

### A. Background concepts

16. Before getting into the specifics of how the extraction of training data can be measured, I provide some background on information theory and the information used in training and reflected in model weights.

#### 1. Data and Information

17. The terms "data" and "information" are sometimes used interchangeably and without specific meanings, but for this report I will use the following definitions that are most commonly used by computer scientists:

- "data" is a sequence of symbols. A unit of data is one element from a set of symbols (e.g., a character). We quantify an amount of data as the number of symbols in the sequence. For computing, we nearly always encode data using a set of symbols with just two elements denoted as 0 and 1. A single 0 or 1 is known as a "bit". A sequence of bits can be called a "string" (typically used for fairly short sequences) or a "file" (typically used for longer sequences). We measure the amount of data by counting the number of bits. For example, the sequences "00000000" and "00010010" each comprise 8 bits of data. A name for 8 bits of data is a "byte". For larger amounts of data, it is convenient to use

prefixes to denote longer sequences: a "kilobyte" (KB) is 1000 bytes (or 8000 bits) of data; a "megabyte" (MB) is a million bytes (or 8,000,000 bits); a "gigabyte" (GB) is a billion bytes; and a "terabyte" (TB) is a trillion bytes.[2]

- "information" is a more abstract notion that captures what is conveyed by "data". Claude Shannon provided a formal way to measure the information content of data by how much it changes the receiver of that data's beliefs (Shannon, C.E., "A Mathematical Theory of Communication", The Bell System Technical Journal, vol. 27, no. 3, pp. 379-423, July 1948). If data conveys something the receiver already knew before receiving that data, it provides no information; if data changes what the recipient believes, then the amount of information corresponds to how much those beliefs change because of the data.[3]

### B. The size of the MPT models' training data

18. We can measure the amount of data used to train a model by counting the number of bits in the training data. Training modern LLMs involves massive amounts of training data. For the MPT models at issue, one trillion "tokens" of training data were used. As described in the Johnson Report (Sections III.C, VII.A.ii.), a *token* is a number that identifies an element in a vocabulary, roughly corresponding to a word, word-fragment, punctuation, or other text element. The vocabulary for the tokenization used for the MPT models has 50,432 different tokens, which

---

[2] Sometimes the base two versions of these prefixes are used, so kilo=$2^{10}$ = 1024, mega=$2^{20} \approx$ 1.05 million, giga=$2^{30} \approx$ 1.07 billion, and tera=$2^{40} \approx$ 1.1 trillion. The differences are small, but in this report I will use the decimal versions.

[3] For example, if a letter is uniformly randomly selected from the English alphabet (26 letters, each with equal probability), transmitting the letter reduces the uncertainty from 1/26 (probability for each letter being selected) to certainty of the selected letter. On the other hand, in normal English text, each letter contains much less than this amount of information since we can understand sentences with many letters missing and guess the next letter with much better than 1/26 likelihood (e.g., the letter after "th" is most likely to be an "e", so learning that it is an "e" conveys only a little information).

means we can represent each token straightforwardly using 16 bits of data.[4] This means the amount of data used in training the MPT models is roughly 16 trillion bits or 2 terabytes.[5]

19. The training data for the MPT models combined data from several different sources, summarized in Table 1 and visualized in Figure 1 below. For each data source, tokens are randomly sampled in batches to train the model with the proportions shown in the table and figure.

20. The proportions of tokens used from a particular source are different for different datasets, and the "epochs" values[6] give the expected number of times each token in that data source is used in training. The epochs value would be 1.0 if every token in a training source is used once in training (for example, the epochs value would be 1.0 if the data source was scanned in entirety once in the training process), but can be more than 1.0 if some tokens in the data source are used more than once in the training process. When it is less than 1.0, it means some tokens in that data source are never seen in the training process.

21. For example, for the RedPajama – Wikipedia dataset used to train the MPT models, the number of tokens in the original data source is 4.9 billion, but the number of "effective tokens" (i.e., the number of tokens actually seen by the model in training) is 40 billion. The "effective tokens" number reflects the way sources are used in training. Instead of reading

[4] A sequence of 16 bits can represent $2^{16} = 65{,}536$ different values, which is slightly more than we need, but 15 bits (32,768 different values) is not enough.

[5] There were 1 trillion tokens of training data used, each of which is 16 bits or 2 bytes, so there were 2 trillion bytes of training data.

[6] An "epoch" is one complete pass through an entire dataset by a model during training, where the model sees each datapoint exactly once to learn and adjust its internal parameters (weights) to minimize prediction errors. This name is used for historical reasons because in traditional machine learning a model would be trained by making a full pass on a dataset many times, and each full pass was known as an epoch. As used in LLM training, and in the table shown, it now just means the expected number of times each token in that dataset is seen by the model in the full training process.

or viewing each source the way a human reader would, the sources are broken into fixed-length chunks, and training is done by sampling those chunks at different rates. Chunks from different sources are sampled in shuffled order and at different rates with the number of "effective tokens" denoting the total number of tokens from that source used in training. The "epochs" value indicates the expected number of times each token in the source would be used during training. For example, the epochs value of 8.21 means that each original token in RedPajama – Wikipedia is expected to be seen an average of 8.21 times in training. This is why the number of "effective tokens" for Wikipedia is 40 billion (8.21 × 4.9 billion). For datasets where the epochs value is below 1.0, such as the Common Crawl (a broad crawl of the open web comprising 878 billion tokens), the number of effective tokens is lower than the original tokens in the data source, indicating that much of the data source was not sampled (i.e., not seen at all) by the model in training. For the RedPajama – Books dataset, the epochs value is 1.15, indicating that each original token in the data source is expected to be used slightly more than once. Its effective proportion of the full pre-training data is 0.03 (3% of all training data used). (Blogpost, "Introducing MPT-7B: A New Standard for Open-Source, Commercially Usable LLMs", Mosaic AI Research, May 5, 2023 (MOSAIC_ONAN_00000270 ("MPT-7B Blogpost")) at MOSAIC_ONAN_00000270-79; Blogpost, "MPT-30B: Raising the bar for open-source foundation models", Mosaic AI Research, June 22, 2023 (MOSAIC_ONAN_00000255 ("MPT-30B Blogpost")) at MOSAIC_ONAN_00000255-69; Johnson Report Section XI.F.)

**Table 1. Training data used for MPT models.** Adapted from the MPT-7B Blogpost at MOSAIC_ONAN_00000278-79. Data sources are listed by the number of effective tokens sampled from that data source. The total number of effective tokens in the training data sources is one trillion tokens.

| Data Source | Tokens | Effective Tokens | Proportion | Epochs |
|---|---|---|---|---|
| mC4 3.1.0–English | 2418.0 B | 330 B | 0.330 | 0.14 |
| C4–English–SemDedup 80% | 100.4 B | 299 B | 0.299 | 2.98 |
| RedPajama – CommonCrawl | 878.5 B | 100 B | 0.100 | 0.11 |
| The Stack–Selected Languages | 463.8 B | 100 B | 0.100 | 0.22 |
| RedPajama – Wikipedia | 4.9 B | 40 B | 0.040 | 8.21 |
| The Stack–Markdown | 107.1 B | 35 B | 0.035 | 0.33 |
| Semantic Scholar (S2ORC) | 48.9 B | 33 B | 0.033 | 0.68 |
| **RedPajama – Books** | **26.0 B** | **30 B** | **0.030** | **1.15** |
| RedPajama – arXiv | 28.1 B | 19 B | 0.019 | 0.68 |
| RedPajama – StackExchange | 20.5 B | 14 B | 0.014 | 0.68 |
| **Total** | 4096.1 B | 1000 B | 1.000 | 0.24 |

### C. The MPT models are too small to store their training data

22. The training data depicted in Figure 1 was used through a training process to train models with approximately 6.7 billion trainable parameters (the MPT-7B and MPT-7B-8k base models and their fine-tuned variants) and approximately 30 billion trainable parameters (the MPT-30B base model and its fine-tuned variants). (MOSAIC_ONAN_00000220-29 (MPT model source code collected from Huggingface).) The size labels (in parentheses) for the data sources depicted in the rectangles in the upper part of Figure 1 indicate the number of effective tokens used from that data source. At the bottom of Figure 1, the relative MPT model sizes are depicted by the purple squares—the labels for the models inside the squares are the number of trainable parameters (weights). Since each token is 16 bits and each floating-point weight in the MPT models is 16 bits, these data sizes can be compared directly and the areas of the rectangles in the figure illustrate their relative sizes.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY




**Figure 1. Training the MPT Models.** This figure compares the relative sizes of the MPT models (the purple squares) and the effective tokens comprising the MPT models' training data (the rectangles in the upper part of the figure). The training data sizes are measured in billions of tokens (each of which is 16 bits) and the trained MPT model sizes are measured in billions of parameters (each of which is encoded in 16 bits), so the data sizes are comparable.

23. From just the relative sizes of the training data set and the trained models, it is clear that the trained model cannot store the training data. Quite simply, the training data is much larger than the size of the models. The MPT-7B model size (13.3 billion bytes[7]) is less

[7] The MPT-7B model has 6.7 billion parameters. As distributed, it is stored in two binary files with a total of 13,298,639,462 bytes (so its actual size is slightly smaller than depicted in the figure and is just a bit below what would be needed to store 6.7 billion 16-bit floating point numbers). The other MPT-7B models including MPT-7B-8k and MPT-7B-Instruct have the same architecture and also comprise 13,298,639,462 bytes. The MPT-30B model is 30 billion parameters and is stored in 59,914,501,308 bytes.

than 1% of the size of the effective training data (2 trillion bytes); the MPT-30B model size (60 billion bytes) is 3% of the training data size (2 trillion bytes).

24. Large language models are sometimes analogized to compression, including in Ted Chiang's *New Yorker* Article (Chiang, Ted, "ChatGPT is a Blurry JPEG of the Web", *The New Yorker*, Feb. 9, 2023, https://www.newyorker.com/tech/annals-of-technology/chatgpt-is-a-blurry-jpeg-of-the-web). But that is an inaccurate analogy; the training of LLMs is very different from compression in both purpose and operation.

25. The goals of compression and LLM training are fundamentally distinct. The goal of compression is to be *invertible*—that is, capable of being reversed. The input to a compression algorithm is data such as text or images; its output is a smaller data file that can be uncompressed back into the input data. The purpose of a compression algorithm is to reduce the amount of data needed to store or transmit the same information as was encoded in the input data. Compression algorithms are designed to either be lossless, where the goal is to be able to exactly generate the input from the smallest possible compressed representation, or lossy, where the goal is to be able to produce an acceptably close version of the original file from a small compressed representation. For data like audio and video, lossy compression is typically used (e.g., jpeg for images and mp3 for audio) since human perception of audio and video is limited so it is more important to reduce the file size than to generate the exact bits of the input. For data like text where the exact characters matter, lossless compression is used. In a work of literature, authors select specific words and hence it would not be acceptable for any words to change if a work is compressed and uncompressed. Even changing a single character in a word can dramatically change its meaning (e.g., "model" vs. "motel" vs. "yodel").

26. By contrast, the goal in training a large language model, and most other types of machine learning models, is not to create an invertible data representation that can be reversed to produce the input, but instead to *generalize*, as discussed for example in Sections III.B. and VI.F. of the Johnson Report. The goal of training an LLM is to learn a *probability distribution* that reflects the patterns of how language is used in the training data. The intent is to learn general properties of how language is used, not to store anything that is specific to individual training examples. When a machine learning training process results in a model that is overly specific to the training dataset instead of learning about the underlying distribution that training data is intended to reflect, it is known as *overfitting*. Machine learning training methods are designed to avoid the problem of overfitting, and many techniques and training strategies (discussed in more detail in Sections VI.F. and IX.A. of the Johnson Report) have been devised toward this goal, such as incorporating deliberate noise (randomness) in the training process. In this context, "memorization" is an extreme form of overfitting. This unintended phenomenon would occur if the trained weights in the model have somehow captured specific training data instead of learning general properties about the distribution from that training data. The model training process for the MPT models updates model weights for each training batch using a method that is designed to generalize from the training data and avoid overfitting, as discussed in Sections IX.B.iv. and XI.G. of the Johnson Report.

27. The data itself is not stored in the MPT models, either directly or in some compressed form, and it cannot be "looked up" in, or "read out" from, the models. Instead, the linguistic information from the training data has been used to create a generalized representation of how language is used and associations among words to enable the model to accomplish its intended purpose of providing useful responses to input prompts.

28. The differences in the goals of compression and language model training are reflected in how algorithms for each purpose operate and the nature of the data they produce. Compression algorithms typically scan the input from the beginning to the end (sometimes making more than one pass), collecting information to use for a "compression dictionary" and mapping the input text to a compressed representation. These systems process the entire input, usually in order. A text compression algorithm needs to produce an output that can be efficiently inverted to generate the original text. The inversion algorithm performs decompression, deterministically and efficiently producing the original text from the compressed file.

29. Because English text has much redundancy, it can be stored in compressed form, but there is a limit to how small the compressed file can be while still supporting the invertibility goal of compression. The size of the compressed text file, thus, cannot be smaller than the amount of information in the input file. In his early work on information theory, Claude Shannon conducted experiments where he estimated the information content in natural English (Shannon, C.E., "Prediction and Entropy of Printed English", The Bell System Technical Journal, vol. 30, no. 1, pp. 50-64, January 1951, https://www.princeton.edu/~wbialek/rome/refs/shannon_51.pdf). The experiment was done with human subjects to measure their ability to guess the next letter in a passage of English given the preceding letters, and computing an "entropy" estimate (an approximation of the randomness or uncertainty of a data source as a measure of its information content) from the human guesses. Shannon's estimate from these experiments was about one bit of information per letter (with lots of uncertainty due to the small number of text samples, which were all passages from Dumas Malone's "Jefferson the Virginian" (volume one of "Jefferson and His Time"), and only using one human subject). More recent analyses have produced similar estimates using similar

methods. Cover and King obtained an estimate of 1.3 bits per character, also using passages from "Jefferson the Virginian", but with a more extensive experiment and improved methodology (Cover and King, "A Convergent Gambling Estimate of the Entropy of English", IEEE Transactions on Information Theory, vol. 24, no. 4, pp. 413-21, July 1978). Ren et al. conducted an experiment using human subjects on Amazon's Mechanical Turk and estimated the entropy of written English as 1.22 bits per character (Ren et al., "Entropy Rate Estimation for English via a Large Cognitive Experiment Using Mechanical Turk", Entropy, vol. 21, no. 12, December 2019, https://pmc.ncbi.nlm.nih.gov/articles/PMC7514546/pdf/entropy-21-01201.pdf). Although there is some variation among these estimates and the actual maximum possible compression ratio will vary depending on the text corpus, all are within a range consistent with the entropy in written English being above 1 bit per character. With a UTF-8 character encoding (which supports the full Unicode character set but encodes commonly-used English symbols with just 8 bits), this means the maximum achievable compression ratio of English text will be around 8:1, which is also consistent with the experimental results from the Hutter Prize, a competition to find the best method to compress English text (Hutter Prize, "500'000€ Prize for Compressing Human Knowledge", http://prize.hutter1.net/). For this competition, researchers compete to find the smallest possible file that can decompress to a 1 gigabyte excerpt from English-language Wikipedia. The best result as of March 2026 is a file with 110,793,128 bytes in September 2024, for a compression ratio of 9.03:1 (slightly better than the estimated 8:1 maximum, but for targeted efforts on a very specialized collection of text, all from Wikipedia).

30. As noted above, for typical English writing, the maximum achievable compression ratio will be around 8:1, meaning the compressed file will be about 1/8 the size of the input data. Given this ratio, it is not feasible for RedPajama – Books to be "compressed"

within the MPT models. The RedPajama – Books dataset comprises approximately 26 billion tokens (*see* MPT-7B Blogpost at MOSAIC_ONAN_00000278). Each token is 16 bits as encoded, but corresponds to a sequence of characters that is an average of about 4 characters long,[8] so the dataset would be approximately 100 billion characters of text. With a UTF-8 encoding, the most common English symbols will be encoded using one byte (and uncommon symbols such as characters in non-Western languages or emojis will require 2-4 bytes), so it is a reasonable estimate that the dataset uncompressed would require slightly over 100 billion bytes. If this could be compressed at 8:1 compression ratio, the resulting file would be 12.5 billion bytes. (This estimate is about a quarter the size of the dataset as stored in tokens, which would be 26 billion tokens × 2 bytes (16 bits) per token, or 52 billion bytes.)

31. The estimate using maximal compression of 12.5 billion bytes to encode the RedPajama – Books dataset is comparable to the number of bytes in 6.25 billion parameters (each parameter being 2 bytes), so about 93% of the size of the entire MPT-7B model which has 6.7 billion parameters. The RedPajama – Books dataset comprised just 3% of the pre-training data[9] for the MPT models, so if the model was really storing the RedPajama – Books dataset in an extractable way, there would be less than 0.5 billion of the 6.7 billion parameters available for

[8] Note that the token encoding is already a form of compression since frequently used words will be encoded using a single token. Based on the provided text files used for the discoverable extraction experiments described in the next section, the actual average length of a token in the plaintiff authors' books is 3.99 characters per token. Accordingly, the 4 characters per token is a rough, but likely accurate within a few percent, estimate based on analyzing the available text.

[9] What that means here is a bit complicated since the effective training data is sampled from the data sources, so although as shown in Table 1 the original training data is over 4 trillion tokens (8 terabytes), the effective training data sampled from the different data sources at different rates (via different epochs) comprises 1 trillion total effective tokens. Most data sources are sampled with epochs below 1, so many of the original tokens in the data source are not used at all, but others like RedPajama – Wikipedia are sampled with epochs above 1, which means that they are repeated multiple times in the effective token count of the training data. We could account for this by adding up the smaller of the two values for the actual data size and the effective data size for each data source, resulting in a smaller de-duplicated training data size of 762 billion tokens.

everything the model learns from the remaining 97% of the pre-training data. If the full 1 trillion effective training tokens were stored in compressed form, the expected size would be around 500 gigabytes of data (about 37 times the size of the MPT-7B model and 8 times the size of the MPT-30B model).[10] This demonstrates that in an information-theoretic sense, there is no way the MPT models could store a copy, even in compressed form, of the entirety of their training data.

## VII. THE MPT MODELS EXHIBIT NO "MEMORIZATION" OF AUTHOR PLAINTIFFS' BOOKS

32. "Memorization" is a misleading anthropomorphization of how large language models operate. Anthropomorphization is the tendency humans have to assign human attributes to non-human subjects. As discussed in Paragraph 26 above and in Section IX of the Johnson Report, large language models are trained by updating their internal weights to predict tokens, processing the training data in batches of small segments sampled from across the training data set. The goal of this process is to learn a general probability distribution, not to provide an invertible representation of the training data.

33. Although the goal of training is generalization, it has been observed that under certain conditions that depend on the training data, model architecture, model size, and other factors, some LLMs can occasionally produce certain text contained in their training data. This has been referred to as "memorization", even though, as discussed further below, it does not mean that the LLM has "memorized" a specific part of the training data as that term is ordinarily used in other contexts.

[10] The smaller de-duplicated training data size of 762 billion tokens discussed above in footnote 9, could be compressed down to 381 GB of data, which is still more than 28 times the size of the MPT-7B model and more than six times the size of the MPT-30B model.

34. A recent paper by authors from UC Berkeley and Google systematized the current state of knowledge in this area (Xiong et al., "SoK: The Landscape of Memorization in LLMs: Mechanisms, Measurement, and Mitigation", arXiv preprint arXiv:2507.05578v2, 2025 ("Xiong 2025"), https://arxiv.org/pdf/2507.05578v2). They define "memorization" as occurring when "a model can reproduce specific training sequences when provided with appropriate contextual inputs". (*Id.* at 2.) A more formal definition of "memorization" is given in Nasr et al., "Scalable Extraction of Training Data from Aligned, Production Language Models", 13th International Conference on Learning Representations, 2025 ("Nasr 2025") at 2, https://openreview.net/pdf?id=vjel3nWP2a, as: "Given a model with a generation routine Gen, an example $\boldsymbol{x}$ from the training set $\mathbb{X}$ is <u>memorized</u> if an adversary (without access to $\mathbb{X}$) can construct a prompt $\boldsymbol{p}$ that makes the model produce $\boldsymbol{x}$ (i.e., $\mathsf{Gen}(\boldsymbol{p}) = \boldsymbol{x}$)." Extensive research has been done to better understand this phenomenon and to develop empirical methods to identify and quantify it.

**A. Discoverable extraction is a useful measure of "memorization"**

35. An established way to measure "memorization" of training data in an LLM is to conduct a discoverable extraction test. A widely used discoverable extraction method in the research community and industry is a prefix-based data extraction test. This was introduced by Carlini et al. (Carlini et al., "Extracting Training Data from Large Language Models", 30th USENIX Security Symposium, pp. 2633-50, August 11-13, 2021 ("Carlini 2021"), https://www.usenix.org/system/files/sec21-carlini-extracting.pdf), and refined in Carlini et al. in 2023 (Carlini et al., "Quantifying Memorization Across Neural Language Models", 11th International Conference on Learning Representations, 2023 ("Carlini 2023"),

https://openreview.net/pdf?id=TatRHT_1cK), into a method that has been used in many analyses and forms the basis of the testing I performed on the select MPT models.

36. The prefix-based data extraction test is conducted by prompting the model with prompts selected to try to extract certain source content and measuring how much of the selected content is emitted by the model. We call each prompt and response a "probe". By probing the model with many prompts that are designed to elicit the targeted content, we can measure how much of the content contained in the training data is emitted by the model in response to prompts and analyze the model's outputs to assess whether or not it would be feasible to use the model to emit significant segments of content contained in the training data.

37. Discoverable extraction tests measure how likely the model is to produce text fragments that match text contained in the training data. For these tests, we use a setting designed to maximize the likelihood of generating matching output: the model is prompted with a prefix prompt from the original source text, and the output tokens are generated using a method called "greedy decoding", discussed in Paragraph 38. A typical user trying to extract information from an LLM likely does not already possess the exact information they are trying to obtain; if they already had the source text, there would be no reason to probe the LLM for that information. But using actual prefixes from the source text provides the best prompt for eliciting any "memorized" continuation text from a model trained using causal language modeling, as discussed in Paragraph 157 of the Johnson Report and as I discuss below, so we take advantage of full knowledge of the source text in our tests.

38. The "greedy decoding" method always selects as the output token the token that is predicted as the most likely next token by the model. This decoding method is different from typical use of LLMs, where decoding is done by randomly sampling from the probability

distribution the model generates for the next token. Instead of just selecting the token that the model predicts is most likely, the standard method incorporates intentional randomness to sample a token from the predicted output probability distribution to increase diversity in generated outputs. To control how this sampling is done, a setting called "temperature" is used to control the amount of the variation in generated outputs, as discussed in Section VII.A.viii. of the Johnson Report. By using greedy decoding in the discoverable extraction tests, the model will always output the token that it predicts is most likely, providing the highest likelihood of extracting any "memorized" text from the model.




**Figure 2. Discoverable Extraction Test.**

39. Figure 2 depicts the general procedure used for discoverable extraction tests. The model is probed repeatedly by inputting a sequence of text of defined length from the source text (called the "prefix") and analyzing the output generated by the model (called a "generated suffix"). This generated suffix is compared to the tokens that actually come after the prefix in the source text (called the "true suffix"). The prefix for the illustrated "extraction point" at position 200 will be the sequence of 150 tokens from location 50 to 199 in the source text. If an extraction point is within the first 150 tokens of a book's text, the prefix will be all of the tokens in the book's text before the extraction point. This prefix is provided as the prompt to the model,

which produces a 50-token output that we call the "generated suffix" in response.[11] **Appendix D** includes additional illustrations of the repeated probing of the model.

