# EXHIBIT 2

REDACTED

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br><br>**REBUTTAL EXPERT REPORT OF DR. DAVID EVANS** |

**CONTAINS MATERIAL DESIGNATED HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**

17 April 2026

Date

Signature

## Table of Contents

I. INTRODUCTION ....................................................................................................1

II. THE MPT MODELS DO NOT STORE OR REPRODUCE TEXT CONTAINED IN THE PLAINTIFF AUTHORS' BOOKS ..........................................................2

III. THE SHAN REPORT USES UNRELIABLE METHODS TO ASSESS THE TRAINING DATA ..................................................................................7

A. The Shan Report Uses Flawed Techniques. ..........................................8

B. The Shan Report Mischaracterizes The Techniques Used. ....................10

C. Dr. Shan's Text Matching Was Not Performed As Described And Is Unreliable. 12

D. Dr. Shan's Metadata Matching Method Is Unreliable. ..........................15

E. The Shan Report Considers Data Not Used to Train MPT Models. ..........17

IV. THE SHAN REPORT MISCHARACTERIZES LLM TRAINING ..........................22

V. CONCLUSION ....................................................................................................28

# I. INTRODUCTION

1. I have been retained by Databricks, Inc. and MosaicML, Inc. as a technical expert in this matter. On March 16, 2026, I submitted an opening report containing my opinions and analysis relating to various aspects of the functionality of certain Large Language Models ("LLMs"), including the MPT-7B, MPT-30B, and MPT-7B-8K models ("Opening Report").

2. I have been asked to provide my opinions in response to the Expert Report of Shawn Shan, Ph.D., dated March 16, 2026 ("Shan Report").

3. My March 16, 2026 Opening Report contains a description of my qualifications, which I incorporate by reference here. I have also attached an updated copy of my CV as **Appendix A**.

4. Dr. Shan's report advances three principal opinions: (1) that plaintiff authors' books are present in Defendants' datasets (Shan Report ¶ 14); (2) that Defendants trained LLMs using plaintiff authors' books (Shan Report ¶ 15); and (3) that Defendants distributed copies of plaintiff authors' books through cloud infrastructure (Shan Report ¶ 16).

5. As set forth below, Dr. Shan's opinions are fundamentally misleading because they omit critical context and misrepresent the technical significance of his findings with respect to the issues involved in this case. In particular, I understand that an issue in this case is whether the MPT family of models contain copies of the plaintiff authors' books. Dr. Shan conducts no testing or analysis of the MPT models and instead relies on articles that do not apply to these models and do not support the claims he makes. In contrast, my Opening Report provides extensive evidence that the MPT models, in fact, do not contain any copies of any original text written by plaintiff authors in their books at issue in this case.

6. While I address a number of Dr. Shan's statements and opinions, where I do not address specific statements by Dr. Shan, that does not mean that I agree with his statements or opinions.

## II. THE MPT MODELS DO NOT STORE OR REPRODUCE TEXT CONTAINED IN THE PLAINTIFF AUTHORS' BOOKS

7. As stated in my Opening Report, the books in the Books3 dataset are not "stored" in the MPT models in, either directly or in a compressed form, in the way that "stored" is typically used. Opening Report ¶ 9. Nor do LLMs "memorize" their data in the sense that humans "remember" what they read. Opening Report ¶ 9. Rather, LLMs are trained with a goal of learning a general probability distribution that captures the underlying distribution of human language across a broad array of text data. Opening Report ¶ 32. In some cases, certain models have been found to "memorize" particular text in their training data, meaning that the portions of text included in the training data may be extracted by submitting prompts to the model. In the context of LLMs, "memorization" is measured through extraction tests. Opening Report ¶ 35. In these tests, the model is probed and its internal and external outputs are analyzed to determine the likelihood that the model would output portions of certain text contained in the training data. Opening Report ¶¶ 36-37. Through extensive extraction testing, I found that the MPT models show no signs of being capable of generating original text from plaintiff authors' books and thus exhibit no signs of any "memorization" of text written by the plaintiff authors. Opening Report ¶ 104.

8. Dr. Shan's report contains one paragraph on these issues (¶ 47), which I quote in full below:

> "**Empirical Verification of Data Recovery.** Recent research has moved beyond theoretical models of overfitting to demonstrate that training data is physically

recoverable from LLMs. As detailed in the January 2026 study 'Extracting books from production language models,' researchers have established that LLMs retain significantly more verbatim training data than previously disclosed. [footnote 22] The study demonstrates that a user can extract exact sequences of the original training corpus of books. Similarly, a 2025 study shows that models in the 7B to 30B parameter range, comparable in scale to MPT-30B, MPT-7B, and StoryWriter, can memorize and reproduce verbatim portions of copyrighted training data. [footnote 23] Together, this empirical evidence confirms that the model's parameters do not merely represent 'learned patterns' but serve as an extractable, compressed storage medium for the Plaintiffs' copyrighted works."[1]

9. Although the paragraph is labeled "Empirical Verification of Data Recovery", it does not mention any "empirical verification" or report on any experiments conducted on the MPT models at issue in this case. The experiments mentioned in the first part of the paragraph (the study reported in Ahmed 2026) were performed on four large language models, Claude 3.7 Sonnet, GPT-4.1, Gemini 2.5 Pro, and Grok 3. These are not the MPT models at issue in this case, and the tested models are very different from the MPT models. Because these are proprietary models, their actual architecture and trained parameters are not available to researchers, but it has been reported that GPT-4.1 has over a trillion trainable parameters[2]

---

[1] In the quoted excerpt, footnote 22 cites to Ahmed et al., "Extracting books from production language models", arXiv:2601.02671v1, Jan. 6, 2026 ("Ahmed 2026"), https://arxiv.org/pdf/2601.02671v1; footnote 23 cites to Cooper et al., "Extracting memorized pieces of (copyrighted) books from open-weight language models", arXiv:2025.12546v4, Nov. 30, 2025 ("Cooper 2025"), https://arxiv.org/pdf/2505.12546v4.

[2] *See* Abacha et al., "MEDEC: A Benchmark for Medical Error Detection and Correction in Clinical Notes", arXiv:2412.19260v2, at 6, Jan. 2, 2025, https://arxiv.org/pdf/2412.19260v2.

(compared to 30 billion in the largest MPT model), making it over 30 times larger than the largest MPT model.

10. Not only did the tests in the Ahmed 2026 study use completely different models from those at issue in this case, they used different books as well, testing J. K. Rowling's "Harry Potter and the Sorcerer's Stone" and "Harry Potter and the Goblet of Fire"; George Orwell's "1984"; J. R. R. Tolkien's "The Hobbit"; J. D. Salinger's "The Catcher in the Rye"; George R. R. Martin's "A Game of Thrones" (Martin, 1996); Toni Morrison's "Beloved"; Dan Brown's "The Da Vinci Code"; Suzanne Collins's "The Hunger Games"; Joseph Heller's "Catch-22"; Courtney Milan's "The Duchess War"; Mary Shelley's "Frankenstein"; and F. Scott Fitzgerald's "The Great Gatsby". None of these books was written by the plaintiff authors, and thus experimental results about these works cannot tell us anything about discoverable extraction rates for the plaintiff authors' books for the tested models. By way of analogy, empirical results showing that McDonald's cheeseburgers contain American cheese cannot be used to claim that the turkey sandwich in my fridge contains Pepper Jack cheese. Yet Dr. Shan's conclusions in paragraph 47 reflect the same broken logic.

11. The second part of paragraph 47 from the Shan Report, now emphasizing the sizes of models, has the same problem. Dr. Shan supports his claim by arguing that "a 2025 study shows that models in the 7B to 30B parameter range, comparable in scale to MPT-30B, MPT-7B, and StoryWriter, can memorize and reproduce verbatim portions of copyrighted training data", citing the Cooper 2025 study (which I also cite in my Opening Report). The cited study, however, does not support Dr. Shan's claim. This study tested 17 different open-weight LLMs—none of which were the MPT models at issue in this case—for discoverable extraction of 50 books (listed in Appendix D of Cooper 2025, none of which were written by the plaintiff

authors). The key conclusion of that paper is, "memorization varies widely from model to model and from book to book within each model, as well as varying in different parts of individual books. We find that, with respect to our sliding-window probabilistic extraction procedure, most models do not memorize most books". Cooper 2025 at 17.

12. This conclusion is consistent with the opinions in my Opening Report—that "memorization" is rare and unpredictable, and to determine if a particular model has "memorized" a particular work, it is necessary to perform testing. From the extensive testing I conducted on the MPT models as detailed in my Opening Report, the MPT models exhibit no "memorization" of the plaintiff authors' books. Notably, the cited paper concludes that "most models do not memorize most books", which is inconsistent with Dr. Shan's reliance on the Cooper 2025 paper to conclude that the MPT models "memorized" the plaintiff authors' books—a conclusion Dr. Shan reaches without performing any actual testing on the MPT models or having any demonstrations that any text written by the plaintiff authors could be extracted from the models. In fact, my extensive testing is consistent with the Cooper 2025 paper, and shows that the MPT models do not "memorize" the plaintiff authors' books. Opening Report ¶¶ 52, 94, 101, 104.

13. The cited Cooper 2025 paper did show the effectiveness of the probabilistic extraction test in detecting "memorization" of text by a base model. The tests I performed on the MPT models used this same test and definition of extraction as was used by Cooper 2025, and found that there was no "memorization" of any original text written by the plaintiff authors in their books at issue in this case. Relying on the results of experiments on different models to make claims about the MPT models is invalid. It is well understood by the research community that the capabilities of models depend on much more than just the number of trainable

parameters they have; indeed, the very paper cited here demonstrates this point. The paper reveals dramatically different extraction rates between different models of similar sizes (comparing the Pythia 12B model and Llama 1 13B models), between models of different sizes with similar architectures and training processes (comparing the Llama 1 13B and Llama 1 65B models), and between different books, and finds very low extraction rates for several of the tested models. Cooper 2025 at 6-9, 12.

14. Dr. Shan concludes in paragraph 47 that "[t]ogether, this empirical evidence confirms that the model's parameters do not merely represent 'learned patterns' but serve as an extractable, compressed storage medium for the Plaintiffs' copyrighted works." Dr. Shan cites no empirical data or academic materials supporting that opinion. As noted above, the empirical evidence in the two papers cited by Dr. Shan does not provide any evidence about whether the MPT models contain "extractable" copies of the "Plaintiffs' copyrighted works". Experiments on other models and with other books provide no evidence to support this conclusion, and there is no basis in the technical content of Dr. Shan's report to support this claimed conclusion. In fact, the concluding claim in Dr. Shan's paragraph 47 is not only unsupported by any evidence in Dr. Shan's report but is shown to be invalid by the extensive experimental evidence presented in my Opening Report.

15. Section VII.D ("Probabilistic Extraction") of my Opening Report describes the experiments I conducted using the method in the Cooper 2025 paper cited by Dr. Shan to test the MPT models for "memorization" of the plaintiff authors' books. These experiments comprised over 2 million probabilistic extraction probes to the MPT models, and none of these probes resulted in a successful extraction of any text written by the plaintiff authors. These tests used the same method and definition of a successful extraction as defined by the cited Cooper 2025

paper. The tests demonstrated the infeasibility of extracting from the MPT models any original text from the plaintiff authors' books. In addition to these experiments, which were conducted and analyzed using the method endorsed by Dr. Shan, I conducted other empirical tests of the MPT models, all of which supported my conclusion that the MPT models do not "contain" or "store", and cannot reproduce, the plaintiff authors' books. Opening Report Section VII.A-C. Hence, there is nothing in Dr. Shan's report to support his assertion that the MPT models store or "memorize" copies of the plaintiff authors' books, or that those books are "recoverable" from the MPT models.[3] There is ample evidence from the tests I conducted that are described in my Opening Report showing that the opposite conclusion is true.

## III. THE SHAN REPORT USES UNRELIABLE METHODS TO ASSESS THE TRAINING DATA

16. The rest of the Shan Report does not consider the question of whether the MPT models include "memorized" text that appears in the plaintiff authors' books. Instead, it addresses the inclusion of text from the plaintiff authors' books in Defendants' various training datasets.

17. Dr. Shan states that "Plaintiffs' Books Are Present in Defendants' Datasets". Shan Report ¶ 14. To support that opinion, he used two methods (Shan Report ¶ 28): (1) "a technical search using binary hash matching", and (2) "an analysis of the metadata found within the datasets". Neither approach is an established method for performing this analysis. Dr. Shan used custom methods for measuring data overlap, and Dr. Shan's report does not explain or provide justification for his methods. There are technical flaws in how the method used by

[3] Dr. Shan uses, but does not define, the term "physically recoverable". Shan Report ¶ 47. As it is unclear what Dr. Shan refers to by "physically" when discussing LLMs and extraction tests, I have not used that term, and none of the books in question are "physical" objects. But with any interpretation, the plaintiff authors' books are not "recoverable" from the MPT models.

Dr. Shan is described, how it is implemented, and how the results are interpreted to draw conclusions in his report, which I discuss below.

### A. The Shan Report Uses Flawed Techniques.

18. The method that Dr. Shan used to measure the presence of the plaintiff authors' books in the training data used to train the MPT models is not justified by citing any established method for identifying near-matches in text from the research literature despite this being a long-standing and well-studied problem in computer science. Instead, he uses his own method based on a cryptographic hash function. Shan Report ¶ 14; ¶¶ 29-40. A cryptographic hash function is designed to *avoid* revealing anything about the input from the output of the hash function. Cryptographic hash functions are designed to *hide* near matches, not to *reveal* them.

19. To overcome this mismatch between the functionality provided by a cryptographic hash function and the goal of finding near matches between text in the training data and the plaintiff authors' books, Dr. Shan's method transforms the text into overlapping sequences of 20 consecutive words and uses the cryptographic hash function outputs to look for exact matches between those 20-word sequences. Dr. Shan states that he selected 20 words as the length of the sequence for matching to guard "against the prevalence of common short phrases (e.g., 'Good Morning!'), while ensuring that every sequence represents a substantial, distinct creative expression from the author." Shan Report ¶ 34. Dr. Shan does not explain what he means by "substantial, distinct creative expression", and he gives no basis or reference citations to support the claim that all or most 20-word sequences represent "a substantial, distinct creative expression from the author".

20. Since the exact matching requirement that stems from the use of the cryptographic hash function means that near matches are not detected, Dr. Shan's method uses an arbitrary

threshold of 30% as the requirement for the rate of matching hashes to conclude that a book is included in the tested data. Shan Report ¶¶ 36-38. Then, books were divided into four equal-length segments, and if the 20-word sequence matching threshold was above 30% for three of the four quartiles, Dr. Shan concluded that the book was included in the tested data. Shan Report ¶ 38. Mathematically, this means Dr. Shan's methodology could conclude a book is included within the training data even if over 77% of the text in the book never appeared in the test data in any form.[4]

21. Although the Shan Report presents this analysis as a test that provides "mathematical certainty" (Shan Report ¶ 14) about whether books were included in the training data, this test does not satisfy the ordinary meaning of "mathematical certainty". The test relies on probabilistic properties of the cryptographic hash function used, which means it provides a probabilistic test—not one that would be considered mathematically certain. Moreover, the test is based on arbitrary decisions about the sequence lengths and thresholds to use, which depend on subjective human judgment. Indeed, Dr. Shan concedes in his report that the test is not reliable and makes arbitrary manual adjustments. For example, as described in Shan Report paragraph 38, there were three instances where the threshold was not met but the books were recorded as being present in the results tables. The purpose of defining a formal test is to be able to make objective decisions algorithmically rather than relying on subjective human judgment. Although a human might subjectively look at two text fragments and declare that they seem similar enough to be matches without providing any formal method for how the determination

[4] For example, the book would be counted as included if each of the first three quartiles had 30% matching 20-word sequences, and the fourth quartile has no matching sequences, which means $\left(0.3 \times \frac{1}{4}\right) \times 3 = 22.5\%$ of the 20-word sequences in the book are matched. Because of the use of overlapping sequences, the actual matching text needed would be slightly higher for a short book, and would approach this value as the length of the book increases.

was made, the point of a mathematical test is to avoid subjective human judgments for individual cases. When formal results are presented (as supposedly done in Table 3 and Table 4 of the Shan Report), they should not mix objective tests with such subjective adjustments. Doing so results in misleading data, presenting results as formal and objective even though they have in fact been manipulated in a subjective way.

**B. The Shan Report Mischaracterizes The Techniques Used.**

22. The Shan Report incorrectly states properties of the method Dr. Shan uses. For example, Shan Report paragraph 30 states that "[t]he resulting code is unique to that specific input with an extremely high degree of probability" and cites Secure Hash Standard, *Federal Information Processing Standards Publication 180-4*, National Institute of Standards and Technology: U.S. Department of Commerce, March 2012 (updated Aug. 2015) ("FIPS"), http://csrc.nist.gov/publications/fips/fips180-4/fips-180-4.pdf. This is incorrect and is not supported by the cited reference. For a well-designed cryptographic hash function, the outputs have a uniform distribution, but the input space is much larger than the number of possible outputs. Consider tossing a perfectly random six-sided die seven times. It is guaranteed that at least one output will be repeated. The situation with a hash function is similar. For SHA-256, the hash function used by Dr. Shan, there are $2^{256}$ possible outputs, but since SHA-256 is designed to process inputs of any length, the number of possible inputs is infinite. This means that outputs must repeat since there are more different inputs than there are different outputs. As used by Dr. Shan, the input is a 20-word sequence. Assuming there are 50,000 possible words (a gross underestimate of the number of English words), the number of possible 20-word sequences is $50{,}000^{20}$ which is over $8 \times 10^{16}$ times the number of different outputs SHA-256 can produce. Thus, instead of the resulting code being "unique to that specific input with an

extremely high degree of probability" (Shan Report ¶ 30), the expected number of 20-word sequences that produce the same hash code as output is over $8 \times 10^{16}$. The output can hardly be said to be "unique" to an input when there are more than $8 \times 10^{16}$ different inputs that would be expected to produce that same output. The cited FIPS publication, in contrast to the Shan Report, does not make any incorrect statements about unique outputs of cryptographic hash functions. The FIPS publication explains that the important property of a cryptographic hash function is that it is computationally infeasible to find two inputs that produce the same hash output. Many different inputs will result in the same output, but a cryptographic hash function is designed to make it difficult to actually find any pair of inputs that produce the same hash output.

23. In the next paragraph (Shan Report ¶ 31), Dr. Shan writes, "Under the SHA-256 algorithm, the probability that two different text inputs would result in the same hash code is approximately 1 in 2^128". This is also incorrect. The scenario is the same as rolling dice. If we roll two perfectly random six-sided dice, the probability the two dice show the same number is one in six. There are 36 possible outcomes (1 on the first die, 1 on the second die; 1 on the first die, 2 on the second die; …; 6 on the first die, 6 on the second die) since there are six outcomes for the first die times six outcomes for the second die. Of these 36, there are six combinations where the two dice show the same number (e.g., both show 1; both show 2; …; both show 6). Hence, the probability that they match is 6 in 36, which simplifies to 1 in 6. Another way to think about this is that whatever the outcome of the roll for the first die, one of the six possible outcomes for the second die will match that number. Since each is equally likely, the probability of a match is one in six. The situation is the same for the SHA-256 outputs, assuming SHA-256 satisfies the ideal properties of a cryptographic hash function where each output is equally likely (just like we assumed each die outcome is equally likely, neither of

which is completely true in practice where we are dealing with imperfect physical objects or algorithms). Hence, the actual probability that two different text inputs output the same hash code is 1 in $2^{256}$.

### C. Dr. Shan's Text Matching Was Not Performed As Described And Is Unreliable.

24. Before the hash function was used to map 20-word excerpts to numbers, the text was transformed by a preprocessing step. From my analysis of the code and data provided in the report appendices, the description of the method in the Shan Report does not accurately describe the actual preprocessing performed on the data for his analysis.

25. Shan Report paragraph 33 states, "Step 1: Normalization. The first stage of the process involves 'normalizing' the text of the book to ensure consistency. The algorithm removes special characters and non-standard punctuation while converting all letters to lowercase. It also standardizes whitespace by replacing characters like tabs and line breaks with single spaces." In fact (assuming the code provided in Shan Report Appendix C is the code that was used to perform the comparisons), the "normalization" used is much more aggressive than what is described. The description states that the algorithm "removes special characters and non-standard punctuation" (Shan Report ¶ 33); in fact, it removes much more than that. It removes all punctuation other than the exclamation point ("!"), question mark ("?"), period ("."), and colon (":"). This means it removes commas (","), semi-colons (";"), dashes ("-", "–", "—"), parentheses ("(" and ")"), brackets, ampersands ("&"), slashes ("/", "\"), and many other punctuation marks. Shan Report Appendix C, match-plaintext-books.py.[5] One can argue which of these would be considered "non-standard", but I think it would be hard to find an English

[5] SHAN0000006.

teacher who would consider a comma to be "non-standard punctuation". Commas are frequently used in standard English writing, and can be essential to comprehension.[6] The algorithm also removes all numbers and many other characters.

26. As an illustration of the impact of this preprocessing, the algorithm used by the Shan Report will produce 42 hashes for each of the two pairs of files shown in Figure 1, all of which are exact matches, reporting 100% overlap between the two files even though they appear quite different to a human reader.

