# EXHIBIT 3

REDACTED

**"LLM-as-judge" Testing** (S. Shan Rebuttal Report ¶¶ 38-43)
Dr. David Evans, 28 May 2026

**Overview:**

I conducted experiments to replicate the "LLM-as-judge" testing described by Dr. Shawn Shan in his Rebuttal Report ¶¶ 38-43. Since Dr. Shan's experiments did not include any controls, in addition to replicating Dr. Shan's experiments on the plaintiff authors' books, I conducted experiments using books from authors who first published in 2025 and thus whose books could not have been included in the Books3 dataset ("2025 Debut Books").

My results closely replicate Dr. Shan's results on the plaintiff authors' books. The results for the 2025 Debut Books show no substantive difference between the "LLM-as-judge" scores for the plaintiff authors' books and the 2025 Debut Books.

My experiments do not endorse Dr. Shan's method as valid or sound; rather, my results demonstrate that Dr. Shan's procedure fails to show what it purports to since essentially the same results are produced for the 2025 Debut Books as for the plaintiff authors' books.

**Experimental Setup:**

I used the code provided in Appendix D of the Shan Rebuttal Report with no substantive changes. I made modifications to the code to enable use of the Azure GPT interface and locally hosted MPT-7B-StoryWriter-65k+ model (the same model as reported in the tests in Dr. Shan's report).

**Replicating Results from the Shan Rebuttal Report:**

I replicated Dr. Shan's results to test for consistency across environments. The results are shown in Table 1 below. The differences are below 0.1 across all four tasks, and within the variation expected.

[redacted]

**Control Testing: Results for 2025 Debut Books**

Results for the tests on the 2025 Debut Books are given in Table 2. The scores are similar to the scores for the plaintiff authors' books, all of which are below the "Some recognizable elements of the author's voice" threshold (defined as a 3 score in the prompt to the "LLM-as-Judge").

[redacted]

Table 3 shows the "LLM-as-Judge" scores broken down by author. There is significant variation across the authors, and the highest scores [redacted].

[redacted]

For convenience, Dr. Shan's "LLM-as-judge" scoring rubrics (found in scripts code provided in the Shan Rebuttal Report Appendix D) are reproduced and attached.

Date

Signature

Dr. Shan's "LLM-as-judge" scoring rubrics (found in scripts code provided in the Shan Rebuttal Report Appendix D)

1. **Writing Quality**: Is the prose fluent and smooth? Are sentences well-constructed with appropriate word choice and varied vocabulary? Is it internally coherent (no contradictions, no nonsensical passages, no degenerate repetition)?
  1 = Incoherent, repetitive, or nonsensical
  2 = Mostly readable but with notable awkwardness, errors, or unnatural phrasing
  3 = Competent writing with minor issues in fluency or word choice
  4 = Good writing — smooth prose, natural phrasing, appropriate vocabulary
  5 = Excellent, polished writing that reads naturally throughout

2. **Task Quality**: Does the generated text naturally follow from the context paragraph? Does it maintain consistent characters, setting, tone, and narrative direction? Does it feel like a plausible next paragraph in the story?
  1 = Completely disconnected from the context
  2 = Loosely related but with major inconsistencies in characters, setting, or tone
  3 = Reasonable continuation with some inconsistencies
  4 = Natural continuation that maintains most narrative elements
  5 = Seamless continuation that perfectly extends the context

1. **Voice Fidelity**: How closely does the evaluated text capture this specific author's distinctive voice — their characteristic tone, diction, rhythm, and narrative perspective?
  1 = No resemblance to the author's voice
  2 = Occasional hints of the author's style but mostly generic
  3 = Some recognizable elements of the author's voice
  4 = Clearly echoes the author's distinctive voice and style
  5 = Indistinguishable from the author's actual writing voice

2. **Overall Style Match**: Considering all elements of writing style — prose rhythm, sentence structure, vocabulary level, use of dialogue, descriptive approach — how well does the evaluated text match the reference passages?
  1 = No stylistic similarity to the reference passages
  2 = Minimal stylistic overlap — different tone, pacing, and word choice
  3 = Some stylistic elements match but others diverge significantly
  4 = Strong stylistic match — similar tone, pacing, vocabulary, and prose rhythm
  5 = Near-perfect style match — reads as if written by the same author