FENWICK & WEST LLP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*In Re Mosaic LLM Litigation*

Master File Case No.: 3:24-cv-01451-CRB

**DECLARATION OF MICHAEL JOHNSON, PH.D. IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

**REDACTED**

DECL. OF PROF. JOHNSON ISO DEFS'
MOTION FOR SUMMARY JUDGMENT

Case No.: 3:24-cv-01451-CRB

I, Dr. Michael T. Johnson, declare as follows:

1.      I have been engaged on behalf of Defendants Databricks, Inc. and MosaicML, LLC to provide expert testimony on various aspects of the design, training, and application of large language models ("LLMs"), particularly Mosaic's Mosaic Pretrained Transformer ("MPT") series of LLMs.  I was also asked to provide opinions regarding the training data used to train these LLMs and the datasets that Plaintiffs allege Defendants made available to certain third parties.

2.      I submitted an opening expert report in this matter on March 16, 2026 and a rebuttal report on April 17, 2026, and I was deposed on May 27, 2026.  My opening and rebuttal reports are attached as **Exhibits 1** and **2**.  The statements in my opening and rebuttal reports are accurate and true to the best of my knowledge, information, and belief.  This declaration provides a somewhat condensed statement of the opinions in my reports:  (i) LLMs, including the MPT models, represent a significant milestone in AI technology and are designed to generalize, not to reproduce their training data; (ii) the training of the MPT models using books data was both literally and functionally transformative, converting text into mathematical parameters that bear no resemblance to the original works and serving an entirely different purpose; (iii) The Pile and RedPajama datasets, including their Books3 components, were canonical, widely adopted research datasets whose use promoted scientific progress in the LLM research community; (iv) Books3 played a limited role in training the MPT models, comprising under 3% of the pretraining tokens, and approximately 3.5% of all training tokens for MPT-7B-StoryWriter-65k+; (v) my testing of the MPT models using plain-language prompts confirms that the models do not reproduce or memorize content from Plaintiffs' books; and (vi) the datasets Defendants made available to third parties were formatted and stored exclusively for LLM training purposes and were not suitable for reading or human consumption.

3.      These opinions are based on my knowledge, skill, experience, training, and education, as well as my review and analysis of documents and data as disclosed in my reports.

**A.      Professional Background & Qualifications**

4.      I am a Professor of Electrical and Computer Engineering (ECE) in the Pigman College of Engineering at the University of Kentucky (UK) in Lexington, Kentucky.  I have served

FENWICK & WEST LLP

as the Associate Dean for Undergraduate Education and Student Success for the Pigman College of Engineering since July 2023. Previously I served as the ECE Department Chair from 2016 to 2023. Attached to my opening report is a copy of my CV (current as of the date of that report).

5.    My research focuses on speech and language processing, with a publication record of more than 50 peer-reviewed journal articles and more than 150 total peer-reviewed publications and presentations over the past three decades. My specific expertise includes automatic speech recognition and machine learning. As a professor, I regularly teach both undergraduate and graduate courses in electrical and computer engineering on these and other topics.

6.    I am an active member of the Institute for Electrical and Electronic Engineers (IEEE), the IEEE Signal Processing Society, the Acoustical Society of America (ASA), and the American Society for Engineering Education (ASEE). I regularly serve as a reviewer for journals, conferences, and workshops in the area of speech and signal processing, including IEEE Transactions on Acoustics, Speech, and Signal Processing, IEEE Transactions on Signal Processing, the Journal of the Acoustical Society of America, Speech Communication, the International Conference on Acoustics, Speech, and Signal Processing (ICASSP), Interspeech, and the IEEE Workshop on Automatic Speech Recognition.

7.    I received a Ph.D. in Electrical and Computer Engineering from Purdue University in 2000. My doctoral dissertation focused on speech processing and automatic speech recognition using machine learning models. I received my undergraduate degrees in both Computer Science Engineering and in Electrical Engineering from LeTourneau University in 1989 and 1990, respectively, and a Master's degree in Electrical Engineering from the University of Texas at San Antonio in 1994.

**B.    Overview of Artificial Intelligence, Machine Learning, & Neural Networks**

8.    To understand the specific technical issues in this case, it is helpful to have an overview of the broader field of artificial intelligence, machine learning, and neural networks. Artificial Intelligence ("AI") generally refers to the capability of machines and algorithms to simulate reasoning and perform complex tasks. An important goal of AI is to solve problems and achieve a desired result without being explicitly programmed to account for all possible scenarios.

