UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

**[PROPOSED] ORDER**

Before this Court is Plaintiffs' Motion for Partial Summary Judgement. Having considered the papers and arguments of counsel, the Court **GRANTS** Plaintiffs' Motion for Partial Summary Judgement.

The Court finds no genuine dispute of material fact on the question of whether Defendants MosaicML, LLC and Databricks, Inc. committed direct copyright infringement by reproducing and distributing Plaintiffs' Copyrighted Works, and that Plaintiffs are entitled to partial summary judgment as a matter of law as to those uses.

**IT IS SO ORDERED.**

Dated: _____       _____

Honorable Charles R. Breyer
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT