**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

|  |  |
|---|---|
| *In Re Mosaic Litigation* | Master File Case No. 3:24-cv-01451-CRB<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER NON-PARTY MICROSOFT CORPORATION'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge:   Honorable Charles R. Breyer |

## [~~PROPOSED~~] ORDER

Having considered Defendants' Administrative Motion to Consider Whether Non-Party Microsoft Corporation's Material Should Be Filed Under Seal (Dkt. 314), Microsoft's Response, and the Declaration of Lucky Vidmar in Support of Microsoft's Response, the Court orders that the following documents shall remain partially sealed:

| Document | Sealing Instruction |
|---|---|
| Declaration of Michael Sinkinson | License numbers 109 and 110 as highlighted in Appendix 1 |
| Exhibit 1 to the Sinkinson Declaration | License numbers 109 and 110 as highlighted in Appendix B |

**IT IS SO ORDERED.**

Dated:   July 6, 2026                          _____

                                               Honorable Charles R. Breyer
                                               UNITED STATES DISTRICT JUDGE