[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No.: 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**STIP. AND [~~PROPOSED~~] ORDER**<br>**RE RESPONSES TO ADMINISTRATIVE**<br>**MOTIONS TO SEAL SCHEDULE** |

STIP. AND [~~PROPOSED~~] ORDER
RE RESPONSES TO ADMIN. MOTS. TO
SEAL SCHEDULE

Case No.: 3:24-cv-01451-CRB

On Monday, June 29, the Parties filed administrative motions to consider whether another party's material should be filed under seal.  Dkts. 311, 323.  Pursuant to Civil L.R. 6-2, the Parties stipulate to and respectfully request that the Court adopt the following modifications to the briefing schedule for the responses to these sealing motions to allow the Parties sufficient time to review the underlying documents and file their responses.

| Event | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Deadline for Defendants' Response to Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal Re Plaintiffs' Motion for Partial Summary Judgment (Dkt. 323) | July 6, 2026 | July 13, 2026 |
| Deadline for Plaintiffs' Response to Defendants' Administrative Motion to Consider Whether Plaintiffs' Material Should be Filed Under Seal Re Defendants' Motion for Summary Judgment and Supporting Documents (Dkt. 311) | July 6, 2026 | July 13, 2026 |

The Parties have previously stipulated to extend all case deadlines four times, which the Court ordered on February 19, 2025, April 23, 2025, September 4, 2025, and February 18, 2026. *See* Dkts. 82, 111, 172, and 270.  The Parties previously stipulated to a limited adjustment of the expert discovery deadlines to account for the holiday season, which the Court ordered on December 31, 2025.  Dkt. 240.  Plaintiffs moved to amend the case schedule on November 18, 2025, and the Court granted Plaintiffs' motion on December 31, 2025.  Dkt. 238.  The Parties stipulated to a limited extension of the case schedule to allow Plaintiffs additional time to review Defendants' document production.  Dkt. 269.  The Court granted that stipulation on February 18, 2026, setting the currently operative case schedule.  Dkt. 270.  The Parties also stipulated to a one-week extension of the expert discovery period to allow time to complete expert depositions.  Dkt. 289.  The Court granted that stipulation on April 29, 2026.  Most recently, on July 2, 2026, the Parties stipulated to synchronize the *Daubert* briefing schedule with the summary judgment briefing schedule.

STIP. AND [PROPOSED] ORDER
RE RESPONSES TO ADMIN. MOTS. TO
SEAL SCHEDULE

1

Case No.: 3:24-cv-01451-CRB

**IT IS SO STIPULATED.**

Dated:  July 2, 2026

Respectfully submitted,

By: */s/ Rohit Nath*

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
William W. Castillo Guardado (SBN 294159)
Drew Moss Morgan (SBN 366901)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com
dmorgan@saverilawfirm.com

Avery M. Wolff (admitted pro hac vice)
**SAVERI LAW FIRM, LLP**
780 Third Avenue, Suite 1200
New York, NY 10017
Telephone: (212) 970-0300
awolff@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA  90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
mb@butericklaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Mohammed A. Rathur (admitted *pro hac vice*)
Nabihah Maqbool (admitted pro hac vice)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL  60603
Telephone:   (312) 782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com
nmaqbool@caffertyclobes.com

Rohit Nath
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400

STIP. AND [~~PROPOSED~~] ORDER
RE RESPONSES TO ADMIN. MOTS. TO
SEAL SCHEDULE

2

Case No.: 3:24-cv-01451-CRB

Los Angeles, CA  90067
Telephone:   (310) 789-3138
Facsimile:    (310) 789-3150
rnath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
James Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY  10001-8602
Telephone:   (212) 336-8330
Facsimile:    (212) 336-8340
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
Dylan Salzman (admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone:   (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com
dsalzman@susmangodfrey.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA  94111-3339
Telephone:   (415) 956-1000
Facsimile:    (415) 956-1008
ashaver@lchb.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:   (212) 355-9500
Facsimile:    (212) 355-9592
rgeman@lchb.com
delmasry@lchb.com

Betsy A. Sugar (admitted *pro hac vice*)
Kenneth S. Byrd (admitted pro hac vice)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
222 2nd Ave S Suite 1640
Nashville, TN  37201
Telephone:   (615) 313-9000
Facsimile:    (615) 313-9965
bsugar@lchb.com

STIP. AND [~~PROPOSED~~] ORDER
RE RESPONSES TO ADMIN. MOTS. TO
SEAL SCHEDULE

3

Case No.: 3:24-cv-01451-CRB

kbyrd@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*


FENWICK & WEST LLP


By: */s/ Jedediah Wakefield*
Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone:        415.875.2300
Facsimile:        650.938.5200

David Hayes (CSB No. 122894)
dhayes@fenwick.com
Diana C. Buck (CSB No. 339314)
dbuck@fenwick.com
801 California Street
Mountain View, CA 94041
Telephone:        650.988.8500
Facsimile:        650.938.5200

Jonathan T. McMichael (CSB No. 304737)
jmcmichael@fenwick.com
Deena Feit (admitted *pro hac vice*)
dfeit@fenwick.com
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone:        206.389.4510
Facsimile:        650.938.5200

Charles Moulins (admitted *pro hac vice*)
cmoulins@fenwick.com
Justine Vandermel (admitted *pro hac vice*)
justine.vandermel@fenwick.com
902 Broadway, 18th Floor
New York, NY 10010
Telephone:        212.430.2600
Facsimile:        650.938.5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
730 Arizona Avenue, 1st Floor

STIP. AND [~~PROPOSED~~] ORDER
RE RESPONSES TO ADMIN. MOTS. TO
SEAL SCHEDULE

4

Case No.: 3:24-cv-01451-CRB

Santa Monica, CA 90401
Telephone:         310.434.5400
Facsimile:         650.938.5200

*Attorneys for Defendants*
DATABRICKS, INC., and
MOSAIC ML, LLC, formerly
MOSAIC ML, INC.

STIP. AND [~~PROPOSED~~] ORDER
RE RESPONSES TO ADMIN. MOTS. TO
SEAL SCHEDULE

5

Case No.: 3:24-cv-01451-CRB

# [~~PROPOSED~~] ORDER

## PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.

Dated: _____July 6_____, 2026

_____

The Honorable Charles R. Breyer
United States District Court Judge