[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No.: 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**JOINT STIPULATION AND [PROPOSED]**<br>**ORDER RE DAUBERT BRIEFING** |

On Monday, June 29, Defendants filed two motions to exclude Plaintiffs' expert testimony under *Daubert v. Merrell Dow Pharmaceuticals*, 509 U.S. 579 (1993). Dkts. 308, 310. Because those motions are scheduled to be argued on the same day as the Parties' summary judgment motions, Plaintiffs have requested to synchronize the *Daubert* briefing schedule with the summary judgment briefing schedule. Based on Plaintiffs' representation that they will not be filing their own *Daubert* motions related to Defendants' timely-served expert reports or to the May 28, 2026 disclosure of Dr. Evans (the "Supplemental Disclosure") in advance of the summary judgment hearing, Defendants have agreed to that request. The parties reserve the right to object to the admission of any expert opinions that were not disclosed in timely-served expert reports or the Supplemental Disclosure.

The Parties accordingly agree that good cause exists to synchronize the briefing schedule on Defendants' *Daubert* motions with the summary judgment briefing schedule. Accordingly, pursuant to Civil L.R. 6-2, the Parties stipulate to and respectfully request that the Court adopt the following modifications to the briefing schedule for the *Daubert* motions in this action.

| Event | Current Deadline | New Stipulated Deadline |
|---|---|---|
| Deadline for Oppositions to Defendants' *Daubert* Motions | July 13, 2026 | August 13, 2026 |
| Deadline for Replies to Defendants' *Daubert* Motions | July 20, 2026 | September 14, 2026 |
| Hearing on Defendants' *Daubert* Motions | October 30, 2026 | No change |

The Parties have previously stipulated to extend all case deadlines four times, which the Court ordered on February 19, 2025, April 23, 2025, September 4, 2025, and February 18, 2026. *See* Dkts. 82, 111, 172, and 270. The Parties previously stipulated to a limited adjustment of the expert discovery deadlines to account for the holiday season, which the Court ordered on December 31, 2025. Dkt. 240. Plaintiffs moved to amend the case schedule on November 18, 2025, and the Court granted Plaintiffs' motion on December 31, 2025. Dkt. 238. The parties stipulated to a limited extension of the case schedule to allow Plaintiffs additional time to review Defendants' document

production. Dkt. 269. The Court granted that stipulation on February 18, 2026, setting the currently operative case schedule. Dkt. 270. Most recently, the parties stipulated to a one-week extension of the expert discovery period to allow time to complete expert depositions. Dkt. 289. The Court granted that stipulation on April 29, 2026.

**IT IS SO STIPULATED.**

Dated:  July 2, 2026                              Respectfully submitted,

By: */s/ Joseph R. Saveri*

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
Holden Benon (SBN 325847)
Drew Moss Morgan (SBN 366901)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com
dmorgan@saverilawfirm.com

Avery M. Wolff (admitted pro hac vice)
**SAVERI LAW FIRM, LLP**
780 Third Avenue, Suite 1200
New York, NY 10017
Telephone: (212) 970-0300
awolff@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA  90027
Telephone:   (323) 968-2632
Facsimile:   (415) 395-9940
mb@butoricklaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Mohammed A. Rathur (admitted *pro hac vice*)
Nabihah Maqbool (admitted pro hac vice)

**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 S. LaSalle, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com
nmaqbool@caffertyclobes.com

Rohit Nath
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3138
Facsimile: (310) 789-3150
rnath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
James Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P.**
One Manhattan West, 50th Floor
New York, NY 10001-8602
Telephone: (212) 336-8330
Facsimile: (212) 336-8340
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
Dylan Salzman (admitted pro hac vice)
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com
dsalzman@susmangodfrey.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, Suite 2900
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ashaver@lchb.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, New York 10013-1413
Telephone: (212) 355-9500
Facsimile: (212) 355-9592

JOINT STIP. AND [~~PROPOSED~~] ORDER TO
AMEND DAUBERT BRIEFING SCHEDULE

3

Master File Case No.: 3:24-cv-01451-CRB

rgeman@lchb.com
delmasry@lchb.com

Betsy A. Sugar (admitted *pro hac vice*)
Kenneth S. Byrd (admitted pro hac vice)
**LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP**
222 2nd Ave S Suite 1640
Nashville, TN  37201
Telephone:   (615) 313-9000
Facsimile:   (615) 313-9965
bsugar@lchb.com
kbyrd@lchb.com

*Attorneys for Plaintiffs and the Proposed Class*


FENWICK & WEST LLP


By:  */s/ Jedediah Wakefield*
      Jedediah Wakefield (CSB No. 178058)
      jwakefield@fenwick.com
      Ryan Kwock (CSB No. 336414)
      rkwock@fenwick.com
      One Front Street, 33rd Floor
      San Francisco, CA 94111
      Telephone:       415.875.2300
      Facsimile:       650.938.5200

      David Hayes (CSB No. 122894)
      dhayes@fenwick.com
      Diana C. Buck (CSB No. 339314)
      dbuck@fenwick.com
      801 California Street
      Mountain View, CA 94041
      Telephone:       650.988.8500
      Facsimile:       650.938.5200

      Jonathan T. McMichael (CSB No. 304737)
      jmcmichael@fenwick.com
      Deena Feit (admitted *pro hac vice*)
      dfeit@fenwick.com
      401 Union Street, 5th Floor
      Seattle, WA 98101
      Telephone:       206.389.4510
      Facsimile:       650.938.5200

      Charles Moulins (admitted *pro hac vice*)
      cmoulins@fenwick.com

JOINT STIP. AND [~~PROPOSED~~] ORDER TO          4          Master File Case No.: 3:24-cv-01451-CRB
AMEND DAUBERT BRIEFING SCHEDULE

Justine Vandermel (admitted *pro hac vice*)
justine.vandermel@fenwick.com
902 Broadway, 18th Floor
New York, NY 10010
Telephone:       212.430.2600
Facsimile:       650.938.5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone:       310.434.5400
Facsimile:       650.938.5200

*Attorneys for Defendants*
DATABRICKS, INC., and
MOSAIC ML, LLC, formerly
MOSAIC ML, INC.

# [~~PROPOSED~~] ORDER

## PURSUANT TO THE JOINT STIPULATION, IT IS SO ORDERED.

Dated: _____July 6_____, 2026

_____

The Honorable Charles R. Breyer
United States District Court Judge

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Dylan Salzman, attest that concurrence in the filing of this document has been obtained from the other signatory.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 2, 2026

*/s/ Dylan Salzman*
Dylan Salzman

**CERTIFICATE OF SERVICE**

I, Dylan Salzman, hereby certify that on July 2, 2026, I caused to be electronically filed the foregoing document with the Clerk of the United States District Court for the Northern District of California using the CM/ECF system, which will send electronic notification to all counsel of record.

Dated:  July 2, 2026

/s/ Dylan Salzman
Dylan Salzman