[Counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR NON-PARTY JOHN WILEY & SONS TO RESPOND TO ADMINISTRATIVE SEALING MOTIONS [ECF Nos. 316 & 337]**<br><br>Judge: Hon. Charles R. Breyer |

The Parties filed Administrative Motions to Consider Whether Another Party's Material Should be Sealed for John Wiley & Sons ("Wiley") on June 29, 2026 (ECF No. 316) and July 2, 2026 (ECF No. 337). The administrative motions pertain to the potential sealing of certain documents obtained by subpoena from third-party Wiley, which Wiley designated as Confidential. Pursuant to Local Rule 6-2, Wiley has requested, and the Parties have agreed, that Wiley's time to respond to the motions is extended to and including July 17, 2026.

This is the first extension the Parties have sought in connection with Wiley's response to any motion, and it affects no other deadlines. The parties to this stipulation respectfully request that it be So Ordered.

**IT IS SO STIPULATED.**

Dated: July 15, 2026

Respectfully submitted,

By: /s/ Kevin Kim

Kevin Kim
**JOHN WILEY & SONS, INC.**
111 River Street
Hoboken, NJ 07030-5774
Phone: (201) 748-6000
Fax: (201) 748-6088
kkim2@wiley.com

*Attorneys for John Wiley & Sons, Inc.*

By: /s/ William W. Castillo Guardado
William W. Castillo Guardado

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
Holden Benon (SBN 325847)
Drew Moss Morgan (SBN 366901)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com
hbenon@saverilawfirm.com
dmorgan@saverilawfirm.com

Avery M. Wolff (admitted *pro hac vice*)
**SAVERI LAW FIRM, LLP**
780 Third Avenue, Suite 1200
New York, NY 10017
Telephone: (212) 970-0300
awolff@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415) 395-9940
Email: mb@buttericklaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Mohammed A. Rathur (admitted *pro hac vice*)
Nabihah Maqbool (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com
nmaqbool@caffertyclobes.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfrey.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*)
Trevor D. Nystrom (admitted *pro hac vice*)
Dylan Salzman (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com
dsalzman@susmangodfrey.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
rgeman@lchb.com
delmasry@lchb.com

Anne B. Shaver
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
ashaver@lchb.com

Betsy A. Sugar (admitted *pro hac vice*)
Kenneth S. Byrd (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.com
kbyrd@lchb.com

*Attorneys for Plaintiffs and Proposed Class*

By: */s/ Jedediah Wakefield*

Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (650) 938-5200

David Hayes (CSB No. 122894)
dhayes@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Jonathan T. McMichael (CSB No. 304797)
jmcmichael@fenwick.com
Deena Feit (admitted pro hac vice)
dfeit@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
Facsimile: (206) 389-4511

Charles Moulins (admitted pro hac vice)
cmoulins@fenwick.com
Justine Vandermel (admitted pro hac vice)
justine.vandermel@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, Ste 14
New York, NY 10010
Telephone: (212) 430-2600
Facsimile: (650) 938-5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: (310) 554-5400
Facsimile: (650) 938-5200

*Attorneys for Defendants* DATABRICKS, INC., and MOSAIC ML, LLC, formerly MOSAIC ML, INC.

**[~~PROPOSED~~] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: July 17, 2026

Honorable Charles R. Breyer
United States District Court Judge