40. Studies have indicated that nearly all cases of extraction of matching outputs could be elicited with 150-length prefixes, and any increase in the prefix length comes with diminishing returns. For example, Carlini et al. conducted experiments varying the prefix length from 50 up to 500 tokens, and found that measured discoverable extraction continued to increase somewhat with longer prefixes but in a diminishing way and that prefixes of length 100 tokens were sufficient to elicit most matching outputs. (Carlini 2023 at 9.) Kiyomaru et al. studied extraction in LLMs as prefix lengths were varied from 50 to 950 tokens. Kiyomaru et al., "A Comprehensive Analysis of Memorization in Large Language Models", Proceedings of the 17th International Natural Language Generation Conference, pp. 584-96, September 23-27, 2024 ("Kiyomaru 2024"), https://aclanthology.org/2024.inlg-main.45.pdf. They found that although some additional extraction could potentially be detected using the prefixes of length 450 and 950 tokens, nearly all cases of discoverable extraction were elicited with 150-token length prefixes. (*Id.* at 595-96.)

41. An example of a discoverable extraction probe is shown in the next figure. This example is from Stewart O'Nan's book "The Last Night at the Lobster" at extraction point 150.[12] The 150-token prefix provided as the input to the model for the probe is shown in the left column. For some later examples, I elide the prefix and show only as much of the prefix as is

---

[11] The interface to the model includes a parameter, `max_new_tokens`, that controls the maximum number of tokens generated. The model output will always contain this number of tokens (50 in our experiments), but when the model predicts an end to the text before emitting 50 tokens, the remaining slots are filled with padding tokens.

[12] This probe was selected for the example since it is the first extraction point in the first book listed in the plaintiffs' complaint where there are 150 tokens available for the prefix (the positions start at 0, so the prefix is tokens 0-149 of the tokenization of the provided text) and the extraction starts at position 150.

helpful for understanding the probe. The center column shows the generated suffix, the 50-token output produced by the model (MPT-7B-StoryWriter-65k+ for this example). The right column shows the true suffix, the actual text that follows at the extraction point in the source text. I show text from the original source (in both the prefix and suffix) in blue and text generated by the model in purple. Matching tokens in the generated suffix would be shown in bold, but for this probe there are no matching tokens.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| The Last Night at the Lobster – MPT-7B-StoryWriter-65k+ | | |
|---|---|---|
| Extraction Point 150 (50 tokens, 198 characters). Length of Match = 0 tokens. | | |
| **Prefix** | **Generated Suffix** | **True Suffix** |
| **HOURS OF OPERATION**<br><br>Mall traffic on a gray winter's day, stalled. Midmorning and the streetlights are still on, weakly. Scattered flakes drift down like ash, but for now the roads are dry. It's the holidays��a garbage truck stopped at the light has a big wreath wired to its grille, complete with a red velvet bow. The turning lane waits for the green arrow above to blink on, and a line of salted cars takes a left into the mall entrance, splitting as they sniff for parking spots.<br><br>One goes on alone across the far vastness of the lot, where a bulldozed mound of old snow towers like a dirty iceberg. A | few cars are parked there, and a few more are parked in the lot's center, where the snow is packed down and the wind has blown it into a frozen wave.<br><br>The mall is a big box, a single story, with a | white shitbox of a Buick, the kind a grandmother might leave behind, the driver's-side door missing a strip of molding. The Regal keeps to the designated lane along the edge, stopping at the stop sign, though there's nothing |

**Figure 3. Example of a discoverable extraction probe.** This Figure shows the prefix used as the input prompt, the generated suffix produced as the output by the model, and the true suffix from the book. This is the first probe in the first book listed in the plaintiffs' complaint where there is enough text before the extraction point to provide a full 150-token prefix. The character after the "holidays" in the prompt is a non-standard character (an em-dash) that does not display correctly here but is shown as it appears verbatim.

42. Note that this method of measuring discoverable extraction requires already having full access to the source text, since the prefix used to prompt the LLM is an excerpt of the source text. This method of using exact prefixes from the source text as a way to attempt to extract content contained in the model's training data follows from the way LLMs are trained by predicting masked or unseen tokens from their training data (as discussed in Section IX.B.iii. of the Johnson Report). However, it is not a realistic simulation of how a user would attempt to use an LLM to generate portions of a book, since this test requires already having the full text of the book. Instead, this form of testing is a way to estimate an upper bound on likelihood that the model has "memorized" particular content and that such content could be extracted from some

prompt, even under circumstances that do not resemble typical use of an LLM. Thus, this approach provides a way to understand likelihood of extraction under an extreme case but would not make sense for someone who simply wanted to obtain the book.

43. After each probe, the extraction point is advanced to the next location until the end of the book is reached. In our tests, the extraction point moves up by one token each time, starting at the beginning of the book and continuing until the end of the book is reached (that is, the extraction point 50 tokens before the end of the book, so the 50-token suffix reaches the end of the book). Thus, we do tests starting from position 1 (skipping position 0 where the prefix would be empty) through the last position with a 50-token suffix at the end of the book. For example, the book "Last Night at the Lobster" by Stewart O'Nan has 48,090 tokens so the extraction test on the book comprises 48,039 ($48{,}090 - 50 - 1$) probes. Since the prefix length is 150, there is a large amount of overlap in the probes—every position in the source text (other than the very first 149 and very last 149 tokens) is included in 150 different probes, and is part of the true suffix for 50 different probes. This high level of coverage ensures a high likelihood that any fragments of the text that could be extracted from the model will be observed.

44. When evaluating extraction tests, I provide statistical measurements such as the number of successful extractions (where the generated suffix matches the true suffix) and the average number of matching tokens in the generated suffix. These statistical metrics provide insights on the likelihood of extraction, but it is important to consider different reasons a model may generate output that matches a text fragment and to examine the actual tokens and context for the match instead of just counting matching tokens. Tokens may be generated in the extraction probe output that match tokens in the true suffix in the source text for many reasons other than "memorization" of the source text. For example, the generation of specific text may

result because the same text appears many times in other sources that were also in the model's training data, such as quotations of a famous passage from another work. Generation of specific text may also be a result of repeating text in the prefix used for the probe. For example, if the prefix prompt was "Let's count the cows in the field: one cow, two cows, three cows," a reasonably good model is likely to continue the pattern from the prefix to generate "four cows, five cows, six …", without having ever seen this text in the training data. Similarly, a particular output may be one of only a few reasonable ways to continue a particular prefix prompt, such as when the prefix is the start of a commonly used phrase. For example, if the prefix was "Good morning, how", then a model generating "are you?" may not have "memorized" a particular segment of the training data using that phrase, but rather is predicting those as the likely next tokens because they frequently occur following the preceding phrase many places in the training data and the model has learned the general pattern. In other words, the tokens "are you?" would be statistically likely to follow "Good morning, how" because this phrase is very common in English.

45. I analyzed the MPT models by conducting probes using this method and analyzing the outputs using two types of discoverable extraction tests:

1) **Verbatim extraction** (Section VII.B): the generated suffix is compared to the tokens that immediately follow the prefix in the source text. For each probe, we count the number of tokens in the generated suffix that match exactly the tokens starting from the extraction point in the original text.

2) **Approximate extraction** (Section VII.C): the generated suffix is compared to the true suffix by measuring how similar it is in ways that allow for some discrepancies.

46. In addition to the discoverable extraction tests, I also conducted **probabilistic extraction** tests which are described in Section VII.D.

47. Each of these methods provides a different way to evaluate the likelihood that the model would produce outputs that include text contained in the training sources. Collectively, they provide extensive assessment of the extent to which the model has "memorized" content from the plaintiff authors' books. The results of all of my experiments using these methods on all of the plaintiff authors' books are consistent: the MPT models exhibit no signs of any "memorization" of content from the plaintiff authors' books.

48. I performed discoverable extraction tests on the collection of source texts summarized in Table 2. This includes what I have assumed are 27 of the plaintiff authors' books found in certain MPT model training datasets[13] and ten fiction books published in 2025.[14]

49. The selected fiction books published in 2025 were included as a comparison group. Since these books were not published when the MPT models were trained, we can be

[13] When I refer to a "plaintiff author's book" (or the plural form "plaintiff authors' books") in this report, what I really mean is the long string of text found in the MPT training data that appears to resemble a portion of the text of one of the plaintiff authors' books at issue in the lawsuit. I have not conducted any analysis to conclude that such long string of text is in fact identical to a particular version or edition of one of the plaintiff authors' books at issue in the lawsuit. Nor have I confirmed that these texts or any of the plaintiff authors' books are in the training data, and if so, in what form they were stored or presented to the training process. I am referring to the text files that were provided to me by counsel for analysis. I understand that Stewart O'Nan's book "The Vietnam Reader" is a compilation of works by several authors, and that the text I am testing here is only the text that Stewart O'Nan himself authored. I understand that there are 28 plaintiff authors' books at issue in this lawsuit, but that there were long strings of text found in the MPT training data that resembled the text of only 27 of them, and that for Rebecca Makkai's book "The Hundred-Year House", only the first two chapters appeared to be included.

I understand that these books were found by searching for the starting and ending lines of each plaintiff author's book in the RedPajama – Books and the fiction filtered subset of Books3 datasets that were used as training data for the MPT models, and copying the text between the starting and ending lines.

[14] I understand that the text for the ten fiction books first published in 2025 were obtained in the following way. The website goodreads.com was used to search for popular fiction books first published in 2025 that were not part of a series. Those books were then purchased, cut into loose pages, scanned as a multi-page PDF, and then disposed of. The resulting scanned PDF was then processed using optical character recognition ("OCR"). From my examination of the text files provided for these books, they appear to be mostly high-quality scans, with some artifacts from scanning such as page numbers and hyphenation that occasionally break up the natural flow of the text.

confident that they were not included in the training data. Thus, any apparent discoverable extraction from these books cannot result from the books being "memorized" in training, but must be due to other reasons. The observed discoverable extraction from these books demonstrates the amount of apparent generation of a text that would be expected for texts that are not included in training data.

[redacted]

**B. Verbatim extraction results for the MPT models**

50. I tested the MPT models for discoverable extraction. I conducted tests on the MPT-7B and MPT-7B-8K base models, the fine-tuned MPT-7B-StoryWriter-65k+ model, and the MPT-30B base model. These models were selected as the MPT models most favorable for extracting content found in the training data, and I conducted my testing in ways that give every advantage to exhibit any extraction, even if impractical or unreasonable (as discussed in Paragraphs 37-43.).

51. I did not include the MPT-1b-RedPajama-200b model or the MPT-1b-RedPajama-200b-dolly model in my main tests. These models have only 1.3 billion parameters and were trained on only 200 billion tokens sampled from the RedPajama dataset (in comparison to the 1 trillion tokens used for the MPT-7B and MPT-30B models). I understand that these models were released on Hugging Face before Mosaic announced the release of the other MPT models. Because of their small size and reduced training data, they are highly unlikely to exhibit more discoverable extraction than any of the other models. I did run a partial test of both the MPT-1b-RedPajama-200b and the MPT-1b-RedPajama-200b-dolly models to confirm this. The results of this test showed that, as expected, the measured discoverable extraction for both of these models was consistently well below what is found for any of the MPT-7B models. Hence, I did not include these models in the tests reported in the remainder of this report.

52. I also did not include the instruction-tuned models (MPT-7B-Instruct, MPT-7B-8K-Instruct, and MPT-30B-Instruct), and chat-tuned models (MPT-7B-Chat, MPT-7B-8K-Chat, and MPT-30B-Chat) in my tests. The Instruct models were fine-tuned to follow instructions in user prompts (rather than continuing text based on a prefix input), and the Chat models were fine-tuned to support dialogue interactions like a chatbot. For both types, the fine-tuning process

used data formatted to follow a template designed for tuning the models for a particular use setting—namely, being trained for following instructions or for chat interactions. The data at issue was not used for this fine-tuning process of these models. *See* MPT-7B Blogpost; MPT-30B Blogpost; Blogpost, "Announcing MPT-7B-8K: 8K Context Length for Document Understanding", by Havens and Yuen, July 18, 2023 (MOSAIC_ONAN_00000248). The fine-tuning done would not be likely to increase "memorization" of any content used in the original pre-training process, because the fine-tuning results in a model that is tuned to follow instructions instead of just outputting the most likely continuation tokens based on the causal language model training process used to train the base models, so the standard discoverable extraction tests would be ineffective on these models. Other methods would be needed to perform extraction tests on these models, and they are unlikely to be able to elicit as much extraction as is observed using the standard tests on the base models. This accords with the discoverable extraction literature, where if the researchers have access to a base version of the LLM (in addition to a fine-tuned variant such as an instruction or chat-tuned model), the researchers will typically conduct their discoverable extraction tests on the base version of the LLM. (Cooper et al., "Extracting memorized pieces of (copyrighted) books from open-weight language models", arXiv preprint arXiv:2025.12546v4, Nov. 30, 2025 ("Cooper 2025"), arxiv.org/pdf/2505.12546v4; Xiong 2025 at 10.)

53. For each of the fully tested MPT models, I conducted sliding probe tests as described in Section VII.A over all of the books listed in Table 2. I recorded the generated suffix for each probe and measured the number of tokens in the generated suffix that match the original source text in the true suffix. These probes were done at every position in all of the books listed

in Table 2, sliding the probe from the first position in the book (which would start with an empty prefix) through the entire book, one token at a time.

### 1. Discoverable extraction results for MPT-7B model

54. Table 3 summarizes the verbatim extraction tests for the MPT-7B model. The first column after the book title in the table gives the average extraction length which is the total number of matching tokens divided by the number of extraction probes over all of the probes for the book.

[redacted]

55. For the plaintiff authors' books, the average number of matching tokens ranges from [redacted].

56. The last column in Table 3

57. There are no successful extractions from the MPT-7B model on any of the plaintiff authors' books. This means that across the over 2.4 million extraction probes done across the plaintiff authors' books, the MPT-7B model never produced a 50-token output that matched the true suffix. By this standard, there is no successful discoverable extraction for the MPT-7B model for any of the plaintiff authors' books.

### 2. Discoverable extraction results for MPT-7B-StoryWriter-65k+

58. Table 4 summarizes the results of the discoverable extraction experiments on the MPT-7B-StoryWriter-65k+. These tests were conducted the same way as the tests done on the MPT-7B model described in the previous section.

59. As explained in Section XI.E. of the Johnson Report, MPT-7B-StoryWriter-65k+ was fine-tuned from the MPT-7B model with training examples that were 65,536 tokens long from a subset of fiction-filtered books, as a demonstration of increasing the model's context length.

60. In testing MPT-7B-StoryWriter-65k+, as with the MPT-7B model, across the 2.4 million extraction probes done on the plaintiff authors' books, there were no successful discoverable extractions.

61. The average extraction lengths for the MPT-7B-StoryWriter-65k+ model are similar to those for the MPT-7B model. Over all the plaintiff authors' books, the average extraction length for the MPT-7B-StoryWriter-65k+ model is between 98% and 102% of the value for the MPT-7B model.

62. Thus, the fine-tuning done to produce the MPT-7B-StoryWriter-65k+ model does not appear to have increased the amount of discoverable extraction from the plaintiff authors' books compared to the baseline MPT-7B model. As with the MPT-7B model, there are no

successful discoverable extractions and no evidence of any "memorization" of the plaintiff authors' books for the MPT-7B-StoryWriter-65k+ model.

[redacted]

### 3. Discoverable extraction results for MPT-7B-8k

63. The discoverable extraction results for the MPT-7B-8k model are summarized in Table 5. For all of the books tested, including the plaintiff authors' books and the books published in 2025, the average extraction length for the MPT-7B-8k model exceeds the average extraction length for the corresponding book for the MPT-7B model, but the lengths are generally similar and still extremely low.

64. The MPT-7B-8k average extraction lengths for the plaintiff authors' books are slightly higher than for the MPT-7B model, but the average extraction length is still [redacted]

[redacted]

65. Across the 2.4 million probes conducted on the plaintiff authors' books using the MPT-7B-8k model for this test, there was a single occurrence where there was a successful discoverable extraction:

| Stewart O'Nan, "In the Walled City" – MPT-7B-8k | | |
|---|---|---|
| Extraction Point 27988: Length of Match = 50 tokens | | |
| **Prefix** | **Generated Suffix** | **True Suffix** |
| Not that we're going to get close to what we're asking.<br><br>I like to four-wheel at night, rolling slow over the dunes. The surfcasters' fires hop out of the darkness, then black. A camper forms, battened down for the night. I've got the kids' mattresses in back, beef jerky on the dash, my basic ordnance. It's not going to be easy to go back to the Caprice. I send the spotlight out over the water; even at night, it is still coming.<br><br>_O Lord my God, if I have done this,<br>if there is wrong in my hands,<br>if I have requited my friend with | **evil<br>or plundered my enemy without cause,<br>let the enemy pursue me and overtake me,<br>and let him trample my life to the ground,<br>and lay my soul in the dust_.<br><br>I** | **evil<br>or plundered my enemy without cause,<br>let the enemy pursue me and overtake me,<br>and let him trample my life to the ground,<br>and lay my soul in the dust_.<br><br>I** |

**Figure 4. Successful Extraction from Stewart O'Nan, "In the Walled City".**

66. The extracted text is an excerpt from the Bible (Psalms 7, "Plea for Help against Persecutors") which is quoted in Stewart O'Nan's book. This text quotes a passage from the Bible, and matches exactly the text in the "Revised Standard Version" of the Bible, excerpted below[15]:

**Plea for Help against Persecutors**

**A Shiggaion of David, which he sang to the LORD concerning Cush a Benjaminite.**

**7** O LORD my God, in thee do I take refuge;
save me from all my pursuers, and deliver me,
2 lest like a lion they rend me,
dragging me away, with none to rescue.

3 O LORD my God, if I have done this,
if there is wrong in my hands,
4 if I have requited my friend with evil
or plundered my enemy without cause,
5 let the enemy pursue me and overtake me,
and let him trample my life to the ground,
and lay my soul in the dust. *Selah*

67. The prefix used in the probe ends with the three lines of the passage (starting at Psalms 7:3 in the excerpt from the "Revised Standard Version" and ending before the "evil" in the first line of verse 4), and the successful extraction continues the text to the end of verse 5.

68. Although this is reported as a successful discoverable extraction from Stewart O'Nan's book, it does not provide any evidence that any part of the book has been "memorized". The extracted passage is not original to Mr. O'Nan's book but rather is an excerpt from the Bible, which is widely found on the Internet and other sources. It is not known to me how many

[15] Psalm 7 (Revised Standard Version), https://www.biblegateway.com/passage/?search=Psalm%207&version=RSV

times and in how many different places this Bible passage appeared in the training data used to train the MPT models, but it is likely to have occurred many times due to how frequently Bible passages are found on the Internet and other sources. Several studies of "memorization" in LLMs have found that one of the most important factors in whether or not a fragment of training data is "memorized" by a model is how many times that text is seen by the model during the training process. (Carlini 2021 at 2643-44; Carlini 2023 at 3; Jayaraman et al., "Combing for Credentials: Active Pattern Extraction from Smart Reply", IEEE Symposium on Security and Privacy 2024, at 1452-53, https://ieeexplore.ieee.org/stamp/stamp.jsp?tp=&arnumber=10646876; Xiong 2025 at 2-3.)

69. Subsequent probes at the next three extraction sites result in generated suffixes that start with "I'm not going" following the Bible quote. These do not match the true suffix in "In the Walled City", which follows the quote with "I don't have trouble sleeping, I just forget a lot lately." Hence, this successful discoverable extraction is not related to "memorization" of text written by Stewart O'Nan. Rather, the plausible explanation for the extraction is that the generated suffix was extracted because it is a Bible passage that is widely found on the Internet and other sources and seen by the model many times during training.

#### 4. Discoverable extraction results for MPT-30B

70. Table 6 summarizes the results of the discoverable extraction tests for the MPT-30B model. Extraction rates for the MPT-30B model are similar to those for the MPT-7B-8k model. [redacted]. Over the 2.4 million probes to the plaintiff authors' books for the MPT-30B model, there were no successful discoverable extractions.

[redacted]

### 5. Summary of discoverable extraction across the MPT models

71. Figure 5 summarizes the discoverable extraction test results, showing the average extraction length for each of the books for all of the tested models. Across all of the books and models, [redacted] The low average extraction lengths indicate that none of the plaintiff authors' books could be extracted from the MPT models in their entirety or even in significant part, even by an adversary who already has verbatim excerpts from each of the plaintiffs' books as a starting point.

72. Across my tests, the MPT models rarely generate more than a few words (or in most cases, even one word) that match text in plaintiff authors' books in response to probes designed to elicit this text. These models could not generate significant passages, let alone the entirety of one of plaintiff authors' books. To extract a significant portion of a book, an adversary would need to start with a known excerpt, from which the model would need to generate a suffix that matches the true suffix. That generated suffix would then be fed back into the model (as a prefix) to create the next suffix. But for this method to work, each generated suffix must match the true suffix, or the generated text will diverge from the text in the original book.

73. Table 7 summarizes the fraction of the extractions that are extremely short across all the tested models and books. Across all of the plaintiff authors' books, the majority of probes do not generate a single matching token; [redacted].

Practically speaking, the MPT models would be terrible tools to use to try to generate the content of the plaintiff authors' books, or any substantive portions of those books.

[redacted]

[redacted]

### C. Approximate extraction results for the MPT models

74. The verbatim extraction tests in the previous section count only exact matches of the generated suffix to the true suffix. To assess the possibility of near, non-exact matches that could still be considered to indicate "memorization", I also conducted tests to measure approximate extraction where, instead of just looking for exact matches to the source text, the tests measure how close the generated suffixes are to the source text. Natural language processing ("NLP") researchers have several different ways to quantify the distance between two strings of text. For the experiments here, I use an intuitive metric, "normalized edit distance", that captures similarity based on the number of character-level changes needed to make the generated suffix match the original text.

75. The raw edit distance metric, which is more formally known as Levenshtein distance, is a way to measure the closeness of two strings by counting the minimum number of single character changes ("edits") needed to make the character strings match exactly. Each edit is either an *insertion* of a character (e.g., "book" → "b**r**ook"), a *deletion* of a character (e.g.,

"b**r**ook" → "book"), or a *substitution* of a character (e.g., "**b**rook" → "**c**rook"). Lower scores mean the generated suffix is closer to the source text, with a score of 0 meaning that the strings are identical. Edit distance and variations of the edit distance metric are widely used in plagiarism detection, bioinformatics to understand biological evolution through genome mutations, and in spell checking tools.

76. Since the number of edits required typically increases with the length of the strings, it is common to normalize the edit distance by dividing the number of edits by the length of the longest of the two input strings in the comparison. The generated suffixes in the extraction probe tests are always 50 tokens long, but the length in characters of a decoded token varies.[16] To make the edit distance measurements more comparable, we report the "normalized edit distance" which is the edit distance divided by the length of the generated suffix. The generated suffix is compared to the text in the original book as the "reference string", where the reference string corresponds to the "true suffix" from our discoverable extraction tests. The length of the reference string is not used in the normalization, since the string effectively extends from the extraction point to the end of the book, up to as many characters as needed to minimize the number of edits. This provides a better measure of the similarity of the generated suffix to the original text than would be obtained if a fixed-length reference string was used since adding or removing characters at the end of the reference string should not impact the measured closeness of the generated suffix to the original text.

[16] For the tokens used by the MPT models, the shortest token has length 0 (a padding token), and the longest token is 512 characters long (token 19979, all spaces). The longest non-whitespace token is a sequence of 256 dashes (token 16525). The longest word-like token is 17 characters (token 27886, "scriptscriptstyle"). In typical text, the average token length is close to 4 characters.