[6] One example is the title of the book, "Eats, Shoots & Leaves: The Zero Tolerance Approach to Punctuation" by Lynne Truss. Truss, Lynne, *Eats, Shoots & Leaves: The Zero Tolerance Approach to Punctuation*, 2006.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

| | |
|---|---|
| USA | (&&*&*&U****S((((//A/\))))1776--2026 $$ $$$ &&&&&&;-) |
| Alabama: 🏈 🚀 🎸 ✊ 🌲 🐟 🌸 🌾 ⛏️ 🌺 | Alabama: 🇺🇸12/14/1819; 👑=0; 👥=5,024,279 |
| Alaska: 🐻‍❄️ 🏔️ ❄️ 🎣 🌌 🦌 🧊 🐋 🦅 🛢️ | Alaska: 🇺🇸01/03/1959; 👑=0; 👥=733,391 |
| Arizona: 🌵 ☀️ 🏜️ 🐍 🦂 🌄 🏛️ 🔴 🌺 🏈 | Arizona: 🇺🇸02/14/1912; 👑=0; 👥=7,151,502 |
| Arkansas: 💎 🐷 🦆 🌲 🎸 🌽 🐓 🌊 🌸 🌿 | Arkansas: 🇺🇸06/15/1836; 👑=1; 👥=3,011,524 |
| California: ☀️ 🌴 🏄 🎬 🐻 🍷 💻 🌉 🌊 🗻 | California: 🇺🇸09/09/1850; 👑=1; 👥=39,538,223 |
| Colorado: 🏔️ ⛷️ ❄️ 🍺 🥾 🦌 ☀️ 🌿 🎿 🌄 | Colorado: 🇺🇸08/01/1876; 👑=0; 👥=5,773,714 |
| Connecticut: 🦞 🏠 🍂 📚 ⚓ 🌊 🎭 ⛵ 💙 🌿 | Connecticut: 🇺🇸01/09/1788; 👑=1; 👥=3,605,944 |
| Delaware: 📜 🏖️ 🐔 🌊 🦀 🏛️ 🦅 🌾 🌸 ⚖️ | Delaware: 🇺🇸12/07/1787; 👑=0; 👥=989,948 |
| Florida: ☀️ 🏖️ 🐊 🍊 🦩 🎢 🌀 🐬 🌴 🌊 | Florida: 🇺🇸03/03/1845; 👑=0; 👥=21,538,187 |
| Georgia: 🍑 🥜 🏈 🎵 ✊ 🌲 🥤 🌸 🌉 🌾 | Georgia: 🇺🇸01/02/1788; 👑=1; 👥=10,711,908 |
| Hawaii: 🌺 🌋 🏄 🍍 🌊 🐋 🐢 🌈 🎵 🤿 | Hawaii: 🇺🇸08/21/1959; 👑=1; 👥=1,455,271 |
| Idaho: 🥔 🏔️ ⛷️ 🌊 🦌 🦅 🌲 🎣 💎 🌸 | Idaho: 🇺🇸07/03/1890; 👑=0; 👥=1,839,106 |
| Illinois: 🌆 🍕 🌽 🎩 💨 🏒 🎵 🦅 🚂 🌾 | Illinois: 🇺🇸12/03/1818; 👑=1; 👥=12,812,508 |
| Indiana: 🏎️ 🌽 🏀 🌾 🎸 🦅 🌻 🏁 🌿 🏈 | Indiana: 🇺🇸12/11/1816; 👑=0; 👥=6,785,528 |
| Iowa: 🌽 🐷 🌾 🚜 🎪 🌻 🦅 🌊 🏘️ 🎸 | Iowa: 🇺🇸12/28/1846; 👑=1; 👥=3,190,369 |
| Kansas: 🌾 🌻 🌪️ 👠 🐄 🦅 🌿 🏞️ 🌈 🚂 | Kansas: 🇺🇸01/29/1861; 👑=0; 👥=2,937,880 |
| Kentucky: 🐎 🥃 🎵 ⛏️ 🍗 🏇 🌿 🌺 🎸 🌾 | Kentucky: 🇺🇸06/01/1792; 👑=1; 👥=4,505,836 |
| Louisiana: 🎷 🦞 🐊 🎉 🌊 🍩 🎺 ⚜️ 🌶️ 🦐 | Louisiana: 🇺🇸04/30/1812; 👑=0; 👥=4,657,757 |
| Maine: 🦞 🦌 🏠 🫐 ❄️ 🌲 🐋 ⛵ 🦅 🌊 | Maine: 🇺🇸03/15/1820; 👑=0; 👥=1,362,359 |
| Maryland: 🦀 🌊 ⛵ 🐎 🏙️ 🌸 🦅 🏛️ ⭐ 🔴 | Maryland: 🇺🇸04/28/1788; 👑=0; 👥=6,177,224 |
| Massachusetts: 🎩 🐋 🦞 🎓 🫘 📜 🏺 🍂 ⚓ 🌊 | Massachusetts: 🇺🇸02/06/1788; 👑=4; 👥=7,029,917 |
| Michigan: 🚗 🌊 🍒 🎓 ❄️ 🐟 🌲 🏒 🌉 🦌 | Michigan: 🇺🇸01/26/1837; 👑=0; 👥=10,077,331 |
| Minnesota: 🌊 ❄️ 🦌 🏈 🦅 🛍️ 🎣 🐻 🌾 🍺 | Minnesota: 🇺🇸05/11/1858; 👑=0; 👥=5,706,494 |
| Mississippi: 🌊 🌾 🎵 🐟 🐊 🎸 🌿 ⛵ 🏰 🌺 | Mississippi: 🇺🇸12/10/1817; 👑=0; 👥=2,961,279 |
| Missouri: 🌉 🌊 🌪️ 🍺 🐄 🎸 🏛️ 🎵 🚀 🌾 | Missouri: 🇺🇸08/10/1821; 👑=1; 👥=6,154,913 |
| Montana: 🏔️ 🦌 🐻 🦬 🌌 🎣 🌿 ❄️ 🐺 🦅 | Montana: 🇺🇸11/08/1889; 👑=0; 👥=1,084,225 |
| Nebraska: 🌽 🏈 🐄 🌪️ 🌾 🦅 🌻 🚜 🏟️ 🌊 | Nebraska: 🇺🇸03/01/1867; 👑=1; 👥=1,961,504 |
| Nevada: 🎰 🏜️ 🌵 🎲 🛸 💡 ✨ 🎭 🌙 🛣️ | Nevada: 🇺🇸10/31/1864; 👑=0; 👥=3,104,614 |
| New Hampshire: 🍁 🍂 ⛷️ 🦌 🪨 🗽 🌿 🏔️ ⛵ 🎣 | New Hampshire: 🇺🇸06/21/1788; 👑=1; 👥=1,377,529 |
| New Jersey: 🏖️ 🎡 🍕 🎸 🐎 🌆 ⚓ 🌊 🍅 🚗 | New Jersey: 🇺🇸12/18/1787; 👑=1; 👥=9,288,994 |
| New Mexico: 🌶️ 🏜️ 🛸 ☀️ 💎 🎭 🌵 🌄 🦅 🏛️ | New Mexico: 🇺🇸01/06/1912; 👑=0; 👥=2,117,522 |
| New York: 🍎 🗽 🚕 🍕 🎭 👗 🏙️ 🌉 ❄️ 🎵 | New York: 🇺🇸07/26/1788; 👑=5; 👥=20,201,249 |
| North Carolina: 🐷 🌿 🏀 ✈️ 🏖️ 🏠 🌲 🍑 🎸 🔵 | North Carolina: 🇺🇸11/21/1789; 👑=2; 👥=10,439,388 |
| North Dakota: 🌾 🦬 🛢️ ❄️ 🌻 🦅 🚜 🌄 🏞️ 🌊 | North Dakota: 🇺🇸11/02/1889; 👑=0; 👥=779,094 |
| Ohio: 🎢 🏈 🌽 🎵 ✈️ 🏭 🌆 🌿 🐟 🎭 | Ohio: 🇺🇸03/01/1803; 👑=7; 👥=11,799,448 |
| Oklahoma: 🌪️ 🛢️ 🤠 🎵 🌾 🐄 🎸 🌸 🦅 🌭 | Oklahoma: 🇺🇸11/16/1907; 👑=0; 👥=3,959,353 |
| Oregon: 🌲 🌧️ 🥾 ☕ 🐟 🏔️ 🍷 🌹 🦦 🌊 | Oregon: 🇺🇸02/14/1859; 👑=0; 👥=4,237,256 |
| Pennsylvania: 🥩 🔔 ⛏️ 🦔 🏈 🌉 📜 🎭 🍫 🧑‍🌾 | Pennsylvania: 🇺🇸12/12/1787; 👑=2; 👥=13,002,700 |
| Rhode Island: 🌊 ⛵ 🦞 🐚 🏠 🦅 🌸 ⚓ 🏖️ 🎭 | Rhode Island: 🇺🇸05/29/1790; 👑=0; 👥=1,097,379 |
| South Carolina: 🍑 🌴 🏖️ ⛳ 🦪 🍵 🌸 🌿 🏛️ ⚔️ | South Carolina: 🇺🇸05/23/1788; 👑=1; 👥=5,118,425 |
| South Dakota: 🗿 🦬 🏞️ 🌾 🐦 ❄️ 🦅 🌄 🎣 🌻 | South Dakota: 🇺🇸11/02/1889; 👑=0; 👥=886,667 |
| Tennessee: 🎸 🎵 🏔️ 🥃 🤠 🐎 🎶 🌿 🔥 🦦 | Tennessee: 🇺🇸06/01/1796; 👑=0; 👥=6,910,840 |
| Texas: 🤠 🛢️ ⭐ 🐂 🌵 🔥 🏈 🐴 💐 🦋 | Texas: 🇺🇸12/29/1845; 👑=2; 👥=29,145,505 |
| Utah: ⛷️ 🏔️ 🧂 🔴 🥾 ⛪ 🌅 🦅 🌵 🏜️ | Utah: 🇺🇸01/04/1896; 👑=0; 👥=3,271,616 |
| Vermont: 🍁 🧀 ⛷️ 🍂 🌉 🐄 🌿 🫐 ❄️ 🎸 | Vermont: 🇺🇸03/04/1791; 👑=2; 👥=643,077 |
| Virginia: 🏛️ 🐎 🦀 🏖️ 🥾 🌿 📜 🌸 ⚔️ 🌉 | Virginia: 🇺🇸06/25/1788; 👑=8; 👥=8,631,393 |
| Washington: ☕ 🌧️ 🌲 🍎 🐟 🌋 🚀 🌊 🏙️ 🍷 | Washington: 🇺🇸11/11/1889; 👑=0; 👥=7,705,281 |
| West Virginia: ⛏️ 🏔️ 🌲 🎵 🦌 🎸 🌿 🌾 🌊 🏞️ | West Virginia: 🇺🇸06/20/1863; 👑=0; 👥=1,793,716 |
| Wisconsin: 🧀 🐄 🍺 🐟 🏈 🌊 ❄️ 🌽 🐻 🍕 | Wisconsin: 🇺🇸05/29/1848; 👑=0; 👥=5,893,718 |
| Wyoming: 🤠 🦬 🌋 🏔️ 🦌 🦅 ❄️ 🌿 🐺 ⭐ | Wyoming: 🇺🇸07/10/1890; 👑=0; 👥=576,851 |

**Figure 1. Impact of Text Pre-Processing.** The two files are reported as 100% overlapping using the method implemented for testing files for equivalence in the Shan Report. I manually typed the top lines in each file. The rest of the file on the left was generated by Claude-Sonnet-4.6 in response to the prompt, "generate a list of the 50 US states, with one line for each state, and after the state there is a ":" followed by a list of 10 emoji that represent the state". The file on the right was generated by the prompt, "generate a list of State: 🇺🇸12/14/1819; 👑=[number of presidents]; 👥=[population]".

### D. Dr. Shan's Metadata Matching Method Is Unreliable.

27. The other method described in the Shan Report to identify the presence of books in the training dataset is to use "metadata", which comprises "Title and Author Metadata" (Shan Report ¶ 41) and "ISBN Matches" (Shan Report ¶ 42).

28. For the "Title and Author Metadata" (Shan Report ¶ 41), Dr. Shan claims that the datasets examined contain 28 of the plaintiff authors' books, but he reported finding only 25 of the books using this metadata method, and only 23 of them in all four of the examined datasets. Thus, by Dr. Shan's own analysis this method of matching "Title and Author Metadata" does not support his conclusions. Dr. Shan also does not appear to have included the actual code that performed this matching in his appendices.[7]

29. The second type of metadata Dr. Shan used to identify books in the training data is "ISBN Matches" (Shan Report ¶ 42), which are International Standard Book Numbers assigned to publishers and intended to identify specific books. Dr. Shan reports finding ISBN matches for 14 of the 28 plaintiff authors' books. Based on an analysis of the isbns.py code[8] provided in Appendix C of the Shan Report, the method for finding the matches was to scan the text for character sequences that match the format pattern of a 13-digit ISBN or 10-digit ISBN (encoded in regular expressions in the source code). These patterns include the 10 or 13 digits, as well as optional dashes that separate the numbers. I ran the ISBN matching code provided by Dr. Shan and confirmed some of the matches reported in paragraph 42 of the Shan Report. The thirteen-digit number "9780735223523" found in the Shan Report file "Appendix E - plaintiff-

[7] The provided file, "extract_metadata.py" generates the visualization showing the matches, but does not include the code used to identify the matches (Shan Report, Appendix F (SHAN0000004)).

[8] SHAN0000001.

books-extracted-texts/Makkai_GreatBelieve.txt"[9] is the ISBN for Rebecca Makkai's "The Great Believers". Another thirteen-digit number is also found in that same file, "9780735223547". This number is reported as an ISBN by Dr. Shan's code and corresponds to the ISBN for an ebook version of "The Great Believers". Looking at the "Appendix E - plaintiff-books-extracted-texts/Makkai_GreatBelieve.txt" file[10] provided by Dr. Shan, I find the "9780735223523" number appears 433 times in the file. Of these, 432 are as part of the segment "9780735223523_GreatBelieve.indd" which seems to be included on each page of the book and once at the beginning of the book as "ISBN 9780735223523 (hardcover)". By contrast, the number that the Shan Report cites as the ISBN for "The Great Believers" ("9780735223547") appears only once in the text file: "ISBN 9780735223547 (ebook)". It is unclear what reason Dr. Shan had to select "9780735223547" as the ISBN for the book to report, as opposed to "9780735223523", which his source code also finds in this file.

30. Other numbers are found by Dr. Shan's code that do not correspond to the ISBN of the book in which the numbers are found. For example, for the file "Appendix E - plaintiff-books-extracted-texts/O'Nan - EmilyAlone_9780143120490_WTM.txt",[11] the following four 13-digit numbers are reported by Dr. Shan's code, which interpreted as ISBNs correspond to the titles shown:

9780143114420 – "Last Night At The Lobster" by Stewart O'Nan (2008)

9780143116028 – "Songs for the Missing" by Stewart O'Nan

9780143120490 – "Emily, Alone" by Stewart O'Nan (Penguin Edition)

---

[9] SHAN0000018.

[10] SHAN0000018.

[11] SHAN0000036.

9780670022359 – "Emily, Alone" by Stewart O'Nan (Viking Edition)

The last two of these four numbers correspond to different editions of Stewart O'Nan's "Emily, Alone". The first two correspond to different books written by Stewart O'Nan. Detecting a ten- or thirteen-digit number matching the ISBN format in a text file means only that the number itself appears in the text file. It does not mean that the text of the book that is identified by that ISBN is included in the text file. In this case, the ISBNs for "Songs for the Missing" and "Last Night at the Lobster" appear as part of short summaries advertising these books that are included in the text file, but no extended text from either book appears in this file. This example illustrates how searching for numbers that match the expected format of ISBNs is an unreliable way to determine if particular content is included in a dataset. The numbers found can result in both false positives (books that are not included in the data, but whose ISBN appears in the data) and false negatives (books that are included in the data, but whose ISBN does not appear in the data).

### E. The Shan Report Considers Data Not Used to Train MPT Models.

31. The list of the plaintiff authors' books reported in the Shan Report is nearly identical to the list of books provided to me and used in my discoverable extraction tests as reported in my Opening Report. According to Dr. Shan's Tables 3 and 4, "Speed Queen"[12] and "The Hundred-Year House" do not appear in the datasets that were used to train the MPT models. This finding is consistent with my understanding, and I accordingly did not include "The Speed Queen" in my extraction tests. Dr. Shan appears to agree that "The Speed Queen" was *not* used to train the released MPT models (because the datasets he identified as training data

[12] The actual title of the book is "The Speed Queen", but the Shan Report referred to the book as "Speed Queen", I use the correct title, "The Speed Queen", hereafter, with the understanding that this is the book the Shan Report refers to as "Speed Queen".

for the MPT models in paragraph 27 do not include "The Speed Queen" according to his Tables 3 and 4). Dr. Shan nevertheless identifies "The Speed Queen" as included in "training datasets" (Shan Report ¶ 28; *id*. Tables 3 and 4), which, as discussed in Section III of the Rebuttal Report of Michael Johnson ("Johnson Rebuttal"), is a misleading conflation of datasets used for research experiments and the data used to train the released MPT models. Although Dr. Shan appears to agree that "The Speed Queen" was not used in the MPT training data, because Dr. Shan suggests it was used in "training datasets", I ran the discoverable and probabilistic extraction tests on the text of "The Speed Queen"[13] following the same procedure as described in my Opening Report.

32. There were no successful extractions for "The Speed Queen" for any of the tested models on either the verbatim discoverable extraction tests or the probabilistic extraction tests. Table 1 summarizes the average extraction length results, comparing the average extraction length for "The Speed Queen" to the results for the other Stewart O'Nan books from the tests conducted for my Opening Report. As shown in Table 1, for all of the tested models, the average discoverable extraction length for "The Speed Queen" shows no meaningful difference from the average extraction length for the 2025 published books that were known to not be included in the MPT training data (within 0.004 for all of the tested models). Opening Report

[13] For this analysis, I used a text file of Stuart O'Nan's "The Speed Queen", which I understand to be the author's text from SHAN0000075 from Dataset 44. This was selected because Dataset 44 was the first dataset in Dr. Shan's Table 3 that showed the presence of the book; I do not expect selecting a copy from any of the other datasets would materially impact these results. Dr. Shan provided his reference text for this book as SHAN0000019. Dr. Shan did not provide any details regarding the origins of this file or any of the other reference texts that appear in his Appendix E, but this text appears to be extracted text of some PDF or similar scan of "The Speed Queen", because of the book title, author name, and apparent page numbers throughout the text (e.g., "around. Or say I can hear it whistling around the Death House 10 STEWART O'NAN like a ghost"). These scanning artifacts would likely degrade the likelihood of extractions, which is why I used the provided text instead of using the text included in the Shan Report Appendix for my extraction testing.

Section VII. As discussed in my Opening Report, all of these values are values that indicate no "memorization" of any significant text in the plaintiff authors' books. Opening Report ¶ 104.

33. Table 2 summarizes the results of the probabilistic extraction tests. Across all four tested models, the average log $p_z$ values for "The Speed Queen" are similar to the average log $p_z$ values for the 2025 published books that were published after the MPT models were trained. As discussed in my Opening Report, the average log $p_z$ values for "The Speed Queen" below -50 indicate that it would not be feasible to extract any significant text from the tested MPT models, even if a probe was done once for every atom on Earth. Opening Report ¶ 99. Indeed, Dr. Shan (Shan Report ¶ 31) refers to the probability of "1 in 2^128, or 1 in 2.93 times 10 to the -39 power" [14] as "effectively impossible". This corresponds to a probability exceeding $10^{-38.5}$. By the same reasoning, extracting any significant part of "The Speed Queen" from the MPT models is below the probability Dr. Shan described as "effectively impossible", contradicting Dr. Shan's unsupported assertions that the text is "memorized" by the MPT models.

34. The other discrepancy between the Shan Report and the set of books considered in my Opening Report concerns Rebecca Makkai's "The Hundred-Year House". My understanding is that only the first two chapters of this book appeared to be included in the MPT training data, so the tests I conducted for my Opening Report only considered the text from what I understand are the first two chapters of the book. The Shan Report notes in paragraph 41 that "The Hundred-Year House" was not found in the title metadata but does mark "The Hundred-Year House" as being present in Dataset 44 and several of the other datasets considered by Dr.

[14] This is quoting verbatim from the Shan Report, which is incorrectly mixing probabilities ($2.93 \times 10^{-39}$) and odds (one in $2.93 \times 10^{39}$). There is not a sensible interpretation for the probability "1 in 2.93 times 10 to the -39 power", and so I will interpret this to mean 1 in 2.93 times 10 to the 39 power.

Shan. Hence, I conducted extraction tests on all chapters of "The Hundred-Year House" that Dr. Shan reported were found in Dataset 44.[15]

35. The results are summarized in Table 3. Across all the tested MPT models, there are no successful extractions from the full text of "The Hundred-Year House", and the average discoverable extraction lengths are all below one token (the highest is 0.8 for MPT-30B). The average extraction lengths for the full text are well below the averages for the 2025 published books. Table 4 summarizes the probabilistic extraction results for "The Hundred-Year House". The log $p_z$ values for the full text are all well below Dr. Shan's threshold of "effectively impossible", and also below the averages for the 2025 published books, showing that the MPT models exhibit no "memorization" of this plaintiff author's book.

**Table 1. Discoverable Extraction Test Results for "The Speed Queen" and other Stewart O'Nan books.** Each value is the average extraction length (in tokens) for the probe tests on the listed book or the average over the book averages for a set of books, for the model shown.

[redacted]

[15] For this analysis, I used a text file of Rebecca Makkai's "The Hundred-Year House", which I understand to be the author's text from SHAN0000351 from Dataset 44. The reason for this selection is the same as the reasoning discussed in Footnote 13 above.

**Table 2. Probabilistic Extraction Test Results for "The Speed Queen" and other Stewart O'Nan books.** Each value is the average $\log p_z$ value for the book or average over the book values for a set of books.

[redacted]

**Table 3. Discoverable Extraction Test Results for Rebecca Makkai's "The Hundred-Year House".** Each value is the average extraction length (in tokens) for the probe tests on the listed book or the average over the book

[redacted]

**Table 4. Probabilistic Extraction Test Results for "The Hundred-Year House".** Each value is the average log $p_z$ for the book or average over the book values for a set of books.

[redacted]

## IV. THE SHAN REPORT MISCHARACTERIZES LLM TRAINING

36. The Shan Report mischaracterizes both the goals and operation of typical LLM training and the process that was used to train the MPT models.

37. Dr. Shan describes LLM pretraining as "mathematically equivalent to a form of compression". Shan Report ¶ 44(i). This statement is not true and is not supported by any claim or reference in Dr. Shan's report. The report does not explain which mathematical definition of compression Dr. Shan has in mind in this equivalence claim. The most standard mathematical definition is that a compression method is a pair of functions, (*Compress*, *Decompress*), that have the property for all possible inputs $\boldsymbol{x}$, $Decompress(Compress(\boldsymbol{x})) = \boldsymbol{x}$.[16] In addition, to be a useful compression function the size of the output of $Compress(\boldsymbol{x})$ should be smaller than the size of $\boldsymbol{x}$ for most of the encountered inputs (James A. Storer, "Image and Text Compression", Kluwer Academic Publishers, 1992, at vii ("Storer 1992")). For this definition to be applied to LLM training, the training process would be the "*Compress*" function, the input training data $\boldsymbol{D}$, and the trained model is the output of "$Compress(\boldsymbol{D})$". To satisfy the mathematical definition of compression, there would need to be a function, *Decompress*, such that $Decompress(Compress(\boldsymbol{D})) = \boldsymbol{D}$. But there is no known *Decompress* function with this property, and no reason to expect one exists. Hence, it is not correct to describe LLM pretraining as "mathematically equivalent to a form of compression"; it is not anything like compression.