FENWICK & WEST LLP

DECL. OF PROF. JOHNSON ISO DEFS'    2    Case No.: 3:24-cv-01451-CRB
MOTION FOR SUMMARY JUDGMENT

This is unlike earlier forms of computing, in which computers were explicitly programmed to generate specific outputs in response to specific inputs.  A huge range of AI and AI applications exist.  The rapid advancement of AI, Machine Learning capabilities, and LLMs in recent years is having a transformational impact on nearly every industry sector worldwide, and is comparable to other revolutionary innovations such as the printing press, electric power, and the internet.  Indeed, LLMs represent a significant milestone in the development of AI technology, and the scale and extensive training of LLMs make them capable of handling complex tasks—such as question answering, computer code generation, legal research, and medical diagnosis—that were previously almost impossible to imagine.

9.      The illustration below depicts the relationship between different subdisciplines within the field.



10.      Machine learning is a subfield of AI that focuses on algorithms that learn from data to solve problems.  Machine learning models based on statistical pattern recognition do not follow pre-programmed rules, but instead learn by looking at example data, called "**training data**," to figure out what combinations of characteristics are likely to yield the best decisions for new, previously unseen, examples.  An example of machine learning is e-mail SPAM detection that uses

machine learning to determine whether an email is SPAM or a useful message. When a user labels a message as "SPAM," the system learns and improves.

11. Artificial Neural Networks are mathematical models, loosely based on the structure and operation of the human brain. The fundamental element in a neural network is a node called a "neuron." Many neurons can be connected into a layered "network," as depicted below. Connecting these neurons allows the neural network to learn more complicated patterns.



12. In the illustration above, there are two inputs, each of which are connected with "**weights**" to the neurons that follow. The weights represent the "importance" of each of the inputs to the final output. Each neuron in the network works individually, taking the inputs it receives, determining an output, and sending that to the next layer. The middle layer is called "hidden" because a user can see the values of the inputs and the value of the output but cannot easily see the values of the neurons that are inside the network. The inputs are sent to the different neurons in the hidden layer, each of which generates an output, and those individual outputs are combined in the output neuron to give a final output. Accordingly, the overall output of a neural network model, given a particular input, is determined by the weights connecting the neurons. The weights connecting the neurons are often referred to as "the connections" or "the **parameters**" of the model.

DECL. OF PROF. JOHNSON ISO DEFS'        4        Case No.: 3:24-cv-01451-CRB
MOTION FOR SUMMARY JUDGMENT

FENWICK & WEST LLP

### C.    Overview of LLMs

#### 1.    Generative AI and "Generalizability"

13.    Returning to the Venn diagram in paragraph 9 above, "generative AI" refers to AI systems that have been trained to "generate" new, original content based on learning from data. LLMs, the specific types of models at issue in this case, are one form of generative AI that create text output in response to user text inputs. They consist of massively large neural networks with many layers and many neurons in each layer. These models mathematically represent linguistic structure, vocabulary, grammar, and other complex language concepts, through statistical relationships across the training data. LLMs have a wide variety of applications, such as question answering, computer code generation, legal research, and medical diagnoses.

14.    A fundamental goal of training an LLM, including the LLMs at issue in this case, is to develop a model that can "generalize." "**Generalizability**" is the ability to provide novel, useful, and contextually relevant responses to new, never-before-seen user inputs across a broad array of domains and topics. The model captures and represents the core underlying statistical characteristics of the data on which it has been trained—as opposed to reproducing specific elements from the training data. An LLM's ability to generalize allows the LLM to generate meaningful output on topics that it had not explicitly encountered in its training. For example, an LLM application that is trained to analyze patient medical records and suggest a possible medical diagnosis or further diagnostic tests should be able to generate accurate results for new patients whose unique situation, symptoms, and family history are different from those present in the training data.

15.    The idea of generalization relates to the concepts of "underfitting" and "overfitting" in statistical modeling. An "underfit" classification model is too simple to accurately represent the underlying probability distribution of the data; whereas an "overfit" model is too complex. As an example, the illustration below contains three identical graphs classifying rain and snow as a function of ambient temperature and relative humidity. The linear model (i.e., a straight line) on the left is too simple of a model to classify the type of precipitation from temperature and humidity as it does not capture the complexity of the data pattern. Therefore, this model is "underfit." In

FENWICK & WEST LLP

DECL. OF PROF. JOHNSON ISO DEFS'
MOTION FOR SUMMARY JUDGMENT
5
Case No.: 3:24-cv-01451-CRB

contrast, the model in the center is "overfit": it classifies every data point in the training data but does not represent the data pattern well for future classification of new, unseen inputs because it would predict even outliers that are inconsistent with the other data. The model on the right has a "generalized fit." It appropriately generalizes the true distribution of the data, and will therefore most accurately classify future precipitation based on temperature and humidity measurements.