77. The value for the normalized edit distance ranges from 0.0, which would be the case if the generated suffix matches the original text exactly (no edits are needed to make it match) to 1.0 (which would be the cases if there are no ways to match any of the characters in the generated suffix to the sequence of characters in the original text of the same length as the generated suffix). The normalized edit distance cannot exceed 1.0, since we could always make the generated suffix match by substituting every character in it with the corresponding character in the original text (which would require a number of edits equal to the length of the generated suffix) or by just deleting all of the characters in the generated suffix (which would also require a number of edits equal to the length of the generated suffix).

78. A few simple examples illustrating the normalized edit distance metric are shown in Figure 6. For all of our examples, we use the six-word story often falsely attributed to Ernest Hemingway, "For sale: Baby shoes, never worn.", as the reference string.

Generated: For sale: baby shoes, never worn.
Reference: For sale: Baby shoes, never worn.
Edits: For sale: **B**aby shoes, never worn.
Distance: 1, Normalized = 0.030 (1/33)

*The edit distance is one for the single substitution of the lowercase* b *in* baby *with the uppercase* B*. The normalized edit distance is 1 edit divided by 33, the length of the generated string in characters.*

Generated: For sale: shoes, worn once.
Reference: For sale: Baby shoes, never worn.
Edited: For sale:**-Baby** shoes,~~-worn~~ ~~o~~n~~c~~e~~.~~
Distance: 13, Normalized = 0.481 (13/27)

*The edits are 5 insertions (inserting a space designated by a hyphen and* Baby*), 5 deletions to remove [* worn*], and 3 more deletions to remove the* o*,* c *and* .*. Note that because there is no cost to having unmatched characters at the end of the reference string, the unmatched* ver worn. *at the end of the reference string has no cost.*

Generated: Big Sale! 20% off everything, including baby shoes!
Reference: For sale: Baby shoes, never worn.
Edited: ~~Big Sale! 20%~~**F**o~~ff eve~~r~~ything,~~ ~~inc~~sal~~udi~~e: **B**aby shoes~~!~~
Distance: 37, Normalized = 0.725 (37/51)

*The edits are 13 deletions at the beginning, one substitution (replacing the space with* F*), 6 deletions before the matching* r *and 7 more deletions before the matching space, a deletion and two substitutions before the matching* l*, followed by 3 more deletions, and two substitutions to replace the* ng *with* e: *followed by a matching space, substitution to capitalize the* b *to* B*, and one final deletion of the* !*. Note that there are many other ways to use 37 edits to make the generated string match (such as just substituting the* ! *for a comma at the end) but no way to make the string match with fewer than 37 edits.*

Generated: For sale: Baby
Reference: For sale: Baby shoes, never worn.
Distance: 0, Normalized = 0.0

*No edits are needed to make the generated suffix match the beginning of the reference string.*

**Figure 6. Edit distance examples.** These examples show how edit distance measures the character-level distance between the generated suffix and original text.

79. Higher scores mean the strings have more differences (because more edits are required to make them identical). In the summary table, I report the lowest value for edit distance for any probe across each book.

80. Table 8 summarizes the results of the approximate extraction experiments, showing the average normalized edit distance for all of the tested books for the MPT-7B, MPT-7B-StoryWriter-65k+, MPT-7B-8k, and MPT-30B models. The values all fall in a narrow range—[redacted]

81. [redacted]

[redacted].

[17] It is not surprising that the values for average normalized edit distance for the randomly selected pairs are slightly higher than the average normalized edit distances for the generated versus true suffixes, since for the latter, the prefix often constrains the first few tokens in the generated suffix just from the linguistic context (e.g., a prefix that ends in the middle of a word split into multiple tokens, or at a point in a phrase where the next word must be an article) and later tokens may repeat names and other words found in the prefix context.

[redacted]

82. Next, I examine probes where the normalized edit distance for a particular generated suffix is low.[18] Across all the probes, the only zero edit distance for a full-length generated suffix is for the 50-token exactly matching suffix generated by MPT-7B-8k for the quoted Bible passage in Stewart O'Nan, "In the Walled City", at position 27988. This is the same extraction probe as discussed in Section VII.B.3.

83. The next lowest edit distance is 0.03125 for the following probe using MPT-30B from Stewart O'Nan's "West of Sunset":

| **Stewart O'Nan, "West of Sunset" – MPT-30B** | | |
|---|---|---|
| Extraction Point 92042 (suffix length 160): Normalized Edit Distance = 0.031. | | |
| **Prefix** | **Generated Suffix** | **True Suffix** |
| had become a project ever since she confessed she'd never read them. He was dumbstruck. He just assumed that as a British subject poetry was her birthright. She was so polished it was easy to forget she was a child of the slums. She'd never read Milton before, or **Keats**, or Joyce, and was sick of feeling lost every time Scott and his friends mentioned Proust. Her eagerness to learn appealed to the professor in him, and he took pleasure in lending her books and then quizzing her like Scottie with her Latin. It was partly a joke—that she was Fitzgerald University's sole student—but she knew there was no surer way to lift his spirits.<br><br>_Much have I trav | ell'd in the realms of gold_<br><br>_And many goodly states and kingdoms seen;_<br><br>_Round many western isl**<u>and</u>**s have I been_<br><br>_Which bards in fealty to Apollo hold._<br><br>**<u>_O</u>** | Ell'd in the realms of gold_<br><br>_And many goodly states and kingdoms seen;_<br><br>_Round many western isles have I been_<br><br>_Which bards in fealty to Apollo hold._<br><br>They lay there, trading stanzas, declaiming to the seals and the fishermen lining the pier |

**Figure 7.** The prefix, generated suffix, and true suffix at extraction point 92042. The text that is **<u>bolded and underlined</u>** is meant to call attention to the differences between the generated suffix and true suffix.

[18] I ignored instances in which the generated suffix contained only a few tokens amounting to four matching words or less, followed by a stop token, where the remainder of the suffix was comprised purely of padding tokens of length zero. Results having this pattern are not evidence of "memorization", but rather the likelihood of having an output of nothing more than certain common short strings of text.

84. The passage is from John Keats' poem, "On First Looking into Chapman's Homer"[19], which is widely found on the Internet and other sources and therefore may have been shown to the model many times in training. It is not text original to Stewart O'Nan's book.

> Much have I travell'd in the realms of gold,
> And many goodly states and kingdoms seen;
> Round many western islands have I been
> Which bards in fealty to Apollo hold.
> Oft of one wide expanse had I been told
> That deep-brow'd Homer ruled as his demesne;
> Yet did I never breathe its pure serene
> Till I heard Chapman speak out loud and bold:
> Then felt I like some watcher of the skies
> When a new planet swims into his ken;
> Or like stout Cortez when with eagle eyes
> He star'd at the Pacific—and all his men
> Look'd at each other with a wild surmise—
> Silent, upon a peak in Darien.

85. The only discrepancy is the version in Mr. O'Nan's "West of Sunset" uses "isles" in the third line, whereas the suffix generated by MPT-30B uses "islands" (which is the word used in the Keats poem). The normalized edit distance of 0.03125 (5 edits, four for islands and one for the last character) for this generated suffix indicates a very close match, but it seems clear this is generated because of the popularity of Keats' poem, which, like the Bible passage discussed earlier, is widely found on the Internet and other sources, so likely appeared many times in the training data. This is further indicated by the fact that the MPT model used "islands" (from the Keats poem) instead of "isles" (from "West of Sunset").

86. The next lowest normalized edit distance for a probe that does not overlap with either of the Bible passage quoted in "In the Walled City" or the Keats' poem in "West of Sunset" is the following probe from Jason Reynolds, "All American Boys":

---

[19] https://www.poetryfoundation.org/poems/44481/on-first-looking-into-chapmans-homer

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| Jason Reynolds, "All American Boys" – MPT-30B | | |
|---|---|---|
| Extraction Point 91727 (suffix length 133): Normalized Edit Distance = 0.060. | | |
| **Prefix** | **Generated Suffix** | **True Suffix** |
| here to say, enough is enough! We are here to say, no more! No more!" Spoony gave the first paper to her. And into the megaphone, she began.<br><br>"This is a roll call! Sean Bell!" Then she followed with "Absent again today! Oscar Grant! Absent again today! Rekia Boyd! Absent again today! Ramarley Graham!" She paused, and at that point the rest of us knew exactly what to do.<br><br>**"Absent again today!"**<br><br>**"Aiyana Jones!"**<br><br>**"Absent again today!"**<br><br>**"Freddie Gray!"**<br><br>**"Absent again today!"**<br><br>**"Michael Brown!"**<br><br>**"** | Absent again today!"<br><br>"Tamir Rice!"<br><br>"Absent again today!"<br><br>"Eric Garner!"<br><br>"Absent again today!"<br><br>"Ta**<u>n</u>**i**<u>sh</u>**a **<u>Ander</u>**son!"<br><br>"Absent again | Absent again today!"<br><br>"Tamir Rice!"<br><br>"Absent again today!"<br><br>"Eric Garner!"<br><br>"Absent again today!"<br><br>"Tarika Wilson!"<br><br>"Absent again today!" |

**Figure 8.** The prefix, generated suffix, and true suffix at extraction point 91727. The text that is **<u>bolded and underlined</u>** is meant to call attention to the differences between the generated suffix and true suffix.

87. The generated suffix continues the pattern in the prefix, interspersing different names of victims of police brutality between the "Absent again today!" calls. The first two names in the sequence generated by MPT-30B match the source text exactly. For the third name, eight edits are required to transform the generated name Tanisha Anderson into the name in the

true suffix, Tarika Wilson.[20] This shows that MPT-30B has the ability to recognize and continue a pattern in the provided context using information found in many sources in the training data about of victims of police, but does not indicate "memorization" of the author's text.

88. Another instructive example with a relatively low normalized edit distance is the following probe from Jason Reynolds, "All American Boys":

| **Jason Reynolds, "All American Boys" – MPT-30B** | | |
|---|---|---|
| Extraction Point 14453 (suffix length 167): Normalized Edit Distance = 0.1796. | | |
| **Prefix** | **Generated Suffix** | **True Suffix** |
| do anything wrong, why would you resist arrest?" His voice began to rise. "And how many times have I told you and Spoony, I mean, since y'all were young we've been going over this. **Never fight back. Never talk back. Keep your hands up. Keep your mouth shut. Just do what they ask you to do, and you'll be fine."**<br><br>That was another one of those way-too-familiar songs Spoony and I were forced to sing when we were kids. Every time Dad said it, it was always the same. Just like the army talk. But this one was even worse, because it had a rhythm to it, like a poem, or a chant. Never | fight back. Never talk back. Keep your hands up. Keep your mouth shut. Just do what they ask you to do, and you'll be fine.<br><br>"I**'m** no**t** **goi**ng **t**o **jail**," I said.<br><br>**"You're** | fight back. Never talk back. Keep your hands up. Keep your mouth shut. Just do what they ask you to do, and you'll be fine.<br><br>"I know, I know. And I did all that," I said, running through the scenario in my head again. "I didn't fight back; I couldn't. |

**Figure 9.** The prefix, generated suffix, and true suffix at extraction point 14453. The text that is **bolded and underlined** is meant to call attention to the differences between the generated suffix and true suffix.

89. The edit distance between the generated suffix and the true suffix is 30. The generated suffix starts with a sequence of 126 characters that matches the true suffix exactly. However, those same 126 characters appear verbatim in the provided prefix context (in bold).

[20] Tanisha Anderson died in police custody in Cleveland in 2014. Castele et al., "Mayor Justin Bibb apologizes to Tanisha Anderson's family while signing new Cleveland law named for her," *Signal Cleveland*, Feb. 16, 2026, https://signalcleveland.org/cleveland-tanishas-law-mayor-justin-bibb-chris-ronayne-w-mona-scott/

Tarika Wilson was shot and killed by a police officer in Ohio in 2008. Davies, Jag, "Officer Acquitted in Fatal Shooting of Unarmed Woman and Baby", ACLU, Aug. 7, 2008, https://www.aclu.org/news/smart-justice/officer-acquitted-fatal-shooting-unarmed-woman-and-baby

The generated suffix repeats this text from the prefix, and then diverges from the true suffix. Similar to the example above of a repeated pattern in "All American Boys", the low normalized edit distance can be plausibly explained by the model repeating a pattern found in the provided context (i.e., the prefix), and this does not provide evidence of "memorization" of the author's text.

90. I reviewed all probes where the normalized edit distance was below 0.2, and found that they are all plausibly explained by reasons other than "memorization" of any text written by the plaintiff authors. Some contain excerpts of famous works widely found across the Internet and other sources (i.e., Romans 8:30 appearing in Rebecca Makkai's "Music for Wartime"; Alfred, Lord Tennyson's 1854 poem, "Charge of the Light Brigade", appearing in Jason Reynolds' "Patina"); the others overlap with examples we have already discussed. Hence, although the approximate extraction tests turn up a handful of instances where generated suffixes that are close matches to portions of text contained in the plaintiff authors' books, all of these generated suffixes can be plausibly explained by either repeating a pattern found in the provided prefix context or by the content in the generated suffix being a passage widely found on the Internet and other sources that is likely to be found many times in the training data.

91. Figure 10 summarizes the approximate extraction results, showing the average normalized edit distance across all of the tested books for each model. All of the results are in a narrow range, well below a similarity level that would suggest any "memorization". The ordering of the books is different from the ordering by average discoverable extraction length (Figure 5), which is also consistent with lack of any "memorization". Verbatim extraction length measures predictability of the token immediately following the prefix, whereas normalized edit

distance measures general predictability and patterns of the language across all of the generated suffix tokens.

[redacted]

### D. Probabilistic extraction

92. This section reports on tests using another type of extraction test known as "probabilistic extraction". This test uses a similar prompting approach to that used above in the discoverable extraction test, but instead of using greedy decoding, this test uses a probabilistic method to measure extraction likelihood. This provides a way to estimate a bound on the likelihood that the model would output the source text suffix when used through normal interactions (although still under the assumption that the user already knows the full source text).

93. A probabilistic extraction test provides a way to estimate the number of attempts that would be expected before the true suffix would be emitted from the token probabilities the model generates, still under conditions where the prompts are prefixes from the source text to reflect the highest likelihood of generating material contained in the training data. The probabilistic extraction test computes a probability of generating the true suffix by aggregating the probabilities that each token within the corresponding suffix will be generated. In other words, for a given prefix, each token within the corresponding suffix has a certain probability of being generated when decoding is done in the typical way, which involves sampling from the model's generated probability distribution rather than just selecting the most likely token as done in the greedy decoding method used in the discoverable extraction tests. The probabilistic extraction test measures the likelihood of generating each one of those tokens in the suffix in that exact order.

94. The probabilistic extraction test was introduced by Hayes et al. (Hayes et al., "Measuring memorization in language models via probabilistic extraction", Proceedings of the 2025 Conference of the Nations of the Americas Chapter of the Association for Computational Linguistics: Human Language Technologies (Volume 1: Long Papers), April 29-May 4, 2025,

https://aclanthology.org/2025.naacl-long.469.pdf), who verified that the test provides an effective and efficient way to estimate the expected number of attempts that would be needed in order for a model to generate a particular output sequence. This test has been used in numerous other academic studies of extraction likelihood, including by Cooper et al. to study the likelihood of extracting text for a collection of books for several open weight models including Llama 3.1 70B (Cooper 2025). I use the same definition of $p_z$ (discussed later) and method to measure probabilistic extraction as was used in that paper.

95. Figure 11 illustrates how model prediction probabilities are used in a probabilistic extraction test. [redacted]

96. The figure shows the prediction probabilities produced by the model for each of the next ten tokens (the model predicts token probabilities for the next 50 tokens, but we show only the next 10 in the figure to make it more readable). At each position, the model predicts a probability for each token in the token vocabulary (composed of 50,432 tokens for the MPT models). Here, we show the five tokens with the highest predicted probability ordered vertically below each true suffix token. The first column in the figure shows the first suffix token

[redacted]

predicted following the provided prefix. The token with the highest probability is Round, which has predicted probability of 98.4%, indicating that the model has quite a high degree of "confidence" that this is the next token. Since many of the probabilities are very close to zero, these values are represented in the model as logarithms (called log probabilities). Within the model, natural logarithms with base *e* (2.7182718…) are used, but in the figure and in results we present later, we convert these to the more familiar base 10 logarithms. Thus, the value of -0.007 shown in the figure for Round is the model's predicted log probability ($\approx -0.006839$) rounded to the thousandths place. This can be converted to a probability as $10^{-0.006839} \approx 0.984376 \approx 98.4\%$. The token with the next highest probability, R, is shown as the Rank 2 token in the figure with prediction probability of 0.66%. This means that if the model was prompted with the same prefix 1000 times, we would expect it would output Round for the next token roughly 984 times and output R (which would be followed by other letters in subsequent tokens to complete a word) as the next token about 7 times.

[redacted]

97. Unlike in the discoverable extraction experiments reported earlier, in these experiments there is no decoding to produce output tokens. Instead, for each position in the suffix the token probabilities are predicted by the model based on all of the previous context tokens (which includes the provided prefix as well as the true suffix tokens up to that point). We compute the result of the probabilistic extraction probe, known as the $p_z$ value, as the product of the prediction probabilities for the true suffix token at each position in the true suffix. We compute this by summing the log probabilities.[22] [redacted]

[22] The logarithm base $b$ of a number $x$ is the value $g$ such that $b^g = x$. The rule for multiplication of powers is $a^w \times a^z = a^{w+z}$ for any real numbers $a$, $w$, and $z$. It follows that $\log(xy) = \log(x) + \log(y)$, meaning that by converting numbers to their logarithm we can replace multiplication with addition. This enables the computation to be done more accurately and efficiently than if it were done by multiplying probabilities that are so close to zero. [redacted]

[redacted]

98. The illustrative example in Figure 11 shows [redacted] Figure 12 shows [redacted]

[redacted]

99. Table 9 summarizes the results of the probabilistic extraction test on the four MPT models. The value in each cell is the average log $p_z$ value for the given model across all probes in the book. As with the discoverable extraction results, the MPT-7B-8k and MPT-30B models perform better than the MPT-7B and MPT-7B-StoryWriter-65k+ models. Across all of the tested books, [redacted]

[redacted]

100. The probabilistic extraction likelihoods are all extremely low, and similar across the four tested models. For the following analysis we only consider the model with the highest overall probabilistic extraction risk, MPT-30B. [redacted] Another way to grasp this probability is that it is similar to the probability that a monkey hitting keys randomly on a typewriter would type out the Shakespeare quote, "brevity is the soul of wit."[25]

101. Table 10 reports the "successful" probabilistic extractions across all of the tests. Following Cooper 2025, we define a "successful" probabilistic extraction as one where the $p_z$ value exceeds 0.001 which indicates a probability of at least one in a thousand of producing an output that matches the source text. Cooper et al. used this probability as their threshold (which they called $\tau_{\min}$) for extraction success and argued that using a lower probability could result in "false positives", where probes were counted as successful probabilistic extractions but not evidence of any "memorization" of the source text. (Cooper 2025 at 4-5.)

[25] I have not done the experiment with actual monkeys, but assuming a keyboard with the 26 English alphabet lowercase letters and 6 punctuation characters, this probability of typing a specific 27-character sequence is $\left(\frac{1}{32}\right.$

102. By this standard, across all of our probabilistic extraction tests there are two probes that result in "successful" probabilistic extractions, both of which are [redacted] These both overlap with the probe [redacted]. As discussed earlier, this is an excerpt from a famous John Keats poem, "On First Looking into Chapman's Homer", which is widely found on the Internet and other sources, and is not original to Stewart O'Nan's writing.

103. Figure 13

[redacted]

[redacted]

### E. Summary of extraction tests

104. Across all of the extraction tests, comprising tests for verbatim discoverable extraction, approximate discoverable extraction, and probabilistic extraction done across the four tested MPT models and the 27 plaintiff authors' books, I conducted more than 20 million probes but did not find a single instance where any of the MPT models exhibited "memorization" of any text written by the plaintiff authors. There are only a handful of cases where extraction probes resulted in output that closely matched text contained in the original books. All are either instances where the books included quotations of famous works that are not original to the plaintiff authors and that appear many times in numerous sources such as passages from the Bible, or are cases where the prefix context provided a repetitive pattern which the model's output continued. None of these indicate "memorization" of plaintiff authors' books.

105. Figure 14 summarizes these results, showing the approximate discoverable extraction and probabilistic extraction results for the MPT-30B model, which is the model that has the highest extraction performance across our experiments. By all the statistical measures considered, including average extraction length, normalized edit distance, and the average $\boldsymbol{p_z}$ scores used in probabilistic extraction tests, the results for plaintiff authors' books are indistinguishable from the results for books published after the MPT models were trained, which could not have been included in the training data for the MPT models.

[redacted]

# APPENDIX A

**David Evans**
Olsen Bicentennial Professor of Engineering
Professor of Computer Science
University of Virginia

*evans@virginia.edu*
https://www.cs.virginia.edu/evans
(Last update: 15 March 2026)

## Contents

1 **Faculty Positions** **2**
2 **Academic Background** **2**
3 **Honors and Awards** **2**
4 **Publications** **5**
5 **Courses** **18**
6 **Students Supervised** **21**
7 **External Leadership and Service** **25**
8 **University of Virginia Leadership and Service** **27**
9 **Presentations** **28**
10 **Major Software Distributions** **35**
11 **Entrepreneurship** **36**
12 **Funding** **37**
13 **Selected Press Coverage** **41**
14 **Milestones** **45**

## Highlights

Graduated twelve PhD students and sixteen Masters students. Seven undergraduate research students recognized by the *CRA Outstanding Undergraduate Researcher Award*, including one runner-up and two finalists.

*State Council of Higher Education for Virginia Outstanding Faculty Award*, 2009. This is the state's highest honor for faculty, awarded by the Governor for "superior accomplishments in teaching, research, and public service."

Principal or Co-Principal Investigator on over $60M ($16.5M to UVA) of research funding from the National Science Foundation, NASA, DARPA, and AFOSR including an NSF SaTC Frontier award (2018) and a NSF/DHS AI Institute (2023).

Founding Director of the *Interdisciplinary Major in Computer Science*, which grew from 2006 to 2013 to become the one of the largest undergraduate majors at UVA.

Recipient of *IEEE Computer Society Technical Committee on Security and Privacy Distinguished Service Award*, UVA *Distinguished Research Award* and *All-University Teaching Award*, SEAS *Harold Morton Jr. Award for Teaching*.

Program Co-Chair for the 24th *ACM Conference on Computer and Communications Security* (CCS 2017), 30th and 31st *IEEE Symposia on Security and Privacy* ("Oakland" 2009 and 2010), and 7th and 8st *IEEE European Symposia on Security and Privacy*. At Oakland 2010, I initiated the *Systematization of Knowledge* papers, which continue at Oakland and have spread to many other venues.

## Faculty Positions

Olsen Bicentennial Professor of Engineering, *University of Virginia*, since August 2025.

Professor of Computer Science, *University of Virginia*, since 2013.

Associate Professor of Computer Science, *University of Virginia*, 2006–2013.

Assistant Professor of Computer Science, *University of Virginia*, 1999–2006.

## Academic Background

Doctor of Philosophy (PhD) in Computer Science, 2000.
*Massachusetts Institute of Technology*, Cambridge, MA.
Dissertation: *Policy-Directed Code Safety*
Advisor: John Guttag (Committee Members: John Chapin, Daniel Jackson)

Master of Science (SM) in Computer Science and Engineering, 1994.
*Massachusetts Institute of Technology*, Cambridge, MA.
Master's Thesis: *Using Specifications to Check Source Code*
Advisor: John Guttag

Bachelor of Science (SB) in Computer Science and Engineering, 1994.
*Massachusetts Institute of Technology*, Cambridge, MA.

## Honors and Awards

*IEEE Conference on Secure and Trustworthy Machine Learning* (SaTML), Notable Reviewer Award, 2023 and 2024.