38. Next, Dr. Shan states that pre-training "results in a model which is a statistical approximation of its training data". Shan Report ¶ 44(i). It is not clear what a "statistical

[16] As discussed in my Opening Report, this is the definition of "lossless" compression, which is what would be used for text data. Opening Report ¶ 25. For image and audio data, "lossy" compression is often used. The mathematical definition of "lossy compression" would be similar, but instead of requiring an equality, the definition would require that $Decompress(Compress(\boldsymbol{x}))$ is similar to $\boldsymbol{x}$ according to some notion of similarity. Both definitions require a decompression function that can be used on the output of the compression function to produce something that either exactly matches or is close to the original input.

approximation" of training data means, but this phrasing gives the misimpression that the pretrained model contains an approximation of the training data. The term "statistical approximation" would not normally be applied to a dataset and does not have a clear meaning in this context. This phrase as used in the Shan Report is misleading because it suggests that the model itself is somehow a reproduction of or similar to the training data, or that there could be some meaningful "restoration" of the original training data from the model, but neither of these is true. Instead, the model is trained with the goal of capturing the underlying probability distribution that the training data reflects, and the testing I conducted in my Opening Report shows that the MPT models are not capable of outputting any significant text similar to the original content of the plaintiff authors' books.

39. Next, the Shan Report (Shan Report ¶ 44(ii)) states that, during pre-training, "the system tests the model by having it predict the next word in a sentence and the model marks for incorrect guesses—a measurement known as its 'loss' or error rate. To minimize this loss rate, the model must get as close to the original text as possible. It does this by memorizing the statistical relationships between tokens in these specific works, ensuring that it can accurately predict the exact sequences of words found in the Plaintiffs' books. While it may not reproduce the text perfectly every single time, this intensive optimization process drives the model to memorize the statistical relationships between tokens in these specific works, drastically increasing the probability that it can generate the exact sequences of words found in the Plaintiffs' books." This mischaracterizes how LLMs are trained and the results of that training process. As discussed in Paragraph 148 of the Opening Report of Michael Johnson ("Johnson Report"), the training process is driven by minimizing a loss function, but not at the level of individual tokens or book fragments. Johnson Report ¶ 148. Training is conducted in batches,

where a collection of inputs is tested, and the loss is computed over that batch of inputs and outputs as a group. Shuai et al., "Scaling Law for Language Models Training Considering Batch Size", arXiv:2412.01505v1, Dec. 2, 2024, https://arxiv.org/pdf/2412.01505v1; Johnson Report ¶ 161. The model weights are adjusted to minimize the loss function, which incorporates additional terms aimed to further improve generalization. Johnson Report ¶ 215. Training is not designed or intended to "memorize the statistical relationships between tokens in specific works" but to learn general properties of the underlying statistical distribution from which a training batch of data was sampled. Johnson Report ¶ 65. Contrary to Dr. Shan's claim (Shan Report ¶ 44(ii)), training does not ensure that the model "can accurately predict the exact sequences of words found in the Plaintiffs' books". This is neither the goal of training nor an unintended byproduct. As demonstrated by the tests summarized in my Opening Report, the MPT models are not capable of predicting "exact sequences of words found in the Plaintiffs' books" or even of outputting approximately matching sequences. In fact, my tests find that the MPT models do not predict the sequences of words in the plaintiff authors' books any better than they predict sequences of words in books that were published after the MPT models were trained. Opening Report Section VII.

40. The second part of Dr. Shan's statement claims that the result of this training is "drastically increasing the probability that it can generate the exact sequences of words found in the Plaintiffs' books" (Shan Report ¶ 44(ii)). That probability is something that can be estimated empirically, as I did in the tests I conducted and reported on in my Opening Report. My findings from those tests were that the probability of generating exact sequences of words found in the plaintiff authors' books, even when tested under conditions designed to maximize that probability, was well below the threshold characterized by Dr. Shan as "effectively impossible"

(*see* Section III.E above), and it was no higher than the probability of generating exact sequences of words from books that could not have been included in the MPT model training data since they were published after the MPT models were trained. Opening Report ¶¶ 104-05. Hence, contrary to Dr. Shan's assertion, the goal of the training process is not to increase the probability of generating any exact sequences of text in the plaintiff authors' books, and the empirical evidence from my extensive tests demonstrate that none of the tested MPT models had that capability.

41. The next sub-paragraph of paragraph 44 states that, "Following pre-training, the model can be then 'fine-tuned' on curated datasets to improve its performance in specific tasks by 'steering' the model to weight the examples in the curated datasets more heavily in its statistical approximation." Shan Report ¶ 44(iii). This mischaracterizes both the purpose of fine-tuning and how it is implemented. There are several different types of fine-tuning for LLMs, and the term "fine-tuning" can be used to mean different things. One type of fine-tuning is done to enable an LLM to be useful for a particular task, like following user instructions or for use in a chat bot. Johnson Report ¶ 164. From the text in the Shan Report, it seems he is referring to this type of fine-tuning, in which the goal is to improve the model's performance on "specific tasks." Shan Report ¶ 44(iii). This kind of fine-tuning involves performing additional training where inputs follow a structured template and are paired with desired outputs for the intended application. Johnson Report ¶ 168. This is the kind of fine-tuning that was done to produce the MPT-7B-Instruct model. Johnson Report ¶ 193. This does not "steer" the model to weight examples differently. Instead, it is done after the model has been pre-trained on the original pre-training data set and does not change how different data are weighted in that pre-training phase. Johnson Report ¶ 164. In the post-training phase, the model weights are updated

based on the fine-tuning process. Johnson Report Section IX.C. As noted earlier, the goal of this is not to produce a "statistical approximation" of the training or tuning data. It is to update the model weights to better reflect the desired underlying probability distribution to perform better on the intended application. Johnson Report ¶ 65.

42. Paragraph 46 of the Shan Report states that "the LLM training process fundamentally involves 'memorizing' the training data", and cites the Feldman and Zhang paper to support this statement (Shan Report ¶ 46 n.19 (citing Feldman and Zhang, "What Neural Networks Memorize and Why: Discovering the Long Tail via Influence Estimation", arXiv:2008.03703v1, August 9, 2020 ("Feldman and Zhang 2020"), https://arxiv.org/pdf/2008.03703v1)). The cited paper does not support this claim, and it is not true to say LLM training "involves 'memorizing' the training data". As discussed in my Opening Report and in the Johnson Report (Section VI.F.), LLM training methods are designed around the goal of learning a conditional probability distribution that captures the underlying probability distribution reflected in the available training data, not to "memorize" specific training text. The cited paper is an empirical paper that tests a theory introduced in a prior paper by Vitaly Feldman (Feldman, "Does Learning Require Memorization? A Short Tale about a Long Tail", arXiv:1906.05271v3, December 11, 2019, https://arxiv.org/pdf/1906.05271v3). Section IV.A.iv of the Johnson Rebuttal criticizes this citation as inapplicable for a number of reasons and thus fails to support Dr. Shan's claim. I agree with these critiques. Furthermore, the extensive testing I conducted in my Opening Report demonstrated that the MPT models have not "memorized" the plaintiff authors' books.

43. The next sentence in the Shan Report also makes an invalid claim with an irrelevant citation to support it: "To minimize its error rate (the 'loss function'), the model

adjusts its internal parameters to compress the training corpus as efficiently as possible." Shan Report ¶ 46. As noted above in ¶ 37, the goal of model training is very different from compression. For an algorithm to be considered "compression" there needs to be a corresponding "decompression" algorithm that can be used to produce the original input (or in the case of "lossy" compression a close approximation of it) from the output produced by the "compression" function. Opening Report ¶ 28. To support this language, Dr. Shan's footnote 20 cites Delétang et al., "Language Modeling Is Compression", arXiv:2309.10668v2, March 18, 2024 ("Delétang 2024"), https://arxiv.org/pdf/2309.10668v2 (Shan Report ¶ 46 n.20). But this paper does not describe LLMs compressing or decompressing their *training* data. Instead, it is about the possibility of using an LLM as a compression function for performing lossy compression at inference time on input data to the trained LLM. That is an entirely different question. The main empirical result of the cited paper is to show that the Chinchilla 70B language model can be used as a main component in a system to compress images and audio samples (none of which were part of the model's training data, because it was trained on only text). Delétang 2024 at 1. Here, the "Compress" function is built using the already trained Chinchilla 70B model as a component; the input to be compressed is an image from the test dataset; and the "Decompress" function is a decoding process that uses the Chinchilla 70B model as a component to reconstruct a close approximation of that input image. Delétang 2024. Although the title refers to language modeling and compression, the actual paper is not about LLMs "compressing" their training data but is about using a trained LLM as part of a mechanism to compress and decompress *other* data. Hence, Dr. Shan offers no support for his statement that LLMs "compress" their training data, and the reference he cites is unrelated to his claim.

44. Dr. Shan's misinterpretation of Feldman and Zhang 2020 and Delétang 2024 is followed by an even stronger, and also inaccurate, claim: "the model adjusts its internal parameters to compress the training corpus as efficiently as possible. [footnote 20] That often takes the form of direct memorization. [footnote 21] This memorization allows the model to reproduce the specific expression, style, and content when prompted, effectively serving as a lossy compression of the books it ingested by copying during training." Shan Report ¶ 46. Footnote 20 cites the Delétang 2024 paper discussed in the previous paragraph on the irrelevant demonstration of using a trained LLM as a component in a compression mechanism. Footnote 21 cites Carlini et al., "Extracting Training Data from Large Language Models", arXiv:2012.07805, 2021 ("Carlini 2021"), https://arxiv.org/abs/2012.07805, Ahmed 2026, and Cooper 2025. I discuss Cooper 2025 in ¶ 11 above and Ahmed 2026 in ¶ 10 above and explain in those paragraphs why they are not relevant to any conclusions about the MPT models at issue here. Carlini 2021 conducted experiments on GPT-2 and found that some specific training examples could be extracted from the model. Carlini 2021 at 9-12 (memorizing, among other things, social media usernames, URLs, and email addresses). These experiments did not show anything about reproducing a "style" and did not include any tests on the MPT models. As noted earlier and in my Opening Report, none of this satisfies the definition of "compression", even when "lossy compression" is included.

## V. CONCLUSION

45. The conclusion of the Shan Report that the MPT models "can memorize and reproduce" their training data (Shan Report ¶ 47) is not supported by the research literature or by any empirical studies on the MPT models themselves. The Shan Report's description of LLM pretraining as "mathematically equivalent to a form of compression" (Shan Report ¶ 44(i)) is

incorrect and again unsupported by the studies cited and is contradicted by the tests I performed on the MPT models. The studies that the Shan Report cites do not support the arguments he makes and do not apply to the MPT models. Dr. Shan provides no data to support his conclusions and provides no reports on any experiments conducted using the MPT models.

46. As discussed in my Opening Report, "memorization" in the context of LLMs is a rare and unintended phenomenon that has been observed only for certain models on particular data. Determining whether a model has "memorized" particular data requires actual tests to be performed on the specific models in question, none of which Dr. Shan conducted for the Shan Report. My Opening Report, which reported on the extensive testing I did on the MPT models, including tests using methods in references Dr. Shan cites, found that the MPT models have not "memorized" any significant text from the plaintiff authors' books. Nothing in the Shan Report refutes or contradicts that conclusion.

# APPENDIX A

**David Evans**
Olsen Bicentennial Professor of Engineering
Professor of Computer Science
University of Virginia

*evans@virginia.edu*
https://www.cs.virginia.edu/evans
(Last update: 13 April 2026)

## Contents

**1 Faculty Positions** 2
**2 Academic Background** 2
**3 Honors and Awards** 2
**4 Publications** 5
**5 Courses** 19
**6 Students Supervised** 22
**7 External Leadership and Service** 26
**8 University of Virginia Leadership and Service** 28
**9 Presentations** 29
**10 Major Software Distributions** 36
**11 Entrepreneurship** 37
**12 Funding** 38
**13 Selected Press Coverage** 42
**14 Milestones** 46

## Highlights

Graduated twelve PhD students and sixteen Masters students. Seven undergraduate research students recognized by the *CRA Outstanding Undergraduate Researcher Award*, including one runner-up and two finalists.

*State Council of Higher Education for Virginia Outstanding Faculty Award*, 2009. This is the state's highest honor for faculty, awarded by the Governor for "superior accomplishments in teaching, research, and public service."

Principal or Co-Principal Investigator on over $60M ($16.5M to UVA) of research funding from the National Science Foundation, NASA, DARPA, and AFOSR including an NSF SaTC Frontier award (2018) and a NSF/DHS AI Institute (2023).

Founding Director of the *Interdisciplinary Major in Computer Science*, which grew from 2006 to 2013 to become the one of the largest undergraduate majors at UVA.

Recipient of *IEEE Computer Society Technical Committee on Security and Privacy Distinguished Service Award*, UVA *Distinguished Research Award* and *All-University Teaching Award*, SEAS *Harold Morton Jr. Award for Teaching*.

Program Co-Chair for the 24th *ACM Conference on Computer and Communications Security* (CCS 2017), 30th and 31st *IEEE Symposia on Security and Privacy* ("Oakland" 2009 and 2010), and 7th and 8st *IEEE European Symposia on Security and Privacy*. At Oakland 2010, I initiated the *Systematization of Knowledge* papers, which continue at Oakland and have spread to many other venues.

## Faculty Positions

Olsen Bicentennial Professor of Engineering, *University of Virginia*, since August 2025.

Professor of Computer Science, *University of Virginia*, since 2013.

Associate Professor of Computer Science, *University of Virginia*, 2006–2013.

Assistant Professor of Computer Science, *University of Virginia*, 1999–2006.

## Academic Background

Doctor of Philosophy (PhD) in Computer Science, 2000.
*Massachusetts Institute of Technology*, Cambridge, MA.
Dissertation: *Policy-Directed Code Safety*
Advisor: John Guttag (Committee Members: John Chapin, Daniel Jackson)

Master of Science (SM) in Computer Science and Engineering, 1994.
*Massachusetts Institute of Technology*, Cambridge, MA.
Master's Thesis: *Using Specifications to Check Source Code*
Advisor: John Guttag

Bachelor of Science (SB) in Computer Science and Engineering, 1994.
*Massachusetts Institute of Technology*, Cambridge, MA.

## Honors and Awards

*IEEE Conference on Secure and Trustworthy Machine Learning* (SaTML), Notable Reviewer Award, 2023 and 2024.

Best Submission Award, *5th Workshop on Visualization for AI Explainability*, 2022. For *Poisoning Attacks and Subpopulation Susceptibility* by Evan Rose, Fnu Suya, and David Evans.

*IEEE European Symposium on Security and Privacy*, Distinguished Reviewer Award, 2021.

*IEEE Computer Society Technical Committee on Security and Privacy Distinguished Service Award*, 2020.

Recognition for "Outstanding Contributions as the Chair of the *IEEE Security and Privacy* Test-of-Time Awards Committee".

*Pavilion Seminar*, 2018.

Selected to teach a Pavilion Seminar for Fall 2018 on *How will Artificial Intelligence Change Humanity?*. Pavilion seminars are selected through a competitive process to focus on "vital questions of ethics, human nature, politics, aesthetics, nature, law, space, and survival—very much in keeping with Jefferson's original plans for the University and the Lawn."

*iDash Secure Genomics Competition*, 2015.

Awarded prize for fastest implementation for multi-party computation challenge task for iDash competition sponsored by Human Longevity, Inc.

*Distinguished Research Award*, 2014.

Awarded by the University's Vice President of Research to two recipients each year to recognize "our most promising and creative new full professors" based on "the quality, innovation, and importance of their research accomplishments at UVa and the novelty, significance, and potential impact of proposed research."

*NYU-Poly AT&T Best Applied Security Paper Award* Finalist, 2012.

Selected from among all applied security papers published between September 2011 and August 2012. Finalist paper: Yan Huang, Jonathan Katz, and David Evans. *Quid-Pro-Quo-tocols: Strengthening Semi-Honest Protocols with Dual Execution*. In *33rd IEEE Symposium on Security and Privacy* (Oakland). May 2012.

*NYU-Poly AT&T Best Applied Security Paper Award* Finalist, 2011.

Selected from among all applied security papers published between September 2010 and August 2011. Finalist paper: Yan Huang, David Evans, Jonathan Katz, and Lior Malka. *Faster Secure Two-Party Computation Using Garbled Circuits*. In *20th USENIX Security Symposium*. August 2011.

*IEEE Computer Society Technical Committee on Security and Privacy Award for Outstanding Community Service*, 2010.

Recognition for contributions as Program Co-Chair of the *IEEE Symposia on Security and Privacy*.

*State Council of Higher Education for Virginia Outstanding Faculty Award*, 2009.

Virginia's highest honor for faculty, awarded by the Governor to ten professors each year at Virginia's public and private colleges and universities. This award "recognizes a record that strongly reflects the mission of the institution and demonstrated excellence in teaching, research and service."

*Defense Science Study Group Fellow*, 2008–2009.

One of sixteen professors selected nationwide through a highly competitive process for a fellowship program to study national defense operations, technologies, and policies. The program involves a national competition where fellows are nominated by University leadership and selected by a panel of experts from academic and the military. Fellows undergo a security clearance and participate in a two-year program involving over twenty days of service each year to learn about and provide advice regarding national defense technology and policy issues to the Department of Defense.

*All-University Teaching Award*, 2008.

One of nine awardees selected University-wide that year, and the only awardee from the School of Engineering and Applied Science.

*Harold Morton Jr. Award for Teaching*, 2004.

School of Engineering and Applied Science's highest teaching award, presented at graduation.

*ACM Jefferson Undergraduate Teaching Award*, 2002.

Selected by Computer Science undergraduate students.

*University Teaching Fellow*, 2001.

*National Science Foundation CAREER Award*, 2001.

## Publications

See https://www.cs.virginia.edu/evans/pubs for links to all publications. My publications have been cited (according to Google Scholar) over 34,000 times (h-index = 62), including twelve papers with over 500 citations each where a student advisee is the first author and I am the primary senior author.

### Books

David Evans, Vladimir Kolesnikov and Mike Rosulek. *A Pragmatic Introduction to Secure Multi-Party Computation*. NOW Publishers, December 2018. Chinese translation published in June 2021 by China Machine Press. (https://www.securecomputation.org) (704 citations)

David Evans (with illustrations by Kim Dylla). *Dori-Mic and the Universal Machine! (A Tragicomic Tale of Combinatorics and Computability for Curious Children of All Ages)*. CreateSpace, 2014. Children's book on computational complexity and universal computation. (https://www.dori-mic.org)

David Evans. *Introduction to Computing: Explorations in Language, Logic, and Machines*. CreateSpace, 2011. Textbook for introductory computer science course, published under a Creative Commons license. (https://www.computingbook.org/)

### Peer-Reviewed Research Papers

Peer-reviewed papers published in major conferences, symposia, and journals; competitive and highly-cited workshop papers are also included here.

Graduate student co-authors for whom I was the primary advisor or co-advisor are indicated with * (including for papers published after they completed their PhD); supervised visiting students are marked with ◇; other graduate student co-authors are marked with +; undergraduate advisee co-authors are marked with †; visiting students, research staff and post-doctoral supervisee co-authors are marked with ♣.

Mingtian Tan*, Mike A Merrill, Zachary Gottesman+, Tim Althoff, David Evans, and Thomas Hartvigsen. *Inferring Events from Time Series using Language Models*. In *The 64th Annual Meeting of the Association for Computational Linguistics* (ACL, Main Conference). July 2026. (19% = · out of 12,148)

Hannah Cyberey*, Yangfeng Ji, and David Evans. *Unsupervised Concept Vector Extraction for Bias Control in LLMs*. In *Conference on Empirical Methods in Natural Language Processing* (EMNLP). November 2025. (22% = 1811 out of 8174)

Hannah Cyberey* and David Evans. *Steering the CensorShip: Uncovering Representation Vectors for LLM "Thought" Control*. In *Conference on Language Modeling* (COLM). October 2025.

Michael Hawes, Evan Brassell, Anthony Caruso, Ryan Cumings-Menon, Jason Devine, Cassandra Dorius, David Evans, Kenneth Haase, Michele Hedrick, Scott Holan, Cynthia Hollingsworth, Eric Jensen, Dan Kifer, Alexandra Krause, Philip Leclerc, James Livsey, Rolando Rodriguez, Luke Rogers, Matthew Spence, Victoria Velkoff, Michael Walsh, James Whitehorne, and Sallie Ann Keller. *Toward a Principled Framework for Disclosure Avoidance*. *Harvard Data Science Review*. Special Issue 6. August 2025.

Michael Jerge* and David Evans. *Pitfalls in Evaluating Inference-time Methods for Improving LLM Reliability*. In *Transactions on Machine Learning Research* (TMLR). June 2025.

Anshuman Suri*, Xiao Zhang*, David Evans. *Do Parameters Reveal More than Loss for Membership Inference?*. In *Transactions on Machine Learning Research* (TMLR). December 2024.

Michael Duan, Anshuman Suri*, Niloofar Mireshghallah, Sewon Min, Weijia Shi, Luke Zettlemoyer, Yulia Tsvetkov, Yejin Choi, David Evans, Hannaneh Hajishirzi. *Do Membership Inference Attacks Work on Large Language Models?*. In *First Conference on Language Modeling* (COLM). October 2024. (29% = 299 out of 1036; 130 citations)

Minjun Long* and David Evans. *Evaluating Google's Protected Audience Protocol*. In *Privacy Enhancing Technologies Symposium* (PETS). July 2024. (21% = 55 out of 709)

Hannah Chen*, Yangfeng Ji, David Evans. *Addressing Both Statistical and Causal Gender Fairness in NLP Models*. In *Annual Conference of the North American Chapter of the Association for Computational Linguistics* (NAACL). June 2024. (36% = 869 out of 2434)

Bargav Jayaraman*, Esha Ghosh, Melissa Chase, Sambuddha Roy, Wei Dai, David Evans. *Combing for Credentials: Active Pattern Extraction from Smart Reply*. In *45th IEEE Symposium on Security and Privacy* (Oakland). May 2024. (18% = 258 out of 1449)

Hojjat Aghakhani+, Wei Dai, Andre Manoel, Xavier Fernandes, Anant Kharkar, Christopher Kruegel, Giovanni Vigna, David Evans, Benjamin Zorn, Robert Sim. TROJANPUZZLE*: Covertly Poisoning Code-Suggestion Models*. In *45th IEEE Symposium on Security and Privacy* (Oakland). May 2024. (18% = 258 out of 1449)

Fnu Suya*, Anshuman Suri*, Tingwei Zhang†, Jingtao Hong†, Yuan Tian, David Evans. *SoK: Pitfalls in Evaluating Black-Box Attacks*. In *2nd IEEE Conference on Secure and Trustworthy Machine Learning* (SaTML). April 2024. (22% = 34 out of 158)

Rachel Cummings, Damien Desfontaines, David Evans, Roxana Geambasu, Yangsibo Huang, Matthew Jagielski, Peter Kairouz, Gautam Kamath, Sewoong Oh, Olga Ohrimenko, Nicolas Papernot, Ryan Rogers, Milan Shen, Shuang Song, Weijie Su, Andreas Terzis, Abhradeep Thakurta, Sergei Vassilvitskii, Yu-Xiang Wang, Li Xiong, Sergey Yekhanin, Da Yu, Huanyu Zhang, and Wanrong Zhang. *Advancing Differential Privacy: Where We Are Now and Future Directions for Real-World Deployment*. *Harvard Data Science Review*. January 2024.