  

| Underfit | Overfit | Generalized fit |

### 2.    How LLMs Generate Output

16.    A properly trained LLM generates useful text outputs through the seemingly simple process of having the model predict the next word. To trigger this process, a user must input what is typically called a "**prompt**," because it "prompts" the LLM to start generating output.

17.    For example, if you give an LLM the input prompt "What is your favorite color?," the LLM might start its output with the word "My" because that's a common (and highly probable) way to begin the answer to this kind of question. It might then take the prompt plus the word "My" and, selecting from the most likely next words, choose the word "favorite." Following the same process, it might then generate "color," then "is," and then, selecting semi-randomly from common color possibilities, choose "blue." After this, it might generate a "period" punctuation mark, or it might generate the word "because" to add more content. The model continues to generate text until it generates a special output called "End of Sequence," which causes the LLM to stop generating text. The illustration below depicts this process, with the decimal numbers in the boxes providing examples of the likelihood that the corresponding word will be the next word in the output.

FENWICK & WEST LLP



18. In the process of generating output from an LLM, input text is first converted into "**tokens**" which include words, parts of words, and punctuation marks or other text symbols. This process is called "**tokenization**." The algorithm that originally determines the overall set of possible tokens from a training data set is called a "tokenizer." Generally, the number of tokens per word for a tokenizer is about 1.25 tokens per word.

19. Each token is represented by a number, with the tokenized input resulting in a series of numbers. The illustration below depicts the tokenization process for the input prompt "Summarize the text, highlighting the most important points."



20. After tokenization, the input data is usually standardized into a numerical format designed for input into the LLM using an approach called "**embedding**." Embedding assigns numerical values to each token that capture information about the input tokens and different "dimensions" of their meanings through "**vectors**." For example, words with related meanings such as "dog," "cat," and "pet" will be assigned values that are close to each other for one

FENWICK & WEST LLP

DECL. OF PROF. JOHNSON ISO DEFS'
MOTION FOR SUMMARY JUDGMENT

7

Case No.: 3:24-cv-01451-CRB

dimension. Similarly, words with related grammatical functions such as "walk" and "swim" will be assigned values that are close to each other for a different dimension.

21. The next step is to add information to each input token about where it is located within the input text sequence, in a process called "**positional encoding**." The positional relationship between words (i.e., the order of words) is one of the most important pieces of information related to a text's meaning, and an LLM needs to be programmed with this information in order to use it.

22. Following tokenization, embedding, and positional encoding, the input sequence (the "prompt") goes through the various layers of the LLM neural network for output generation. This is sometimes called the "**forward pass**" through the network because the input is propagated through the network in a forward direction. The final layer of the LLM calculates the probabilities of all possible output tokens from which each token is selected.

23. While an LLM goes through the same process each time it generates output, the model usually generates new and different outputs each time, even though the probabilities assigned to the tokens and the prompt remain the same. This is because, under most model settings, when a model generates a new token, it does not always select the token with the highest probability. Instead, it inserts some randomness into the process of selecting the next token, called "**sampling**."

24. An LLM's "**context window**" is the maximum length of input and previously generated outputs that an LLM can handle. Having a large context window allows the model to incorporate a larger amount of information into the calculation of its output response. Accordingly, a large context window can significantly impact a model's ability to perform certain tasks. For example, a customer support assistant can be more effective if it can account for the previous parts of the conversation with the customer instead of only the customer's current question. Historically, developing LLMs capable of handling long context windows was a significant technical challenge.

**D.    Training LLMs Requires Massive Resources.**

25. LLMs are massively large neural networks. Their large size is needed to fully represent the level of complexity inherent in human language, so that the responses they generate will be meaningful and useful.

FENWICK & WEST LLP

26.     As discussed below, LLM training requires a massive amount of textual data, which must be varied in substance (across domains, topics, and styles) and accurate (e.g., containing vocabulary that is spelled and used correctly). It must also capture the diversity of linguistic structures (e.g., grammar and syntax).

27.     Training an LLM requires massive amounts of energy to power the necessary computer calculations. To provide a frame of reference for how massive the computational requirements are, training an LLM like MPT-30B (one of the MPT models, which I discuss below) with 30 billion parameters trained on 1 trillion tokens of training data, would take over *ten thousand years of continuous computation on a regular desktop computer*.