Best Submission Award, *5th Workshop on Visualization for AI Explainability*, 2022. For *Poisoning Attacks and Subpopulation Susceptibility* by Evan Rose, Fnu Suya, and David Evans.

*IEEE European Symposium on Security and Privacy*, Distinguished Reviewer Award, 2021.

*IEEE Computer Society Technical Committee on Security and Privacy Distinguished Service Award*, 2020.

Recognition for "Outstanding Contributions as the Chair of the *IEEE Security and Privacy* Test-of-Time Awards Committee".

*Pavilion Seminar*, 2018.

Selected to teach a Pavilion Seminar for Fall 2018 on *How will Artificial Intelligence Change Humanity?*. Pavilion seminars are selected through a competitive process to focus on "vital questions of ethics, human nature, politics, aesthetics, nature, law, space, and survival—very much in keeping with Jefferson's original plans for the University and the Lawn."

*iDash Secure Genomics Competition*, 2015.

Awarded prize for fastest implementation for multi-party computation challenge task for iDash competition sponsored by Human Longevity, Inc.

*Distinguished Research Award*, 2014.

Awarded by the University's Vice President of Research to two recipients each year to recognize "our most promising and creative new full professors" based on "the quality, innovation, and importance of their research accomplishments at UVa and the novelty, significance, and potential impact of proposed research."

*NYU-Poly AT&T Best Applied Security Paper Award* Finalist, 2012.

Selected from among all applied security papers published between September 2011 and August 2012. Finalist paper: Yan Huang, Jonathan Katz, and David Evans. *Quid-Pro-Quo-tocols: Strengthening Semi-Honest Protocols with Dual Execution*. In *33rd IEEE Symposium on Security and Privacy* (Oakland). May 2012.

*NYU-Poly AT&T Best Applied Security Paper Award* Finalist, 2011.

Selected from among all applied security papers published between September 2010 and August 2011. Finalist paper: Yan Huang, David Evans, Jonathan Katz, and Lior Malka. *Faster Secure Two-Party Computation Using Garbled Circuits*. In *20th USENIX Security Symposium*. August 2011.

*IEEE Computer Society Technical Committee on Security and Privacy Award for Outstanding Community Service*, 2010.

Recognition for contributions as Program Co-Chair of the *IEEE Symposia on Security and Privacy*.

*State Council of Higher Education for Virginia Outstanding Faculty Award*, 2009.

Virginia's highest honor for faculty, awarded by the Governor to ten professors each year at Virginia's public and private colleges and universities. This award "recognizes a record that strongly reflects the mission of the institution and demonstrated excellence in teaching, research and service."

*Defense Science Study Group Fellow*, 2008–2009.

One of sixteen professors selected nationwide through a highly competitive process for a fellowship program to study national defense operations, technologies, and policies. The program involves a national competition where fellows are nominated by University leadership and selected by a panel of experts from academic and the military. Fellows undergo a security clearance and participate in a two-year program involving over twenty days of service each year to learn about and provide advice regarding national defense technology and policy issues to the Department of Defense.

*All-University Teaching Award*, 2008.

One of nine awardees selected University-wide that year, and the only awardee from the School of Engineering and Applied Science.

*Harold Morton Jr. Award for Teaching*, 2004.

School of Engineering and Applied Science's highest teaching award, presented at graduation.

*ACM Jefferson Undergraduate Teaching Award*, 2002.

Selected by Computer Science undergraduate students.

*University Teaching Fellow*, 2001.

*National Science Foundation CAREER Award*, 2001.

## Publications

See https://www.cs.virginia.edu/evans/pubs for links to all publications. My publications have been cited (according to Google Scholar) over 33,000 times (h-index = 61), including twelve papers with over 500 citations each where a student advisee is the first author and I am the primary senior author.

### Books

David Evans, Vladimir Kolesnikov and Mike Rosulek. *A Pragmatic Introduction to Secure Multi-Party Computation*. NOW Publishers, December 2018. Chinese translation published in June 2021 by China Machine Press. (https://www.securecomputation.org) (704 citations)

David Evans (with illustrations by Kim Dylla). *Dori-Mic and the Universal Machine! (A Tragicomic Tale of Combinatorics and Computability for Curious Children of All Ages)*. CreateSpace, 2014. Children's book on computational complexity and universal computation. (https://www.dori-mic.org)

David Evans. *Introduction to Computing: Explorations in Language, Logic, and Machines*. CreateSpace, 2011. Textbook for introductory computer science course, published under a Creative Commons license. (https://www.computingbook.org/)

### Peer-Reviewed Research Papers

Peer-reviewed papers published in major conferences, symposia, and journals; competitive and highly-cited workshop papers are also included here.

Graduate student co-authors for whom I was the primary advisor or co-advisor are indicated with * (including for papers published after they completed their PhD); supervised visiting students are marked with ♢; other graduate student co-authors are marked with +; undergraduate advisee co-authors are marked with †; visiting students, research staff and post-doctoral supervisee co-authors are marked with ♣.

Hannah Cyberey*, Yangfeng Ji, and David Evans. *Unsupervised Concept Vector Extraction for Bias Control in LLMs*. In *Conference on Empirical Methods in Natural Language Processing* (EMNLP). November 2025.

Hannah Cyberey* and David Evans. *Steering the CensorShip: Uncovering Representation Vectors for LLM "Thought" Control*. In *Conference on Language Modeling* (COLM). October 2025.

Michael Hawes, Evan Brassell, Anthony Caruso, Ryan Cumings-Menon, Jason Devine, Cassandra Dorius, David Evans, Kenneth Haase, Michele Hedrick, Scott Holan, Cynthia Hollingsworth, Eric Jensen, Dan Kifer, Alexandra Krause, Philip Leclerc, James Livsey, Rolando Rodriguez, Luke Rogers, Matthew Spence, Victoria Velkoff, Michael Walsh, James Whitehorne, and Sallie Ann Keller. *Toward a Principled Framework for Disclosure Avoidance*. *Harvard Data Science Review*. Special Issue 6. August 2025.

Michael Jerge* and David Evans. *Pitfalls in Evaluating Inference-time Methods for Improving LLM Reliability*. In *Transactions on Machine Learning Research* (TMLR). June 2025.

Anshuman Suri*, Xiao Zhang*, David Evans. *Do Parameters Reveal More than Loss for Membership Inference?*. In *Transactions on Machine Learning Research* (TMLR). December 2024.

Michael Duan, Anshuman Suri*, Niloofar Mireshghallah, Sewon Min, Weijia Shi, Luke Zettlemoyer, Yulia Tsvetkov, Yejin Choi, David Evans, Hannaneh Hajishirzi. *Do Membership Inference Attacks Work on Large Language Models?*. In *First Conference on Language Modeling* (COLM). October 2024. (29% = 299 out of 1036; 130 citations)

Minjun Long* and David Evans. *Evaluating Google's Protected Audience Protocol*. In *Privacy Enhancing Technologies Symposium* (PETS). July 2024. (21% = 55 out of 709)

Hannah Chen*, Yangfeng Ji, David Evans. *Addressing Both Statistical and Causal Gender Fairness in NLP Models*. In *Annual Conference of the North American Chapter of the Association for Computational Linguistics* (NAACL). June 2024. (36% = 869 out of 2434)

Bargav Jayaraman*, Esha Ghosh, Melissa Chase, Sambuddha Roy, Wei Dai, David Evans. *Combing for Credentials: Active Pattern Extraction from Smart Reply*. In *45th IEEE Symposium on Security and Privacy* (Oakland). May 2024. (18% = 258 out of 1449)

Hojjat Aghakhani+, Wei Dai, Andre Manoel, Xavier Fernandes, Anant Kharkar, Christopher Kruegel, Giovanni Vigna, David Evans, Benjamin Zorn, Robert Sim. TROJANPUZZLE*: Covertly Poisoning Code-Suggestion Models*. In *45th IEEE Symposium on Security and Privacy* (Oakland). May 2024. (18% = 258 out of 1449)

Fnu Suya*, Anshuman Suri*, Tingwei Zhang†, Jingtao Hong†, Yuan Tian, David Evans. *SoK: Pitfalls in Evaluating Black-Box Attacks*. In *2nd IEEE Conference on Secure and Trustworthy Machine Learning* (SaTML). April 2024. (22% = 34 out of 158)

Rachel Cummings, Damien Desfontaines, David Evans, Roxana Geambasu, Yangsibo Huang, Matthew Jagielski, Peter Kairouz, Gautam Kamath, Sewoong Oh, Olga Ohrimenko, Nicolas Papernot, Ryan Rogers, Milan Shen, Shuang Song, Weijie Su, Andreas Terzis, Abhradeep Thakurta, Sergei Vassilvitskii, Yu-Xiang Wang, Li Xiong, Sergey Yekhanin, Da Yu, Huanyu Zhang, and Wanrong Zhang. *Advancing Differential Privacy: Where We Are Now and Future Directions for Real-World Deployment*. *Harvard Data Science Review*. January 2024.

Fnu Suya*, Xiao Zhang, Yuan Tian, David Evans. *What Distributions are Robust to Indiscriminate Poisoning Attacks for Linear Learners?*. In *37th Conference on Neural Information Processing Systems* (NeurIPS). December 2023. (26% = 3218 out of 12345)

Josephine Lamp*, Mark Derdzinski, Christopher Hannemann, Joost Van der Linden, Lu Feng, Tianhao Wang, David Evans. *GlucoSynth: Generating Differentially-Private Synthetic Glucose Traces*. In *37th Conference on Neural Information Processing Systems* (NeurIPS). December 2023. (26% = 3218 out of 12345)

Lingxiao Wang+, Bargav Jayaraman*, David Evans, Quanquan Gu. *Efficient Privacy-Preserving Stochastic Nonconvex Optimization*. In *39th Conference on Uncertainty in Artificial Intelligence* (UAI). July 2023. (31% = 243 out of 778)

Yulong Tian[◇], Fnu Suya[*], Anshuman Suri[*], Fengyuan Xu, David Evans. *Manipulating Transfer Learning for Property Inference*. In *IEEE/CVF Conference on Computer Vision and Pattern Recognition* (CVPR). June 2023. (26% = 2359 out of 9155)

Ahmed Salem, Giovanni Cherubin, David Evans, Boris Köpf, Andrew Paverd, Anshuman Suri[*], Shruti Tople, Santiago Zanella-Begueli. *SoK: Let the Privacy Games Begin! A Unified Treatment of Data Inference Privacy in Machine Learning*. In *IEEE Symposium on Security and Privacy* (Oakland). May 2023. (17% = 195 out of 1147)

Anshuman Suri[*], Yifu Lu[†], Yanjin Chen[†], David Evans. *Dissecting Distribution Inference*. In *IEEE Conference on Secure and Trustworthy Machine Learning* (SaTML). February 2023. (26% = 40 out of 152)

Hannah Chen[*], Yangfeng Ji, and David Evans. *Balanced Adversarial Training: Balancing Tradeoffs between Fickleness and Obstinacy in NLP Models*. In *Conference on Empirical Methods in Natural Language Processing* (EMNLP). December 2022. (22% = 715 out of 3242)

Fatemehsadat Mireshghallah[+], Archit Uniyal[*], Tianhao Wang, David Evans, and Taylor Berg-Kirkpatrick. *An Empirical Analysis of Memorization in Fine-tuned Autoregressive Language Models*. In *Conference on Empirical Methods in Natural Language Processing* (EMNLP). December 2022. (22% = 715 out of 3242)

Bargav Jayaraman[*] and David Evans. *Are Attribute Inference Attacks Just Imputation?*. In *ACM Conference on Computer and Communications Security* (CCS). November 2022. (22% = 218 out of 971; 103 citations)

Anshuman Suri[*] and David Evans. *Formalizing and Estimating Distribution Inference Risks*. In *Privacy Enhancing Technologies Symposium* (PETS). July 2022. (Also published in *Proceedings on Privacy Enhancing Technologies*, Issue 4, 2022.)

Hussain Almohri, Layne Watson, David Evans, and Stephen Billups. *Dynamic System Diversification for Securing Cloud-based IoT Subnetworks*. In *ACM Transactions on Autonomous and Adaptive Systems*. Volume 17, Issue 1–2. June 2022.

Xiao Zhang[*] and David Evans. *Understanding Intrinsic Robustness Using Label Uncertainty*. In *10th International Conference on Learning Representations* (ICLR). April 2022. (32% = 1095 out of 3391)

Yulong Tian[◇], Fnu Suya[*], Fengyuan Xu, and David Evans. *Stealthy Backdoors as Compression Artifacts*. In *IEEE Transactions on Information Forensics & Security* (TIFS). March 2022.

Fnu Suya[*], Saeed Mahloujifar[+], Anshuman Suri[*], David Evans, and Yuan Tian. *Model-Targeted Poisoning Attacks with Provable Convergence*. In *38th International Conference on Machine Learning* (ICML, Spotlight). July 2021. (21% = 1185 out of 5513)

Bargav Jayaraman[*], Lingxiao Wang[+], Katherine Knipmeyer[†], Quanquan Gu, and David Evans. *Revisiting Membership Inference Under Realistic Assumptions*. In *Proceedings on Privacy Enhancing Technologies* (PETS). July 2021. (19% = 13 out of 163, for issues 2021.1 and 2021.2) (196 citations)

Jack Prescott†, Xiao Zhang*, and David Evans. *Improved Estimation of Concentration Under $\ell_p$-Norm Distance Metrics Using Half Spaces*. In *International Conference on Learning Representations* (ICLR). May 2021. (29% = 860 out of 2997)

Peter Kairouz, Brendan McMahan, Brendan Avent, Aurélien Bellet, Mehdi Bennis, Arjun Nitin Bhagoji, Kallista Bonawitz, Zachary Charles, Graham Cormode, Rachel Cummings, Rafael d'Oliveira, Salim El Rouayheb, David Evans, Josh Gardner, Zachary Garrett, Adrià Gascón, Badih Ghazi, Phillip Gibbons, Marco Gruteser, Zaid Harchaoui, Chaoyang He, Lie He, Zhouyuan Huo, Ben Hutchinson, Justin Hsu, Martin Jaggi, Tara Javidi, Gauri Joshi, Mikhail Khodak, Jakub Konecný, Aleksandra Korolova, Farinaz Koushanfar, Sanmi Koyejo, Tancréde Lepoint, Yang Liu, Prateek Mittal, Mehryar Mohri, Richard Nock, Ayfer Özgür, Rasmus Pagh, Mariana Raykova, Hang Qi, Daniel Ramage, Ramesh Raskar, Dawn Song, Weikang Song, Sebastian Stich, Ziteng Sun, Ananda Theertha Suresh, Florian Tramèr, Praneeth Vepakomma, Jianyu Wang, Li Xiong, Zheng Xu, Qiang Yang, Felix Yu, Han Yu, and Sen Zhao. *Advances and Open Problems in Federated Learning*. *Foundations and Trends in Machine Learning*. Volume 14, Number 1-2. 2021. (arXiv:1912.04977). (10,597 citations)

Hannah Chen*, Yangfeng Ji, and David Evans. *Finding Friends and Flipping Frenemies: Automatic Paraphrase Dataset Augmentation Using Graph Theory*. In *Findings of ACL: Empirical Methods in Natural Language Processing*. 16–18 November 2020.

Fnu Suya*, Jianfeng Chi+, David Evans, and Yuan Tian. *Hybrid Batch Attacks: Finding Black-box Adversarial Examples with Limited Queries*. In *USENIX Security Symposium*. August 2020. (16% = 157 out of 997; 120 citations)

Sicheng Zhu♢, Xiao Zhang*, and David Evans. *Learning Adversarially Robust Representations via Worst-Case Mutual Information Maximization*. In *International Conference on Machine Learning* (ICML). July 2020. (22% = 1088 out of 4990)

Xiao Zhang*, Jinghui Chen+, Quanquan Gu, and David Evans. *Understanding the Intrinsic Robustness of Image Distributions using Conditional Generative Models*. In *23rd International Conference on Artificial Intelligence and Statistics* (AISTATS). June 2020.

Hussain Almohri, Layne T. Watson, and David Evans. *An Attack-Resilient Architecture for the Internet of Things*. In *IEEE Transactions on Information Forensics and Security*. 14 May 2020.

Saeed Mahloujifar+, Xiao Zhang*, Mohammad Mahmoody, and David Evans. *Empirically Measuring Concentration: Fundamental Limits on Intrinsic Robustness*. In *33rd Conference on Neural Information Processing Systems* (NeurIPS). December 2019. (Spotlight Presentation, <3% = 164 out of 6743 submissions)

Bargav Jayaraman* and David Evans. *Evaluating Differentially Private Machine Learning in Practice*. In *USENIX Security Symposium*. August 2019. (16% = 113 out of 697; 790 citations)

Hussain Almohri, Layne T. Watson and David Evans. *Predictability of IP Address Allocations for Cloud Computing Platforms*. In *IEEE Transactions on Information Forensics and Security*. June 2019.

Xiao Zhang* and David Evans. *Cost-Sensitive Robustness against Adversarial Examples*. In *International Conference on Learning Representations* (ICLR). May 2019. (31% = 500 out of 1591)

Mohammad Samin Yasar+, David Evans, and Homa Alemzadeh. *Context-aware Monitoring in Robotic Surgery*. In *International Symposium on Medical Robotics* (ISMR). April 2019.

Bargav Jayaraman*, Lingxiao Wang+, David Evans, and Quanquan Gu. *Distributed Learning without Distress: Privacy-Preserving Empirical Risk Minimization*. In *32nd Annual Conference on Neural Information Processing Systems* (NeurIPS). December 2018. (21% = 1011 out of 4856; 229 citations)

Mohammad Etemad♣, Alptekin Küpçü, Charalampos Papamanthou, and David Evans. *Efficient Dynamic Searchable Encryption with Forward Privacy*. In *Proceedings on Privacy Enhancing Technologies* (PETS). July 2018. (16% = 36 out of 226; 159 citations)

Hussain Almohri, Layne T. Watson, and David Evans. *Misery Digraphs: Delaying Intrusion Attacks in Obscure Clouds*. IEEE Transactions on Information Forensics and Security. Volume 13, Number 6. June 2018.

Hussain Almohri and David Evans. *Fidelius Charm: Isolating Unsafe Rust Code* (Short paper). In *8th ACM Conference on Data and Application Security and Privacy* (CODASPY). March 2018.

Weilin Xu*, David Evans, and Yanjun Qi. *Feature Squeezing: Detecting Adversarial Examples in Deep Neural Networks*. In *Network and Distributed System Security Symposium* (NDSS). February 2018. (21% = 71 out of 331; 2,658 citations) (According to *Influential Security Papers*, this is the second most cited security paper published in 2018.)

Adrià Gascón, Phillipp Schoppmann+, Borja Balle, Mariana Raykova, Jack Doerner†, Samee Zahur*, and David Evans. *Privacy-Preserving Distributed Linear Regression on High-Dimensional Data*. In *Proceedings on Privacy Enhancing Technologies* (PETS). July 2017. (23% = 52 out of 229; 421 citations)

Jack Doerner†, David Evans, and abhi shelat. *Secure Stable Matching at Scale*. In *23rd ACM Conference on Computer and Communications Security* (CCS). October 2016. (16% = 137 out of 837)

Samee Zahur*, Xiao Wang+, Mariana Raykova, Adrià Gascón, Jack Doerner†, David Evans, and Jonathan Katz. *Revisiting Square Root ORAM: Efficient Random Access in Multi-Party Computation*. In *36th IEEE Symposium on Security and Privacy* (Oakland). May 2016. (13% = 55 out of 413; 132 citations)

Weilin Xu*, Yanjun Qi, and David Evans. *Automatically Evading Classifiers: A Case Study on PDF Malware Classifiers*. In *Network and Distributed System Security Symposium* (NDSS). February 2016. (15% = 60 out of 389; 521 citations)

Yuchen Zhou* and David Evans. *Understanding and Monitoring Embedded Web Scripts*. In *36th IEEE Symposium on Security and Privacy* (Oakland). May 2015. (14% = 55 out of 569 )

Samee Zahur*, Mike Rosulek, and David Evans. *Two Halves Make a Whole: Reducing Data Transfer in Garbled Circuits using Half Gates*. In *34th Annual International Conference on the Theory and Applications of Cryptographic Techniques* (EuroCrypt). April 2015. (681 citations)

Yuchen Zhou* and David Evans. *SSOScan: Automated Testing of Web Applications for Single Sign-On Vulnerabilities*. In *23rd USENIX Security Symposium*. August 2014. (19% = 67 out of 352; 155 citations)

Yan Huang*, Jonathan Katz, and David Evans. *Efficient Secure Two-Party Computation Using Symmetric Cut-and-Choose*. In *33rd International Cryptology Conference* (CRYPTO). August 2013. (27% = 61 out of 221; 143 citations)

Rui Wang, Yuchen Zhou*, Shuo Chen, Shaz Qadeer, David Evans, and Yuri Gurevich. *Explicating SDKs: Uncovering Assumptions Underlying Secure Authentication and Authorization*. In *22nd USENIX Security Symposium*. August 2013. (16% = 45 out of 277; 137 citations)

Samee Zahur* and David Evans. *Circuit Structures for Improving Efficiency of Security and Privacy Tools*. In *34th IEEE Symposium on Security and Privacy* (Oakland). May 2013. (12% = 38 out of 315; 89 citations)

Yan Huang*, Jonathan Katz, and David Evans. *Quid-Pro-Quo-tocols: Strengthening Semi-Honest Protocols with Dual Execution*. In *33rd IEEE Symposium on Security and Privacy* (Oakland). May 2012. Finalist for NYU-Poly AT&T Best Applied Security Paper Award 2012. (13% = 40 out of 307; 153 citations)

Yan Huang*, David Evans, and Jonathan Katz. *Private Set Intersection: Are Garbled Circuits Better than Custom Protocols?*. In *19th Network and Distributed System Security Symposium* (NDSS). February 2012. (18% = 46 out of 258; 585 citations)

Yikan Chen* and David Evans. *Auditing Information Leakage for Distance Metrics*. In *Third IEEE International Conference on Information Privacy, Security, Risk and Trust*. October 2011.

Peter Chapman† and David Evans. *Automated Black-Box Detection of Side-Channel Vulnerabilities in Web Applications*. In *18th ACM Conference on Computer and Communications Security* (CCS). October 2011. (14% = 60 out of 429; 86 citations)

Yuchen Zhou* and David Evans. *Protecting Private Web Content from Embedded Scripts*. In *European Symposium on Research in Computer Security* (ESORICS 2011). September 2011. (23% = 36 out of 155)

Yan Huang*, David Evans, Jonathan Katz, and Lior Malka. *Faster Secure Two-Party Computation Using Garbled Circuits*. In *20th USENIX Security Symposium*. Finalist for NYU-Poly AT&T Best Applied Security Paper Award 2011. (17% = 35 out of 204; 877 citations)

Yan Huang*, Peter Chapman†, and David Evans. *Privacy-Preserving Applications on Smartphones*. In *6th USENIX Workshop on Hot Topics in Security* (HotSec 2011). August 2011. (20% = 11 out of 55; 98 citations)

Jonathan Burket†, Patrick Mutchler†, Michael Weaver†, Muzzammil Zaveri†, and David Evans. *GuardRails: A Data-Centric Web Application Security Framework*. In *Second USENIX Conference on Web Application Development*. June 2011.

Yan Huang*, Lior Malka, David Evans, and Jonathan Katz. *Efficient Privacy-Preserving Biometric Identification*. In *18th Network and Distributed System Security Symposium* (NDSS). February 2011. (20% = 28 out of 139; 288 citations)

Yuchen Zhou* and David Evans. *Why Aren't HTTP-only Cookies More Widely Deployed?*. In *Web 2.0 Security and Privacy* (Oakland Workshop). 20 May 2010.