Fnu Suya*, Xiao Zhang, Yuan Tian, David Evans. *What Distributions are Robust to Indiscriminate Poisoning Attacks for Linear Learners?*. In *37th Conference on Neural Information Processing Systems* (NeurIPS). December 2023. (26% = 3218 out of 12345)

Josephine Lamp*, Mark Derdzinski, Christopher Hannemann, Joost Van der Linden, Lu Feng, Tianhao Wang, David Evans. *GlucoSynth: Generating Differentially-Private Synthetic Glucose Traces*. In *37th Conference on Neural Information Processing Systems* (NeurIPS). December 2023. (26% = 3218 out of 12345)

Lingxiao Wang+, Bargav Jayaraman*, David Evans, Quanquan Gu. *Efficient Privacy-Preserving Stochastic Nonconvex Optimization*. In *39th Conference on Uncertainty in Artificial Intelligence* (UAI). July 2023. (31% = 243 out of 778)

Yulong Tian◊, Fnu Suya*, Anshuman Suri*, Fengyuan Xu, David Evans. *Manipulating Transfer Learning for Property Inference*. In *IEEE/CVF Conference on Computer Vision and Pattern Recognition* (CVPR). June 2023. (26% = 2359 out of 9155)

Ahmed Salem, Giovanni Cherubin, David Evans, Boris Köpf, Andrew Paverd, Anshuman Suri*, Shruti Tople, Santiago Zanella-Begueli. *SoK: Let the Privacy Games Begin! A Unified Treatment of Data Inference Privacy in Machine Learning*. In *IEEE Symposium on Security and Privacy* (Oakland). May 2023. (17% = 195 out of 1147)

Anshuman Suri*, Yifu Lu†, Yanjin Chen†, David Evans. *Dissecting Distribution Inference*. In *IEEE Conference on Secure and Trustworthy Machine Learning* (SaTML). February 2023. (26% = 40 out of 152)

Hannah Chen*, Yangfeng Ji, and David Evans. *Balanced Adversarial Training: Balancing Tradeoffs between Fickleness and Obstinacy in NLP Models*. In *Conference on Empirical Methods in Natural Language Processing* (EMNLP). December 2022. (22% = 715 out of 3242)

Fatemehsadat Mireshghallah+, Archit Uniyal*, Tianhao Wang, David Evans, and Taylor Berg-Kirkpatrick. *An Empirical Analysis of Memorization in Fine-tuned Autoregressive Language Models*. In *Conference on Empirical Methods in Natural Language Processing* (EMNLP). December 2022. (22% = 715 out of 3242)

Bargav Jayaraman* and David Evans. *Are Attribute Inference Attacks Just Imputation?*. In *ACM Conference on Computer and Communications Security* (CCS). November 2022. (22% = 218 out of 971; 103 citations)

Anshuman Suri* and David Evans. *Formalizing and Estimating Distribution Inference Risks*. In *Privacy Enhancing Technologies Symposium* (PETS). July 2022. (Also published in *Proceedings on Privacy Enhancing Technologies*, Issue 4, 2022.)

Hussain Almohri, Layne Watson, David Evans, and Stephen Billups. *Dynamic System Diversification for Securing Cloud-based IoT Subnetworks*. In *ACM Transactions on Autonomous and Adaptive Systems*. Volume 17, Issue 1–2. June 2022.

Xiao Zhang* and David Evans. *Understanding Intrinsic Robustness Using Label Uncertainty*. In *10th International Conference on Learning Representations* (ICLR). April 2022. (32% = 1095 out of 3391)

Yulong Tian◊, Fnu Suya*, Fengyuan Xu, and David Evans. *Stealthy Backdoors as Compression Artifacts*. In *IEEE Transactions on Information Forensics & Security* (TIFS). March 2022.

Fnu Suya[*], Saeed Mahloujifar[+], Anshuman Suri[*], David Evans, and Yuan Tian. *Model-Targeted Poisoning Attacks with Provable Convergence*. In *38th International Conference on Machine Learning* (ICML, Spotlight). July 2021. (21% = 1185 out of 5513)

Bargav Jayaraman[*], Lingxiao Wang[+], Katherine Knipmeyer[†], Quanquan Gu, and David Evans. *Revisiting Membership Inference Under Realistic Assumptions*. In *Proceedings on Privacy Enhancing Technologies* (PETS). July 2021. (19% = 13 out of 163, for issues 2021.1 and 2021.2) (196 citations)

Jack Prescott[†], Xiao Zhang[*], and David Evans. *Improved Estimation of Concentration Under $\ell_p$-Norm Distance Metrics Using Half Spaces*. In *International Conference on Learning Representations* (ICLR). May 2021. (29% = 860 out of 2997)

Peter Kairouz, Brendan McMahan, Brendan Avent, Aurélien Bellet, Mehdi Bennis, Arjun Nitin Bhagoji, Kallista Bonawitz, Zachary Charles, Graham Cormode, Rachel Cummings, Rafael d'Oliveira, Salim El Rouayheb, David Evans, Josh Gardner, Zachary Garrett, Adrià Gascón, Badih Ghazi, Phillip Gibbons, Marco Gruteser, Zaid Harchaoui, Chaoyang He, Lie He, Zhouyuan Huo, Ben Hutchinson, Justin Hsu, Martin Jaggi, Tara Javidi, Gauri Joshi, Mikhail Khodak, Jakub Konecný, Aleksandra Korolova, Farinaz Koushanfar, Sanmi Koyejo, Tancréde Lepoint, Yang Liu, Prateek Mittal, Mehryar Mohri, Richard Nock, Ayfer Özgür, Rasmus Pagh, Mariana Raykova, Hang Qi, Daniel Ramage, Ramesh Raskar, Dawn Song, Weikang Song, Sebastian Stich, Ziteng Sun, Ananda Theertha Suresh, Florian Tramèr, Praneeth Vepakomma, Jianyu Wang, Li Xiong, Zheng Xu, Qiang Yang, Felix Yu, Han Yu, and Sen Zhao. *Advances and Open Problems in Federated Learning*. *Foundations and Trends in Machine Learning*. Volume 14, Number 1-2. 2021. (arXiv:1912.04977). (10,597 citations)

Hannah Chen[*], Yangfeng Ji, and David Evans. *Finding Friends and Flipping Frenemies: Automatic Paraphrase Dataset Augmentation Using Graph Theory*. In *Findings of ACL: Empirical Methods in Natural Language Processing*. 16–18 November 2020.

Fnu Suya[*], Jianfeng Chi[+], David Evans, and Yuan Tian. *Hybrid Batch Attacks: Finding Black-box Adversarial Examples with Limited Queries*. In *USENIX Security Symposium*. August 2020. (16% = 157 out of 997; 120 citations)

Sicheng Zhu[◇], Xiao Zhang[*], and David Evans. *Learning Adversarially Robust Representations via Worst-Case Mutual Information Maximization*. In *International Conference on Machine Learning* (ICML). July 2020. (22% = 1088 out of 4990)

Xiao Zhang[*], Jinghui Chen[+], Quanquan Gu, and David Evans. *Understanding the Intrinsic Robustness of Image Distributions using Conditional Generative Models*. In *23rd International Conference on Artificial Intelligence and Statistics* (AISTATS). June 2020.

Hussain Almohri, Layne T. Watson, and David Evans. *An Attack-Resilient Architecture for the Internet of Things*. In *IEEE Transactions on Information Forensics and Security*. 14 May 2020.

Saeed Mahloujifar[+], Xiao Zhang[*], Mohammad Mahmoody, and David Evans. *Empirically Measuring Concentration: Fundamental Limits on Intrinsic Robustness*. In *33rd Conference on Neural Information Processing Systems* (NeurIPS). December 2019. (Spotlight Presentation, <3% = 164 out of 6743 submissions)

Bargav Jayaraman[*] and David Evans. *Evaluating Differentially Private Machine Learning in Practice*. In *USENIX Security Symposium*. August 2019. (16% = 113 out of 697; 790 citations)

Hussain Almohri, Layne T. Watson and David Evans. *Predictability of IP Address Allocations for Cloud Computing Platforms*. In *IEEE Transactions on Information Forensics and Security*. June 2019.

Xiao Zhang[*] and David Evans. *Cost-Sensitive Robustness against Adversarial Examples*. In *International Conference on Learning Representations* (ICLR). May 2019. (31% = 500 out of 1591)

Mohammad Samin Yasar[+], David Evans, and Homa Alemzadeh. *Context-aware Monitoring in Robotic Surgery*. In *International Symposium on Medical Robotics* (ISMR). April 2019.

Bargav Jayaraman[*], Lingxiao Wang[+], David Evans, and Quanquan Gu. *Distributed Learning without Distress: Privacy-Preserving Empirical Risk Minimization*. In *32nd Annual Conference on Neural Information Processing Systems* (NeurIPS). December 2018. (21% = 1011 out of 4856; 229 citations)

Mohammad Etemad[♣], Alptekin Küpçü, Charalampos Papamanthou, and David Evans. *Efficient Dynamic Searchable Encryption with Forward Privacy*. In *Proceedings on Privacy Enhancing Technologies* (PETS). July 2018. (16% = 36 out of 226; 159 citations)

Hussain Almohri, Layne T. Watson, and David Evans. *Misery Digraphs: Delaying Intrusion Attacks in Obscure Clouds*. IEEE Transactions on Information Forensics and Security. Volume 13, Number 6. June 2018.

Hussain Almohri and David Evans. *Fidelius Charm: Isolating Unsafe Rust Code* (Short paper). In *8th ACM Conference on Data and Application Security and Privacy* (CODASPY). March 2018.

Weilin Xu[*], David Evans, and Yanjun Qi. *Feature Squeezing: Detecting Adversarial Examples in Deep Neural Networks*. In *Network and Distributed System Security Symposium* (NDSS). February 2018. (21% = 71 out of 331; 2,658 citations) (According to *Influential Security Papers*, this is the second most cited security paper published in 2018.)

Adrià Gascón, Phillipp Schoppmann[+], Borja Balle, Mariana Raykova, Jack Doerner[†], Samee Zahur[*], and David Evans. *Privacy-Preserving Distributed Linear Regression on High-Dimensional Data*. In *Proceedings on Privacy Enhancing Technologies* (PETS). July 2017. (23% = 52 out of 229; 421 citations)

Jack Doerner[†], David Evans, and abhi shelat. *Secure Stable Matching at Scale*. In *23rd ACM Conference on Computer and Communications Security* (CCS). October 2016. (16% = 137 out of 837)

Samee Zahur[*], Xiao Wang[+], Mariana Raykova, Adrià Gascón, Jack Doerner[†], David Evans, and Jonathan Katz. *Revisiting Square Root ORAM: Efficient Random Access in Multi-Party Computation*. In *36th IEEE Symposium on Security and Privacy* (Oakland). May 2016. (13% = 55 out of 413; 132 citations)

Weilin Xu[*], Yanjun Qi, and David Evans. *Automatically Evading Classifiers: A Case Study on PDF Malware Classifiers*. In *Network and Distributed System Security Symposium* (NDSS). February 2016. (15% = 60 out of 389; 521 citations)

Yuchen Zhou[*] and David Evans. *Understanding and Monitoring Embedded Web Scripts*. In *36th IEEE Symposium on Security and Privacy* (Oakland). May 2015. (14% = 55 out of 569 )

Samee Zahur[*], Mike Rosulek, and David Evans. *Two Halves Make a Whole: Reducing Data Transfer in Garbled Circuits using Half Gates*. In *34th Annual International Conference on the Theory and Applications of Cryptographic Techniques* (EuroCrypt). April 2015. (681 citations)

Yuchen Zhou[*] and David Evans. *SSOScan: Automated Testing of Web Applications for Single Sign-On Vulnerabilities*. In *23rd USENIX Security Symposium*. August 2014. (19% = 67 out of 352; 155 citations)

Yan Huang[*], Jonathan Katz, and David Evans. *Efficient Secure Two-Party Computation Using Symmetric Cut-and-Choose*. In *33rd International Cryptology Conference* (CRYPTO). August 2013. (27% = 61 out of 221; 143 citations)

Rui Wang, Yuchen Zhou[*], Shuo Chen, Shaz Qadeer, David Evans, and Yuri Gurevich. *Explicating SDKs: Uncovering Assumptions Underlying Secure Authentication and Authorization*. In *22nd USENIX Security Symposium*. August 2013. (16% = 45 out of 277; 137 citations)

Samee Zahur[*] and David Evans. *Circuit Structures for Improving Efficiency of Security and Privacy Tools*. In *34th IEEE Symposium on Security and Privacy* (Oakland). May 2013. (12% = 38 out of 315; 89 citations)

Yan Huang[*], Jonathan Katz, and David Evans. *Quid-Pro-Quo-tocols: Strengthening Semi-Honest Protocols with Dual Execution*. In *33rd IEEE Symposium on Security and Privacy* (Oakland). May 2012. Finalist for NYU-Poly AT&T Best Applied Security Paper Award 2012. (13% = 40 out of 307; 153 citations)

Yan Huang[*], David Evans, and Jonathan Katz. *Private Set Intersection: Are Garbled Circuits Better than Custom Protocols?*. In *19th Network and Distributed System Security Symposium* (NDSS). February 2012. (18% = 46 out of 258; 585 citations)

Yikan Chen[*] and David Evans. *Auditing Information Leakage for Distance Metrics*. In *Third IEEE International Conference on Information Privacy, Security, Risk and Trust*. October 2011.

Peter Chapman[†] and David Evans. *Automated Black-Box Detection of Side-Channel Vulnerabilities in Web Applications*. In *18th ACM Conference on Computer and Communications Security* (CCS). October 2011. (14% = 60 out of 429; 86 citations)

Yuchen Zhou[*] and David Evans. *Protecting Private Web Content from Embedded Scripts*. In *European Symposium on Research in Computer Security* (ESORICS 2011). September 2011. (23% = 36 out of 155)

Yan Huang*, David Evans, Jonathan Katz, and Lior Malka. *Faster Secure Two-Party Computation Using Garbled Circuits*. In *20th USENIX Security Symposium*. Finalist for NYU-Poly AT&T Best Applied Security Paper Award 2011. (17% = 35 out of 204; 877 citations)

Yan Huang*, Peter Chapman†, and David Evans. *Privacy-Preserving Applications on Smartphones*. In *6th USENIX Workshop on Hot Topics in Security* (HotSec 2011). August 2011. (20% = 11 out of 55; 98 citations)

Jonathan Burket†, Patrick Mutchler†, Michael Weaver†, Muzzammil Zaveri†, and David Evans. *GuardRails: A Data-Centric Web Application Security Framework*. In *Second USENIX Conference on Web Application Development*. June 2011.

Yan Huang*, Lior Malka, David Evans, and Jonathan Katz. *Efficient Privacy-Preserving Biometric Identification*. In *18th Network and Distributed System Security Symposium* (NDSS). February 2011. (20% = 28 out of 139; 288 citations)

Yuchen Zhou* and David Evans. *Why Aren't HTTP-only Cookies More Widely Deployed?*. In *Web 2.0 Security and Privacy* (Oakland Workshop). 20 May 2010.

Karsten Nohl* and David Evans. *Privacy through Noise: A Design Space for Private Identification*. In *Annual Computer Security Applications Conference* (ACSAC 2009). December 2009. (20% = 44 out of 224)

Jeffrey Shirley* and David Evans. *The User is Not the Enemy: Fighting Malware by Tracking User Intentions*. In *New Security Paradigms Workshop*. September 2008. (Proceedings published by IEEE in 2009) (32% = 12 out of 37)

Karsten Nohl* and David Evans. *Hiding in Groups: On the Expressiveness of Privacy Distributions*. In *23rd International Information Security Conference*. September 2008. (29% = 42 out of 143)

Karsten Nohl*, David Evans, Starbug, and Henryk Plötz. *Reverse-Engineering a Cryptographic RFID Tag*. In *17th USENIX Security Symposium*. August 2008. (16% = 27 out of 170; 391 citations)

Anh Nguyen-Tuong, David Evans, John Knight, Benjamin Cox*, and Jack Davidson. *Security through Redundant Data Diversity*. In *38th IEEE/IFPF International Conference on Dependable Systems and Networks* (DSN). June 2008. (23% = 35 out of 149; 119 citations)

Adrienne Felt† and David Evans. *Privacy Protection for Social Networking Platforms*. In *Web 2.0 Security and Privacy Workshop* (Oakland Workshop). May 2008. (355 citations)

Karsten Nohl* and David Evans. *Quantifying Information Leakage in Tree-Based Hash Protocols* (short paper). In *Eighth International Conference on Information and Communications Security*. December 2006. (56 citations)

Benjamin Cox*, David Evans, Adrian Filipi, Jonathan Rowanhill, Wei Hu+, Jack Davidson, John Knight, Anh Nguyen-Tuong, and Jason Hiser. *N-Variant Systems: A Secretless Framework for Security through Diversity*. In *15th USENIX Security Symposium*. August 2006. (12% = 22 out of 179; 493 citations)

Nathanael Paul* and David Evans. *Comparing Java and .NET security: Lessons Learned and Missed*. In *Computers & Security*, Volume 25, Issue 5, July 2006. (Extended version of ACSAC 2004 paper.)

Wei Hu+, Jason Hiser, Dan Williams+, Adrian Filipi, Jack Davidson, David Evans, John Knight, Anh Nguyen-Tuong, and Jonathan Rowanhill. *Secure and Practical Defense Against Code-injection Attacks Using Software Dynamic Translation*. In *Second International Conference on Virtual Execution Environments*. June 2006. (173 citations)

Jinlin Yang*, David Evans, Deepali Bhardwaj, Thirumalesh Bhat, and Manuvir Das. *Perracotta: Mining Temporal API Rules From Imperfect Traces*. In *28th International Conference in Software Engineering* (ICSE). May 2006. (9% = 36 out of 395; 564 citations)

Nathanael Paul*, Sudhanva Gurumurthi, and David Evans. *Thermal Attacks on Storage Systems*. In *23rd IEEE Conference on Mass Storage Systems and Technologies*. May 2006.

Ana Nora Sovarel*, David Evans, and Nathanael Paul*. *Where's the FEEB?: The Effectiveness of Instruction Set Randomization*. In *14th USENIX Security Symposium*. August 2005. (15% = 22 out of 148; 242 citations)

Anh Nguyen-Tuong, Salvatore Guarnieri†, Doug Greene†, Jeffrey Shirley*, and David Evans. *Automatically Hardening Web Applications Using Precise Tainting*. In *20th IFIP International Information Security Conference*. May 2005. (557 citations)

David Evans. *Toasters, Seat Belts, and Inferring Program Properties* (refereed position paper). In *IFIP Working Conference on Verified Software: Tools, Techniques, and Experiments*. October 2005.

Nathanael Paul* and David Evans. *.NET Security: Lessons Learned and Missed from Java*. In *20th Annual Computer Security Applications Conference*. December 2004. (26% = 35 out of 134)

Jinlin Yang* and David Evans. *Automatically Inferring Temporal Properties for Program Evolution*. In *15th IEEE International Symposium on Software Reliability Engineering*. November 2004. (33% = 39 out of 120)

Lingxuan Hu* and David Evans. *Localization for Mobile Sensor Networks*. In *10th Annual International Conference on Mobile Computing and Networking* (MobiCom). September 2004. (8% = 26 out of 327; 1,548 citations)

Jinlin Yang* and David Evans. *Dynamically Inferring Temporal Properties*. In *ACM SIGPLAN-SIGSOFT Workshop on Program Analysis for Software Tools and Engineering*. June 2004. (27% = 10 out of 37; 87 citations)

Tarek Abdelzaher, Brian Blum+, Qiuhua Cao+, Y. Chen+, David Evans, J. George+, Selvin George*, Lin Gu+, Tian He+, Sudha Krishnamurthy+, Liqian Luo+, Sang Son, John Stankovic, Radu Stoleru+, and Anthony Wood+. *EnviroTrack: Towards an Environmental Computing Paradigm for Distributed Sensor Networks*. In *24th International Conference on Distributed Computing Systems* (ICDCS 2004). March 2004. (18% = 84 out of 475; 386 citations)

Lingxuan Hu* and David Evans. *Using Directional Antennas to Prevent Wormhole Attacks*. In *11th Network and Distributed System Security Symposium* (NDSS). February 2004. (16% = 16 out of 98; 809 citations)

David Evans and Nathanael Paul*. *Election Security: Perception and Reality*. In *IEEE Security and Privacy Magazine*. Volume 2, Number 1. January/February 2004. (101 citations)

Selvin George*, David Evans, and Steven Marchette†. *A Biological Programming Model for Self-Healing*. In *First ACM Workshop on Survivable and Self-Regenerative Systems*. October 2003. (38% = 10 out of 26; 81 citations)

John Lach, David Evans, Jonathan McCune†, and Jason Brandon+. *Power-Efficient Adaptable Wireless Sensor Networks*. In *Military and Aerospace Programmable Logic Devices International Conference*. September 2003.