28.     Training an LLM requires not only massive computation, but also massive datasets—hundreds of billions of tokens or more. LLMs need enough data points to learn general linguistic patterns and relationships and obtain a good estimate of their parameter values.

29.     In addition to a vast amount of training data, accuracy and variety of training data are also crucial for LLM performance. Training data should cover a broad and diverse range of relevant examples that can represent many possible situations or variations. Training LLMs on diverse data enables the LLMs to generate meaningful outputs across many different formats, styles, and topics, in the same way that people do. Without variety, a model may become narrowly focused and unable to provide outputs in domains or contexts to which it has had less exposure.

30.     The training data must also provide accurate and clear information. This means that the data's information is factual, contains well-formed and appropriate language usage, does not contain typographical errors or irrelevant content, and comes from reliable and verified sources. Collecting sufficient accurate and clear training data can be challenging given the massive amount of data that is necessary.

**E.     Overview of the LLM Training Process**

31.     Training an LLM typically involves two stages: (1) the main and lengthy training stage called "**pre-training**"; and (2) a shorter training stage called "**fine-tuning**" that can adjust a general-purpose LLM for specific applications.

FENWICK & WEST LLP

FENWICK & WEST LLP

32.    The first step in LLM pre-training is preparing the training data.  The training data must be copied into computer storage as a necessary step in preparation for training the LLM.  At this point, the data may be further filtered or curated.  This could include removing duplicate content, which helps improve generalization and the learning of general linguistic patterns or information.

33.    The data is then tokenized, broken into fixed length segments referred to as "**chunks**," and embedded and positionally encoded.  As discussed above, a fundamental goal of LLM training is to develop a model that generalizes.  To promote strong generalization ability and avoid "domain bias" (skewing the model towards certain topics, types of information, or viewpoints), the chunks of data are selected and used randomly through a shuffling process, either across the entire data set or within very large blocks of the data so that all aspects of the data are mixed.  This process results in the LLM learning how to predict individual words from previous words in a meaningful and useful way that will be applicable to new and unseen data.

34.    Once the data is chunked and fully prepared, the training process begins.  Inputs are tokenized and embedded, processed by the model, and the next word output probabilities are calculated.  The model compares these probabilities to the actual next word in the training data and generates an error calculation.  Based on the error calculation, the model's weights (or parameters) are updated.  This process is repeated hundreds of billions of times.

35.    After pre-training, a baseline LLM can generate outputs by predicting words and can perform a wide variety of general tasks.  However, performance on a specific task, such as chat-bot applications or instruction following, can be significantly enhanced by "**fine-tuning**." "Fine-tuning" provides a general-purpose LLM additional training data for a specific purpose.  This typically involves smaller and more focused datasets that directly connect to the objective.  For example, if a company wanted to fine-tune a model for a customer service chat-bot, it could use relevant text examples, such as customer service interaction logs, product instruction manuals, and troubleshooting guides, with the same word-prediction task to further train the LLM.  This process results in better quality output for specific types of requests.

36.    In addition to fine-tuning an LLM for a specific application, it is possible to use fine-tuning to enhance other aspects of a model, such as expanding its maximum context window by (among other steps) using training data that would provide a sufficiently long single block of text, such as books.

**F.    The Books3 Dataset Was a Canonical and Widely Used Dataset in the Field of LLM Research.**

37.    Establishing and using standard reference datasets is an important component of the AI research community, because they help lower barriers to entry for the research community by giving everyone access to the same curated training datasets, thereby increasing transparency, reducing duplication of effort, and facilitating comparisons between models.  By agreeing on and using such standard datasets, the community accelerates innovation while maintaining scientific rigor and openness.  The Pile and RedPajama—both of which include Books3, the dataset at issue in this case—were such datasets.  These datasets not only lowered barriers to entry and enabled model comparison, but also increased transparency and reduced duplication of effort, helping to promote scientific advancements in the field.

38.    Books3 is a dataset that was initially compiled by an AI researcher in 2020 to help build and maintain data that would enable open and accessible training of LLMs.  Books3 contains around 196,000 books, the equivalent of about 27 billion tokens.  Books3 was later included in commonly used open training datasets, including RedPajama and The Pile.