Karsten Nohl* and David Evans. *Privacy through Noise: A Design Space for Private Identification*. In *Annual Computer Security Applications Conference* (ACSAC 2009). December 2009. (20% = 44 out of 224)

Jeffrey Shirley* and David Evans. *The User is Not the Enemy: Fighting Malware by Tracking User Intentions*. In *New Security Paradigms Workshop*. September 2008. (Proceedings published by IEEE in 2009) (32% = 12 out of 37)

Karsten Nohl* and David Evans. *Hiding in Groups: On the Expressiveness of Privacy Distributions*. In *23rd International Information Security Conference*. September 2008. (29% = 42 out of 143)

Karsten Nohl*, David Evans, Starbug, and Henryk Plötz. *Reverse-Engineering a Cryptographic RFID Tag*. In *17th USENIX Security Symposium*. August 2008. (16% = 27 out of 170; 391 citations)

Anh Nguyen-Tuong, David Evans, John Knight, Benjamin Cox*, and Jack Davidson. *Security through Redundant Data Diversity*. In *38th IEEE/IFPF International Conference on Dependable Systems and Networks* (DSN). June 2008. (23% = 35 out of 149; 119 citations)

Adrienne Felt† and David Evans. *Privacy Protection for Social Networking Platforms*. In *Web 2.0 Security and Privacy Workshop* (Oakland Workshop). May 2008. (355 citations)

Karsten Nohl* and David Evans. *Quantifying Information Leakage in Tree-Based Hash Protocols* (short paper). In *Eighth International Conference on Information and Communications Security*. December 2006. (56 citations)

Benjamin Cox*, David Evans, Adrian Filipi, Jonathan Rowanhill, Wei Hu+, Jack Davidson, John Knight, Anh Nguyen-Tuong, and Jason Hiser. *N-Variant Systems: A Secretless Framework for Security through Diversity*. In *15th USENIX Security Symposium*. August 2006. (12% = 22 out of 179; 493 citations)

Nathanael Paul* and David Evans. *Comparing Java and .NET security: Lessons Learned and Missed*. In *Computers & Security*, Volume 25, Issue 5, July 2006. (Extended version of ACSAC 2004 paper.)

Wei Hu+, Jason Hiser, Dan Williams+, Adrian Filipi, Jack Davidson, David Evans, John Knight, Anh Nguyen-Tuong, and Jonathan Rowanhill. *Secure and Practical Defense Against Code-injection Attacks Using Software Dynamic Translation*. In *Second International Conference on Virtual Execution Environments*. June 2006. (173 citations)

Jinlin Yang*, David Evans, Deepali Bhardwaj, Thirumalesh Bhat, and Manuvir Das. *Perracotta: Mining Temporal API Rules From Imperfect Traces*. In *28th International Conference in Software Engineering* (ICSE). May 2006. (9% = 36 out of 395; 564 citations)

Nathanael Paul*, Sudhanva Gurumurthi, and David Evans. *Thermal Attacks on Storage Systems*. In *23rd IEEE Conference on Mass Storage Systems and Technologies*. May 2006.

Ana Nora Sovarel*, David Evans, and Nathanael Paul*. *Where's the FEEB?: The Effectiveness of Instruction Set Randomization*. In *14th USENIX Security Symposium*. August 2005. (15% = 22 out of 148; 242 citations)

Anh Nguyen-Tuong, Salvatore Guarnieri†, Doug Greene†, Jeffrey Shirley*, and David Evans. *Automatically Hardening Web Applications Using Precise Tainting*. In *20th IFIP International Information Security Conference*. May 2005. (557 citations)

David Evans. *Toasters, Seat Belts, and Inferring Program Properties* (refereed position paper). In *IFIP Working Conference on Verified Software: Tools, Techniques, and Experiments*. October 2005.

Nathanael Paul* and David Evans. *.NET Security: Lessons Learned and Missed from Java*. In *20th Annual Computer Security Applications Conference*. December 2004. (26% = 35 out of 134)

Jinlin Yang* and David Evans. *Automatically Inferring Temporal Properties for Program Evolution*. In *15th IEEE International Symposium on Software Reliability Engineering*. November 2004. (33% = 39 out of 120)

Lingxuan Hu* and David Evans. *Localization for Mobile Sensor Networks*. In *10th Annual International Conference on Mobile Computing and Networking* (MobiCom). September 2004. (8% = 26 out of 327; 1,548 citations)

Jinlin Yang* and David Evans. *Dynamically Inferring Temporal Properties*. In *ACM SIGPLAN-SIGSOFT Workshop on Program Analysis for Software Tools and Engineering*. June 2004. (27% = 10 out of 37; 87 citations)

Tarek Abdelzaher, Brian Blum+, Qiuhua Cao+, Y. Chen+, David Evans, J. George+, Selvin George*, Lin Gu+, Tian He+, Sudha Krishnamurthy+, Liqian Luo+, Sang Son, John Stankovic, Radu Stoleru+, and Anthony Wood+. *EnviroTrack: Towards an Environmental Computing Paradigm for Distributed Sensor Networks*. In *24th International Conference on Distributed Computing Systems* (ICDCS 2004). March 2004. (18% = 84 out of 475; 386 citations)

Lingxuan Hu* and David Evans. *Using Directional Antennas to Prevent Wormhole Attacks*. In *11th Network and Distributed System Security Symposium* (NDSS). February 2004. (16% = 16 out of 98; 809 citations)

David Evans and Nathanael Paul*. *Election Security: Perception and Reality*. In *IEEE Security and Privacy Magazine*. Volume 2, Number 1. January/February 2004. (101 citations)

Selvin George*, David Evans, and Steven Marchette†. *A Biological Programming Model for Self-Healing*. In *First ACM Workshop on Survivable and Self-Regenerative Systems*. October 2003. (38% = 10 out of 26; 81 citations)

John Lach, David Evans, Jonathan McCune†, and Jason Brandon+. *Power-Efficient Adaptable Wireless Sensor Networks*. In *Military and Aerospace Programmable Logic Devices International Conference*. September 2003.

Lingxuan Hu* and David Evans. *Secure Aggregation for Wireless Networks*. In *IEEE Workshop on Security and Assurance in Ad hoc Networks*. January, 2003. (657 citations)

David Evans and David Larochelle*. *Improving Security Using Extensible Lightweight Static Analysis*. *IEEE Software*. Volume 19, Number 1. January/February 2002. (776 citations)

Chenxi Wang, Antonio Carzaniga, David Evans, and Alexander Wolf. *Security Issues and Requirements for Internet-Scale Publish-Subscribe Systems*. In *Hawaii International Conference on System Sciences*. January 2002. (267 citations)

David Larochelle* and David Evans. *Statically Detecting Likely Buffer Overflow Vulnerabilities*. In *10th USENIX Security Symposium*. August 2001. (612 citations)

David Evans and Andrew Twyman. *Flexible Policy-Directed Code Safety*. In *20th IEEE Symposium on Security and Privacy* (Oakland). May 1999. (343 citations)

David Evans. *Static Detection of Dynamic Memory Errors*. In *SIGPLAN Conference on Programming Language Design and Implementation* (PLDI). May 1996. (367 citations)

David Evans, John Guttag, Jim Horning, and Yang Meng Tan. *LCLint: A Tool for Using Specifications to Check Code*. In *SIGSOFT Symposium on the Foundations of Software Engineering* (FSE). December 1994. (14% = 17 out of 122; 390 citations)

**Workshop Research Publications**

Hannah Cyberey*, Yangfeng Ji, David Evans. *Do Prevalent Bias Metrics Capture Allocational Harms from LLMs?*. In *Workshop on Insights from Negative Results* (co-located with NAACL). May 2025.

Saswat Das+, Joseph Moretto+, David Evans, and Ferdinando Fioretto. *Conversational Privacy Attacks Against Agentic LLMs*. In *6th AAAI Workshop on Privacy-Preserving Artificial Intelligence*. 3 March 2025.

Evan Rose†, Fnu Suya*, and David Evans. *Poisoning Attacks and Subpopulation Susceptibility*. In *5th Workshop on Visualization for AI Explainability* (attached to IEEE VIS 2022). 17 October 2022. (Best Submission Award)

Zihao Su♣, Faysal Hossain Shezan+, Yuan Tian, David Evans and Seongkook Heo. *Perception Hacking for 2D Cursorjacking in Virtual Reality*. In *Novel Challenges of Safety, Security and Privacy in Extended Reality* (attached to CHI 2022). 25 April 2022.

Anshuman Suri* and David Evans. *Formalizing Distribution Inference Risks*. In *Workshop on Theory and Practice of Differential Privacy* (attached to ICLR 2021). 7 May 2021.

Xiao Zhang* and David Evans. *Incorporating Label Uncertainty in Intrinsic Robustness Measures*. In *Workshop on Security and Safety in Machine Learning Systems* (attached to ICLR 2021). 7 May 2021.

Lingxiao Wang+, Bargav Jayaraman*, David Evans, and Quanquan Gu. *Efficient Privacy-Preserving Stochastic Nonconvex Optimization*. In *Workshop on Economics of Privacy and Data Labor* (attached to ICML 2020). 17–18 July 2020.

Hannah Chen*, Yangfeng Ji, and David Evans. *Pointwise Paraphrase Appraisal is Potentially Problematic*. In *Association for Computational Linguistics Student Research Workshop*. 6–8 July 2020.

Xiao Zhang*, Saeed Mahloujifar+, Mohammad Mahmoody, and David Evans. *Empirically Measuring Concentration: Fundamental Limits on Adversarial Robustness*. In *Debugging Machine Learning Models (ICLR Workshop)*. May 2019. (Also presented at *Safe Machine Learning ICLR Workshop*.)

Fnu Suya*, Yuan Tian, David Evans, and Paolo Papotti. *Query-limited Black-box Attacks to Classifiers*. In *Machine Learning and Computer Security Workshop* (NeurIPS Workshop). December 2017.

Lu Tian+, Bargav Jayaraman*, Quanquan Gu, and David Evans. *Aggregating Private Sparse Learning Models Using Multi-Party Computation*. In *Private Multi-Party Machine Learning* (NeurIPS Workshop). December 2016.

Tianhao Tong* and David Evans. *GuarDroid: A Trusted Path for Password Entry*. In *Mobile Security Technologies* (IEEE S&P Workshop). May 2013. (19 citations)

Yan Huang* and David Evans. *Private Editing Using Untrusted Cloud Services*. In *Second International Workshop on Security and Privacy in Cloud Computing*. June 2011. (15 citations)

Yu Yao*, Jiawei Huang+, Sudhanshu Khanna+, abhi shelat, Benton Highsmith Calhoun, John Lach, and David Evans. *A Sub-0.5V Lattice-Based Public-Key Encryption Scheme for RFID Platforms in 130nm CMOS*. In *Workshop on RFID Security*. April 2011.

Adrienne Felt†, Pieter Hooimeijer+, David Evans, and Westley Weimer. *Talking to Strangers Without Taking Their Candy: Isolating Proxied Content*. In *First International Workshop on Social Network Systems*. April 2008. (46 citations)

Nathanael Paul*, Sudhanva Gurumurthi, and David Evans. *Towards Disk-Level Malware Detection*. In *Workshop on Code Based Software Security Assessments*. November 2005.

Joel Winstead* and David Evans. *Towards Differential Program Analysis*. In *First International Workshop on Dynamic Analysis*. May 2003. (23 citations)

Nathanael Paul*, David Evans, Avi Rubin, and Dan Wallach. *Authentication for Remote Voting*. In *Workshop on Human-Computer Interaction and Security Systems*. April 2003. (36 citations)

Selvin George*, David Evans, and Lance Davidson. *A Biologically Inspired Programming Model for Self-Healing Systems*. In *ACM Workshop on Self-Healing Systems*. November 2002. (59 citations)

Keen Browne†, Jonathan McCune†, Adam Trost†, David Evans and David Brogan. *Behavior Combination and Swarm Programming*. In *RoboCup 2001: Robot Soccer World Cup V*. Springer-Verlag. 2002.

Joel Winstead* and David Evans. *Structured Exception Semantics for Concurrent Loops*. In *Fourth Workshop on Parallel/High-Performance Object-Oriented Scientific Computing*. October 2001.

John Viega* and David Evans. *Separation of Concerns for Security*. In *Workshop on Multi-Dimensional Separation of Concerns in Software Engineering*. June 2000.

David Evans. *Annotation-Assisted Lightweight Static Checking*. In *First International Workshop on Automated Program Analysis, Testing and Verification*. June 2000.

### Education and Outreach Publications

David Evans. *Google's Trail of Crumbs*. BIG by Matt Stoller. 5 August 2024.

Nathan Brunelle and David Evans. *Comfortable Cohorts and Tractable Teams: Making Large Computing Theory Courses Feel Small*. ACM 53rd ACM Technical Symposium on Computer Science Education (SIGCSE Experience Report). March 2022.

Thomas Nachbar and David Evans. *Algorithms Are Running Foul of Anti-Discrimination Law*. BRINK News. 7 December 2020.

David Evans. *AI Systems Are Complex and Fragile. Here Are Four Key Risks to Understand*. BRINK News. 9 July 2019.

David Evans. *Keynote: Truth, Social Justice (and the American Way?)*. Invited paper for keynote talk at *First Workshop for Women in Cyber Security* (CyberW, attached to ACM CCS 2017). October 2017.

David Evans. *On the Impossibility of Virus Detection*. Article requested by Melih Abdulhayoğlu (Founder and CEO of Comodo) for use at RSA 2017, based on my posted lecture slides. February 2017.

David Evans. *Udacity CS101: An Open Introductory Computer Science Course*. Case study in *Teaching Online: Understanding and Managing Instructional Changes when Teaching with the Internet*. Johns Hopkins University Press. 2015.

David Evans. *CS101: One Year Later*. Udacity Blog. February 2013.

David Evans and Michael Peck†. *Inculcating Invariants in Introductory Courses*. In *28th International Conference in Software Engineering* (Education Track). May 2006. (21% = 8 out of 39)

Christopher Frost†, Michael Peck†, and David Evans. *Pancakes, Puzzles, and Polynomials: Cracking the Cracker Barrel*. *ACM SIGACT News*. March 2004.

David Evans. *How Computing Changes Thinking*. Essay in *Thinking of Reading: the University of Virginia Reader's Guide*. University of Virginia Press. 2008.

David Evans and Joanne Cohoon. *Creating a Computer Science Major for Arts & Sciences Students*. *Computing Research News*. CRA. January 2008.

Clare Congdon, John Dougherty, David Evans, Mark LeBlanc, Joyce Currie Little, Jane Prey, Vojislav Stojkovic, and Paul Tymann. *Computer Science and Bioinformatics*. Chapter in *Math and Bio 2010*. The Mathematical Association of America. 2005.

### Invited Publications

Yan Huang*, Chih-hao Shen+, David Evans, Jonathan Katz, and abhi shelat. *Efficient Secure Computation with Garbled Circuits*. Invited paper in *7th International Conference on Information Systems Security*. December 2011. (26 citations)

David Evans, Anh Nguyen-Tuong, and John Knight. *Effectiveness of Moving Target Defenses*. Invited chapter in *Moving Target Defense: Creating Asymmetric Uncertainty for Cyber Threats*. Edited by Sushil Jajodia, Anup K. Ghosh, Vipin Swarup, Cliff Wang, and X. Sean Wang. Springer. 2011. (179 citations)

David Evans and Sal Stolfo. *Guest Editor's Introduction: The Science of Security*. In *IEEE Security and Privacy Magazine*, May/June 2011.

Sal Stolfo, Steven Bellovin, and David Evans. *Measuring Security*. In *IEEE Security and Privacy Magazine*, May/June 2011. (101 citations)

Jinlin Yang* and David Evans. *Automatic Inference and Effective Application of Temporal Specifications*. Invited chapter in *Mining Software Specifications: Methodologies and Applications*, edited by David Lo, et al. CRC Press. 2011.

Karsten Nohl* and David Evans. *Design Trade-Offs for Realistic Privacy*. In *RFID Security: Techniques, Protocols and System-On-Chip Design*. Springer. September 2008.

David Evans. *Hostile Java Applets*. Invited article in *The Handbook of Information Security*, edited by Hossein Bidgoli. John Wiley & Sons. 2006.

David Evans and Raimondas Lencevicius. *ICSE 2004 Workshop Summary: Second International Workshop on Dynamic Analysis* (WODA 2004). *ACM SIGSOFT Software Engineering Notes*, Volume 29, Number 5. September 2004.

David Evans. *Finding Security Vulnerabilities Before Evildoers Do*. Invited paper in *Conferencia Internacional de Software Libre*. February 2004.

### Non-Reviewed Papers

This section lists papers posted to preprint services (e.g., arxiv) that have not also been published in other venues.

Hannah Cyberey*, Yangfeng Ji, David Evans. *White-Box Sensitivity Auditing with Steering Vectors*. arXiv:2601.16398. January 2026.

Mingtian Tan*, Mike A. Merrill, Zack Gottesman+, Tim Althoff, David Evans, Tom Hartvigsen. *Inferring Events from Time Series using Language Models*. arXiv:2503.14190. March 2025.

Hannah Chen*, Yangfeng Ji, David Evans. *The Mismeasure of Man and Models: Evaluating Allocational Harms in Large Language Models*. arXiv:2408.01285 August 2024.

Valentin Hartmann+, Anshuman Suri*, Vincent Bindschaedler, David Evans, Shruti Tople, Robert West. *SoK: Memorization in General-Purpose Large Language Models*. arXiv:2310.18362. October 2023.

Rachel Cummings, Damien Desfontaines, David Evans, Roxana Geambasu, Yangsibo Huang, Matthew Jagielski, Peter Kairouz, Gautam Kamath, Sewoong Oh, Olga Ohrimenko, Nicolas Papernot, Ryan Rogers, Milan Shen, Shuang Song, Weijie Su, Andreas Terzis, Abhradeep Thakurta, Sergei Vassilvitskii, Yu-Xiang Wang, Li Xiong, Sergey Yekhanin, Da Yu, Huanyu Zhang, Wanrong Zhang. *Advancing Differential Privacy: Where We Are Now and Future Directions for Real-World Deployment*. arXiv:2304.06929. April 2023.

Anshuman Suri*, David Evans. *One Neuron to Fool Them All*. arXiv:2003.09372. March 2020.

Hyrum Anderson, Anant Kharkar†, Bobby Filar, David Evans, Phil Roth. *Learning to Evade Static PE Machine Learning Malware Models via Reinforcement Learning*. arXiv:1801.08917. January 2018. (301 citations)

Hannah Li*, David Evans. *Horcrux: A Password Manager for Paranoids*. arXiv:1706.05085. June 2017.

Bargav Jayaraman*, Hannah Li*, David Evans. *Decentralized Certificate Authorities*. arXiv:1706.03370. June 2017.

Weilin Xu*, David Evans, Yanjun Qi. *Feature Squeezing Mitigates and Detects Carlini/Wagner Adversarial Examples*. arXiv:1705.10686. May 2017.

Samee Zahur* and David Evans. *Obliv-C: A Language for Extensible Data-Oblivious Computation*. IACR Cryptology ePrint Archive 2015/1153. November 2015. (257 citations)

Weilin Zhong* and David Evans. *When Ants Attack: Security Issues for Stigmergic Systems*. University of Virgina Technical Report CS-2002-23. April 2002. (17 citations)

### Edited Publications

David Evans and Sal Stolfo (co-editors). *The Science of Security*. Special Issue of *IEEE Security and Privacy Magazine*. May/June 2011.

David Evans, Jeffrey J. Holt, Chris Jones, Karen Klintworth, Brian Parshall, Olivier Pfister and Harold N. Ward (co-editors). *International Conference on Coding Theory and Quantum Computing*. American Mathematical Society Series on Contemporary Mathematics 381. August 2005.

David Evans and Raimondas Lencevicius (co-editors). *Proceedings of the Second International Workshop on Dynamic Analysis*. IEE Press. Edinburgh, May 2004.

### Dissertations

David Evans. *Policy-Directed Code Safety*. Massachusetts Institute of Technology PhD Dissertation. October 1999. (137 pages) (33 citations)

David Evans. *Using Specifications to Check Source Code*. Massachusetts Institute of Technology SM Dissertation. June 1994. (96 pages) (31 citations)

## Courses

See https://www.cs.virginia.edu/evans/courses/ for course sites including all materials.

### University of Virginia Courses

I enjoy developing new courses in a wide variety of areas, and have taught most of the core courses in our undergraduate curriculum. (Courses are listed in reverse chronological order by most recent offering.)

*CS4501: AI and Humanity* — Spring 2026 (60 students).

*CS4501: Law and Artificial Intelligence* — Fall 2025 (28 Computer Science students, joint with LAW7127, taught by Thomas Nachbar with 28 Law students)

*CS2120: Discrete Mathematics and Theory 1* — Spring 2025 (262 students, co-taught with Aidan San). Taught previously as *CS2102: Discrete Mathematics* — Fall 2017 (321 students, co-taught with Mohammad Mahmoody), Fall 2016 (202 students).

*LAW7127: Artificial Intelligence and Machine Learning* — Spring 2025 (∼40 students, co-teacher for law school class led by Thomas Nachbar)

*CS6501: Evaluation Crisis in Computer Science* — Fall 2024 (11 students)

*CS1010: Computing for Future Leaders and Citizens* — Spring 2024 (32 students)

Introduction to computing for non-majors, focused on providing students with an understanding of computing that will help them better understand the world today and tomorrow, and empowering them to use computing better.

*CS6501: Risks and Benefits of Generative AI and Large Language Models* — Fall 2023 (29 students)

*CS3120: Theory of Computation* — Spring 2023 (67 students, co-taught with Mohammad Mahmoody), Fall 2021 (247 students, co-taught with Nathan Brunelle), Fall 2020 (virtual course with open videos, 286 students, co-taught with Nathan Brunelle), Fall 2019 (198 students, co-taught with Nathan Brunelle), Spring 2010 (56 students), Spring 2008 (84 students).

We developed a new version of this course for Fall 2019, that was the first course (other than the author's) to use Boaz Barak's *Introduction to Theoretical Computer Science* textbook. During the pandemic-restricted semesters, we produced open videos for the course and developed a new model for running a large course through small cohorts, described in a SIGCSE 2022 paper.

*CS4501: Computational Biology / Biological Computing* — Fall 2022 (47 students) and Spring 2022 (58 students).

A new course on connections between computing and biology, with a focus on DNA. It includes computational methods used in biology focusing on how computing can be used to analyze and design DNA, as well as opportunities to use biological substances and ideas to compute.

*CS3501: Everyday Ethics and Quotidian Quandries for Computer Scientists* — Spring 2021 (25 students, on-line course due to pandemic restrictions).

*CS4501/ECON4558: Markets, Mechanisms, Machines* — Spring 2020 (50 students) and Spring 2019 (40 students), co-taught with Denis Nekipelov).

A new joint Economics/Computer Science course focused on interactions between computing and economics, and designed around interdisciplinary projects teams composed of both Economics and CS majors.

*PAVS 4500: How will Artificial Intelligence change Humanity?* — Fall 2018 (15 students).

Pavilion Seminars are selected through a competitive, University-wide process, and limited to fifteen students.

*CS6501: Security and Privacy of Machine Learning* — Spring 2018 (20 students)

*CS6501: Understanding and Securing TLS* — Spring 2017 (17 students)

*CS1120: Introduction to Computing: Explorations in Language, Logic, and Machines* (also offered as CS200 and CS150) — Spring 2016 (32 students), Fall 2011 (49 students), Fall 2009 (62 students), Spring 2007 (53 students), Fall 2005 (26 students), Spring 2004 (25 students), Spring 2003 (35 students), Spring 2002 (9 students).

A new course I developed to introduce the most important concepts in computing to students in the College of Arts & Sciences. It includes substantial programming, as well as introductions to computability, complexity, program analysis, and software engineering, and attracted a student population that was often majority women.