Lingxuan Hu* and David Evans. *Secure Aggregation for Wireless Networks*. In *IEEE Workshop on Security and Assurance in Ad hoc Networks*. January, 2003. (657 citations)

David Evans and David Larochelle*. *Improving Security Using Extensible Lightweight Static Analysis*. *IEEE Software*. Volume 19, Number 1. January/February 2002. (776 citations)

Chenxi Wang, Antonio Carzaniga, David Evans, and Alexander Wolf. *Security Issues and Requirements for Internet-Scale Publish-Subscribe Systems*. In *Hawaii International Conference on System Sciences*. January 2002. (267 citations)

David Larochelle* and David Evans. *Statically Detecting Likely Buffer Overflow Vulnerabilities*. In *10th USENIX Security Symposium*. August 2001. (612 citations)

David Evans and Andrew Twyman. *Flexible Policy-Directed Code Safety*. In *20th IEEE Symposium on Security and Privacy* (Oakland). May 1999. (343 citations)

David Evans. *Static Detection of Dynamic Memory Errors*. In *SIGPLAN Conference on Programming Language Design and Implementation* (PLDI). May 1996. (367 citations)

David Evans, John Guttag, Jim Horning, and Yang Meng Tan. *LCLint: A Tool for Using Specifications to Check Code*. In *SIGSOFT Symposium on the Foundations of Software Engineering* (FSE). December 1994. (14% = 17 out of 122; 390 citations)

### Workshop Research Publications

Hannah Cyberey*, Yangfeng Ji, David Evans. *Do Prevalent Bias Metrics Capture Allocational Harms from LLMs?*. In *Workshop on Insights from Negative Results* (co-located with NAACL). May 2025.

Saswat Das+, Joseph Moretto+, David Evans, and Ferdinando Fioretto. *Conversational Privacy Attacks Against Agentic LLMs*. In *6th AAAI Workshop on Privacy-Preserving Artificial Intelligence*. 3 March 2025.

Evan Rose†, Fnu Suya*, and David Evans. *Poisoning Attacks and Subpopulation Susceptibility*. In *5th Workshop on Visualization for AI Explainability* (attached to IEEE VIS 2022). 17 October 2022. (Best Submission Award)

Zihao Su♣, Faysal Hossain Shezan+, Yuan Tian, David Evans and Seongkook Heo. *Perception Hacking for 2D Cursorjacking in Virtual Reality*. In *Novel Challenges of Safety, Security and Privacy in Extended Reality* (attached to CHI 2022). 25 April 2022.

Anshuman Suri* and David Evans. *Formalizing Distribution Inference Risks*. In *Workshop on Theory and Practice of Differential Privacy* (attached to ICLR 2021). 7 May 2021.

Xiao Zhang* and David Evans. *Incorporating Label Uncertainty in Intrinsic Robustness Measures*. In *Workshop on Security and Safety in Machine Learning Systems* (attached to ICLR 2021). 7 May 2021.

Lingxiao Wang+, Bargav Jayaraman*, David Evans, and Quanquan Gu. *Efficient Privacy-Preserving Stochastic Nonconvex Optimization*. In *Workshop on Economics of Privacy and Data Labor* (attached to ICML 2020). 17–18 July 2020.

Hannah Chen*, Yangfeng Ji, and David Evans. *Pointwise Paraphrase Appraisal is Potentially Problematic*. In *Association for Computational Linguistics Student Research Workshop*. 6–8 July 2020.

Xiao Zhang*, Saeed Mahloujifar+, Mohammad Mahmoody, and David Evans. *Empirically Measuring Concentration: Fundamental Limits on Adversarial Robustness*. In *Debugging Machine Learning Models (ICLR Workshop)*. May 2019. (Also presented at *Safe Machine Learning ICLR Workshop*.)

Fnu Suya*, Yuan Tian, David Evans, and Paolo Papotti. *Query-limited Black-box Attacks to Classifiers*. In *Machine Learning and Computer Security Workshop* (NeurIPS Workshop). December 2017.

Lu Tian+, Bargav Jayaraman*, Quanquan Gu, and David Evans. *Aggregating Private Sparse Learning Models Using Multi-Party Computation*. In *Private Multi-Party Machine Learning* (NeurIPS Workshop). December 2016.

Tianhao Tong* and David Evans. *GuarDroid: A Trusted Path for Password Entry*. In *Mobile Security Technologies* (IEEE S&P Workshop). May 2013. (19 citations)

Yan Huang* and David Evans. *Private Editing Using Untrusted Cloud Services*. In *Second International Workshop on Security and Privacy in Cloud Computing*. June 2011. (15 citations)

Yu Yao*, Jiawei Huang+, Sudhanshu Khanna+, abhi shelat, Benton Highsmith Calhoun, John Lach, and David Evans. *A Sub-0.5V Lattice-Based Public-Key Encryption Scheme for RFID Platforms in 130nm CMOS*. In *Workshop on RFID Security*. April 2011.

Adrienne Felt†, Pieter Hooimeijer+, David Evans, and Westley Weimer. *Talking to Strangers Without Taking Their Candy: Isolating Proxied Content*. In *First International Workshop on Social Network Systems*. April 2008. (46 citations)

Nathanael Paul*, Sudhanva Gurumurthi, and David Evans. *Towards Disk-Level Malware Detection*. In *Workshop on Code Based Software Security Assessments*. November 2005.

Joel Winstead* and David Evans. *Towards Differential Program Analysis*. In *First International Workshop on Dynamic Analysis*. May 2003. (23 citations)

Nathanael Paul*, David Evans, Avi Rubin, and Dan Wallach. *Authentication for Remote Voting*. In *Workshop on Human-Computer Interaction and Security Systems*. April 2003. (36 citations)

Selvin George*, David Evans, and Lance Davidson. *A Biologically Inspired Programming Model for Self-Healing Systems*. In *ACM Workshop on Self-Healing Systems*. November 2002. (59 citations)

Keen Browne†, Jonathan McCune†, Adam Trost†, David Evans and David Brogan. *Behavior Combination and Swarm Programming*. In *RoboCup 2001: Robot Soccer World Cup V*. Springer-Verlag. 2002.

Joel Winstead* and David Evans. *Structured Exception Semantics for Concurrent Loops*. In *Fourth Workshop on Parallel/High-Performance Object-Oriented Scientific Computing*. October 2001.

John Viega* and David Evans. *Separation of Concerns for Security*. In *Workshop on Multi-Dimensional Separation of Concerns in Software Engineering*. June 2000.

David Evans. *Annotation-Assisted Lightweight Static Checking*. In *First International Workshop on Automated Program Analysis, Testing and Verification*. June 2000.

**Education and Outreach Publications**

David Evans. *Google's Trail of Crumbs*. BIG by Matt Stoller. 5 August 2024.

Nathan Brunelle and David Evans. *Comfortable Cohorts and Tractable Teams: Making Large Computing Theory Courses Feel Small*. ACM 53rd ACM Technical Symposium on Computer Science Education (SIGCSE Experience Report). March 2022.

Thomas Nachbar and David Evans. *Algorithms Are Running Foul of Anti-Discrimination Law*. BRINK News. 7 December 2020.

David Evans. *AI Systems Are Complex and Fragile. Here Are Four Key Risks to Understand*. BRINK News. 9 July 2019.

David Evans. *Keynote: Truth, Social Justice (and the American Way?)*. Invited paper for keynote talk at *First Workshop for Women in Cyber Security* (CyberW, attached to ACM CCS 2017). October 2017.

David Evans. *On the Impossibility of Virus Detection*. Article requested by Melih Abdulhayoğlu (Founder and CEO of Comodo) for use at RSA 2017, based on my posted lecture slides. February 2017.

David Evans. *Udacity CS101: An Open Introductory Computer Science Course*. Case study in *Teaching Online: Understanding and Managing Instructional Changes when Teaching with the Internet*. Johns Hopkins University Press. 2015.

David Evans. *CS101: One Year Later*. Udacity Blog. February 2013.

David Evans and Michael Peck†. *Inculcating Invariants in Introductory Courses*. In *28th International Conference in Software Engineering* (Education Track). May 2006. (21% = 8 out of 39)

Christopher Frost†, Michael Peck†, and David Evans. *Pancakes, Puzzles, and Polynomials: Cracking the Cracker Barrel*. *ACM SIGACT News*. March 2004.

David Evans. *How Computing Changes Thinking*. Essay in *Thinking of Reading: the University of Virginia Reader's Guide*. University of Virginia Press. 2008.

David Evans and Joanne Cohoon. *Creating a Computer Science Major for Arts & Sciences Students*. *Computing Research News*. CRA. January 2008.

Clare Congdon, John Dougherty, David Evans, Mark LeBlanc, Joyce Currie Little, Jane Prey, Vojislav Stojkovic, and Paul Tymann. *Computer Science and Bioinformatics*. Chapter in *Math and Bio 2010*. The Mathematical Association of America. 2005.

### Invited Publications

Yan Huang*, Chih-hao Shen+, David Evans, Jonathan Katz, and abhi shelat. *Efficient Secure Computation with Garbled Circuits*. Invited paper in *7th International Conference on Information Systems Security*. December 2011. (26 citations)

David Evans, Anh Nguyen-Tuong, and John Knight. *Effectiveness of Moving Target Defenses*. Invited chapter in *Moving Target Defense: Creating Asymmetric Uncertainty for Cyber Threats*. Edited by Sushil Jajodia, Anup K. Ghosh, Vipin Swarup, Cliff Wang, and X. Sean Wang. Springer. 2011. (179 citations)

David Evans and Sal Stolfo. *Guest Editor's Introduction: The Science of Security*. In *IEEE Security and Privacy Magazine*, May/June 2011.

Sal Stolfo, Steven Bellovin, and David Evans. *Measuring Security*. In *IEEE Security and Privacy Magazine*, May/June 2011. (101 citations)

Jinlin Yang* and David Evans. *Automatic Inference and Effective Application of Temporal Specifications*. Invited chapter in *Mining Software Specifications: Methodologies and Applications*, edited by David Lo, et al. CRC Press. 2011.

Karsten Nohl* and David Evans. *Design Trade-Offs for Realistic Privacy*. In *RFID Security: Techniques, Protocols and System-On-Chip Design*. Springer. September 2008.

David Evans. *Hostile Java Applets*. Invited article in *The Handbook of Information Security*, edited by Hossein Bidgoli. John Wiley & Sons. 2006.

David Evans and Raimondas Lencevicius. *ICSE 2004 Workshop Summary: Second International Workshop on Dynamic Analysis* (WODA 2004). *ACM SIGSOFT Software Engineering Notes*, Volume 29, Number 5. September 2004.

David Evans. *Finding Security Vulnerabilities Before Evildoers Do*. Invited paper in *Conferencia Internacional de Software Libre*. February 2004.

### Non-Reviewed Papers

This section lists papers posted to preprint services (e.g., arxiv) that have not also been published in other venues.

Hannah Cyberey*, Yangfeng Ji, David Evans. *White-Box Sensitivity Auditing with Steering Vectors*. arXiv:2601.16398. January 2026.

Mingtian Tan*, Mike A. Merrill, Zack Gottesman+, Tim Althoff, David Evans, Tom Hartvigsen. *Inferring Events from Time Series using Language Models*. arXiv:2503.14190. March 2025.

Hannah Chen*, Yangfeng Ji, David Evans. *The Mismeasure of Man and Models: Evaluating Allocational Harms in Large Language Models*. arXiv:2408.01285 August 2024.

Valentin Hartmann+, Anshuman Suri*, Vincent Bindschaedler, David Evans, Shruti Tople, Robert West. *SoK: Memorization in General-Purpose Large Language Models*. arXiv:2310.18362. October 2023.

Rachel Cummings, Damien Desfontaines, David Evans, Roxana Geambasu, Yangsibo Huang, Matthew Jagielski, Peter Kairouz, Gautam Kamath, Sewoong Oh, Olga Ohrimenko, Nicolas Papernot, Ryan Rogers, Milan Shen, Shuang Song, Weijie Su, Andreas Terzis, Abhradeep Thakurta, Sergei Vassilvitskii, Yu-Xiang Wang, Li Xiong, Sergey Yekhanin, Da Yu, Huanyu Zhang, Wanrong Zhang. *Advancing Differential Privacy: Where We Are Now and Future Directions for Real-World Deployment*. arXiv:2304.06929. April 2023.

Anshuman Suri*, David Evans. *One Neuron to Fool Them All*. arXiv:2003.09372. March 2020.

Hyrum Anderson, Anant Kharkar†, Bobby Filar, David Evans, Phil Roth. *Learning to Evade Static PE Machine Learning Malware Models via Reinforcement Learning*. arXiv:1801.08917. January 2018. (301 citations)

Hannah Li*, David Evans. *Horcrux: A Password Manager for Paranoids*. arXiv:1706.05085. June 2017.

Bargav Jayaraman*, Hannah Li*, David Evans. *Decentralized Certificate Authorities*. arXiv:1706.03370. June 2017.

Weilin Xu*, David Evans, Yanjun Qi. *Feature Squeezing Mitigates and Detects Carlini/Wagner Adversarial Examples*. arXiv:1705.10686. May 2017.

Samee Zahur* and David Evans. *Obliv-C: A Language for Extensible Data-Oblivious Computation*. IACR Cryptology ePrint Archive 2015/1153. November 2015. (257 citations)

Weilin Zhong* and David Evans. *When Ants Attack: Security Issues for Stigmergic Systems*. University of Virgina Technical Report CS-2002-23. April 2002. (17 citations)

**Edited Publications**

David Evans and Sal Stolfo (co-editors). *The Science of Security*. Special Issue of *IEEE Security and Privacy Magazine*. May/June 2011.

David Evans, Jeffrey J. Holt, Chris Jones, Karen Klintworth, Brian Parshall, Olivier Pfister and Harold N. Ward (co-editors). *International Conference on Coding Theory and Quantum Computing*. American Mathematical Society Series on Contemporary Mathematics 381. August 2005.

David Evans and Raimondas Lencevicius (co-editors). *Proceedings of the Second International Workshop on Dynamic Analysis*. IEE Press. Edinburgh, May 2004.

**Dissertations**

David Evans. *Policy-Directed Code Safety*. Massachusetts Institute of Technology PhD Dissertation. October 1999. (137 pages) (33 citations)

David Evans. *Using Specifications to Check Source Code*. Massachusetts Institute of Technology SM Dissertation. June 1994. (96 pages) (31 citations)

## Courses

See https://www.cs.virginia.edu/evans/courses/ for course sites including all materials.

### University of Virginia Courses

I enjoy developing new courses in a wide variety of areas, and have taught most of the core courses in our undergraduate curriculum. (Courses are listed in reverse chronological order by most recent offering.)

*CS4501: AI and Humanity* — Spring 2026 (60 students)

*CS4501: Law and Artificial Intelligence* — Fall 2025 (28 Computer Science students, joint with LAW7127, taught by Thomas Nachbar with 28 Law students)

*CS2120: Discrete Mathematics and Theory 1* — Spring 2025 (262 students, co-taught with Aidan San). Taught previously as *CS2102: Discrete Mathematics* — Fall 2017 (321 students, co-taught with Mohammad Mahmoody), Fall 2016 (202 students).

*LAW7127: Artificial Intelligence and Machine Learning* — Spring 2025 (∼40 students, co-teacher for law school class led by Thomas Nachbar)

*CS6501: Evaluation Crisis in Computer Science* — Fall 2024 (11 students)

*CS1010: Computing for Future Leaders and Citizens* — Spring 2024 (32 students)

Introduction to computing for non-majors, focused on providing students with an understanding of computing that will help them better understand the world today and tomorrow, and empowering them to use computing better.

*CS6501: Risks and Benefits of Generative AI and Large Language Models* — Fall 2023 (29 students)

*CS3120: Theory of Computation* — Spring 2023 (67 students, co-taught with Mohammad Mahmoody), Fall 2021 (247 students, co-taught with Nathan Brunelle), Fall 2020 (virtual course with open videos, 286 students, co-taught with Nathan Brunelle), Fall 2019 (198 students, co-taught with Nathan Brunelle), Spring 2010 (56 students), Spring 2008 (84 students).

We developed a new version of this course for Fall 2019, that was the first course (other than the author's) to use Boaz Barak's *Introduction to Theoretical Computer Science* textbook. During the pandemic-restricted semesters, we produced open videos for the course and developed a new model for running a large course through small cohorts, described in a SIGCSE 2022 paper.

*CS4501: Computational Biology / Biological Computing* — Fall 2022 (47 students) and Spring 2022 (58 students).

A new course on connections between computing and biology, with a focus on DNA. It includes computational methods used in biology focusing on how computing can be used to analyze and design DNA, as well as opportunities to use biological substances and ideas to compute.

*CS3501: Everyday Ethics and Quotidian Quandries for Computer Scientists* — Spring 2021 (25 students, on-line course due to pandemic restrictions).

*CS4501/ECON4558: Markets, Mechanisms, Machines* — Spring 2020 (50 students) and Spring 2019 (40 students), co-taught with Denis Nekipelov).

A new joint Economics/Computer Science course focused on interactions between computing and economics, and designed around interdisciplinary projects teams composed of both Economics and CS majors.

*PAVS 4500: How will Artificial Intelligence change Humanity?* — Fall 2018 (15 students).

Pavilion Seminars are selected through a competitive, University-wide process, and limited to fifteen students.

*CS6501: Security and Privacy of Machine Learning* — Spring 2018 (20 students)

*CS6501: Understanding and Securing TLS* — Spring 2017 (17 students)

*CS1120: Introduction to Computing: Explorations in Language, Logic, and Machines* (also offered as CS200 and CS150) — Spring 2016 (32 students), Fall 2011 (49 students), Fall 2009 (62 students), Spring 2007 (53 students), Fall 2005 (26 students), Spring 2004 (25 students), Spring 2003 (35 students), Spring 2002 (9 students).

A new course I developed to introduce the most important concepts in computing to students in the College of Arts & Sciences. It includes substantial programming, as well as introductions to computability, complexity, program analysis, and software engineering, and attracted a student population that was often majority women.

*CS4501: Cryptocurrency Cafe* – Fall 2015 (30 students; co-taught with PhD student Samee Zahur), Spring 2015 (29 students).

This was arguably the first undergraduate course on cryptocurrency and blockchain technologies in the United States.

*CS4414: Operating Systems* — Spring 2014 (110 students), Fall 2013 (64 students).

A new operating systems course with a focus on safety and robustness. This was the first university course to be taught using the Rust programming language. I self-produced videos for the lectures in the course, which have garnered over 1M minutes of youtube viewing time.

*CS2220: Engineering Software* (also offered as CS201J and CS205) — Fall 2010 (20 students), Fall 2007 (9 students), Fall 2006 (10 students), Fall 2003 (cs201J, 59 students), Fall 2002 (27 students).

A new course I developed as the second course in the *Interdisciplinary Major* gateway sequence. It focuses on software engineering and reasoning about programs, and prepares students to enter the core major courses.

*CS2150: Program and Data Representation* — Spring 2006 (95 students).

*CS588: Cryptology: Principles and Applications* — Spring 2005 (17 students), Fall 2001 (37 students), Fall 2000 (46 students).

*CS655: Graduate Programming Languages* — Spring 2000 (23 students), Spring 2001 (9 students).

Other Graduate-Level Seminars: *CS6501: Great Works in Computer Science* (Spring 2013); *CS6501: Principles Of Knowledge Engineering and Reconstruction (PoKER)* (Spring 2011); *CS6501: Security Seminar* (Fall 2009); *CS851: Web Applications Security Seminar* (Fall 2007); *CS851: Malware Seminar* (Fall 2004); *CS851/551: Cryptography Applications Bistro* (Spring 2004); *CS851: Biologically-Inspired Computing* (co-taught with Jim Cohoon, Spring 2003).

### Open On-Line Courses

*Applied Cryptography* (Udacity, over 70,000 enrolled students). Launched April 2012.

Introduces cryptography and its applications to students with limited mathematical and computing background. This course was listed as the first course in Information Week's *Five Online Classes To Pump Up IT Careers*, 25 November 2013.

*Introduction to Computer Science: Building a Search Engine* (Udacity, over 500,000 total students enrolled). Launched February 2012.

Introductory computer science course designed for students with no prior background in computing. The initial offering was a seven-week course, with about two hours of interactive video each week and an associated problem set. This course was Udacity's most popular course for at least 7 years.

### External Courses

*Trustworthy Machine Learning* (∼25 graduate students and post-docs). August 2019. Six-hour (three 2-hour lectures) mini-course at the *19th International School on Foundations of Security Analysis and Design* in Bertinoro, Italy.

*Cyberwars at UVA* (25 high school teachers). June 2018. Lead instructor for week-long summer camp for high school teachers on computer security and privacy (sponsored by the NSA/NSF GenCyber program). Taught interactive sessions on multi-party computation, mechanical and visual cryptography, and helped other instructors develop materials and activities.

*Engineering Cryptographic Applications* (200 engineers). Short course (four two-hour sessions) developed and taught for Microstrategy, Inc. October 2013. This course was originally planned for a company conference room, but due to surprisingly high interest in the course was moved to the AMC Tyson's Corner 16 movie theater.

*Cryptography in World War II*. Jefferson Institute for Lifelong Learning at the University of Virginia, Spring 2006. Four 2-hour classes for local retirees.

*Cavalier Crypto*. Two-day for 12–15 year-old students, taught in various forms to over 400 students total starting in 2004.

## Students Supervised

### Graduated PhD Students

Hannah (Chen) Cyberey (co-advised with Yangfeng Ji), Computer Science PhD August 2025. Dissertation: *Sensitivity Auditing for Trustworthy Language Models*. First and Current Employment: Postdoctoral researcher, National Security Data and Policy Institute (University of Virginia).

Anshuman Suri, Computer Science PhD August 2024. Dissertation: *Inference Privacy in Machine Learning*. First and Current Employment: Postdoctoral Fellow, Northeastern University.

Josephine Lamp (co-advised with Lu Feng), Computer Science PhD May 2024. Dissertation: *Trustworthy Clinical Decision Support Systems for Medical Trajectories*. First and Current Employment: Dexcom, Inc.

Fnu Suya (co-advised with Yuan Tian), Computer Science PhD August 2023. Dissertation: *On the Limits of Data Poisoning Attacks*. First Employment: MC2 Postdoctoral Fellow, University of Maryland; Current Employment: Assistant Professor, University of Tennessee, Knoxville.

Bargav Jayaraman, Computer Science PhD December 2022. Dissertation: *Analyzing the Leaky Cauldron: Inference Attacks on Machine Learning*. First Employment: Meta AI Lab (Postdoctoral Researcher, Menlo Park, California); Current Employment: Research Scientist, Oracle Labs.

Xiao Zhang, Computer Science PhD August 2022. Dissertation: *From Characterizing Intrinsic Robustness to Adversarially Robust Machine Learning*. First and Current Employment: Tenure-track faculty member, CISPA Helmholtz Center for Information Security in Saarbrücken, Germany.

Weilin Xu (co-advised with Yanjun Qi), Computer Science PhD May 2019. Dissertation: *Improving Robustness of Machine Learning Models using Domain Knowledge*. First and Current Employment: Intel (AI Security Researcher, Hillsboro, Oregon).

Samee Zahur Al Islam, Computer Science PhD May 2016. Dissertation: *Demystifying Secure Computation: Familiar Abstractions for Efficient Protocols*. First and Current Employment: Google (Sunnyvale, California).