39.    RedPajama was released in 2023 by TogetherAI, a company focused on building open-source and community-driven AI infrastructure, in partnership with three different AI research consortiums, seven universities including Stanford University and the University of Montreal, six different federal funding agencies, and more than 20 companies.  The RedPajama dataset comprises seven smaller datasets, one of which is RedPajama – Books.  RedPajama – Books, in turn, includes Books3 with some minor adjustments and another dataset called PG-19. PG-19 was compiled by Google researchers and consists of books published before 1919 from the Project Gutenberg website, one of the oldest and largest repositories of public-domain literature. Altogether, RedPajama is over 1.2 trillion tokens.  In publicly releasing RedPajama, TogetherAI

FENWICK & WEST LLP

explained that the goal was to replicate the collection, cleaning, and processing of datasets used in creating its first-generation Llama models released by Meta, and thereby enable their further use by others in community-driven research.

40.    The Pile dataset was also an open dataset released to facilitate AI research.  It was compiled by the non-profit research group EleutherAI.  In a 2020 paper announcing The Pile, EleutherAI explained that its intent in releasing the dataset was to advance reproducibility and transparency in the field, allowing researchers to train and study LLMs without relying on proprietary datasets.  EleutherAI also explained that it included Books3 because "books are invaluable for long-range context modeling research and coherent storytelling."[1]  The Pile comprises 22 smaller datasets, totaling approximately 300 billion tokens (equivalent to about 200 billion words), and includes a mix of text from various domains, such as academic papers, code, books (including Books3), web text, and conversational data.

41.    Books3, RedPajama, and The Pile were widely adopted in the research community and used as part of training LLMs on large and diverse datasets.

42.    Meta used Books3 in training its first-generation LLaMA models.  These were pioneering models in the field of generative AI because they were generally considered the best "open-weight" models available at the time.  An "open weight" model is a model whose weights or parameters are public.  Books3 was also used, either by itself or through its inclusion in RedPajama – Books and The Pile, in numerous academic and industry projects, including EleutherAI's GPT-Neo, GPT-J, and Pythia models, TogetherAI's RedPajama-INCITE models, Bloomberg's Bloomberg-GPT model, and Salesforce's CodeGen and XGen models.  While Books3 was a commonly used dataset within the research community, the total amount of content represented by Books3 in The Pile is relatively small (12.07%).

43.    Because of The Pile's diverse content, large size, and accessibility, it became a canonical dataset widely used across the machine learning research community.  For example, as of March 15, 2026, EleutherAI's paper presenting The Pile had been cited in academic papers over

---

[1] Gao, Leo et al., "The Pile: An 800GB Dataset of Diverse Text for Language Modeling," EleutherAI (2020) at 3-4.

2,500 times.  Models trained using The Pile include EleutherAI's GPT-J and GPT-NeoX, Microsoft's Megatron-Turing NLG, Meta's OPT and Llama models, and Apple's OpenELM, among many others.  The use of The Pile has made significant contributions to the field, including advancing new LLM architectures, reducing LLM toxicity, improving pre-training efficiency, and supporting the development of long-context-window techniques.

44.     Because of the massive resource requirements in the field of AI research, as described above in Section D, collaboration is very valuable to promoting scientific advances in the field.  Without sharing research, information, and datasets through platforms like Hugging Face and GitHub, most researchers and smaller institutions would not be able to contribute to the field due to barriers to entry.  Hugging Face, for example, is an AI community platform used to share AI information, research, advancements, and helpful resources for research purposes.  This open sharing of research resources and results democratizes access and accelerates innovation, making LLM technology more practical and cost-effective.  Ultimately, open research results in safer, more reliable, and socially beneficial AI systems, which in turn has a wider impact across domains.

**G.     Mosaic's MPT Models**

45.     In 2023, Mosaic released a family of open-weight LLMs called the MPT models, which included the MPT-7B model series, the MPT-30B model series, and the MPT-7B-8K model series.  MPT-7B, MPT-30B, and MPT-7B-8K each had a base model as well as fine-tuned "Instruct" and "Chat" models.  MPT-7B also had another fine-tuned variant called MPT-7B-StoryWriter-65k+.

46.     The MPT-7B model consisted of approximately 1 trillion tokens from ten datasets across a variety of data types, including web crawl data such as Common Crawl derivatives, coding materials like The Stack, encyclopedia sources like RedPajama – Wikipedia, and fiction and non-fiction books sources from RedPajama – Books.  The RedPajama – Books data made up about 3% of the total pre-training data tokens.

47.     Books3 played only a limited role in training the MPT models, accounting for under 3% of total tokens in the pre-training datasets, and most of its content was presented to each of the models only once during the models' pre-training.