*CS4501: Cryptocurrency Cafe* – Fall 2015 (30 students; co-taught with PhD student Samee Zahur), Spring 2015 (29 students).

This was arguably the first undergraduate course on cryptocurrency and blockchain technologies in the United States.

*CS4414: Operating Systems* — Spring 2014 (110 students), Fall 2013 (64 students).

A new operating systems course with a focus on safety and robustness. This was the first university course to be taught using the Rust programming language. I self-produced videos for the lectures in the course, which have garnered over 1M minutes of youtube viewing time.

*CS2220: Engineering Software* (also offered as CS201J and CS205) — Fall 2010 (20 students), Fall 2007 (9 students), Fall 2006 (10 students), Fall 2003 (cs201J, 59 students), Fall 2002 (27 students).

A new course I developed as the second course in the *Interdisciplinary Major* gateway sequence. It focuses on software engineering and reasoning about programs, and prepares students to enter the core major courses.

*CS2150: Program and Data Representation* — Spring 2006 (95 students).

*CS588: Cryptology: Principles and Applications* — Spring 2005 (17 students), Fall 2001 (37 students), Fall 2000 (46 students).

*CS655: Graduate Programming Languages* — Spring 2000 (23 students), Spring 2001 (9 students).

Other Graduate-Level Seminars: *CS6501: Great Works in Computer Science* (Spring 2013); *CS6501: Principles Of Knowledge Engineering and Reconstruction (PoKER)* (Spring 2011); *CS6501: Security Seminar* (Fall 2009); *CS851: Web Applications Security Seminar* (Fall 2007); *CS851: Malware Seminar* (Fall 2004); *CS851/551: Cryptography Applications Bistro* (Spring 2004); *CS851: Biologically-Inspired Computing* (co-taught with Jim Cohoon, Spring 2003).

**Open On-Line Courses**

*Applied Cryptography* (Udacity, over 70,000 enrolled students). Launched April 2012.

Introduces cryptography and its applications to students with limited mathematical and computing background. This course was listed as the first course in Information Week's *Five Online Classes To Pump Up IT Careers*, 25 November 2013.

*Introduction to Computer Science: Building a Search Engine* (Udacity, over 500,000 total students enrolled). Launched February 2012.

Introductory computer science course designed for students with no prior background in computing. The initial offering was a seven-week course, with about two hours of interactive video each week and an associated problem set. This course was Udacity's most popular course for at least 7 years.

**External Courses**

*Trustworthy Machine Learning* (∼25 graduate students and post-docs). August 2019. Six-hour (three 2-hour lectures) mini-course at the *19th International School on Foundations of Security Analysis and Design* in Bertinoro, Italy.

*Cyberwars at UVA* (25 high school teachers). June 2018. Lead instructor for week-long summer camp for high school teachers on computer security and privacy (sponsored by the NSA/NSF GenCyber program). Taught interactive sessions on multi-party computation, mechanical and visual cryptography, and helped other instructors develop materials and activities.

*Engineering Cryptographic Applications* (200 engineers). Short course (four two-hour sessions) developed and taught for Microstrategy, Inc. October 2013. This course was originally planned for a company conference room, but due to surprisingly high interest in the course was moved to the AMC Tyson's Corner 16 movie theater.

*Cryptography in World War II*. Jefferson Institute for Lifelong Learning at the University of Virginia, Spring 2006. Four 2-hour classes for local retirees.

*Cavalier Crypto*. Two-day for 12–15 year-old students, taught in various forms to over 400 students total starting in 2004.

## Students Supervised

### Graduated PhD Students

Hannah (Chen) Cyberey (co-advised with Yangfeng Ji), Computer Science PhD August 2025. Dissertation: *Sensitivity Auditing for Trustworthy Language Models*. First and Current Employment: Postdoctoral researcher, National Security Data and Policy Institute (University of Virginia).

Anshuman Suri, Computer Science PhD August 2024. Dissertation: *Inference Privacy in Machine Learning*. First and Current Employment: Postdoctoral Fellow, Northeastern University.

Josephine Lamp (co-advised with Lu Feng), Computer Science PhD May 2024. Dissertation: *Trustworthy Clinical Decision Support Systems for Medical Trajectories*. First and Current Employment: Dexcom, Inc.

Fnu Suya (co-advised with Yuan Tian), Computer Science PhD August 2023. Dissertation: *On the Limits of Data Poisoning Attacks*. First Employment: MC2 Postdoctoral Fellow, University of Maryland; Current Employment: Assistant Professor, University of Tennessee, Knoxville.

Bargav Jayaraman, Computer Science PhD December 2022. Dissertation: *Analyzing the Leaky Cauldron: Inference Attacks on Machine Learning*. First Employment: Meta AI Lab (Postdoctoral Researcher, Menlo Park, California); Current Employment: Research Scientist, Oracle Labs.

Xiao Zhang, Computer Science PhD August 2022. Dissertation: *From Characterizing Intrinsic Robustness to Adversarially Robust Machine Learning*. First and Current Employment: Tenure-track faculty member, CISPA Helmholtz Center for Information Security in Saarbrücken, Germany.

Weilin Xu (co-advised with Yanjun Qi), Computer Science PhD May 2019. Dissertation: *Improving Robustness of Machine Learning Models using Domain Knowledge*. First and Current Employment: Intel (AI Security Researcher, Hillsboro, Oregon).

Samee Zahur Al Islam, Computer Science PhD May 2016. Dissertation: *Demystifying Secure Computation: Familiar Abstractions for Efficient Protocols*. First and Current Employment: Google (Sunnyvale, California).

Yuchen Zhou, Computer Engineering PhD May 2015. Dissertation: *Improving Security and Privacy of Integrated Web Applications*. First Employment: Palo Alto Networks; Current Employment: Facebook.

Yan Huang, Computer Science PhD December 2012. Dissertation: *Secure Two-Party Computation: Bridging Theory and Practice*. Associate Professor, Indiana University.

Karsten Nohl, Computer Engineering PhD May 2009. Dissertation: *Implementable Privacy for RFID Systems*. Current Employment: Founder and Director of Research, *Security Research Labs*, Berlin.

Nathanael Paul, Computer Science PhD May 2008. Dissertation: *Disk-Level Malware Detection*. Previous Employment: Research Scientist, Oak Ridge National Laboratories and Associate Professor, University of Tennessee. Current Employment: Gemini.

Jinlin Yang, Computer Science PhD May 2007. Dissertation: *Automatic Inference and Effective Application of Temporal Specifications*. First Employment: Microsoft; Current Employment: Snapchat.

### Current PhD Students

Elena (Minjun) Long, since Fall 2022.

Mingtian Tan (co-advised with Tom Hartvigsen), since Fall 2024.

### Postdoctoral Visitors

Mohammad Etemad (2015–2017), PhD from Koc University, Turkey. (Now at Google)

Mahnush Movahedi (2016), PhD from University of New Mexico. (Now at Facebook)

### Student Visitors (selected)

Yulong Tian (remote PhD student visitor, 2022–2023), PhD from Nanjing University, now Assistant Professor, School of Computer Science and Technology, Nanjing University of Aeronautics and Astronautics.

Sicheng Zhu (remote student visitor, 2019–2020), now a PhD student at the University of Maryland.

Muhammad Naveed (in person student visitor, summer 2023), then a PhD student at UIUC, Assistant Professor at University of Southern California, now Amazon Web Services.

### External PhD Committees

Bojie (Avery) Ma (external PhD committee member). *Pitfalls in Evaluating Inference-time Methods for Improving LLM Reliability*. University of Toronto, PhD 2025. Advisor: Amir-massoud Farahmand.

Theresa Stadler (external PhD committee member). *On the fundamental limits of privacy-enhancing technologies*. École Polytechnique Fédérale de Lausanne (EPFL), PhD 2024. Advisor: Carmela Troncoso.

Bahruz Jabiyev (external PhD committee member). *Systematic Search Techniques for HTTP Server Chain Attack Vectors*. Northeastern University. Northeastern University, PhD 2023. Advisor: Engin Kirda.

Ziqiao Zhou (external PhD committee member). *Evaluating Information Leakage by Quantitative and Interpretable Measurements*. University of North Carolina, PhD 2020. Advisor: Michael Reiter.

Sazzadur Rahaman. *From Theory to Practice: Deployment-grade Tools and Methodologies for Software Security*. Virginia Tech, PhD 2020. Advisor: Danfeng Yao.

Dhinakaran Vinayagamurthy (external examiner). *User-Controlled Computations in Untrusted Computing Envrionments*. University of Waterloo, PhD 2019. Advisor: Sergey Gorbunov.

Ashay Rane. *Broad-Based Side-Channel Defenses for Modern Microprocessors*. University of Texas at Austin. PhD 2019. Advisors: Calvin Lin and Mohit Tiwari.

Riley Spahn. *New Data Protection Abstractions for Emerging Mobile and Big Data Workloads*. Columbia University. PhD 2019. Advisors: Roxana Geambasu and Gail Kaiser.

Bing Wang. *Protecting Data Privacy in Cloud Computing Applications*. Virginia Tech. PhD 2016. Advisor: Wenjing Lou.

Kui Xu. *Anomaly Detection Methodologies through System and Program Behavior Modeling*. Virginia Tech. PhD, 2014. Advisor: Danfeng Yao.

Lorenzo Cavallaro (external PhD reviewer). *Comprehensive Memory Error Protection via Diversity and Taint-Tracking*. PhD 2008, Università degli Studi di Milano, Italy. Advisors: R. Sekar and D. Bruschi. Current Employment: Chair in Cybersecurity, King's College London.

**Graduated Masters Students**

Michael Jerge, MCS 2025. *Pitfalls in Evaluating Inference-time Methods for Improving LLM Reliability*.

Anders Gyllenhoff, MS 2025. *Quantifying Distribution Leakage in Wind Power Prediction Models*.

Mainuddin Ahmad Jonas, MCS 2019 (December). *Certifying Joint Adversarial Robustness for Model Ensembles*.

Ethan Lowman, MS 2019. *Principled Selective Ad Blocking with Taint-based Exfiltration Protection Policies*.

Haina Li, MCS 2017. *Horcrux: A Password Manager for Paranoids*.

Simon Sibomana, MCS 2015. *Modularizing Trust: A Framework for Cloud Storage Security*.

Longze Chen, MCS 2015. *RedactDOM: Another Secure Multi-Execution Effort on Protecting Web Sensitive Information*.

Ivan Alagenchev, MCS 2014. *ArktikFox - A Browser With Adaptive Security Protections*.

Tianhao Tong, MCS 2013. *A Trusted Path for Password Entry*.

Jeffrey Shirley, MCS 2011. *Mining User Action Policies to Control Program Behavior*.

Yan Huang, MCS 2010. *Private Editing Using Untrusted Cloud Services*.

Benjamin Cox, MCS 2007. *N-Variant Systems for Secretless Security*.

Ana Sovarel, MCS 2006. *Automatic Identification and Protection of Security-Critical Data*.

Selvin George, MCS 2003. *A Biological Programming Model for Self-Healing Systems*.

Gregory Yukl, MCS 2003. *Source Code Generation Support for Programming Languages*.

David Larochelle, MCS 2002. *Statically Detecting Likely Buffer Overflow Vulnerabilities*.

Joel Winstead, MS 2002. *Structured Exception Semantics for Parallel Loops*.

Weilin Zhong, MCS 2002. *When Ants Attack: Security Issues for Stigmergic Systems*.

**Undergraduate Research Students (Selected)**

See https://www.cs.virginia.edu/evans/students/ for complete list with additional details.

Tingwei Zhang, 2021–2023. PhD student at Cornell University.

Evan Rose, 2021–2023. PhD student at Northeastern University.

Yanjin Chen, 2022–2023. Graduate student at Princeton (Biomedical).

Katherine Knipmeyer, 2020–2021.

Matthew Wallace, 2018–2019. PhD student at University of Wisconsin.

Ethan Lowman, 2017–2018. Completed MS at University of Virginia (2019).

Darion Cassel, 2016–2017. PhD completed at Carnegie Mellon University, 2023.

Samuel Havron, 2015–2017. PhD student at Cornell University.

Hao Bai, 2014–2016. PhD student at Harvard University.

Jack Doerner, 2015–2016 (BACS Spring 2015, continued as research staff for 2016–2017). PhD completed at Northeastern University, 2022.

Natnatee ("Ko") Dokmai, 2013–2015. PhD completed at Indiana University, 2023. Post-doc at Broad Institute (MIT and Harvard).

Hunter Leath, 2014–2015. Amazon Web Services Security.

Haina Li, 2013–2015 (BACS Spring 2015). Completed MCS at UVA, 2017.

Theo Gutman-Solo, 2013–2014. PhD student at Princeton University (Operations Research).

Jonathan Burket, 2010–2013. *CRA Outstanding Undergraduate Award* Honorable Mentionee (2013). PhD student at Carnegie Mellon University, now at Apogee Research.

William Melicher, 2011–2013. Completed PhD at Carnegie Mellon University (2019), now at Palo Alto Networks.

Peter Chapman, 2010–2012. *CRA Outstanding Undergraduate Award* Runner-Up (2012), *NSF Graduate Fellowship* (2012). PhD student at Carnegie Mellon University, now at DuoLingo.

Patrick Mutchler, 2010–2011. Completed PhD at Stanford (2016), now at Google.

Muzzammil Zaveri, 2010–2011. Selected for Y-Combinator; partner at Gradient Ventures (previously at Kleiner Perkins Caufield Byers). Forbes 30 under 30 (2017).

Timothy Loffredo, 2009–2010. Now at Los Alamos National Laboratory.

Adrienne Porter Felt, 2006–2008. *CRA Outstanding Undergraduate Award* Finalist (2008), *NSF Graduate Fellowship* (2009), *Google Anita Borg Memorial Scholar* (2010). Completed PhD at UC Berkeley, now at Google. USENIX Security Symposium PC Co-Chair (2018).

Salvatore Guarnieri, 2004–2006. *CRA Outstanding Undergraduate Award Finalist* (2006). Completed Masters at the University of Washington, now at IBM.

Matthew Spear, 2004–2006. Completed PhD at UC Davis, now at Google.

Christopher Frost, 2002–2004. Completed PhD at UCLA, now at Google.

William (GJ) Halfond, 2002. Completed PhD at Georgia Tech, now Associate Professor at University of Southern California.

Jonathan McCune, 2001–2003. *CRA Outstanding Undergraduate* Honorable Mention. Completed PhD at Carnegie Mellon University, now at Google.

Keen Browne, 2000–2003. Co-Founder of Bonsai (acquired by Microsoft, 2018).

## External Leadership and Service

Associate Editor, *ACM Transactions on AI Security and Privacy*, 2025–2026.

Program Co-Chair, *Eighth IEEE European Symposium on Security and Privacy*. Delft, Netherlands. July 2023.

Program Co-Chair, *Seventh IEEE European Symposium on Security and Privacy*. Genoa, Italy. 6–10 June 2022.

Chair, *IEEE Security and Privacy Test-of-Time Awards Committee* (for 1996–2005 papers), 2019–2020.

Steering Committee, *Deep Learning and Security Workshop*. Workshop attached to IEEE Symposium on Security and Privacy. Since 2018.

Steering Committee, *Dependable and Secure Machine Learning*. Workshop attached to IEEE/IFIP International Conference on Dependable Systems and Networks (DSN). Since 2019.

Organizing Committee Member, *Security and Privacy of Machine Learning*. Workshop attached to International Conference in Machine Learning (ICML). 14 June 2019.

Organizer, *USENIX Security Symposium Lunch for Aspiring Researchers*. August 2018.

Co-Organizer, *Dependable and Secure Machine Learning*. Workshop attached to IEEE/IFIP International Conference on Dependable Systems and Networks (DSN). June 2018, June 2019, June 2020.

Co-Organizer, *ARO/IARPA Workshop on Adversarial Machine Learning*. College Park, Maryland. 9 May 2018.

Program Co-Chair, *24th ACM Conference on Computer and Communications Security* (CCS). Dallas, Texas. 30 October–3 November 2017.

This is the ACM's flagship conference on research in security and privacy, and was the first academic security conference to attract over a thousand attendees. As Program Co-Chair, I led the formation of a Program Committee with 144 members that reviewed 842 submissions for the conference.

Co-Organizer, *ARO Workshop on Adversarial Machine Learning*. Stanford, California. 14 September 2017.

Co-Organizer, *Private Multi-Party Machine Learning*. Workshop attached to Thirtieth Annual Conference on Neural Information Processing Systems (NIPS). Barcelona, Spain. 9 December 2016.

Lead Organizer, *National Science Foundation Secure and Trustworthy Cyberspace (SaTC) Principal Investigators' Meeting*. 5–7 January 2015.

I was the lead organizer of this meeting, attended by over 350 researchers funded by the National Science Foundation working in cybersecurity.

Guest Editor (with Sal Stolfo), *IEEE Security and Privacy Magazine* special issue on the *Science of Security*. May/June 2011.

Program Committee Co-Chair, *30th* and *31st IEEE Symposium on Security and Privacy* (17–20 May 2009, 16–19 May 2010). Berkeley, California.

This symposium (commonly known as the "Oakland" conference) is considered the premier venue for academic research in computer security and privacy research. Program chairs serve a two-year cycle (I was junior chair with Andrew Myers in 2009, and senior chair with Giovanni Vigna in 2010). I instigated the *Systematization of Knowledge* (SoK) papers which continues to be a valuable part of Oakland conferences (and has been adopted by several other conferences).

Lead Organizer and Program Chair, *NSF/IARPA/NSA Workshop on the Science of Security*. Berkeley, California. 17–18 November 2008.

This workshop brought together 43 leading researchers in computer security and a wide variety of other fields to consider the state of scientific research in computer security and to identify steps toward establishing a stronger scientific basis for computer system security. The workshop was cited in the President's *Cyberspace Policy Review* (Hathaway report) and was instrumental in the creation of new funding programs from the National Security Agency and Air Force Office of Scientific Research.

Citizen member, *Joint Subcommittee to Study the Certification Process for Voting Equipment and Matters Related to the Performance and Proper Deployment of Voting Equipment*. Appointed in April 2005 by the Speaker of the House of Delegates.

Co-Organizer and Program Committee Co-Chair. *Second International Workshop on Dynamic Analysis*. Glasgow, Scotland. May 2004.

Co-Organizer. *Conference and Workshop on Coding Theory and Quantum Computing*. Charlottesville, Virginia. May 2003.

**Program Committees (Selected)**

*IEEE Symposium on Security and Privacy* (Oakland): 2019 (also on Test-of-Time Awards committee), 2018 (Associate Program Chair), 2017, 2015, 2013, 2012, 2011, 2010 (Program Chair), 2009 (Program Co-Chair), 2008.

*USENIX Security Symposium*: Test-of-Time Award Committee, 2025; Program Committe: 2020, 2019, 2016, 2015, 2014, 2012 (also on Invited Talks Committee), 2011.

*Network & Distributed System Security Symposium*: 2019, 2017, 2012, 2011, 2010, 2005.

*ACM Conference on Computer and Communications Security*: 2026, 2018, 2017 (Program Co-Chair), 2013, 2007 (Publications Chair).

*ACM Conference on Programming Language Design and Implementation* (PLDI): External Review Committee 2010.

*Privacy Enhancing Technologies Symposium* (PETS): PC Member 2021, Senior PC Member 2022, Paper Awards Committee Co-Chair, 2021

*IEEE Symposium on Secure and Trustworthy Machine Learning* (SaTML): PC Member 2026, 2025, 2024, 2023 (Notable Reviewer Recognition).

*International Conference on Software Engineering* (ICSE): 2007 (Panels Chair); 2006.

**Reviewing**

Chair of one team and member of two site visit teams for National Science Foundation to evaluate center-scale projects.

Reviewed proposals for National Science Foundation (over 20 panels), State of Indiana 21st Century Fund, Royal Society (United Kingdom), Austrian Science Fund (FWF), GENI Project, Hong Kong Special Administrative Region Innovation and Technology Commission, Israel Science Foundation, Qatar National Research Fund, and Netherlands Organisation for Scientific Research (NWO, the Dutch research council).

Reviewer for numerous journals including *ACM Transactions on Programming Languages and Systems*, *ACM Transactions on Sensor Networks*, *ACM Transactions on Software Engineering and Methodology*, *ACM Computing Surveys*, *ACM Crossroads*, *IEEE Transactions on Computers*, *IEEE Transactions on Mobile Computing*, *IEEE Transactions on Software Engineering*, *IEEE Security & Privacy*, *IEEE Computer*, *IEEE Press*, and *Software – Practice & Experience*.

External reviewer for University of Washington Bothell, *Computing and Software Systems Program*, 2008; external hiring committee member for Aarhus University (Denmark).

## University of Virginia Leadership and Service

*University of Virginia Futures Initiative Working Group*, Member, since 2024.

*University of Virginia Faculty AI Guide*, 2024–2025.

*University of Virginia Provost's Task Force on AI Research*, Co-Chair. Lead of committee charged by the Provost to make recommendations on AI-based research at the University. (2023–2024)

*Computer Science Promotion and Tenure Subcommittee*, Chair, since 2022.

*Computer Science Graduate Meta-Advisor* (Ombudsperson for Computer Science graduate students), since 2024.

*Interdisciplinary Major in Computer Science*. Founding Director of Undergraduate Program (2006–2012); Director of Distinguished Major Program (2012–2024).

I instigated and led the efforts to create a new interdisciplinary degree program, which became the first and only degree that spans the two largest undergraduate schools at the University of Virginia (the College of Arts and Sciences and the School of Engineering and Applied Sciences). The major was approved in 2006, and grew to become the most popular program offered by the Engineering School.

*Vice President of Research Internal Review Committee*, Member (2014–16).

*Faculty Recruiting Committee*. Chair (2006–2007); Member (2002–2004, 2012–2015; 2016–2018).

*Interdisciplinary Major in Computer Science Curriculum Committee*. Chair (2009–2012).

*Computer Engineering Curriculum Committee*. Member (2009–2012).

*School of Engineering and Applied Science Dean's Research Advisory Council*. Member (2007–2012; 2018–2019).

*Computer Science Graduate Program*. Assistant Director (2007–2008).

*2020 Quantum and Nanoscale Science and Technology Subcommittee on Quantum Information and Quantum Control*. Committee Member (2002–2004).

## Presentations

See https://www.cs.virginia.edu/evans/talks/ for available videos and slides.

### Keynote/Distinguished Talks

Kuwait University, Distinguished Computer Science Talk. *How can we know when our models reveal too much?*. 16 October 2024.

University of Houston, Distinguished Computer Science Seminar. Leaky Models and Unintended Inferences. 17 February 2023.

University of Minnesota, Cray Distinguished Speaker. *On Leaky Models and Unintended Inferences*. 12 December 2022.

ACM Conference on Data and Application Security and Privacy. *When Models Learn Too Much* (Keynote Talk). 26 April 2021.

University of Maryland, Booz Allen Hamilton Distinguished Colloquium. *Can Machine Learning Ever Be Trustworthy?*. College Park, Maryland. 7 December 2018.

USENIX Workshop on Offensive Technologies, co-located with USENIX Security Symposium. *Mutually Assured Destruction and the Impending AI Apocalypse* (Keynote Talk). Baltimore, Maryland. 13 August 2018.

First Deep Learning and Security Workshop, co-located with the 39th IEEE Symposium on Security and Privacy. *Is "adversarial examples" an Adversarial Example?* (Keynote Talk). San Francisco, California. 24 May 2018.

First Workshop for Women in Cyber Security (CyberW), attached to the 24th ACM Conference on Computer and Communications Security. *Truth, Social Justice (and the American Way?)* (Keynote Talk). Dallas, Texas. 30 October 2017.