Yuchen Zhou, Computer Engineering PhD May 2015. Dissertation: *Improving Security and Privacy of Integrated Web Applications*. First Employment: Palo Alto Networks; Current Employment: Facebook.

Yan Huang, Computer Science PhD December 2012. Dissertation: *Secure Two-Party Computation: Bridging Theory and Practice*. Associate Professor, Indiana University.

Karsten Nohl, Computer Engineering PhD May 2009. Dissertation: *Implementable Privacy for RFID Systems*. Current Employment: Founder and Director of Research, *Security Research Labs*, Berlin.

Nathanael Paul, Computer Science PhD May 2008. Dissertation: *Disk-Level Malware Detection*. Previous Employment: Research Scientist, Oak Ridge National Laboratories and Associate Professor, University of Tennessee. Current Employment: Gemini.

Jinlin Yang, Computer Science PhD May 2007. Dissertation: *Automatic Inference and Effective Application of Temporal Specifications*. First Employment: Microsoft; Current Employment: Snapchat.

### Current PhD Students

Elena (Minjun) Long, since Fall 2022.

Mingtian Tan (co-advised with Tom Hartvigsen), since Fall 2024.

### Postdoctoral Visitors

Mohammad Etemad (2015–2017), PhD from Koc University, Turkey. (Now at Google)

Mahnush Movahedi (2016), PhD from University of New Mexico. (Now at Facebook)

### Student Visitors (selected)

Yulong Tian (remote PhD student visitor, 2022–2023), PhD from Nanjing University, now Assistant Professor, School of Computer Science and Technology, Nanjing University of Aeronautics and Astronautics.

Sicheng Zhu (remote student visitor, 2019–2020), now a PhD student at the University of Maryland.

Muhammad Naveed (in person student visitor, summer 2023), then a PhD student at UIUC, Assistant Professor at University of Southern California, now Amazon Web Services.

### External PhD Committees

Bojie (Avery) Ma (external PhD committee member). *Pitfalls in Evaluating Inference-time Methods for Improving LLM Reliability*. University of Toronto, PhD 2025. Advisor: Amir-massoud Farahmand.

Theresa Stadler (external PhD committee member). *On the fundamental limits of privacy-enhancing technologies*. École Polytechnique Fédérale de Lausanne (EPFL), PhD 2024. Advisor: Carmela Troncoso.

Bahruz Jabiyev (external PhD committee member). *Systematic Search Techniques for HTTP Server Chain Attack Vectors*. Northeastern University. Northeastern University, PhD 2023. Advisor: Engin Kirda.

Ziqiao Zhou (external PhD committee member). *Evaluating Information Leakage by Quantitative and Interpretable Measurements*. University of North Carolina, PhD 2020. Advisor: Michael Reiter.

Sazzadur Rahaman. *From Theory to Practice: Deployment-grade Tools and Methodologies for Software Security*. Virginia Tech, PhD 2020. Advisor: Danfeng Yao.

Dhinakaran Vinayagamurthy (external examiner). *User-Controlled Computations in Untrusted Computing Envrionments*. University of Waterloo, PhD 2019. Advisor: Sergey Gorbunov.

Ashay Rane. *Broad-Based Side-Channel Defenses for Modern Microprocessors*. University of Texas at Austin. PhD 2019. Advisors: Calvin Lin and Mohit Tiwari.

Riley Spahn. *New Data Protection Abstractions for Emerging Mobile and Big Data Workloads*. Columbia University. PhD 2019. Advisors: Roxana Geambasu and Gail Kaiser.

Bing Wang. *Protecting Data Privacy in Cloud Computing Applications*. Virginia Tech. PhD 2016. Advisor: Wenjing Lou.

Kui Xu. *Anomaly Detection Methodologies through System and Program Behavior Modeling*. Virginia Tech. PhD, 2014. Advisor: Danfeng Yao.

Lorenzo Cavallaro (external PhD reviewer). *Comprehensive Memory Error Protection via Diversity and Taint-Tracking*. PhD 2008, Università degli Studi di Milano, Italy. Advisors: R. Sekar and D. Bruschi. Current Employment: Chair in Cybersecurity, King's College London.

**Graduated Masters Students**

Michael Jerge, MCS 2025. *Pitfalls in Evaluating Inference-time Methods for Improving LLM Reliability*.

Anders Gyllenhoff, MS 2025. *Quantifying Distribution Leakage in Wind Power Prediction Models*.

Mainuddin Ahmad Jonas, MCS 2019 (December). *Certifying Joint Adversarial Robustness for Model Ensembles*.

Ethan Lowman, MS 2019. *Principled Selective Ad Blocking with Taint-based Exfiltration Protection Policies*.

Haina Li, MCS 2017. *Horcrux: A Password Manager for Paranoids*.

Simon Sibomana, MCS 2015. *Modularizing Trust: A Framework for Cloud Storage Security*.

Longze Chen, MCS 2015. *RedactDOM: Another Secure Multi-Execution Effort on Protecting Web Sensitive Information*.

Ivan Alagenchev, MCS 2014. *ArktikFox - A Browser With Adaptive Security Protections*.

Tianhao Tong, MCS 2013. *A Trusted Path for Password Entry*.

Jeffrey Shirley, MCS 2011. *Mining User Action Policies to Control Program Behavior*.

Yan Huang, MCS 2010. *Private Editing Using Untrusted Cloud Services*.

Benjamin Cox, MCS 2007. *N-Variant Systems for Secretless Security*.

Ana Sovarel, MCS 2006. *Automatic Identification and Protection of Security-Critical Data*.

Selvin George, MCS 2003. *A Biological Programming Model for Self-Healing Systems*.

Gregory Yukl, MCS 2003. *Source Code Generation Support for Programming Languages*.

David Larochelle, MCS 2002. *Statically Detecting Likely Buffer Overflow Vulnerabilities*.

Joel Winstead, MS 2002. *Structured Exception Semantics for Parallel Loops*.

Weilin Zhong, MCS 2002. *When Ants Attack: Security Issues for Stigmergic Systems*.

**Undergraduate Research Students (Selected)**

See https://www.cs.virginia.edu/evans/students/ for complete list with additional details.

Tingwei Zhang, 2021–2023. PhD student at Cornell University.

Evan Rose, 2021–2023. PhD student at Northeastern University.

Yanjin Chen, 2022–2023. Graduate student at Princeton (Biomedical).

Katherine Knipmeyer, 2020–2021.

Matthew Wallace, 2018–2019. PhD student at University of Wisconsin.

Ethan Lowman, 2017–2018. Completed MS at University of Virginia (2019).

Darion Cassel, 2016–2017. PhD completed at Carnegie Mellon University, 2023.

Samuel Havron, 2015–2017. PhD student at Cornell University.

Hao Bai, 2014–2016. PhD student at Harvard University.

Jack Doerner, 2015–2016 (BACS Spring 2015, continued as research staff for 2016–2017). PhD completed at Northeastern University, 2022.

Natnatee ("Ko") Dokmai, 2013–2015. PhD completed at Indiana University, 2023. Post-doc at Broad Institute (MIT and Harvard).

Hunter Leath, 2014–2015. Amazon Web Services Security.

Haina Li, 2013–2015 (BACS Spring 2015). Completed MCS at UVA, 2017.

Theo Gutman-Solo, 2013–2014.

Jonathan Burket, 2010–2013. *CRA Outstanding Undergraduate Award* Honorable Mentionee (2013). PhD student at Carnegie Mellon University, now at Apogee Research.

William Melicher, 2011–2013. Completed PhD at Carnegie Mellon University (2019), now at Palo Alto Networks.

Peter Chapman, 2010–2012. *CRA Outstanding Undergraduate Award* Runner-Up (2012), *NSF Graduate Fellowship* (2012). MS at Carnegie Mellon University, now at DuoLingo.

Patrick Mutchler, 2010–2011. Completed PhD at Stanford (2016), now at Google.

Muzzammil Zaveri, 2010–2011. Selected for Y-Combinator; partner at Gradient Ventures (previously at Kleiner Perkins Caufield Byers). Forbes 30 under 30 (2017).

Timothy Loffredo, 2009–2010. Now at Los Alamos National Laboratory.

Adrienne Porter Felt, 2006–2008. *CRA Outstanding Undergraduate Award* Finalist (2008), *NSF Graduate Fellowship* (2009), *Google Anita Borg Memorial Scholar* (2010). Completed PhD at UC Berkeley, now at Google. USENIX Security Symposium PC Co-Chair (2018).

Salvatore Guarnieri, 2004–2006. *CRA Outstanding Undergraduate Award Finalist* (2006). Completed Masters at the University of Washington, now at IBM.

Matthew Spear, 2004–2006. Completed PhD at UC Davis, now at Google.

Christopher Frost, 2002–2004. Completed PhD at UCLA, now at Google.

William (GJ) Halfond, 2002. Completed PhD at Georgia Tech, now Associate Professor at University of Southern California.

Jonathan McCune, 2001–2003. *CRA Outstanding Undergraduate* Honorable Mention. Completed PhD at Carnegie Mellon University, now at Google.

Keen Browne, 2000–2003. Co-Founder of Bonsai (acquired by Microsoft, 2018).

## External Leadership and Service

Associate Editor, *ACM Transactions on AI Security and Privacy*, 2025–2026.

Program Co-Chair, *Eighth IEEE European Symposium on Security and Privacy*. Delft, Netherlands. July 2023.

Program Co-Chair, *Seventh IEEE European Symposium on Security and Privacy*. Genoa, Italy. 6–10 June 2022.

Chair, *IEEE Security and Privacy Test-of-Time Awards Committee* (for 1996–2005 papers), 2019–2020.

Steering Committee, *Deep Learning and Security Workshop*. Workshop attached to IEEE Symposium on Security and Privacy. Since 2018.

Steering Committee, *Dependable and Secure Machine Learning*. Workshop attached to IEEE/IFIP International Conference on Dependable Systems and Networks (DSN). Since 2019.

Organizing Committee Member, *Security and Privacy of Machine Learning*. Workshop attached to International Conference in Machine Learning (ICML). 14 June 2019.

Organizer, *USENIX Security Symposium Lunch for Aspiring Researchers*. August 2018.

Co-Organizer, *Dependable and Secure Machine Learning*. Workshop attached to IEEE/IFIP International Conference on Dependable Systems and Networks (DSN). June 2018, June 2019, June 2020.

Co-Organizer, *ARO/IARPA Workshop on Adversarial Machine Learning*. College Park, Maryland. 9 May 2018.

Program Co-Chair, *24th ACM Conference on Computer and Communications Security* (CCS). Dallas, Texas. 30 October–3 November 2017.

This is the ACM's flagship conference on research in security and privacy, and was the first academic security conference to attract over a thousand attendees. As Program Co-Chair, I led the formation of a Program Committee with 144 members that reviewed 842 submissions for the conference.

Co-Organizer, *ARO Workshop on Adversarial Machine Learning*. Stanford, California. 14 September 2017.

Co-Organizer, *Private Multi-Party Machine Learning*. Workshop attached to Thirtieth Annual Conference on Neural Information Processing Systems (NIPS). Barcelona, Spain. 9 December 2016.

Lead Organizer, *National Science Foundation Secure and Trustworthy Cyberspace (SaTC) Principal Investigators' Meeting*. 5–7 January 2015.

I was the lead organizer of this meeting, attended by over 350 researchers funded by the National Science Foundation working in cybersecurity.

Guest Editor (with Sal Stolfo), *IEEE Security and Privacy Magazine* special issue on the *Science of Security*. May/June 2011.

Program Committee Co-Chair, *30th* and *31st IEEE Symposium on Security and Privacy* (17–20 May 2009, 16–19 May 2010). Berkeley, California.

This symposium (commonly known as the "Oakland" conference) is considered the premier venue for academic research in computer security and privacy research. Program chairs serve a two-year cycle (I was junior chair with Andrew Myers in 2009, and senior chair with Giovanni Vigna in 2010). I instigated the *Systematization of Knowledge* (SoK) papers which continues to be a valuable part of Oakland conferences (and has been adopted by several other conferences).

Lead Organizer and Program Chair, *NSF/IARPA/NSA Workshop on the Science of Security*. Berkeley, California. 17–18 November 2008.

This workshop brought together 43 leading researchers in computer security and a wide variety of other fields to consider the state of scientific research in computer security and to identify steps toward establishing a stronger scientific basis for computer system security. The workshop was cited in the President's *Cyberspace Policy Review* (Hathaway report) and was instrumental in the creation of new funding programs from the National Security Agency and Air Force Office of Scientific Research.

Citizen member, *Joint Subcommittee to Study the Certification Process for Voting Equipment and Matters Related to the Performance and Proper Deployment of Voting Equipment*. Appointed in April 2005 by the Speaker of the House of Delegates.

Co-Organizer and Program Committee Co-Chair. *Second International Workshop on Dynamic Analysis*. Glasgow, Scotland. May 2004.

Co-Organizer. *Conference and Workshop on Coding Theory and Quantum Computing*. Charlottesville, Virginia. May 2003.

**Program Committees (Selected)**

*IEEE Symposium on Security and Privacy* (Oakland): 2019 (also on Test-of-Time Awards committee), 2018 (Associate Program Chair), 2017, 2015, 2013, 2012, 2011, 2010 (Program Chair), 2009 (Program Co-Chair), 2008.

*USENIX Security Symposium*: Test-of-Time Award Committee, 2025; Program Committe: 2020, 2019, 2016, 2015, 2014, 2012 (also on Invited Talks Committee), 2011.

*Network & Distributed System Security Symposium*: 2019, 2017, 2012, 2011, 2010, 2005.

*ACM Conference on Computer and Communications Security*: 2026, 2018, 2017 (Program Co-Chair), 2013, 2007 (Publications Chair).

*ACM Conference on Programming Language Design and Implementation* (PLDI): External Review Committee 2010.

*Privacy Enhancing Technologies Symposium* (PETS): PC Member 2021, Senior PC Member 2022, Paper Awards Committee Co-Chair, 2021

*IEEE Symposium on Secure and Trustworthy Machine Learning* (SaTML): PC Member 2026, 2025, 2024, 2023 (Notable Reviewer Recognition).

*International Conference on Software Engineering* (ICSE): 2007 (Panels Chair); 2006.

### Reviewing

Chair of one team and member of two site visit teams for National Science Foundation to evaluate center-scale projects.

Reviewed proposals for National Science Foundation (over 20 panels), State of Indiana 21st Century Fund, Royal Society (United Kingdom), Austrian Science Fund (FWF), GENI Project, Hong Kong Special Administrative Region Innovation and Technology Commission, Israel Science Foundation, Qatar National Research Fund, and Netherlands Organisation for Scientific Research (NWO, the Dutch research council).

Reviewer for numerous journals including *ACM Transactions on Programming Languages and Systems*, *ACM Transactions on Sensor Networks*, *ACM Transactions on Software Engineering and Methodology*, *ACM Computing Surveys*, *ACM Crossroads*, *IEEE Transactions on Computers*, *IEEE Transactions on Mobile Computing*, *IEEE Transactions on Software Engineering*, *IEEE Security & Privacy*, *IEEE Computer*, *IEEE Press*, and *Software – Practice & Experience*.

External reviewer for University of Washington Bothell, *Computing and Software Systems Program*, 2008; external hiring committee member for Aarhus University (Denmark).

## University of Virginia Leadership and Service

*University of Virginia Futures Initiative Working Group*, Member, since 2024.

*University of Virginia Faculty AI Guide*, 2024–2025.

*University of Virginia Provost's Task Force on AI Research*, Co-Chair. Lead of committee charged by the Provost to make recommendations on AI-based research at the University. (2023–2024)

*Computer Science Promotion and Tenure Subcommittee*, Chair, since 2022.

*Computer Science Graduate Meta-Advisor* (Ombudsperson for Computer Science graduate students), since 2024.

*Interdisciplinary Major in Computer Science*. Founding Director of Undergraduate Program (2006–2012); Director of Distinguished Major Program (2012–2024).

I instigated and led the efforts to create a new interdisciplinary degree program, which became the first and only degree that spans the two largest undergraduate schools at the University of Virginia (the College of Arts and Sciences and the School of Engineering and Applied Sciences). The major was approved in 2006, and grew to become the most popular program offered by the Engineering School.

*Vice President of Research Internal Review Committee*, Member (2014–16).

*Faculty Recruiting Committee*. Chair (2006–2007); Member (2002–2004, 2012–2015; 2016–2018).

*Interdisciplinary Major in Computer Science Curriculum Committee*. Chair (2009–2012).

*Computer Engineering Curriculum Committee*. Member (2009–2012).

*School of Engineering and Applied Science Dean's Research Advisory Council*. Member (2007–2012; 2018–2019).

*Computer Science Graduate Program*. Assistant Director (2007–2008).

*2020 Quantum and Nanoscale Science and Technology Subcommittee on Quantum Information and Quantum Control*. Committee Member (2002–2004).

## Presentations

See https://www.cs.virginia.edu/evans/talks/ for available videos and slides.

**Keynote/Distinguished Talks**

University of Tennessee, TRUST-AI Distinguished Seminar Series and Center for Social Theory. *Tilting the BobbyTables and Steering the CensorShip*. 27 March 2026.

Kuwait University, Distinguished Computer Science Talk. *How can we know when our models reveal too much?*. 16 October 2024.

University of Houston, Distinguished Computer Science Seminar. Leaky Models and Unintended Inferences. 17 February 2023.

University of Minnesota, Cray Distinguished Speaker. *On Leaky Models and Unintended Inferences*. 12 December 2022.

ACM Conference on Data and Application Security and Privacy. *When Models Learn Too Much* (Keynote Talk). 26 April 2021.

University of Maryland, Booz Allen Hamilton Distinguished Colloquium. *Can Machine Learning Ever Be Trustworthy?*. College Park, Maryland. 7 December 2018.

USENIX Workshop on Offensive Technologies, co-located with USENIX Security Symposium. *Mutually Assured Destruction and the Impending AI Apocalypse* (Keynote Talk). Baltimore, Maryland. 13 August 2018.

First Deep Learning and Security Workshop, co-located with the 39th IEEE Symposium on Security and Privacy. *Is "adversarial examples" an Adversarial Example?* (Keynote Talk). San Francisco, California. 24 May 2018.

First Workshop for Women in Cyber Security (CyberW), attached to the 24th ACM Conference on Computer and Communications Security. *Truth, Social Justice (and the American Way?)* (Keynote Talk). Dallas, Texas. 30 October 2017.

Saarland University, CISPA Distinguished Lecture. *Adversarial Machine Learning: Are We Playing the Wrong Game?*. Saarbrücken, Germany. 7 July 2017.

CROSSING — Where Quantum Physics, Cryptography, System Security and Software Engineering Meet. *Multi-Party Computation for the Masses* (Keynote Talk). Darmstadt, Germany. 1 June 2015.

USENIX Security Symposium Doctoral Colloquim, Invited Talk. *How To Live In Paradise: Pearls of Wisdom for New and Prospective Faculty*. San Diego, California. 21 August 2014.

Microsoft Research Workshop on Applied Multi-Party Computation, Keynote Talk. *Secure Computation in 2029: Boom, Bust, or Bonanza*. Redmond, Washington. 21 February 2014.

NCWIT Summit on Women and IT. *Plenary Panel: Leveling the Playing Fields with Massive Open On-Line Courses*. Tucson, Arizona. 20 May 2013.

University of Oregon, Distinguished Speaker. *Scaling Secure Computation*. Oregon Security Day. Eugene, Oregon. 5 April 2013.

Seventh International Conference on Information Systems Security. *Secure Computation in the Real World* (Keynote Talk). Kolkata, India. 17 December 2011.

USENIX Security Symposium, Invited Talk. *What Biology Can Teach Us About Security*. San Diego, California. August 2004. (Alvin AuYoung's summary of the talk is in *USENIX ;login: Magazine*, December 2004.)

**Research Colloquia and Invited Talks (Selected)**

University of Wisconsin. *Tilting the BobbyTables and Steering the CensorShip*. Madison, Wisconsin. 18 November 2025.

Oracle Corporation, ML Rhetoric Talk. *Disclosure Audits for Machine Learning Systems: How can we know when our models learn too much?*. 3 April 2024.

Washington University in Saint Louis. Spring Colloquium. *Leaky Models and Unintended Inferences*. 27 January 2023.

Clemson University School of Computing Seminar. *On Leaky Models and Unintended Inferences*. 11 November 2022.

Differential Privacy: Experience so Far and What's Next (workshop organized by Google and Meta). *On Privacy Audits, Attacks and Experiments*. 17 June 2022.

Practical and Theoretical Privacy of Machine Learning Training Pipelines Workshop at the Microsoft Research Summit. *Surprising (and Unsurprising) Inference Risks in Machine Learning*. 21 October 2021.

NITRD Federal Security Research and Development Interagency Working Group. *Advancing the Science of Adversarial Machine Learning* (overview of NSF SaTC Center for Trustworthy Machine Learning). 26 August 2021.

Distributed and Private Machine Learning (DPML) Workshop at ICLR 2021. *Inference Risks for Machine Learning*. 7 May 2021.

University of Waterloo CrySP Speaker Series on Privacy. *When Models Learn Too Much*. 29 March 2021.

Microsoft Security Data Science Colloquium. *When Models Learn Too Much: Inference Privacy in Theory and Practice*. Microsoft (Virtual). 1 December 2020.

Workshop on Federated Learning and Analytics. *Meaningful Privacy for Federated Learning (and "The Dragon who owns the Room")*. Google Seattle. 17 June 2019.

NITRD Federal Privacy Research and Development Interagency Working Group. *Privacy of Machine Learning*. Arlington (teleconference), Virginia. 5 April 2019.

JASON Spring Meeting. *Adversarial Machine Learning*. McLean, Virginia. 26 April 2019.

Johns Hopkins University Security Seminar. *Can Machine Learning Ever Be Trusted?*. Baltimore, Maryland. 26 September 2018.

Huawei Strategy and Technology Workshop. *Lessons from the Last 3000 Years of Adversarial Examples*. Shenzhen, China. 15 May 2018.

Wayne State University. *Surprisingly Unsurprising Lessons from the Last 3000 Years of Adversarial Examples*. Detroit, Michigan. 3 April 2018.

ARO Workshop on Adversarial Machine Learning. *Shrinking and Exploring Adversarial Search Spaces*. Stanford University, Palo Alto, California. 14 September 2017.

ECRYPT NET (joint with Paris Crypto Day). *Secure Multi-Party Computation: Promises, Protocols, and Practicalities*. École Normale Supérieure. Paris, France. 27 June 2017

International Computer Science Institute. *Adversarial Machine Learning: Are We Playing the Wrong Game?*. Berkeley, California. 8 June 2017.