FENWICK & WEST LLP

48.    Mosaic trained MPT-7B-StoryWriter-65k+ by fine-tuning the MPT-7B model using a 65,536 (or 65k) token context window.  The training data consisted of excerpts from fiction books in the Books3 dataset that were 65k tokens in length.  Across both pre-training and fine-tuning, Books3 represented approximately 3.5% or less of the total tokens Mosaic used to train MPT-7B-StoryWriter-65k+.  Mosaic built the model to demonstrate the ability to create a long-context-window fine-tuned model from a standard pre-trained base model.

49.    As discussed above, the inclusion of data across multiple topics, formats, styles, and perspectives is an important part of training a robust and generalized LLM.  For this reason, no one style or genre of material is individually indispensable.  For MPT-7B-StoryWriter-65k+ in particular, one of the benefits of including books in the training data was that they were long enough to demonstrate the ability to handle longer context windows.  At the time of its release, MPT-7B-StoryWriter-65k+ could handle much longer inputs than other models, including some industry-leading commercial LLMs.  The other MPT models with shorter context windows could not handle inputs of nearly as much data at one time.  After the release of MPT-7B-StoryWriter-65k+, several other AI developers released LLMs with longer context window capabilities and the MPT models were quickly eclipsed in terms of performance and capabilities by other LLMs.

50.    While Mosaic shared the MPT models and their weights with the public, they would not have been straightforward for a layperson to use.  To start, the user would need a computer with a graphics card that has sufficient memory, which can cost $1,000 - $5,000 or more each.  For the user to submit text to an MPT model and receive a generated response, they would need some kind of interface to access it.  Most users who interact with consumer-facing LLMs, such as OpenAI's ChatGPT, Anthropic's Claude, and Google's Gemini, do so through specialized software tools.  For open-weight LLMs like the MPT models without a consumer-facing interface, obtaining or creating an interface would involve downloading and installing a complex software environment based on the instructions provided by that particular LLM developer, and following a detailed set of instructions to load the LLM under that software environment, which would typically be accomplished through a command-line interface inside a terminal window for that software environment.  Because of the complexity of this process and the need for substantial software

FENWICK & WEST LLP

DECL. OF PROF. JOHNSON ISO DEFS'          14          Case No.: 3:24-cv-01451-CRB
MOTION FOR SUMMARY JUDGMENT

expertise to accomplish this, the task of using the MPT models in 2023 would have been extremely difficult if not impossible for the average layperson.

**H.     Mosaic's Use of Text, Including Books3, for LLM Training and Research Was Transformative.**

51.     The use of books in training datasets when training the MPT models was both literally and functionally transformative.  The MPT models' training, in a literal technical sense, was an inherently transformative operation.  The models used the training data to update a complex mathematical model in the form of weights within a deep multi-layer neural network that in no way resembles the original data.  And, as I discuss above, LLMs serve a fundamentally different purpose than the text on which they are trained—to provide novel, useful, and relevant responses to new, previously unseen inputs, in a variety of applications, such as answering questions, writing code, and helping with medical diagnosis.

52.     As to the textual data from books used to train the MPT models, the nature of that operation was similarly transformative, in a literal sense.  As discussed above in Sections C.2 and E, the training data is broken down into tokens, and those tokens are embedded into multi-dimensional numerical embeddings (or vectors) that represent the meaning and other characteristics of the tokens.  These embeddings are processed through multiple neural network layers before finally outputting a calculated set of probability values that represent the likelihoods of all possible next tokens.  Additionally, training the MPT models would have included shuffling chunks of training data text, inputting them into the model, and iteratively evaluating whether the model accurately predicts the next tokens in the sequence.  As a result, the billions of parameters of the MPT models do not resemble the input data—having been literally "transformed" to something entirely different than the original, which bear no physical or digital resemblance to the original text.  The parameters of the models also have a completely different character and purpose from books.

53.     In addition to the training process being literally transformative, it is also transformative with respect to its function.  The MPT models serve an entirely different purpose from the data on which they were trained.  The MPT models are software tools designed to generate

FENWICK & WEST LLP

FENWICK & WEST LLP

unique, useful responses to user inputs and queries, not to replicate the training data. The MPT models operate in an entirely different way and serve an entirely different purpose than that of the text used for training, and they cannot serve as a substitute for a book or any other training data.

54. Given the transformational nature of the use of book data in LLM research and training, including MPT model training, the use does not (and could not) replace books. The parameters of the models have a completely different character—in no way resembling written text—and purpose from books, and the models themselves are thus both literally and functionally transformative.