Saarland University, CISPA Distinguished Lecture. *Adversarial Machine Learning: Are We Playing the Wrong Game?*. Saarbrücken, Germany. 7 July 2017.

CROSSING — Where Quantum Physics, Cryptography, System Security and Software Engineering Meet. *Multi-Party Computation for the Masses* (Keynote Talk). Darmstadt, Germany. 1 June 2015.

USENIX Security Symposium Doctoral Colloquim, Invited Talk. *How To Live In Paradise: Pearls of Wisdom for New and Prospective Faculty*. San Diego, California. 21 August 2014.

Microsoft Research Workshop on Applied Multi-Party Computation, Keynote Talk. *Secure Computation in 2029: Boom, Bust, or Bonanza*. Redmond, Washington. 21 February 2014.

NCWIT Summit on Women and IT. *Plenary Panel: Leveling the Playing Fields with Massive Open On-Line Courses*. Tucson, Arizona. 20 May 2013.

University of Oregon, Distinguished Speaker. *Scaling Secure Computation*. Oregon Security Day. Eugene, Oregon. 5 April 2013.

Seventh International Conference on Information Systems Security. *Secure Computation in the Real World* (Keynote Talk). Kolkata, India. 17 December 2011.

USENIX Security Symposium, Invited Talk. *What Biology Can Teach Us About Security*. San Diego, California. August 2004. (Alvin AuYoung's summary of the talk is in *USENIX ;login: Magazine*, December 2004.)

**Research Colloquia and Invited Talks (Selected)**

University of Wisconsin. *Tilting the BobbyTables and Steering the CensorShip*. Madison, Wisconsin. 18 November 2025.

Oracle Corporation, ML Rhetoric Talk. *Disclosure Audits for Machine Learning Systems: How can we know when our models learn too much?*. 3 April 2024.

Washington University in Saint Louis. Spring Colloquium. *Leaky Models and Unintended Inferences*. 27 January 2023.

Clemson University School of Computing Seminar. *On Leaky Models and Unintended Inferences*. 11 November 2022.

Differential Privacy: Experience so Far and What's Next (workshop organized by Google and Meta). *On Privacy Audits, Attacks and Experiments*. 17 June 2022.

Practical and Theoretical Privacy of Machine Learning Training Pipelines Workshop at the Microsoft Research Summit. *Surprising (and Unsurprising) Inference Risks in Machine Learning*. 21 October 2021.

NITRD Federal Security Research and Development Interagency Working Group. *Advancing the Science of Adversarial Machine Learning* (overview of NSF SaTC Center for Trustworthy Machine Learning). 26 August 2021.

Distributed and Private Machine Learning (DPML) Workshop at ICLR 2021. *Inference Risks for Machine Learning*. 7 May 2021.

University of Waterloo CrySP Speaker Series on Privacy. *When Models Learn Too Much*. 29 March 2021.

Microsoft Security Data Science Colloquium. *When Models Learn Too Much: Inference Privacy in Theory and Practice*. Microsoft (Virtual). 1 December 2020.

Workshop on Federated Learning and Analytics. *Meaningful Privacy for Federated Learning (and "The Dragon who owns the Room")*. Google Seattle. 17 June 2019.

NITRD Federal Privacy Research and Development Interagency Working Group. *Privacy of Machine Learning*. Arlington (teleconference), Virginia. 5 April 2019.

JASON Spring Meeting. *Adversarial Machine Learning*. McLean, Virginia. 26 April 2019.

Johns Hopkins University Security Seminar. *Can Machine Learning Ever Be Trusted?*. Baltimore, Maryland. 26 September 2018.

Huawei Strategy and Technology Workshop. *Lessons from the Last 3000 Years of Adversarial Examples*. Shenzhen, China. 15 May 2018.

Wayne State University. *Surprisingly Unsurprising Lessons from the Last 3000 Years of Adversarial Examples*. Detroit, Michigan. 3 April 2018.

ARO Workshop on Adversarial Machine Learning. *Shrinking and Exploring Adversarial Search Spaces*. Stanford University, Palo Alto, California. 14 September 2017.

ECRYPT NET (joint with Paris Crypto Day). *Secure Multi-Party Computation: Promises, Protocols, and Practicalities*. École Normale Supérieure. Paris, France. 27 June 2017

International Computer Science Institute. *Adversarial Machine Learning: Are We Playing the Wrong Game?*. Berkeley, California. 8 June 2017.

Inria de Paris. *Can Machine Learning Work in the Presence of Adversaries?*. Paris, France. 17 May 2017.

USENIX Enigma. *Classifiers Under Attack*. Oakland, California. 1 February 2017.

O'Reilly Security. *Classifiers Under Attack*. New York City, 2 November 2016.

USENIX Security Symposium. *Panel: Teaching Computer Security: Thoughts from the Field*. Austin, Texas. 11 August 2016.

ShanghaiTech Symposium on Information Science and Technology. *Memory for Data-Oblivious Computation*. Shanghai, China. 25 June 2016.

Workshop on Theory and Practice of Secure Multiparty Computation. *From Mercury Delay Lines to Magnetic Core Memories: Progress in Oblivious Memories*. Aarhus University, Denmark. 1 June 2016.

Johns Hopkins University. *Trick or Treat?: Bitcoin for Non-Believers, Cryptocurrencies for Cypherpunks*. Second DC-Area Crypto Day. Opening Talk. Baltimore, Maryland. 30 October 2015.

USENIX Security Symposium Doctoral Colloquim, Invited Talk. *How To Live In Paradise: A Guide for Prospective, New, and Disgruntled Professors*. Washington, DC. 13 August 2015.

Cornell University. *Computing Systems from 300,000 BC to 2029*. Systems Seminar. Ithaca, New York. 25 September 2015.

University of Texas. *Multiparty Computation for the Masses*. ECE Colloquim. Austin, Texas. 9 March 2015.

University of Southampton. *Secure Computation for the Masses*. Web and Internet Science Seminar. Southampton, England. 22 May 2014.

University of Virginia Tech-Connect. *MOOCs, KOOCS, and SMOOCHs (or, Reports of the Death of Traditional Higher Education Have Perhaps Been Slightly Exaggerated)*. Harrison-Small Auditorium. Charlottesville, VA. 1 May 2013. (Covered in UVa Today, *Evans: U.Va. Should Be a Global Leader in MOOCS, Online Learning*, 1 May 2013.)

Virginia Tech. *Scaling Secure Computation*. Computer Science Department Seminar. Blacksburg, Virginia. 1 February 2013.

Carnegie Mellon University. *Secure Computation in the Real(ish) World*. CyLab Seminar. Pittsburgh, Pennsylvania. 20 April 2011.

University of Washington. *Thwarting Malware and UI Redressing Attacks with Verifiable User Action*. Security Seminar. Seattle, Washington. 1 May 2009.

Microsoft Research. *An End to CAPTCHAs, Malware, and Web Attacks: Improving Security with Verifiable User Actions*. Redmond, Washington. 16 March 2009.

Yahoo! Tech Talk. *Redundant Computing for Security*. Sunnyvale, California. 16 October 2008.

University of California Berkeley. *Redundant Computing for Security*. TRUST Seminar. Berkeley, California. 25 September 2008.

Johns Hopkins University. *Feasible Privacy for Lightweight RFID Systems*. Security and Privacy Applied Research Seminar. Baltimore, Maryland. 17 October 2007.

North Carolina State University. *Disk-Level Behavioral Virus Detection*. Raleigh, North Carolina. 5 March 2007.

Beijing Institute of Technology. *N-Variant Systems: A Secretless Framework for Security through Diversity*. Beijing, China. 30 May 2006.

Institute of Software, Chinese Academy of Sciences. *N-Variant Systems: A Secretless Framework for Security through Diversity*. Beijing, China. 29 May 2006.

Software Development West. *Promising Breaks and Breaking Promises: Program Analysis in Theory and Practice*. Santa Clara, California. 17 March 2006.

University of Texas at San Antonio. *The N-Variant Systems Framework: Polygraphing Processes for Secretless Security*. San Antonio, Texas. 4 October 2005.

Harvard University. *Stealing Secrets and Secretless Security Structures*. Cambridge, Massachusetts. 27 June 2005.

MIT Computer Science and Artificial Intelligence Laboratory. *Stealing Secrets and Secretless Security Structures*. Cambridge, Massachusetts. 23 June 2005.

Purdue University. *Where's the FEEB?: The Effectiveness of Instruction Set Randomization*. CERIAS Seminar. West Lafayette, Indiana. 9 March 2005.

University of Delaware. *Wireless Security in the Real World: Using Physical Properties to Mitigate Wormhole Attacks*. SIGNET Seminar. 15 September 2004.

Johns Hopkins University Information Security Institute Seminar. *What Biology Can Teach Us About Security*. Baltimore, Maryland. 14 November 2003.

Cigital, Inc. *Systems for Safety and Dependability*. Sterling, Virginia. December 1999.

### Other Research Presentations (selected)

AI and Machine Learning Seminar at UVA. *Can AI systems be responsible?* (panel presentation and discussion). 17 September 2025.

Taiwan-US Cybersecurity Workshop. *Steering around Censorship* (short talk). Alexandria, Virginia. 3 March 2025.

Google Security and Privacy Workshop. *Adversarial ML: Closing Gaps between Theory and Practice* (short talk). Google, Mountain View, California. 12 August 2019.

Penn State University ICS Symposium. *Security, Fairness, and Privacy of Machine Learning* (Panelist). State College, Pennsylvania. 1 April 2019.

Google Academic Security and Privacy Research Summit. *Two Modest Proposals for Google*. Google, Mountain View, California. 6 June 2017.

MC2 Workshop on Data-Driven Security. *Machine Learning in the Presence of Adversaries: Interminable Arms Race or Mutually-Assured Destruction?*. College Park, Maryland. 12 January 2017.

NSF Secure and Trustworthy Cyberspace Principal Investigators' Meeting (Machine Learning and Security Panel). *The Magic of Machine Learning Isn't Magic*. 10 January 2017.

SciDataCon. *Secure Multi-Party Data Analysis for Open Science*. Denver, Colorado. 12 September 2016.

Summer School on Secure Computation. *Garbling Techniques* (9 May 2016) and *Data-Oblivious Data* (10 May 2016). Notre Dame University, Indiana. 9–10 May 2016.

Working Group on Efficient Secure Computation. *Making Secure Computation Scalable*. Invited Talk. Tel Aviv, Israel. 6 November 2012.

NITRD Federal Cyber-Security Research. *A Research Agenda for Scientific Foundations of Security*. Panel presentation for research sponsor's event organized at *32nd IEEE Symposium on Security and Privacy*. Berkeley, California. 25 May 2011.

Institute for Information Infrastructure Protection (I3P) Consortium Meeting. *Interdisciplinary Research and Education in Computer Security*. Charlottesville, Virginia. 14 March 2011.

Intelligence Advanced Research Projects Activity (IARPA) Director's Visit. *Next Steps Towards a Science of Security*. Charlottesville, Virginia. 11 January 2010.

INFOSEC Research Council, *Science of Security*. Alexandria, VA. 16 July 2009.

Dagstuhl Seminar on Web Application Security. *Thwarting UI Redressing Attacks with Verifiable User Actions: (Towards) An End to CAPTCHAs, Malware, and Web Attacks*. Scholss Dagstuhl, Germany. 31 March 2009.

Air Force Scientific Advisory Board. *N-Variant Systems*. Arlington, Virginia. 29 March 2007.

SRI Workshop on the Verification Grand Challenge. *Static/Dynamic Analysis: Past, Present and Future*. Panel Presentation. Menlo Park, California. 22 February 2005.

ACM International Conference on Supercomputing. *Biological Programming Models for Robustness and Scalability*. San Francisco, California. June 2003.

NSF Advanced Computation Inspired by Biological Processes Conference. *Programming the Way Biology Programs*. Arlington, Virginia. April 2003.

DIMACS Workshop on Software Security. *Securing Bits with Atoms (and Vices with Verses)*. Short Presentation. Rutgers, New Jersey, January 2003.

INFOSEC Research Council Malicious Code Study Group. *Let's Stop Beating Dead Horses and Start Beating Trojan Horses*. Panel Presentation. San Antonio, Texas. 13 January 2000.

**Outreach and Education Talks (Selected)**

TEDx Chantilly HS. *Jobs for Humans, 2030-2045*. 16 August 2025. (over 6,500 views)

Amazon Security Day. *AI and Law* (panelist). Alexandria, Virginia. 5 June 2025.

Virginia Journal of Social Policy & the Law Symposium: Artificial Intelligence. *Can we explain AI model outputs?*. University of Virginia Law School. 21 February 2025.

Kuwait University. *Should We be Afraid of AI?*. Talk to students from three Kuwaiti high schools hosted by Kuwait University. 14 October 2024.

Judge Advocate's General Emerging Technologies Symposium. *Autonomy, "Machine Learning", and "Artificial Intelligence"* (Part 1: 1679–2018; Part 2: 2019–2029). Judge Advocate's General School. Charlottesville, Virginia. 31 January 2024.

Human-Machine Intelligence Seminar. *Jobs for Human Beings, 2032–2062*. Charlottesville, Virginia. 17 March 2022.

Adult Education in the Age of Artificial Intelligence. *Jobs for Humans, 2029–2059*. McLean, Virginia. 23 September 2019. (Fundraiser for *Academy of Hope* organized by *The Great Courses* and held at Capital One's Maplewood Hall. Other speakers included NFL Superbowl Champion Dexter Manley and NPR Education Reporter Kavitha Cardoza.)

Cybersecurity Awareness. *Who's talking to your browser?*. University of Virginia, 7 December 2016.

#hashtagzero Meetup. *Demystifying the Blockchain Hype*. Willow Tree Apps, Charlottesville, 25 October 2016.

Federal Trade Commission. *Private Data Analysis using Multi-Party Computation*. Washington, DC. 17 August 2016. (Joint talk with Denis Nekipelov.)

ShanghaiTech Symposium on Information Science and Technology. *Introduction to Secure Multi-Party Computation in Practice* (Tutorial). Shanghai, China. 23 June 2016.

State Department Global Cyber Officer Training Workshop. *Cryptography in the Cloud*. Arlington Virginia. 26 April 2016.

College Science Scholars Seminar. *Infinity Plus One Infinities (or, How to Blow Your Mind with an Index Card)*. 13 April 2013.

Programming for Biochemists. *Deep Ideas in Computing*. Keynote Talk for Interdisciplinary Short Course. University of Virginia. 2 March 2013.

National Science Foundation. *Plenary Panel on Open Education*. Transforming Undergraduate Education in Science, Technology, Engineering and Mathematics (TUES/CCLI PIs Conference). Washington, DC. 24 January 2013.

Georgia Institute of Technology, Century 21 University Town Hall (joint with Sebastian Thrun). *Reinventing the University*. Atlanta, Georgia. 18 April 2012.

University of Richmond. *Computing Cooperatively with People You Don't Trust*. Math Colloquium Series. 30 January 2012.

Jefferson-Madison Regional Library. *Meta Talk: How to Give a Talk so Good People Will Ask You To Give Talks About Talks About Nothing*. Charlottesville. 11 November 2011.

CompBio Seminar. *What Every Biologist, Chemist, and Poet Should Know about Computer Science*. University of Virginia. 25 April 2011.

Radford University. *Computing Without Exposing Data*. CSAT STEM Club (NSF-sponsored) Evening Talk. Radford, VA. 17 March 2011.

Jefferson-Madison Regional Library. *What Every Librarian Should Know about Computer Security*. In-Service Day Talk. Charlottesville Doubletree. 11 November 2009.

Tapestry 2009 Workshop (for high school computing teachers). *Big Words, Busy Beavers, and the Cake of Computing*. University of Virginia. 15 July 2009.

College Science Scholars Seminar. *Turing Machines, Busy Beavers, and Big Questions about Computing*. University of Virginia. September 2007.

League of Women Voters. *Hard Facts about Soft Voting*. Blacksburg Town Hall (also broadcast on local television). Blacksburg, Virginia. 15 November 2006.

College Science Scholars. *Curing Cancer with your Cell Phone: Why All Sciences Are Becoming Computing Sciences*. University of Virginia. September 2006.

Virginia Model United Nations. *Cybersecurity*. 20 November 2004.

University of Richmond. *1000 Things Every Self-Respecting Computer Scientist Should Know*. Richmond, Virginia. 10 November 2003.

University of Virginia Law School. *Encryption: How it Works, Why it (Sometimes) Doesn't, and What It Can Do*. Charlottesville, Virginia. September 2001.

Virginia Engineering Week. *Why You Should Be Paranoid About What Comes Into and Out Of Your Computer*. Invited talk for University community and general public. Charlottesville, Virginia. February 2001.

University of Virginia Institute of Mathematical Science. *No Matter Where You Go, There You Are: Secure Localization Techniques for Mobile Wireless Networks*. Seminar on Applications of Mathematics. Charlottesville, Virginia. 2 December 2004.

ECE Communications, Controls, and Signal Processing Seminar. *Securing Wireless Sensor Networks*. University of Virginia, 8 December 2003.

## Major Software Distributions

All software is distributed under open source licenses. These software distributions are all collaborations between me and my research students (and sometimes additional external collaborators).

**MIMIR** (https://github.com/iamgroot42/mimir), January 2024.

> Python package for measuring memorization in LLMs (primary developers: Michael Duan, Anshuman Suri, and Niloofar Mireshghallah).

**EvaluatingDPML** (https://github.com/bargavj/EvaluatingDPML), August 2019.

> Framework for experimentally testing the effectiveness of different differential privacy mechanisms against a variety of membership and attributed inference attacks (primary developer: Bargav Jayaraman).

**EvadeML-Zoo** (https://evademl.org/zoo), August 2017.

> Toolkit for benchmarking research on adversarial machine learning, including implementations of many attacks and defenses, as well as provided models and visualization tools (primary developers: Weilin Xu, Andrew Norton, Noah Kim, Yanjun Qi, and David Evans).

**Obliv-C** (https://www.oblivc.org), April 2015.

> Obliv-C is a simple GCC wrapper that makes it easy to embed secure computation protocols inside regular C programs. The idea is simple: if you are performing a multi-party distributed computation with sensitive data, just write it in our Obliv-C language and compile/link it with your project. Obliv-C is in active use by several other research projects (including the Pretzel encrypted email service built by UT Austin, Cornell, and NYU and published in ACM SIGCOMM 2017) and start-up companies (including Calctopia, a company based in Madrid that is building an MPC spreadsheet application using Obliv-C).

**FastGC** (https://www.mightbeevil.com/framework), June 2011.

> Framework and circuit library for creating efficient privacy-preserving applications using garbled circuits. Used by several research groups including Argonne National Lab, Bar-Ilan University (Tel Aviv), Georgia Tech, Microsoft Research, Stanford, TU Darmstadt, and Yale, as well as a Technicolor/Stanford collaborations on privacy-preserving matrix factorization (ACM CCS 2013) and ridge regression (IEEE Security and Privacy 2013).

**Perracotta** (https://www.cs.virginia.edu/perracotta/), August 2005.

> Dynamic analysis tool for automatically inferring temporal properties of a target program. It takes the program's execution traces as input and produces a set of likely properties. Used at Microsoft for kernel development.

**MCL Simulator** (https://www.cs.virginia.edu/mcl), July 2004.

Simulator for analyzing mobile networks that we developed to study localization protocols. Used by over 150 research groups in 20 countries, and significantly in at least six external papers.

**Splint** (https://www.splint.org), 1994 (first release as LCLint) – April 2003 (Version 3.1.1).

Tool for statically checking C programs for security vulnerabilities and coding mistakes that was developed as part of our research on lightweight static analysis. Splint is used at thousands of sites in academic and industry, included in most major Linux distributions, and incorporated into several commercial software products.

## Entrepreneurship

*Udacity*. Professor and Vice President of Education. Palo Alto, California. 2012. I developed Udacity's first course, an open introductory Computer Science course driven by building a web crawler and search engine that has enrolled over 500,000 students, as well as an Applied Cryptography course (over 70,000 students), and recruited and assisted other teachers to develop 12 computer science courses (enrolling over a million students). I worked with university administrators to develop degree programs and industry partners to develop sponsored courses. Udacity has been recognized by President Obama, and included in Technology Review's list of *50 Smartest Companies* (#24 in 2017) and on CNBC's *Disruptor/50* list (#10 in 2017), and the courses I taught were covered by the *New York Times*, *The Guardian*, *National Public Radio*, *Prospect Magazine*, *USA Today*, *Zeit*, *Information Week*, *Wired*, *Chronicle of Higher Education*).

*Sona Communications*. Co-Founder and CTO. Cambridge, Massachusetts. 1996 – 1997. Sona Communications built an Internet infrastructure for advertiser-supported software. Marble Associates purchased Sona in September 1997.

### Advisory Boards

*NuCypher*. Technical Advisory Board Member. San Francisco, CA. Since 2015.

*SafeGuard Cyber*. Advisory Board Member. Tysons, Virginia. Since 2015.

*Calypso AI Corporation*. Scientific Advisor. Venture-backed company focused on robust, secure, and explainable AI. 2019–2021.

*Calctopia*. Technical Advisory Board Member. Madrid, Spain (incorporated in Ireland). 2017–2020.

*Reflective Corporation*. Technical Advisory Board Member. Atlanta, Georgia. 2003–2012.

*Coral Networks*. Board of Technical Directors. State College, Pennsylvania. 2002–2005.

### Patents

*Optical Medium with Added Descriptor to Reduce Counterfeiting*. Darko Kirovski and David Evans. Patent assigned to Microsoft Corporation (work done while on sabbatical leave at Microsoft), United States Patent US9135948B2, July 2009. (Published 6 January 2011).

*Method, System, and Computer Program Product for Malware Detection, Analysis, and Response*. David Evans, Adrienne P. Felt, Nathanael Paul, Sudhanva Gurumurthi. United States Patent US20110047618A1, University of Virginia Patent Foundation, November 2007 (Published 24 February 2011).

*Method and System for Software Protection Using Binary Encoding*. Jack W. Davidson, Anh Nguyen-Tuong, Jonathan Rowanhill, David Evans, John Knight, Adrian Filipi, Jason Hiser, and Wei Hu. Patent application filed by University of Virginia Patent Foundation, August 2006 (Published 4 June 2009). Licensed by UTEK Corporation in August 2006.

## Funding

I have been a Principal Investigator or Co-PI on over $60M of awarded external research funding, including over $15M to the University of Virginia. (Collaborators are at the University of Virginia, except where noted.)

### National Science Foundation Grants

*AI Institute for Agent-based Cyber Threat Intelligence and Operation (ACTION)* (NSF AI Institute, $760,500 for UVA, 2023–2028). UVA PI, with Lead PI Giovanni Vigna (UC Santa Barbara), and collaborators at Purdue University, UC Berkeley, University of Illinois, University of Chicago, Georgia Tech, Rutgers University, Norfolk State University, and the University of Washington.

*End-to-End Trustworthiness of Machine-Learning Systems* (SaTC CORE Frontier, $10M total, $1.234M for UVA, 2018–2025). UVA PI, with Lead PI Patrick McDaniel (Penn State University), and Co-PIs Dan Boneh and Percy Liang (Stanford University), Kamalika Chaudhuri (UC San Diego), Somesh Jha (University of Wisconsin) and Dawn Song (UC Berkeley). REU supplements: $16,000 (2020); $16,000 (2023).

*User-Centric Privacy and Utility Tradeoffs* (SaTC: Early-Stage Interdisciplinary Collaboration, $300K, 2019–2022). Co-PI, with PI Denis Nekipelov.

*Multi-Party High-Dimensional Machine Learning with Privacy* (SaTC CORE, $499K, 2017–2020). PI, with Co-PI Quanquan Gu (UCLA).

*Automatic Techniques for Evaluating and Hardening Machine Learning Classifiers in the Presence of Adversaries* (TWC: Small, $495K, 2016–2019). Co-PI, with PI Yanjun Qi and Co-PI Westley Weimer.