Inria de Paris. *Can Machine Learning Work in the Presence of Adversaries?*. Paris, France. 17 May 2017.

USENIX Enigma. *Classifiers Under Attack*. Oakland, California. 1 February 2017.

O'Reilly Security. *Classifiers Under Attack*. New York City, 2 November 2016.

USENIX Security Symposium. *Panel: Teaching Computer Security: Thoughts from the Field*. Austin, Texas. 11 August 2016.

ShanghaiTech Symposium on Information Science and Technology. *Memory for Data-Oblivious Computation*. Shanghai, China. 25 June 2016.

Workshop on Theory and Practice of Secure Multiparty Computation. *From Mercury Delay Lines to Magnetic Core Memories: Progress in Oblivious Memories*. Aarhus University, Denmark. 1 June 2016.

Johns Hopkins University. *Trick or Treat?: Bitcoin for Non-Believers, Cryptocurrencies for Cypherpunks*. Second DC-Area Crypto Day. Opening Talk. Baltimore, Maryland. 30 October 2015.

USENIX Security Symposium Doctoral Colloquim, Invited Talk. *How To Live In Paradise: A Guide for Prospective, New, and Disgruntled Professors*. Washington, DC. 13 August 2015.

Cornell University. *Computing Systems from 300,000 BC to 2029*. Systems Seminar. Ithaca, New York. 25 September 2015.

University of Texas. *Multiparty Computation for the Masses*. ECE Colloquim. Austin, Texas. 9 March 2015.

University of Southampton. *Secure Computation for the Masses*. Web and Internet Science Seminar. Southampton, England. 22 May 2014.

University of Virginia Tech-Connect. *MOOCs, KOOCS, and SMOOCHs (or, Reports of the Death of Traditional Higher Education Have Perhaps Been Slightly Exaggerated)*. Har-

rison-Small Auditorium. Charlottesville, VA. 1 May 2013. (Covered in UVa Today, *Evans: U.Va. Should Be a Global Leader in MOOCS, Online Learning*, 1 May 2013.)

Virginia Tech. *Scaling Secure Computation*. Computer Science Department Seminar. Blacksburg, Virginia. 1 February 2013.

Carnegie Mellon University. *Secure Computation in the Real(ish) World*. CyLab Seminar. Pittsburgh, Pennsylvania. 20 April 2011.

University of Washington. *Thwarting Malware and UI Redressing Attacks with Verifiable User Action*. Security Seminar. Seattle, Washington. 1 May 2009.

Microsoft Research. *An End to CAPTCHAs, Malware, and Web Attacks: Improving Security with Verifiable User Actions*. Redmond, Washington. 16 March 2009.

Yahoo! Tech Talk. *Redundant Computing for Security*. Sunnyvale, California. 16 October 2008.

University of California Berkeley. *Redundant Computing for Security*. TRUST Seminar. Berkeley, California. 25 September 2008.

Johns Hopkins University. *Feasible Privacy for Lightweight RFID Systems*. Security and Privacy Applied Research Seminar. Baltimore, Maryland. 17 October 2007.

North Carolina State University. *Disk-Level Behavioral Virus Detection*. Raleigh, North Carolina. 5 March 2007.

Beijing Institute of Technology. *N-Variant Systems: A Secretless Framework for Security through Diversity*. Beijing, China. 30 May 2006.

Institute of Software, Chinese Academy of Sciences. *N-Variant Systems: A Secretless Framework for Security through Diversity*. Beijing, China. 29 May 2006.

Software Development West. *Promising Breaks and Breaking Promises: Program Analysis in Theory and Practice*. Santa Clara, California. 17 March 2006.

University of Texas at San Antonio. *The N-Variant Systems Framework: Polygraphing Processes for Secretless Security*. San Antonio, Texas. 4 October 2005.

Harvard University. *Stealing Secrets and Secretless Security Structures*. Cambridge, Massachusetts. 27 June 2005.

MIT Computer Science and Artificial Intelligence Laboratory. *Stealing Secrets and Secretless Security Structures*. Cambridge, Massachusetts. 23 June 2005.

Purdue University. *Where's the FEEB?: The Effectiveness of Instruction Set Randomization*. CERIAS Seminar. West Lafayette, Indiana. 9 March 2005.

University of Delaware. *Wireless Security in the Real World: Using Physical Properties to Mitigate Wormhole Attacks*. SIGNET Seminar. 15 September 2004.

Johns Hopkins University Information Security Institute Seminar. *What Biology Can Teach Us About Security*. Baltimore, Maryland. 14 November 2003.

Cigital, Inc. *Systems for Safety and Dependability*. Sterling, Virginia. December 1999.

**Other Research Presentations (selected)**

AI and Machine Learning Seminar at UVA. *Can AI systems be responsible?* (panel presentation and discussion). 17 September 2025.

Taiwan-US Cybersecurity Workshop. *Steering around Censorship* (short talk). Alexandria, Virginia. 3 March 2025.

Google Security and Privacy Workshop. *Adversarial ML: Closing Gaps between Theory and Practice* (short talk). Google, Mountain View, California. 12 August 2019.

Penn State University ICS Symposium. *Security, Fairness, and Privacy of Machine Learning* (Panelist). State College, Pennsylvania. 1 April 2019.

Google Academic Security and Privacy Research Summit. *Two Modest Proposals for Google*. Google, Mountain View, California. 6 June 2017.

MC2 Workshop on Data-Driven Security. *Machine Learning in the Presence of Adversaries: Interminable Arms Race or Mutually-Assured Destruction?*. College Park, Maryland. 12 January 2017.

NSF Secure and Trustworthy Cyberspace Principal Investigators' Meeting (Machine Learning and Security Panel). *The Magic of Machine Learning Isn't Magic*. 10 January 2017.

SciDataCon. *Secure Multi-Party Data Analysis for Open Science*. Denver, Colorado. 12 September 2016.

Summer School on Secure Computation. *Garbling Techniques* (9 May 2016) and *Data-Oblivious Data* (10 May 2016). Notre Dame University, Indiana. 9–10 May 2016.

Working Group on Efficient Secure Computation. *Making Secure Computation Scalable*. Invited Talk. Tel Aviv, Israel. 6 November 2012.

NITRD Federal Cyber-Security Research. *A Research Agenda for Scientific Foundations of Security*. Panel presentation for research sponsor's event organized at *32nd IEEE Symposium on Security and Privacy*. Berkeley, California. 25 May 2011.

Institute for Information Infrastructure Protection (I3P) Consortium Meeting. *Interdisciplinary Research and Education in Computer Security*. Charlottesville, Virginia. 14 March 2011.

Intelligence Advanced Research Projects Activity (IARPA) Director's Visit. *Next Steps Towards a Science of Security*. Charlottesville, Virginia. 11 January 2010.

INFOSEC Research Council, *Science of Security*. Alexandria, VA. 16 July 2009.

Dagstuhl Seminar on Web Application Security. *Thwarting UI Redressing Attacks with Verifiable User Actions: (Towards) An End to CAPTCHAs, Malware, and Web Attacks*. Scholss Dagstuhl, Germany. 31 March 2009.

Air Force Scientific Advisory Board. *N-Variant Systems*. Arlington, Virginia. 29 March 2007.

SRI Workshop on the Verification Grand Challenge. *Static/Dynamic Analysis: Past, Present and Future*. Panel Presentation. Menlo Park, California. 22 February 2005.

ACM International Conference on Supercomputing. *Biological Programming Models for Robustness and Scalability*. San Francisco, California. June 2003.

NSF Advanced Computation Inspired by Biological Processes Conference. *Programming the Way Biology Programs*. Arlington, Virginia. April 2003.

DIMACS Workshop on Software Security. *Securing Bits with Atoms (and Vices with Verses)*. Short Presentation. Rutgers, New Jersey, January 2003.

INFOSEC Research Council Malicious Code Study Group. *Let's Stop Beating Dead Horses and Start Beating Trojan Horses*. Panel Presentation. San Antonio, Texas. 13 January 2000.

**Outreach and Education Talks (Selected)**

Virginia AI Security Initiative, Panel on *Future of AI*. 24 March 2026. Panelist with David Danks (Philosophy) and Anton Korinek (Economics).

Societal AI, *Conversations on AI, Society and Culture*. 11 March 2026. Panelist with Lauren Bridges (Media Studies) and Andrew Taylor (Emergency Medicine).

TEDx Chantilly HS. *Jobs for Humans, 2030-2045*. 16 August 2025. (over 6,500 views)

Amazon Security Day. *AI and Law* (panelist). Alexandria, Virginia. 5 June 2025.

Virginia Journal of Social Policy & the Law Symposium: Artificial Intelligence. *Can we explain AI model outputs?*. University of Virginia Law School. 21 February 2025.

Kuwait University. *Should We be Afraid of AI?*. Talk to students from three Kuwaiti high schools hosted by Kuwait University. 14 October 2024.

Judge Advocate's General Emerging Technologies Symposium. *Autonomy, "Machine Learning", and "Artificial Intelligence"* (Part 1: 1679–2018; Part 2: 2019–2029). Judge Advocate's General School. Charlottesville, Virginia. 31 January 2024.

Human-Machine Intelligence Seminar. *Jobs for Human Beings, 2032–2062*. Charlottesville, Virginia. 17 March 2022.

Adult Education in the Age of Artificial Intelligence. *Jobs for Humans, 2029–2059*. McLean, Virginia. 23 September 2019. (Fundraiser for *Academy of Hope* organized by *The Great Courses* and held at Capital One's Maplewood Hall. Other speakers included NFL Champion Dexter Manley and NPR Education Reporter Kavitha Cardoza.)

Cybersecurity Awareness. *Who's talking to your browser?*. University of Virginia, 7 December 2016.

#hashtagzero Meetup. *Demystifying the Blockchain Hype*. Willow Tree Apps, Charlottesville, 25 October 2016.

Federal Trade Commission. *Private Data Analysis using Multi-Party Computation*. Washington, DC. 17 August 2016. (Joint talk with Denis Nekipelov.)

ShanghaiTech Symposium on Information Science and Technology. *Introduction to Secure Multi-Party Computation in Practice* (Tutorial). Shanghai, China. 23 June 2016.

State Department Global Cyber Officer Training Workshop. *Cryptography in the Cloud*. Arlington Virginia. 26 April 2016.

College Science Scholars Seminar. *Infinity Plus One Infinities (or, How to Blow Your Mind with an Index Card)*. 13 April 2013.

Programming for Biochemists. *Deep Ideas in Computing*. Keynote Talk for Interdisciplinary Short Course. University of Virginia. 2 March 2013.

National Science Foundation. *Plenary Panel on Open Education*. Transforming Undergraduate Education in Science, Technology, Engineering and Mathematics (TUES/CCLI PIs Conference). Washington, DC. 24 January 2013.

Georgia Institute of Technology, Century 21 University Town Hall (joint with Sebastian Thrun). *Reinventing the University*. Atlanta, Georgia. 18 April 2012.

University of Richmond. *Computing Cooperatively with People You Don't Trust*. Math Colloquium Series. 30 January 2012.

Jefferson-Madison Regional Library. *Meta Talk: How to Give a Talk so Good People Will Ask You To Give Talks About Talks About Nothing*. Charlottesville. 11 November 2011.

CompBio Seminar. *What Every Biologist, Chemist, and Poet Should Know about Computer Science*. University of Virginia. 25 April 2011.

Radford University. *Computing Without Exposing Data*. CSAT STEM Club (NSF-sponsored) Evening Talk. Radford, VA. 17 March 2011.

Jefferson-Madison Regional Library. *What Every Librarian Should Know about Computer Security*. In-Service Day Talk. Charlottesville Doubletree. 11 November 2009.

Tapestry 2009 Workshop (for high school computing teachers). *Big Words, Busy Beavers, and the Cake of Computing*. University of Virginia. 15 July 2009.

College Science Scholars Seminar. *Turing Machines, Busy Beavers, and Big Questions about Computing*. University of Virginia. September 2007.

League of Women Voters. *Hard Facts about Soft Voting*. Blacksburg Town Hall (also broadcast on local television). Blacksburg, Virginia. 15 November 2006.

College Science Scholars. *Curing Cancer with your Cell Phone: Why All Sciences Are Becoming Computing Sciences*. University of Virginia. September 2006.

Virginia Model United Nations. *Cybersecurity*. 20 November 2004.

University of Richmond. *1000 Things Every Self-Respecting Computer Scientist Should Know*. Richmond, Virginia. 10 November 2003.

University of Virginia Law School. *Encryption: How it Works, Why it (Sometimes) Doesn't, and What It Can Do*. Charlottesville, Virginia. September 2001.

Virginia Engineering Week. *Why You Should Be Paranoid About What Comes Into and Out Of Your Computer*. Invited talk for University community and general public. Charlottesville, Virginia. February 2001.

University of Virginia Institute of Mathematical Science. *No Matter Where You Go, There You Are: Secure Localization Techniques for Mobile Wireless Networks*. Seminar on Applications of Mathematics. Charlottesville, Virginia. 2 December 2004.

ECE Communications, Controls, and Signal Processing Seminar. *Securing Wireless Sensor Networks*. University of Virginia, 8 December 2003.

## Major Software Distributions

All software is distributed under open source licenses. These software distributions are all collaborations between me and my research students (and sometimes additional external collaborators).

**MIMIR** (https://github.com/iamgroot42/mimir), January 2024.

Python package for measuring memorization in LLMs (primary developers: Michael Duan, Anshuman Suri, and Niloofar Mireshghallah).

**EvaluatingDPML** (https://github.com/bargavj/EvaluatingDPML), August 2019.

Framework for experimentally testing the effectiveness of different differential privacy mechanisms against a variety of membership and attributed inference attacks (primary developer: Bargav Jayaraman).

**EvadeML-Zoo** (https://evademl.org/zoo), August 2017.

Toolkit for benchmarking research on adversarial machine learning, including implementations of many attacks and defenses, as well as provided models and visualization tools (primary developers: Weilin Xu, Andrew Norton, Noah Kim, Yanjun Qi, and David Evans).

**Obliv-C** (https://www.oblivc.org), April 2015.

Obliv-C is a simple GCC wrapper that makes it easy to embed secure computation protocols inside regular C programs. The idea is simple: if you are performing a multi-party distributed computation with sensitive data, just write it in our Obliv-C language and compile/link it with your project. Obliv-C is in active use by several other research projects (including the Pretzel encrypted email service built by UT Austin, Cornell, and NYU and published in ACM SIGCOMM 2017) and start-up companies (including Calctopia, a company based in Madrid that is building an MPC spreadsheet application using Obliv-C).

**FastGC** (https://www.mightbeevil.com/framework), June 2011.

Framework and circuit library for creating efficient privacy-preserving applications using garbled circuits. Used by several research groups including Argonne National Lab, Bar-Ilan University (Tel Aviv), Georgia Tech, Microsoft Research, Stanford, TU Darmstadt, and Yale, as well as a Technicolor/Stanford collaborations on privacy-preserving matrix factorization (ACM CCS 2013) and ridge regression (IEEE Security and Privacy 2013).

**Perracotta** (https://www.cs.virginia.edu/perracotta/), August 2005.

Dynamic analysis tool for automatically inferring temporal properties of a target program. It takes the program's execution traces as input and produces a set of likely properties. Used at Microsoft for kernel development.

**MCL Simulator** (https://www.cs.virginia.edu/mcl), July 2004.

Simulator for analyzing mobile networks that we developed to study localization protocols. Used by over 150 research groups in 20 countries, and significantly in at least six external papers.

**Splint** (https://www.splint.org), 1994 (first release as LCLint) – April 2003 (Version 3.1.1).

Tool for statically checking C programs for security vulnerabilities and coding mistakes that was developed as part of our research on lightweight static analysis. Splint is used at thousands of sites in academic and industry, included in most major Linux distributions, and incorporated into several commercial software products.

## Entrepreneurship

*Udacity*. Professor and Vice President of Education. Palo Alto, California. 2012. I developed Udacity's first course, an open introductory Computer Science course driven by building a web crawler and search engine that has enrolled over 500,000 students, as well as an Applied Cryptography course (over 70,000 students), and recruited and assisted other teachers to develop 12 computer science courses (enrolling over a million students). I worked with university administrators to develop degree programs and industry partners to develop sponsored courses. Udacity has been recognized by President Obama, and included in Technology Review's list of *50 Smartest Companies* (#24 in 2017) and on CNBC's *Disruptor/50* list (#10 in 2017), and the courses I taught were covered by the *New York Times*, *The Guardian*, *National Public Radio*, *Prospect Magazine*, *USA Today*, *Zeit*, *Information Week*, *Wired*, *Chronicle of Higher Education*).

*Sona Communications*. Co-Founder and CTO. Cambridge, Massachusetts. 1996 – 1997. Sona Communications built an Internet infrastructure for advertiser-supported software. Marble Associates purchased Sona in September 1997.

### Advisory Boards

*NuCypher*. Technical Advisory Board Member. San Francisco, CA. Since 2015.

*SafeGuard Cyber*. Advisory Board Member. Tysons, Virginia. Since 2015.

*Calypso AI Corporation*. Scientific Advisor. Venture-backed company focused on robust, secure, and explainable AI. 2019–2021.

*Calctopia*. Technical Advisory Board Member. Madrid, Spain (incorporated in Ireland). 2017–2020.

*Reflective Corporation*. Technical Advisory Board Member. Atlanta, Georgia. 2003–2012.

*Coral Networks*. Board of Technical Directors. State College, Pennsylvania. 2002–2005.

### Patents

*Optical Medium with Added Descriptor to Reduce Counterfeiting*. Darko Kirovski and David Evans. Patent assigned to Microsoft Corporation (work done while on sabbatical leave at Microsoft), United States Patent US9135948B2, July 2009. (Published 6 January 2011).

*Method, System, and Computer Program Product for Malware Detection, Analysis, and Response*. David Evans, Adrienne P. Felt, Nathanael Paul, Sudhanva Gurumurthi. United States Patent US20110047618A1, University of Virginia Patent Foundation, November 2007 (Published 24 February 2011).

*Method and System for Software Protection Using Binary Encoding*. Jack W. Davidson, Anh Nguyen-Tuong, Jonathan Rowanhill, David Evans, John Knight, Adrian Filipi, Jason Hiser, and Wei Hu. Patent application filed by University of Virginia Patent Foundation, August 2006 (Published 4 June 2009). Licensed by UTEK Corporation in August 2006.

## Funding

I have been a Principal Investigator or Co-PI on over $60M of awarded external research funding, including over $15M to the University of Virginia. (Collaborators are at the University of Virginia, except where noted.)

### National Science Foundation Grants

*AI Institute for Agent-based Cyber Threat Intelligence and Operation (ACTION)* (NSF AI Institute, $760,500 for UVA, 2023–2028). UVA PI, with Lead PI Giovanni Vigna (UC Santa Barbara), and collaborators at Purdue University, UC Berkeley, University of Illinois, University of Chicago, Georgia Tech, Rutgers University, Norfolk State University, and the University of Washington.

*End-to-End Trustworthiness of Machine-Learning Systems* (SaTC CORE Frontier, $10M total, $1.234M for UVA, 2018–2025). UVA PI, with Lead PI Patrick McDaniel (Penn State University), and Co-PIs Dan Boneh and Percy Liang (Stanford University), Kamalika Chaudhuri (UC San Diego), Somesh Jha (University of Wisconsin) and Dawn Song (UC Berkeley). REU supplements: $16,000 (2020); $16,000 (2023).

*User-Centric Privacy and Utility Tradeoffs* (SaTC: Early-Stage Interdisciplinary Collaboration, $300K, 2019–2022). Co-PI, with PI Denis Nekipelov.

*Multi-Party High-Dimensional Machine Learning with Privacy* (SaTC CORE, $499K, 2017–2020). PI, with Co-PI Quanquan Gu (UCLA).

*Automatic Techniques for Evaluating and Hardening Machine Learning Classifiers in the Presence of Adversaries* (TWC: Small, $495K, 2016–2019). Co-PI, with PI Yanjun Qi and Co-PI Westley Weimer.

*Automated Security Testing for Applications Integrating Third-Party Services* ($500K, 2014–2018). Sole PI.

*PIs' Conference for Secure and Trustworthy Cyberspace* ($86K, 2014–2015). PI, with Co-PI: Yanjun Qi. This grant supported organizing the 2015 NSF SaTC PIs Meeting.

*PicoCTF: Teaching Cybersecurity To High School Students through Scalable Challenges* ($300K total, $75K to UVA, 2014–2016). Co-PI, with PI David Brumley and Co-PI David O'Hallaron (CMU).

*Practical Secure Two-Party Computation — Techniques, Tools, and Applications* ($3.0M, 2011–2017). Lead PI, with Co-PIs abhi shelat, Aaron Mackey; Michael Hicks, Jonathan Katz (University of Maryland) and Steven Myers (Indiana University).

*Workshop on the Science of Security* ($73K, 2009–2010). Sole PI.

*Implementable Privacy and Security for Resource-Constrained Devices* ($1.0M, 2008–2013). PI, with Co-PIs Benton Calhoun, John Lach, and Abhi Shelat.

*Disk-Level Malware Detection* ($400K, 2006–2010). PI, with Co-PI Sudhanva Gurumurthi.

*Automatic Inference and Effective Use of Temporal Properties* ($330K, 2006–10). Sole PI.

*Automatic Identification and Protection of Security Critical Data* ($200K, 2006–2009). PI, with Co-PI Westley Weimer.

*System Structures for Secretless Security*. National Science Foundation. ($1.6M, 2005–2009). Co-PI, with PI John Knight and Co-PI Jack Davidson.

*Coding Theory and Quantum Computing*. National Science Foundation. ($12K, 2003). Co-PI, with PI Brian Parshall and Co-PIs Olivier Pfister, Jeffrey Holt, and Harold Ward.

*A Framework for Environment-Aware, Massively Distributed Computing* ($400K + $20K REU, 2002–2006). PI, with Co-PIs Tarek Abdelzaher and David Brogan.

*Teaching Software Engineering Using Analysis Tools* ($75K, 2002–2003). Sole PI.

*Programming the Swarm* ($285K + $10K REU, 2001–2006). Sole PI (CAREER Award).

**Other Government Agency Grants**

*Novel Methods Sharing Sensitive Data*. Department of Energy (National Laboratory of the Rockies). ($375,000, 2025–2028). Sole PI.

*Cyberwars at UVA*. National Security Agency (GenCyber Program) ($100K, 2017–2018). Co-PI, with PI Ahmed Ibrahim.