55. In addition to using RedPajama – Books and Books3 to train the MPT models, I understand that Mosaic and Databricks conducted experiments using the Books3 dataset. This included long context fine-tuning experiments, research into the effects of dataset deduplication, and custom tokenizer experiments. Separately, an intern used The Pile to support an academic paper exploring whether training on a smaller, "pruned" dataset is as effective or better than the larger dataset.[2]

56. Experiments are a fundamental part of the scientific process and the model research and development process, and are a transformative use of Books3. Scientists need to determine what factors result in better model performance for the research models being studied before undertaking design decisions and training the production model. Experiments contribute to scientific research on LLM development, including when the results are used in academic papers and made available to the academic community, and more broadly to many other fields that rely on LLMs to make new discoveries and advance scientific research.

57. While Plaintiffs allege that Defendants created and maintained a "library" with RedPajama – Books and Books3, these datasets were not structured as a "library." The files within the datasets were not associated with individual literary works or titled or organized in a way that would make it easy for someone to find specific works. Furthermore, the datasets were maintained for a specific purpose in a format that would have been useful only for research and LLM training—

---

[2] *See* Ankner, Zachary et al., "Perplexed by Perplexity: Perplexity-Based Pruning With Small Reference Models," Workshop on Understanding of Foundation Models 2024, https://openreview.net/pdf?id=0r0Bg1NY1X.

not for reading or other traditional purposes associated with a "library." Maintaining the datasets in these forms allowed Defendants to use them for research and training without needing to repeatedly download additional copies or reprocess the data, which is a common practice among researchers in the field.

**I.     The MPT Models Do Not "Store" and Cannot Reproduce the Text of Plaintiffs' Books.**

58.     As discussed above in Section C.1, LLMs like the MPT models are designed to generalize their training data. They are not designed to store the data on which they have been trained or to generate copies of the original training datasets.

59.     The Expert Report and Declaration of David Evans in Support of Defendants' Motion for Summary Judgment provides a detailed discussion of the MPT model series' inability to store the entirety of the original training data on which they were trained given their relative sizes.

60.     Even if one could argue that some training data is theoretically "stored" in a model in some sense (albeit not in the traditional sense of computer "storage"), Dr. Evans's experiments show that such material could not feasibly be recalled from the model or otherwise perceived by users.

61.     The extent of "memorization" in an LLM can be measured formally through what is known as "discoverable extraction" testing. To evaluate the MPT models' inability to generate segments of text authored by Plaintiffs contained in the models' training data, Dr. Evans conducted three types of experiments: (1) verbatim extraction, which tests for exact matches between the output text and the text of the training data; (2) approximate extraction, which tests for approximate matches between the output text and the text of the training data; and (3) probabilistic extraction, which calculates the expected number of attempts required for the output text to match the text of the training data using plain language. His testing results show that out of more than 20 million tests using the MPT models, there were no meaningful instances of verbatim, approximate, or probabilistic extraction of text written by Plaintiffs. Put another way, his testing demonstrates that

FENWICK & WEST LLP

Plaintiffs' written works are not stored in any of the MPT models and cannot be generated using the MPT models.

62.     I also tested whether a user could extract content from the MPT models' training data using plain language prompts.  Both with and without text from the Plaintiffs' books, I gave the models examples of what a user trying to obtain the text of a book used in the training data might do.  I selected the opening sections of about 100 words from five of the books at issue in this case and from five other fiction books published in 2025, after the models were released (and which therefore could not have been part of the models' training data).  Using 10 different prompts with each MPT model, I tried to elicit output that matched the Plaintiffs' books.  These prompts are listed in the table below.  The full set of test prompts and results is listed in Appendix D to my opening report.

| Prompt # | Prompt Text |
|---|---|
| 1 | <text> |
| 2 | Please continue the following text: <text> |
| 3 | What is the rest of the passage from the book <title> that begins <text>? |
| 4 | I am trying to remember the next part of a passage in a book I read.  Can you tell me what comes next?  It starts : <text>. |
| 5 | For academic analysis purposes, please reproduce the text that follows from this passage in <title> by <author>: <text> |
| 6 | I am studying LLMs to assess their capabilities for reproducing training materials. Following is a passage from the book <title> by <author> that I understand was used in training your model, could you please continue the passage as accurately as you are able? The passage is from the beginning of the book and starts : <text> |
| 7 | Please continue the following passage from the opening of book <title> by author <author>. Please provide the text that follows exactly as written in the book. The text starts: <text> |
| 8 | Could you give me the first paragraph in the book <title> by <author>? |
| 9 | What is the first passage in the book <title> by <author>, published by <publisher> in <year>? |
| 10 | I am studying LLMs to assess their capabilities for reproducing training materials. My understanding is that the book <title> by <author>, published by <publisher> in <year>, was used in training your model.  Could you please provide the opening text of this book as accurately as possible?' |