*Automated Security Testing for Applications Integrating Third-Party Services* ($500K, 2014–2018). Sole PI.

*PIs' Conference for Secure and Trustworthy Cyberspace* ($86K, 2014–2015). PI, with Co-PI: Yanjun Qi. This grant supported organizing the 2015 NSF SaTC PIs Meeting.

*PicoCTF: Teaching Cybersecurity To High School Students through Scalable Challenges* ($300K total, $75K to UVA, 2014–2016). Co-PI, with PI David Brumley and Co-PI David O'Hallaron (CMU).

*Practical Secure Two-Party Computation — Techniques, Tools, and Applications* ($3.0M, 2011–2017). Lead PI, with Co-PIs abhi shelat, Aaron Mackey; Michael Hicks, Jonathan Katz (University of Maryland) and Steven Myers (Indiana University).

*Workshop on the Science of Security* ($73K, 2009–2010). Sole PI.

*Implementable Privacy and Security for Resource-Constrained Devices* ($1.0M, 2008–2013). PI, with Co-PIs Benton Calhoun, John Lach, and Abhi Shelat.

*Disk-Level Malware Detection* ($400K, 2006–2010). PI, with Co-PI Sudhanva Gurumurthi.

*Automatic Inference and Effective Use of Temporal Properties* ($330K, 2006–10). Sole PI.

*Automatic Identification and Protection of Security Critical Data* ($200K, 2006–2009). PI, with Co-PI Westley Weimer.

*System Structures for Secretless Security*. National Science Foundation. ($1.6M, 2005–2009). Co-PI, with PI John Knight and Co-PI Jack Davidson.

*Coding Theory and Quantum Computing*. National Science Foundation. ($12K, 2003). Co-PI, with PI Brian Parshall and Co-PIs Olivier Pfister, Jeffrey Holt, and Harold Ward.

*A Framework for Environment-Aware, Massively Distributed Computing* ($400K + $20K REU, 2002–2006). PI, with Co-PIs Tarek Abdelzaher and David Brogan.

*Teaching Software Engineering Using Analysis Tools* ($75K, 2002–2003). Sole PI.

*Programming the Swarm* ($285K + $10K REU, 2001–2006). Sole PI (CAREER Award).

**Other Government Agency Grants**

*Novel Methods Sharing Sensitive Data*. Department of Energy (National Laboratory of the Rockies). ($375,000, 2025–2028). Sole PI.

*Cyberwars at UVA*. National Security Agency (GenCyber Program) ($100K, 2017–2018). Co-PI, with PI Ahmed Ibrahim.

*Designing for Measurable Security*. Air Force Office of Scientific Research (AFOSR) ($1.9M total/$480K to UVA, 2013–2017). UVA PI, with Lead PI Salvatore Stolfo (Columbia University) and Co-PI Steven Bellovin (Columbia University).

*Toward Intrusion Tolerant Clouds*. Defense Advanced Research Projects Agency (DARPA). ($3.9M total, $933K allocated to UVA; 2011–2015). UVA PI, with Lead PI Yair Amir (Johns Hopkins University), and Co-PIs Vladimir Braverman (Johns Hopkins University), Jennifer Neville and Cristina Nita-Rotaru (Purdue University).

*Hardware, Languages, and Architecture for Defense Against Hostile Operating Systems*. Air Force Office of Scientific Research (MURI). ($7.1M total, $791K to UVA; 2009–2014). UVA PI, with Lead PI David Wagner (UC Berkeley) and Co-PIs Vikram Adve (UIUC), Krste Asanovic (UC Berkeley), Sam King (University of Illinois), Greg Morrisett (Harvard), R. Sekar (Stony Brook University), and Dawn Song (UC Berkeley).

*Helix: A Self-Regenerative Architecture for the Incorruptible Enterprise*. Air Force Office of Scientific Research (MURI). ($4.5M total, $1.35M+$61K DURIP equipment supplement to UVA; 2008–2013). Co-PI, with PI: John Knight and Co-PIs Hao Chen, Zhendong Su (UC Davis); Fred Chong (UC Santa Barbara); Jack Davidson, Westley Weimer; and Stephanie Forrest (University of New Mexico).

*Software Exploit Prevention and Remediation via Software Memory Protection*. National Intelligence Community Enterprise Cyber Assurance (ARDA). ($1.2M, 2007–2008). Co-PI, with PI Jack Davidson and Co-PI John Knight.

*Genesis: A Framework for Achieving Component Diversity*. Defense Advanced Research Projects Agency (DARPA). ($1.1M + $24K Red Team Evaluation Supplement, 2004–2005). Co-PI, with PI John Knight and Co-PI Jack Davidson.

*Practical Use of Formal Techniques*. National Aeronautics and Space Administration (NASA). ($608K, 2000–2003). Co-PI with PI John Knight.

**Industry Awards**

*Privacy Audits for Large Language Models*. Oracle, Inc. ($80,000, 2024–2025).

*LLM Accuracy V&V for Assessments (LAVVA)*. Lockheed Martin Corporation. ($75,000, 2024–2025).

*Understanding and Mitigating Leakage from Tuned Language Models*. Oracle, Inc. ($75,000, 2022–2023).

*Cross-enclave Learning using Encrypted Aggregation Techniques*. Lockheed Martin Corporation. ($320,000 (in several separate awards), 2021–2023).

*Securing Machine Learning Systems*. Baidu Research (USA). ($50,000, 2018–2020).

*Amazon Cloud Credits for Research*. ($20,000 in AWS credits, 2018).

*Robust and Resilient Deep Learning Systems*. Intel Corporation. ($70,000, 2017–2018).

*Microsoft Azure Research Award.* ($20,000 in Azure credits, 2017).

*Amazon Cloud Credits for Research*. ($12,000 in AWS credits, 2016).

*Pebble Grant*. ($22K declared value for 150 smartwatches donation, 2014).

*Securing Single Sign-On Applications*. Google Research Award. ($59K, 2013).

*Secure Multi-Party Computation on Smartphones*. Google Research Award. ($43K, 2011).

### Internal UVA Grants

*Automated Post-Surgery Feedback: AI-Driven Time Series Analysis to Improve Anesthesia Care*. University of Virginia, 3CAVS Award ($80,000, 2026–2027). Co-PI with PI Thomas Hartvigsen (School of Data Science) and Bhiken Naik (School of Medicine).

*Understanding and Mitigating Privacy Leakage Risks for Large Language Model Applications*. School of Engineering and Applied Science, Research Innovation Award ($60,000, 2024–2025). Co-PI with PI Ferdinando Fioretto.

*Privacy-Preserving Machine Learning via Robust Learning and Noisy Computation*. School of Engineering and Applied Science, Research Innovation Award (support for four faculty and four student-semesters, 2019–2020). Co-PI, with PI David Wu, Mohammad Mahmoody, and Yuan Tian.

*Revisiting Algorithmic Fairness and its Robustness in Adversarial Settings*. School of Engineering and Applied Science, Research Innovation Award (support for four faculty and four student-semesters, 2018–2019). Co-PI, with PI Mohammad Mahmoody, Peter Beling, and Hongning Wang.

*How will Artificial Intelligence Change Humanity?*. College of Arts and Sciences, Pavilion Seminar (course development support of $4,000, Fall 2018).

*Machine Learning in Adversarial Contexts*. School of Engineering and Applied Science, Research Innovation Award (support for five faculty, three students and a workshop, 2017–2018). Lead PI, with Co-PIs Homa Alemzadeh, Quanquan Gu, Mohammad Mahmoody, and Yanjun Qi.

*Multiparty Machine Learning with Privacy*. School of Engineering and Applied Science, Cybersecurity Initiative Award ($75K, 2016–2017). Co-PI, with PI Quanquan Gu.

*Data Driven Security*. School of Engineering and Applied Science, Cybersecurity Initiative Award ($75K, 2016–2017). Co-PI, with PI Donald Brown and Ron Hutchins.

*Privacy-Preserving Personalization*. School of Engineering and Applied Science, Cybersecurity Initiative Award ($75K, 2016–2017). Co-PI, with PI Hongning Wang and Denis Nekipelov.

*Privacy-Preserving Web Services*. University of Virginia, Vice President of Research Distinguished Research Award. ($150K, 2014–2015). Sole PI.

## Selected Press Coverage

Law360. *Google Case Judge Weighs Rivals' Data Needs Against Privacy*. 24 April 2025. (Summarizes my testimony in US v. Google.)

The Docket (UVA Law News). *New Classes Explore Promise and Predicaments of Artificial Intelligence Attorneys-in-Training Learn About Prompts, Policies and Governance*. 17 March 2025.

Virginia Law Weekly. *Law School Hosts LawTech Events*. 26 February 2025.

UVA News. *Common Way To Test for Leaks in Large Language Models May Be Flawed*. 13 November 2024.

International Bar Association. *Technology: US authorities survey AI ecosystem through antitrust lens*. 2 August 2024.

New Books in Science Podcast. *How to Read Scientific Papers: A Discussion with David Evans*. 7 November 2023.

Government Technology. *Universities to Train AI to Outmaneuver Cyber Threats*. 14 June 2023.

Voice of America. *Artificial intelligence writes poems, songs, compositions: what's next?* (translated from Russian), interview on impact of large language models. 10 February 2023.

Bleeping Computer. *Trojan Puzzle attack trains AI assistants into suggesting malicious code*. 10 January 2023.

UVA News. *Computer science professor David Evans and his team conduct experiments to understand security and privacy risks associated with machine learning*. 8 September 2021.

The Register (Thomas Claburn). *How to Hide a Backdoor in AI Software: Neural Networks can Misbehave when Squeezed*. 5 May 2021.

PolitiFact. *Fact-checking Donald Trump's tweet firing Christopher Krebs*. 18 November 2020.

MIT Technology Review. *How AI could save lives without spilling medical secrets*. 14 May 2019.

New Electronics. *Deep fools*. 21 January 2019.

National Science Foundation. *NSF announces $78.2 million to support frontiers of cybersecurity, privacy research: $10 million, 5-year award for Frontier center headlines portfolio of 225 new projects focused on secure cyberspace research*. 24 October 2018.

Engineering and Technology. *Artificial intelligence: the new ghost in the machine*. 10 October 2018.

The Daily Progress. *UVa bootcamp aims to increase IT training for teachers*. 22 June 2018.

UVA Today. *Alumna-Turned-Internet Security Expert Listed Among Nation's Top Young Innovators*. 21 September 2017.

> Adrienne Porter Felt wants your websites to be secure. Her efforts toward this notion have landed her on the Massachusetts Institute of Technology's Technology Review's list of 35 top innovators under age 35. ... Felt started working in security when she was a second-year engineering student, responding to a request from computer science professor David Evans, who taught the "Program and Data Representation" course. ... Taking Evans' offer for a research project was a turning point in Felt's life, showing her something she liked that she could do well. "It turned out that I really loved it," she said. "I like working in privacy and security because I enjoy helping people control their digital experiences. I think of it as, 'I'm professionally paranoid, so that other people don't need to be.' "

Bleeping Computer. *Horcrux Is a Password Manager Designed for Security and Paranoid Users*. 4 July 2017.

UVA Today. *Computer Science Grad Stands Watch for Users of Google's Popular Browser*. 7 December 2015.

Tom's Hardware. *Tom's Video: Better Understanding of Flash*. 26 October 2015. (Highlighted video lecture from the cs4414 course.)

UVA Today. *Giving Web Developers Tools to Protect Their Sites and Users*. 5 February 2015.

UVA Today. *U.Va. Invests in Four Researchers Whose Work Has High-Impact Potential*. 4 April 2014.

Information Week. *Five Online Classes To Pump Up IT Careers*. 25 November 2013.

The Guardian. *Online learning: pick a subject, any subject*. 11 November 2013.

Richmond Times-Dispatch. *No Easy Fix for Health Insurance Website, Experts Say*, 22 October 2013. (Also in Charlottesville Daily Progress, 25 October 2013.)

Your Story ("India's No. 1 Media Platform for Entrepreneurs"). *David Evans — "Being a professor is the best job in the world"*. 15 October 2013.

New York Times. *A Surge in Growth for a New Kind of Online Course*, 25 September 2013.

Information Week. *Udacity: Creating A More Engaging MOOC*. 30 July 2013.

Discovery News. *New Spy Tech Keeps Satellites From Bumping*. 12 April 2013.

Daily Progress. *Technology for New Way of Teaching is Advancing*. 21 October 2012.

Richmond Times-Dispatch. *Colleges Expand Audiences with Online Courses for the Masses*. 15 July 2012.

Silver Bullet Podcast. *Show 76: An Interview with David Evans*. 27 July 2012.

Prospect Magazine. *Professors without Borders*. 28 June 2012.

> Not long ago, on a rainy Saturday morning, Professor Dave Evans and I hung out in bed while he tried to explain recursive functions (for the fourth time) and I worked on my homework. Or rather, I hung out in bed, and Evans, a computer science professor at the University of Virginia, hung out on my laptop screen, where I could—click—pause him midsentence and pour myself another cup of coffee. ... for seven weeks this spring, Evans was teaching me and 30,000 others to write enough Python—a basic programming language—to create a mini Google. We started with basics, including the difference between a computer and a toaster, and "bits" versus "bytes". Then we went back in time for a little nerd history, from Augusta Ada King, Lord Byron's daughter and the world's first "programmer," to PageRank, the search algorithm that powers Google. Evans is the kind of nerdy savant whose gap-tooth smile and Monty Python humour attract a cult following on campus.

USA Today. *The Power of Computing*. 4 June 2012.

Zeit. *Lernplattform im Internet: Hal Sagt, Wie's Geht*. 14 May 2012.

National Public Radio: The Story with Dick Gordon. *Udacity: Teaching Online*. 7 May 2012.

Chronicle of Higher Education. *What's Been Good*. 3 April 2012. (One of a series of blog posts about my CS101 course by Robert Talbert.)

> Dave Evans does a great, understated job of lecturing (and uses lecture in appropriate ways and amounts) . . . In short, you can tell this isn't just being thrown together — there is craftsmanship at work in how the course content is put together. . . . The fact that this one project — building a search engine — actually could lead, in a very natural way, to many of the fundamental concepts of computer science struck me as kind of genius.

Voice of America. *Getting a Free Education, in Huge Online Classes*. 21 March 2012.

Wired Magazine. *The Stanford Education Experiment Could Change Higher Learning Forever*. 20 March 2012.

New York Times. *Instruction for Masses Knocks Down Campus Walls*. 4 March 2012.

New York Times. *In World Cup Draw, Conspiracy Theories Abound*. 3 December 2009.

> Yet conspiracy theories abound. In 2005, the issue was part of a final exam in a cryptology course at the University of Virginia.

The Examiner. *To Facebook or not to Facebook*, 29 June 2009.

New York Times. *When Everyone's a Friend, Is Anything Private?*. 7 March 2009.

Cavalier Daily. *State Council of Higher Education Honors David Evans as Recipient of this Year's Outstanding Faculty Award*. 3 February 2009.

Technology Review. *RFID's Security Problem*. January/February 2009.

Richmond Times-Dispatch. *Twelve College Teachers Honored in Virginia*. 27 January 2009.

UVA Today. *Influencing Eternity: University of Virginia to Honor Outstanding Teachers*. 23 April 2008.

The Chronicle of Higher Education. *Computer-Science Researchers Expose Security Vulnerability of Some Electronic Key Cards*. 21 March 2008.

Boston Globe. *T Card Has Security Flaw, Says Researcher: Cracked Code Could Lead to Counterfeits, Study Team Warns*, 6 March 2008.

Dark Reading. *90% of Facebook Apps Have Unnecessary Access to Private Data*. 31 January 2008.

CNet.com, *Exclusive: The Next Facebook Privacy Scandal*. 23 January 2008.

Roanoke Times. *Computer Expert: Scrap All Paperless Voting Machines*. 16 November 2006.

Voice of America News, radio interview on electronic voting (with Neil Currie). 7 November 2006.

New Scientist. *Unnatural Selection*. 21 July 2006.

Information Security Magazine. *Biology: Back to Nature?*. July 2004.

Salon. *Computer, Heal Thyself*. 12 July 2004.

CNet News. *Will Code Check Tools Yield Worm-Proof Software?*. 26 May 2004.

> "Down the road, you want everyone to be using these tools in their compilers," said David Evans, ..., "It is a real embarrassment to the industry that people still produce code with buffer overflows."

Network World Fusion. *Security Holes Force Firms to Rethink Coding Processes*. 19 April 2004.

TechNewsWorld. *Security: What's Good About Computer Viruses*. 5 March 2004.

Technology Review. *From Artificial Intelligence to Artificial Biology?*. November 2003.

The Wall Street Journal. *Web Privacy Services Complicate Feds' Job*. 3 July 2003.

Forbes Magazine. *Attack of the Clones*. 10 June 2002.

CNet News. *Passwords: The Weakest Link*. 22 May 2002.

ZDNet: eWeek. *Combating the Plague of Insecurity*. 9 August 2000.

Linux Journal. *The Code Analyser LCLint*. May 2000.

Linux Gazette. *Static Checking of C Programs with LCLint*. Issue 51, March 2000.

Ix (German Linux Magazine). *Lint als C-Syntax-Prufer*. July 1996.

## Milestones

| | |
|---|---|
| **May 1994** | SB and SM degrees in Computer Science and Engineering conferred by *Massachusetts Institute of Technology*. |
| **1996 – 1997** | Co-Founder and Chief Technology Officer, *Sona Communications* (while on leave from MIT). |
| **October 1999** | Appointed as Assistant Professor of Computer Science, *University of Virginia*. |
| **February 2000** | Ph.D. in Computer Science conferred by *Massachusetts Institute of Technology*. |
| **March 2006** | Founding Director of *Interdisciplinary Major in Computer Science*. |
| **August 2006** | Promoted to Associate Professor (with Tenure), *University of Virginia*. |
| **September – December 2008** | Visiting Scholar, *University of California, Berkeley* (on sabbatical leave). |
| **January 2009** | Awarded *State Council of Higher Education for Virginia Outstanding Faculty Award*. |
| **February – May 2009** | Visiting Researcher, *Microsoft Research*, Redmond, Washington (on sabbatical leave). |
| **2009 – 2010** | Program Co-Chair, 30th and 31st *IEEE Symposium on Security and Privacy*. |
| **January 2012 – January 2013** | Professor and VP of Education, *Udacity, Inc.*, Palo Alto, CA. (on entrepreneurship leave). |
| **August 2013** | Promoted to Full Professor, *University of Virginia*. |
| **May 2014** | Received *Distinguished Research Award* from University's Vice President of Research |
| **January 2015** | Lead Organizer, *NSF Security and Trustworthy Cyberspace PIs' Meeting* |
| **October 2017** | Program Co-Chair, 24th *ACM Conference on Computer and Communications Security* (CCS) |
| **August 2018** | UVA PI, *NSF Frontier Center for Trustworthy Machine Learning* |
| **May 2023** | UVA PI, *NSF AI Institute for Agent-based Cyber Threat Intelligence and Operation* (ACTION) |
| **September 2025** | Appointed as *Olsen Bicentennial Professor of Engineering* |

# APPENDIX B

**David Evans**
Professor of Computer Science
University of Virginia

*evans@virginia.edu*
https://www.cs.virginia.edu/evans

**Prior Testimony and Depositions in the Last Four Years**

*United States of America vs. Google, LLC* (1:20-cv-03010; District Court, District of Columbia), November 2024–June 2025.

Expert witness for the Department of Justice in an anti-trust remedies trial. I wrote an expert report, rebuttal report, gave a deposition, and testified at trial in April 2025.

# APPENDIX C

# Materials Considered List

## Articles and Other Content

- Carlini, Nicholas et al., "Extracting Training Data from Large Language Models", 30th USENIX Security Symposium, pp. 2633-2650, August 11-13, 2021, https://www.usenix.org/system/files/sec21-carlini-extracting.pdf

- Carlini, Nicholas et al., "Quantifying Memorization Across Neural Language Models", 11th International Conference on Learning Representations, 2023, https://openreview.net/pdf?id=TatRHT_1cK

- Chiang, Ted, "ChatGPT is a Blurry JPEG of the Web", *The New Yorker*, Feb. 9, 2023, https://www.newyorker.com/tech/annals-of-technology/chatgpt-is-a-blurry-jpeg-of-the-web

- Cooper, A. Feder et al., "Extracting memorized pieces of (copyrighted) books from open-weight language models", arXiv preprint arXiv:2025.12546v4, Nov. 30, 2025, https://arxiv.org/pdf/2505.12546v4

- Cover, Thomas and King, Robert, "A Convergent Gambling Estimate of the Entropy of English", IEEE Transactions on Information Theory, vol. 24, no. 4, pp. 413-21, July 1978

- Hayes, Jamie, et al., "Measuring memorization in language models via probabilistic extraction", Proceedings of the 2025 Conference of the Nations of the Americas Chapter of the Association for Computational Linguistics: Human Language Technologies (Volume 1: Long Papers), April 29-May 4, 2025, https://aclanthology.org/2025.naacl-long.469.pdf

- Hutter Prize, "500'000€ Prize for Compressing Human Knowledge", http://prize.hutter1.net/

- IERE.org, "How Many Atoms on Earth?", IERE Team, April 13, 2025, https://iere.org/how-many-atoms-on-earth/

- Jayaraman, Bargav et al., "Combing for Credentials: Active Pattern Extraction from Smart Reply", IEEE Symposium on Security and Privacy, 2024, https://ieeexplore.ieee.org/stamp/stamp.jsp?tp=&arnumber=10646876

- Kiyomaru, Hirokazu et al., "A Comprehensive Analysis of Memorization in Large Language Models", Proceedings of the 17th International Natural Language Generation Conference, September 23-27, 2024, https://aclanthology.org/2024.inlg-main.45.pdf

- Nasr, Milad et al., "Scalable Extraction of Training Data from Aligned, Production Language Models", 13th International Conference on Learning Representations, 2025, https://openreview.net/pdf?id=vjel3nWP2a

- Ren, Geng et al., "Entropy Rate Estimation for English via a Large Cognitive Experiment Using Mechanical Turk", Entropy, vol. 21, no. 12, December 2019, https://pmc.ncbi.nlm.nih.gov/articles/PMC7514546/pdf/entropy-21-01201.pdf

- Shannon, C.E., "A Mathematical Theory of Communication", The Bell System Technical Journal, vol. 27, no. 3, pp. 379-423, July 1948

- Shannon, C.E., "Prediction and Entropy of Printed English", The Bell System Technical Journal, vol. 30, no. 1, pp. 50-64, January 1951, https://www.princeton.edu/~wbialek/rome/refs/shannon_51.pdf

- Xiong, Alexander et al., "SoK: The Landscape of Memorization in LLMs: Mechanisms, Measurement, and Mitigation", arXiv:2507.05578v2, 2025, https://arxiv.org/pdf/2507.05578v2


**Bates Stamped Documents and Source Code**

- MOSAIC_ONAN_00000220
- MOSAIC_ONAN_00000221
- MOSAIC_ONAN_00000222
- MOSAIC_ONAN_00000223
- MOSAIC_ONAN_00000224
- MOSAIC_ONAN_00000225
- MOSAIC_ONAN_00000226
- MOSAIC_ONAN_00000227
- MOSAIC_ONAN_00000228
- MOSAIC_ONAN_00000229
- MOSAIC_ONAN_00000248
- MOSAIC_ONAN_00000255
- MOSAIC_ONAN_00000270

**Expert Reports**

- Opening Expert Report of Dr. Michael T. Johnson

Any other documents or sources cited in this report or its accompanying exhibits or appendices which are not listed here.

# APPENDIX D

**Appendix D**

## Additional Graphics

[redacted]

[redacted]

[redacted]

[redacted]