*Designing for Measurable Security*. Air Force Office of Scientific Research (AFOSR) ($1.9M total/$480K to UVA, 2013–2017). UVA PI, with Lead PI Salvatore Stolfo (Columbia University) and Co-PI Steven Bellovin (Columbia University).

*Toward Intrusion Tolerant Clouds*. Defense Advanced Research Projects Agency (DARPA). ($3.9M total, $933K allocated to UVA; 2011–2015). UVA PI, with Lead PI Yair Amir (Johns Hopkins University), and Co-PIs Vladimir Braverman (Johns Hopkins University), Jennifer Neville and Cristina Nita-Rotaru (Purdue University).

*Hardware, Languages, and Architecture for Defense Against Hostile Operating Systems*. Air Force Office of Scientific Research (MURI). ($7.1M total, $791K to UVA; 2009–2014). UVA PI, with Lead PI David Wagner (UC Berkeley) and Co-PIs Vikram Adve (UIUC),

Krste Asanovic (UC Berkeley), Sam King (University of Illinois), Greg Morrisett (Harvard), R. Sekar (Stony Brook University), and Dawn Song (UC Berkeley).

*Helix: A Self-Regenerative Architecture for the Incorruptible Enterprise*. Air Force Office of Scientific Research (MURI). ($4.5M total, $1.35M+$61K DURIP equipment supplement to UVA; 2008–2013). Co-PI, with PI: John Knight and Co-PIs Hao Chen, Zhendong Su (UC Davis); Fred Chong (UC Santa Barbara); Jack Davidson, Westley Weimer; and Stephanie Forrest (University of New Mexico).

*Software Exploit Prevention and Remediation via Software Memory Protection*. National Intelligence Community Enterprise Cyber Assurance (ARDA). ($1.2M, 2007–2008). Co-PI, with PI Jack Davidson and Co-PI John Knight.

*Genesis: A Framework for Achieving Component Diversity*. Defense Advanced Research Projects Agency (DARPA). ($1.1M + $24K Red Team Evaluation Supplement, 2004–2005). Co-PI, with PI John Knight and Co-PI Jack Davidson.

*Practical Use of Formal Techniques*. National Aeronautics and Space Administration (NASA). ($608K, 2000–2003). Co-PI with PI John Knight.

### Industry Awards

*Privacy Audits for Large Language Models*. Oracle, Inc. ($80,000, 2024–2025).

*LLM Accuracy V&V for Assessments (LAVVA)*. Lockheed Martin. ($75,000, 2024–2025).

*Mitigating Leakage from Tuned Language Models*. Oracle, Inc. ($75,000, 2022–2023).

*Cross-enclave Learning using Encrypted Aggregation Techniques*. Lockheed Martin. ($320,000 (in several separate awards), 2021–2023).

*Securing Machine Learning Systems*. Baidu Research (USA). ($50,000, 2018–2020).

*Amazon Cloud Credits for Research*. ($20,000 in AWS credits, 2018).

*Robust and Resilient Deep Learning Systems*. Intel Corporation. ($70,000, 2017–2018).

*Microsoft Azure Research Award.* ($20,000 in Azure credits, 2017).

*Amazon Cloud Credits for Research*. ($12,000 in AWS credits, 2016).

*Pebble Grant*. ($22K declared value for 150 smartwatches donation, 2014).

*Securing Single Sign-On Applications*. Google Research Award. ($59K, 2013).

*Secure Multi-Party Computation on Smartphones*. Google Research Award. ($43K, 2011).

### Internal UVA Grants

*Automated Post-Surgery Feedback: AI-Driven Time Series Analysis to Improve Anesthesia Care*. University of Virginia, 3CAVS Award ($80,000, 2026–2027). Co-PI with PI Thomas Hartvigsen (School of Data Science) and Bhiken Naik (School of Medicine).

*Understanding and Mitigating Privacy Leakage Risks for Large Language Model Applications*. School of Engineering and Applied Science, Research Innovation Award ($60,000, 2024–2025). Co-PI with PI Ferdinando Fioretto.

*Privacy-Preserving Machine Learning via Robust Learning and Noisy Computation*. School of Engineering and Applied Science, Research Innovation Award (support for four fac-

ulty and four student-semesters, 2019–2020). Co-PI, with PI David Wu, Mohammad Mahmoody, and Yuan Tian.

*Revisiting Algorithmic Fairness and its Robustness in Adversarial Settings*. School of Engineering and Applied Science, Research Innovation Award (support for four faculty and four student-semesters, 2018–2019). Co-PI, with PI Mohammad Mahmoody, Peter Beling, and Hongning Wang.

*How will Artificial Intelligence Change Humanity?*. College of Arts and Sciences, Pavilion Seminar (course development support of $4,000, Fall 2018).

*Machine Learning in Adversarial Contexts*. School of Engineering and Applied Science, Research Innovation Award (support for five faculty, three students and a workshop, 2017–2018). Lead PI, with Co-PIs Homa Alemzadeh, Quanquan Gu, Mohammad Mahmoody, and Yanjun Qi.

*Multiparty Machine Learning with Privacy*. School of Engineering and Applied Science, Cybersecurity Initiative Award ($75K, 2016–2017). Co-PI, with PI Quanquan Gu.

*Data Driven Security*. School of Engineering and Applied Science, Cybersecurity Initiative Award ($75K, 2016–2017). Co-PI, with PI Donald Brown and Ron Hutchins.

*Privacy-Preserving Personalization*. School of Engineering and Applied Science, Cybersecurity Initiative Award ($75K, 2016–2017). Co-PI, with PI Hongning Wang and Denis Nekipelov.

*Privacy-Preserving Web Services*. University of Virginia, Vice President of Research Distinguished Research Award. ($150K, 2014–2015). Sole PI.

## Selected Press Coverage

Law360. *Google Case Judge Weighs Rivals' Data Needs Against Privacy*. 24 April 2025. (Summarizes my testimony in US v. Google.)

The Docket (UVA Law News). *New Classes Explore Promise and Predicaments of Artificial Intelligence Attorneys-in-Training Learn About Prompts, Policies and Governance*. 17 March 2025.

Virginia Law Weekly. *Law School Hosts LawTech Events*. 26 February 2025.

UVA News. *Common Way To Test for Leaks in Large Language Models May Be Flawed*. 13 November 2024.

International Bar Association. *Technology: US authorities survey AI ecosystem through antitrust lens*. 2 August 2024.

New Books in Science Podcast. *How to Read Scientific Papers: A Discussion with David Evans*. 7 November 2023.

Government Technology. *Universities to Train AI to Outmaneuver Cyber Threats*. 14 June 2023.

Voice of America. *Artificial intelligence writes poems, songs, compositions: what's next?* (translated from Russian), interview on impact of large language models. 10 February 2023.

Bleeping Computer. *Trojan Puzzle attack trains AI assistants into suggesting malicious code*. 10 January 2023.

UVA News. *Computer science professor David Evans and his team conduct experiments to understand security and privacy risks associated with machine learning*. 8 September 2021.

The Register (Thomas Claburn). *How to Hide a Backdoor in AI Software: Neural Networks can Misbehave when Squeezed*. 5 May 2021.

PolitiFact. *Fact-checking Donald Trump's tweet firing Christopher Krebs*. 18 November 2020.

MIT Technology Review. *How AI could save lives without spilling medical secrets*. 14 May 2019.

New Electronics. *Deep fools*. 21 January 2019.

National Science Foundation. *NSF announces $78.2 million to support frontiers of cybersecurity, privacy research: $10 million, 5-year award for Frontier center headlines portfolio of 225 new projects focused on secure cyberspace research*. 24 October 2018.

Engineering and Technology. *Artificial intelligence: the new ghost in the machine*. 10 October 2018.

The Daily Progress. *UVa bootcamp aims to increase IT training for teachers*. 22 June 2018.

UVA Today. *Alumna-Turned-Internet Security Expert Listed Among Nation's Top Young Innovators*. 21 September 2017.

> Adrienne Porter Felt wants your websites to be secure. Her efforts toward this notion have landed her on the Massachusetts Institute of Technology's Technology Review's list of 35 top innovators under age 35. ... Felt started working in security when she was a second-year engineering student, responding to a request from computer science professor David Evans, who taught the "Program and Data Representation" course. ... Taking Evans' offer for a research project was a turning point in Felt's life, showing her something she liked that she could do well. "It turned out that I really loved it," she said. "I like working in privacy and security because I enjoy helping people control their digital experiences. I think of it as, 'I'm professionally paranoid, so that other people don't need to be.' "

Bleeping Computer. *Horcrux Is a Password Manager Designed for Security and Paranoid Users*. 4 July 2017.

UVA Today. *Computer Science Grad Stands Watch for Users of Google's Popular Browser*. 7 December 2015.

Tom's Hardware. *Tom's Video: Better Understanding of Flash*. 26 October 2015. (Highlighted video lecture from the cs4414 course.)

UVA Today. *Giving Web Developers Tools to Protect Their Sites and Users*. 5 February 2015.

UVA Today. *U.Va. Invests in Four Researchers Whose Work Has High-Impact Potential*. 4 April 2014.

Information Week. *Five Online Classes To Pump Up IT Careers*. 25 November 2013.

The Guardian. *Online learning: pick a subject, any subject*. 11 November 2013.

Richmond Times-Dispatch. *No Easy Fix for Health Insurance Website, Experts Say*, 22 October 2013. (Also in Charlottesville Daily Progress, 25 October 2013.)

Your Story ("India's No. 1 Media Platform for Entrepreneurs"). *David Evans — "Being a professor is the best job in the world"*. 15 October 2013.

New York Times. *A Surge in Growth for a New Kind of Online Course*, 25 September 2013.

Information Week. *Udacity: Creating A More Engaging MOOC*. 30 July 2013.

Discovery News. *New Spy Tech Keeps Satellites From Bumping*. 12 April 2013.

Daily Progress. *Technology for New Way of Teaching is Advancing*. 21 October 2012.

Richmond Times-Dispatch. *Colleges Expand Audiences with Online Courses for the Masses*. 15 July 2012.

Silver Bullet Podcast. *Show 76: An Interview with David Evans*. 27 July 2012.

Prospect Magazine. *Professors without Borders*. 28 June 2012.

> Not long ago, on a rainy Saturday morning, Professor Dave Evans and I hung out in bed while he tried to explain recursive functions (for the fourth time) and I worked on my homework. Or rather, I hung out in bed, and Evans, a computer science professor at the University of Virginia, hung out on my laptop screen, where I could—click—pause him midsentence and pour myself another cup of coffee. ... for seven weeks this spring, Evans was teaching me and 30,000 others to write enough Python—a basic programming language—to create a mini Google. We started with basics, including the difference between a computer and a toaster, and "bits" versus "bytes". Then we went back in time for a little nerd history, from Augusta Ada King, Lord Byron's daughter and the world's first "programmer," to PageRank, the search algorithm that powers Google. Evans is the kind of nerdy savant whose gap-tooth smile and Monty Python humour attract a cult following on campus.

USA Today. *The Power of Computing*. 4 June 2012.

Zeit. *Lernplattform im Internet: Hal Sagt, Wie's Geht*. 14 May 2012.

National Public Radio: The Story with Dick Gordon. *Udacity: Teaching Online*. 7 May 2012.

Chronicle of Higher Education. *What's Been Good*. 3 April 2012. (One of a series of blog posts about my CS101 course by Robert Talbert.)

> Dave Evans does a great, understated job of lecturing (and uses lecture in appropriate ways and amounts) . . . In short, you can tell this isn't just being thrown together — there is craftsmanship at work in how the course content is put together. . . . The fact that this one project — building a search engine — actually could lead, in a very natural way, to many of the fundamental concepts of computer science struck me as kind of genius.

Voice of America. *Getting a Free Education, in Huge Online Classes*. 21 March 2012.

Wired Magazine. *The Stanford Education Experiment Could Change Higher Learning Forever*. 20 March 2012.

New York Times. *Instruction for Masses Knocks Down Campus Walls*. 4 March 2012.

New York Times. *In World Cup Draw, Conspiracy Theories Abound*. 3 December 2009.

> Yet conspiracy theories abound. In 2005, the issue was part of a final exam in a cryptology course at the University of Virginia.

The Examiner. *To Facebook or not to Facebook*, 29 June 2009.

New York Times. *When Everyone's a Friend, Is Anything Private?*. 7 March 2009.

Cavalier Daily. *State Council of Higher Education Honors David Evans as Recipient of this Year's Outstanding Faculty Award*. 3 February 2009.

Technology Review. *RFID's Security Problem*. January/February 2009.

Richmond Times-Dispatch. *Twelve College Teachers Honored in Virginia*. 27 January 2009.

UVA Today. *Influencing Eternity: University of Virginia to Honor Outstanding Teachers*. 23 April 2008.

The Chronicle of Higher Education. *Computer-Science Researchers Expose Security Vulnerability of Some Electronic Key Cards*. 21 March 2008.

Boston Globe. *T Card Has Security Flaw, Says Researcher: Cracked Code Could Lead to Counterfeits, Study Team Warns*, 6 March 2008.

Dark Reading. *90% of Facebook Apps Have Unnecessary Access to Private Data*. 31 January 2008.

CNet.com, *Exclusive: The Next Facebook Privacy Scandal*. 23 January 2008.

Roanoke Times. *Computer Expert: Scrap All Paperless Voting Machines*. 16 November 2006.

Voice of America News, radio interview on electronic voting (with Neil Currie). 7 November 2006.

New Scientist. *Unnatural Selection*. 21 July 2006.

Information Security Magazine. *Biology: Back to Nature?*. July 2004.

Salon. *Computer, Heal Thyself*. 12 July 2004.

CNet News. *Will Code Check Tools Yield Worm-Proof Software?*. 26 May 2004.

> “Down the road, you want everyone to be using these tools in their compilers,” said David Evans, ..., “It is a real embarrassment to the industry that people still produce code with buffer overflows.”

Network World Fusion. *Security Holes Force Firms to Rethink Coding Processes*. 19 April 2004.

TechNewsWorld. *Security: What’s Good About Computer Viruses*. 5 March 2004.

Technology Review. *From Artificial Intelligence to Artificial Biology?*. November 2003.

The Wall Street Journal. *Web Privacy Services Complicate Feds’ Job*. 3 July 2003.

Forbes Magazine. *Attack of the Clones*. 10 June 2002.

CNet News. *Passwords: The Weakest Link*. 22 May 2002.

ZDNet: eWeek. *Combating the Plague of Insecurity*. 9 August 2000.

Linux Journal. *The Code Analyser LCLint*. May 2000.

Linux Gazette. *Static Checking of C Programs with LCLint*. Issue 51, March 2000.

Ix (German Linux Magazine). *Lint als C-Syntax-Prufer*. July 1996.

## Milestones

| | |
|---|---|
| **May 1994** | SB and SM degrees in Computer Science and Engineering conferred by *Massachusetts Institute of Technology*. |
| **1996 – 1997** | Co-Founder and Chief Technology Officer, *Sona Communications* (while on leave from MIT). |
| **October 1999** | Appointed as Assistant Professor of Computer Science, *University of Virginia*. |
| **February 2000** | Ph.D. in Computer Science conferred by *Massachusetts Institute of Technology*. |
| **March 2006** | Founding Director of *Interdisciplinary Major in Computer Science*. |
| **August 2006** | Promoted to Associate Professor (with Tenure), *University of Virginia*. |
| **September – December 2008** | Visiting Scholar, *University of California, Berkeley* (on sabbatical leave). |
| **January 2009** | Awarded *State Council of Higher Education for Virginia Outstanding Faculty Award*. |
| **February – May 2009** | Visiting Researcher, *Microsoft Research*, Redmond, Washington (on sabbatical leave). |
| **2009 – 2010** | Program Co-Chair, 30th and 31st *IEEE Symposium on Security and Privacy*. |
| **January 2012 – January 2013** | Professor and VP of Education, *Udacity, Inc.*, Palo Alto, CA. (on entrepreneurship leave). |
| **August 2013** | Promoted to Full Professor, *University of Virginia*. |
| **May 2014** | Received *Distinguished Research Award* from University's Vice President of Research |
| **January 2015** | Lead Organizer, *NSF Security and Trustworthy Cyberspace PIs' Meeting* |
| **October 2017** | Program Co-Chair, 24th *ACM Conference on Computer and Communications Security* (CCS) |
| **August 2018** | UVA PI, *NSF Frontier Center for Trustworthy Machine Learning* |
| **May 2023** | UVA PI, *NSF AI Institute for Agent-based Cyber Threat Intelligence and Operation* (ACTION) |
| **September 2025** | Appointed as *Olsen Bicentennial Professor of Engineering* |

# **APPENDIX B**

# Materials Considered List

## Articles and Other Content

- Abacha, Asma Ben et al., "MEDEC: A Benchmark for Medical Error Detection and Correction in Clinical Notes", arXiv:2412.19260v2, January 2, 2025, https://arxiv.org/pdf/2412.19260v2

- Ahmed, Ahmed et al., "Extracting books from production language models", arXiv:2601.02671v1, January 6, 2026, https://arxiv.org/pdf/2601.02671

- Carlini, Nicholas et al., "Extracting Training Data from Large Language Models", 30th USENIX Security Symposium, pp. 2633-2650, August 11-13, 2021, https://www.usenix.org/system/files/sec21-carlini-extracting.pdf

- Carlini, Nicholas et al., "Extracting Training Data from Large Language Models", arXiv:2012.07805, 2021 ("Carlini 2021"), https://arxiv.org/abs/2012.07805

- Carlini, Nicholas et al., "Quantifying Memorization Across Neural Language Models", 11th International Conference on Learning Representations, 2023, https://openreview.net/pdf?id=TatRHT_1cK

- Chiang, Ted, "ChatGPT is a Blurry JPEG of the Web", *The New Yorker*, Feb. 9, 2023, https://www.newyorker.com/tech/annals-of-technology/chatgpt-is-a-blurry-jpeg-of-the-web

- Cooper, A. Feder et al., "Extracting memorized pieces of (copyrighted) books from open-weight language models", arXiv preprint arXiv:2025.12546v4, Nov. 30, 2025, https://arxiv.org/pdf/2505.12546v4

- Cover, Thomas and King, Robert, "A Convergent Gambling Estimate of the Entropy of English", IEEE Transactions on Information Theory, vol. 24, no. 4, pp. 413-21, July 1978

- Delétang, Grégoire et al., "Language Modeling Is Compression", arXiv:2309.10668v2, March 18, 2024, https://arxiv.org/pdf/2309.10668v2

- Feldman, Vitaly, "Does Learning Require Memorization? A Short Tale about a Long Tail", arXiv:1906.05271v3, December 11, 2019, https://arxiv.org/pdf/1906.05271v3

- Feldman, Vitaly and Zhang, Chiyuan, "What Neural Networks Memorize and Why: Discovering the Long Tail via Influence Estimation", arXiv:2008.03703v1, 2020, https://arxiv.org/pdf/2008.03703

- Hayes, Jamie, et al., "Measuring memorization in language models via probabilistic extraction", Proceedings of the 2025 Conference of the Nations of the Americas Chapter of the Association for Computational Linguistics: Human Language

Technologies (Volume 1: Long Papers), April 29-May 4, 2025, https://aclanthology.org/2025.naacl-long.469.pdf

- Hutter Prize, "500'000€ Prize for Compressing Human Knowledge", http://prize.hutter1.net/
- IERE.org, "How Many Atoms on Earth?", IERE Team, April 13, 2025, https://iere.org/how-many-atoms-on-earth/
- Jayaraman, Bargav et al., "Combing for Credentials: Active Pattern Extraction from Smart Reply", IEEE Symposium on Security and Privacy, 2024, https://ieeexplore.ieee.org/stamp/stamp.jsp?tp=&arnumber=10646876
- Kiyomaru, Hirokazu et al., "A Comprehensive Analysis of Memorization in Large Language Models", Proceedings of the 17th International Natural Language Generation Conference, September 23-27, 2024, https://aclanthology.org/2024.inlg-main.45.pdf
- Nasr, Milad et al., "Scalable Extraction of Training Data from Aligned, Production Language Models", 13th International Conference on Learning Representations, 2025, https://openreview.net/pdf?id=vjel3nWP2a
- Ren, Geng et al., "Entropy Rate Estimation for English via a Large Cognitive Experiment Using Mechanical Turk", Entropy, vol. 21, no. 12, December 2019, https://pmc.ncbi.nlm.nih.gov/articles/PMC7514546/pdf/entropy-21-01201.pdf
- Secure Hash Standard, Federal Information Processing Standards Publication 180-4, National Institute of Standards and Technology: U.S. Department of Commerce, March 2012 (updated Aug. 2015)
- Shannon, C.E., "A Mathematical Theory of Communication", The Bell System Technical Journal, vol. 27, no. 3, pp. 379-423, July 1948
- Shannon, C.E., "Prediction and Entropy of Printed English", The Bell System Technical Journal, vol. 30, no. 1, pp. 50-64, January 1951, https://www.princeton.edu/~wbialek/rome/refs/shannon_51.pdf
- Shuai, Xian et al. "Scaling Law for Language Models Training Considering Batch Size", arXiv:2412.01505v1, December 2, 2024, https://arxiv.org/pdf/2412.01505v1
- Xiong, Alexander et al., "SoK: The Landscape of Memorization in LLMs: Mechanisms, Measurement, and Mitigation", arXiv:2507.05578v2, 2025, https://arxiv.org/pdf/2507.05578v2

**Bates Stamped Documents and Source Code**

- MOSAIC_ONAN_00000220

- MOSAIC_ONAN_00000221
- MOSAIC_ONAN_00000222
- MOSAIC_ONAN_00000223
- MOSAIC_ONAN_00000224
- MOSAIC_ONAN_00000225
- MOSAIC_ONAN_00000226
- MOSAIC_ONAN_00000227
- MOSAIC_ONAN_00000228
- MOSAIC_ONAN_00000229
- MOSAIC_ONAN_00000248
- MOSAIC_ONAN_00000255
- MOSAIC_ONAN_00000270
- SHAN0000001-SHAN0001167

**Books and Book Chapters**

- Storer, James A., "Image and Text Compression" Kluwer Academic Publishers, 1992
- Truss, Lynne, "Eats, Shoots & Leaves: The Zero Tolerance Approach to Punctuation", 2006

**Expert Reports**

- Opening Expert Report of Dr. David Evans
- Opening Expert Report of Dr. Michael T. Johnson
- Rebuttal Expert Report of Dr. Michael T. Johnson
- Opening Expert Report of Dr. Shawn Shan

Any other documents or sources cited in this report or its accompanying appendices which are not listed here.