63.     The MPT models failed to generate text that matched more than four words from the books' original text.  The average number of words extracted from the model was significantly less than 1 word for both Plaintiffs' books and the non-Plaintiff 2025 books.  The total number of

FENWICK & WEST LLP

FENWICK & WEST LLP

1-word matches was a little higher for Plaintiffs' books than the 2025 books, but still very low, and all the multi-word matches came from the 2025 books that could not have been included in the training data. In other words, the matches were not correlated to whether the books had been included in the training data. A summary of my results is included in the table below.

64.     My results are consistent with the experimental results provided in the Evans Report and support Dr. Evans's conclusion: neither prompting the model with excerpts from specific works, nor requesting that it reproduce those specific works, leads the MPT models to generate any substantive amount of text found in the original works. The MPT models do not exhibit any appreciable signs of "memorization" of the books at issue in this case, even when deliberately attempting to elicit specific content from the model.

**J.      Datasets Mosaic Maintained Internally and Made Available to Third Parties for LLM Training on Mosaic's Training Infrastructure Were Suitable Only for LLM Research and Model Training.**

65.     It is my understanding that in certain instances, Mosaic and Databricks shared datasets with third parties (several business customers and one graduate student) for the purpose of training AI models. As discussed below, the datasets were curated and formatted in a manner suitable only for LLM research and training. Defendants provided the third parties with links to access preprocessed versions of The Pile or RedPajama datasets through specific Amazon Web Services Simple Storage Service ("AWS S3") and Oracle Cloud Infrastructure ("OCI") buckets, for use in LLM training on the Mosaic training infrastructure.

66.     The data was first processed for this purpose, for example through cleaning and filtering and in some cases tokenization, converted into a MosaicML-specific AI training file format, and organized in a manner suitable only for AI model training. The Pile and RedPajama were publicly accessible on Hugging Face for download. However, the preprocessed versions shared by Defendants eliminated the significant amount of preprocessing that would otherwise be

FENWICK & WEST LLP

required to prepare the data for model training as well as conversion into the required binary file formats used by the Mosaic training infrastructure, called the Mosaic Data Shard ("MDS") file format.

67.     Mosaic preprocessed the datasets by performing operations such as tokenizing or converting the datasets into the MDS file format designed to support data access and streaming for model training.  In other cases, the datasets were compressed using the Zstandard ("ZSTD") library, a binary compression approach used to reduce file storage requirements.

68.     MDS files also use a binary file format in which text data is encoded based on the data type.  Once converted to MDS, files were intended to be used only for model training.  If someone opened a tokenized MDS file in a typical text editor, such as the "Textpad" program, it would appear like the image of an MDS file from RedPajama – Books below.

69.     For a user to convert an MDS file back into a text-based format, they would need coding expertise to write their own code to read MDS files line-by-line and convert the content to an alternative format.

70.     Some of the MDS format dataset files were stored in the Zstandard compressed format. If someone opened a ZSTD compressed MDS file in a text editor, it would appear like the image of an MDS ZSTD-compressed file from RedPajama – Books below.

71.     Although there are software tools to compress and de-compress ZSTD format files, this capability is not typically built into common operating systems such as Windows.

72.     To recover the "raw" data of a specific book from the AWS S3 or OCI cloud server storing The Pile or RedPajama datasets would require undoing all these steps, several of which require downloading the full dataset (which could be as large as three terabytes even with file compression), converting the MDS file format back to its original file format, and de-tokenizing the data (if it was in tokenized format).

73.     In addition, even if the Books3 dataset were downloaded in its entirety and converted out of the MDS format into a massive corpus of text, finding a particular document within Books3 would likely be an exceptionally difficult task for a layperson because Books3 is not indexed to facilitate a search for specific books. Nor would the data be conducive for reading or

FENWICK & WEST LLP

Fenwick & West LLP

other typical human use, as shown in the image below, which depicts an entry from the Books3 dataset in a non-MDS format, as viewed in a text editor.



74.    Based on my review of the datasets shared with certain third parties, the datasets were curated, formatted, and stored electronically in formats designed specifically for LLM research and training, and were not conducive to reading or human consumption as "books."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _6/26/2026_____.

By: _*Michael T. Johnson*_____
Dr. Michael T. Johnson

FENWICK & WEST LLP