[Counsel on signature page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*In Re Mosaic LLM Litigation*

Master File Case No. 3:24-cv-01451-CRB
Consolidated with Case No. 3:24-cv-02653-CRB

**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR NON-PARTY HARPERCOLLINS PUBLISHERS L.L.C. TO RESPOND TO ADMINISTRATIVE SEALING MOTIONS [ECF Nos. 312, 336]**

Judge: Hon. Charles R. Breyer

On June 29, 2026, Defendants filed an Administrative Motion to Consider Whether Non-Party HarperCollins Publishers L.L.C.'s Material Should Be Sealed. ECF No. 312. HarperCollins Publishers L.L.C. ("HarperCollins") received a copy of Defendants' Administrative Motion on or about July 2, 2026, just before the July 4 holiday. On July 2, 2026, Plaintiffs filed their own Administrative Motion to Consider Whether Another Party's Material Should Be Sealed. ECF No. 336. HarperCollins received a copy of Plaintiffs' Administrative Motion on or about July 6, 2026, immediately after the July 4 holiday (together, the "Administrative Motions"). The Administrative Motions pertain to the potential sealing of certain documents obtained by subpoena from non-party HarperCollins, which HarperCollins designated as Highly Confidential-Attorneys' Eyes Only in accordance with the Amended Protective Order (ECF No. 168). Pursuant to Local Rule 6-2, HarperCollins and the Parties agree that HarperCollins's time to respond to the Administrative Motions is extended to and including July 28, 2026.

The Parties have previously stipulated to extend all case deadlines four times, which the Court ordered on February 19, 2025, April 23, 2025, September 4, 2025, and February 18, 2026. *See* ECF Nos. 82, 111, 172, and 270. The Parties previously stipulated to a limited adjustment of the expert discovery

deadlines to account for the holiday season, which the Court ordered on December 31, 2025. ECF No. 240. Plaintiffs moved to amend the case schedule on November 18, 2025, and the Court granted Plaintiffs' motion on December 31, 2025. ECF No. 238. The Parties stipulated to a limited extension of the case schedule to allow Plaintiffs additional time to review Defendants' document production. ECF No. 269. The Court granted that stipulation on February 18, 2026, setting the currently operative case schedule. ECF No. 270. The Parties also stipulated to a one-week extension of the expert discovery period to allow time to complete expert depositions. ECF No. 289. The Court granted that stipulation on April 29, 2026. ECF No. 290. On July 2, 2026, the Parties stipulated to extend the deadline to respond to each other's administrative motions to consider whether another party's material should be filed under seal regarding motions for summary judgment. ECF No. 333. Also on July 2, 2026, the Parties stipulated to synchronize the Daubert briefing schedule with the summary judgment briefing schedule. ECF No. 334. The Court granted both of those stipulations on July 6, 2026. *See* ECF Nos. 344, 345. This is HarperCollins's first request for additional time, and it affects no other deadlines. The parties to this stipulation respectfully request that it be So Ordered.

**IT IS SO STIPULATED.**

Dated: July 16, 2026

Respectfully submitted,

By: */s/ Steven G. Mintz*

Steven G. Mintz
Timothy J. Quill, Jr.
**MINTZ & GOLD LLP**
600 Third Avenue, 25th Floor
New York, New York 10016
Tel: (212) 696-4848
Fax: (212) 696-1231
mintz@mintzandgold.com
quill@mintzandgold.com

*Attorneys for Non-Party HarperCollins Publishers L.L.C.*

By: */s/ William W. Castillo Guardado*
William W. Castillo Guardado

Joseph R. Saveri (SBN 130064)
Christopher K.L. Young (SBN 318371)
Evan Creutz (SBN 349728)
Elissa A. Buchanan (SBN 249996)
William Castillo Guardado (SBN 294159)
Holden Benon (SBN 325847)
Drew Moss Morgan (SBN 366901)
**SAVERI LAW FIRM, LLP**
550 California Street, Suite 910
San Francisco, CA 94104
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
cyoung@saverilawfirm.com
ecreutz@saverilawfirm.com
eabuchanan@saverilawfirm.com
wcastillo@saverilawfirm.com
hbenon@saverilawfirm.com
dmorgan@saverilawfirm.com
Avery M. Wolff (admitted *pro hac vice*)
**SAVERI LAW FIRM, LLP**
780 Third Avenue, Suite 1200
New York, NY 10017
Telephone: (212) 970-0300
awolff@saverilawfirm.com

Matthew Butterick (SBN 250953)
1920 Hillhurst Avenue, #406
Los Angeles, CA 90027
Telephone: (323) 968-2632
Facsimile: (415)3959940
Email: mb@buttericklaw.com

Bryan L. Clobes (admitted *pro hac vice*)
Mohammed A. Rathur (admitted *pro hac vice*)
Nabihah Maqbool (admitted *pro hac vice*)
**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**
135 South LaSalle Street, Suite 3210
Chicago, IL 60603
Telephone: (312) 782-4880
bclobes@caffertyclobes.com
mrathur@caffertyclobes.com
nmaqbool@caffertyclobes.com

Justin A. Nelson (admitted *pro hac vice*)
Alejandra C. Salinas (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
1000 Louisiana Street, Suite 5100
Houston, TX 77002-5096
Telephone: (713) 651-9366
jnelson@susmangodfry.com
asalinas@susmangodfrey.com

Rohit D. Nath (SBN 316062)
**SUSMAN GODFREY L.L.P**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067-2906
Telephone: (310) 789-3100
RNath@susmangodfrey.com

Elisha Barron (admitted *pro hac vice*)
Craig Smyser (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
One Manhattan West, 51st Floor
New York, NY 10019
Telephone: (212) 336-8330
ebarron@susmangodfrey.com
csmyser@susmangodfrey.com

Jordan W. Connors (admitted *pro hac vice*
Trevor D. Nystrom (admitted *pro hac vice*)
Dylan Salzman (admitted *pro hac vice*)
**SUSMAN GODFREY L.L.P**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
jconnors@susmangodfrey.com
tnystrom@susmangodfrey.com
dsalzman@susmangodfrey.com

Rachel J. Geman (admitted *pro hac vice*)
Danna Z. Elmasry (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: (212) 355-9500
rgeman@lchb.com
delmasry@lchb.com

Ann B. Shaver
**LIEFF CABRASER HEIMANN &**

**BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
ashaver@lchb.com

Betsy A. Sugar (admitted *pro hac vice*)
Kenneth S. Byrd (admitted *pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
222 2nd Avenue S. Suite 1640
Nashville, TN 37201
Telephone: (615) 313-9000
bsugar@lchb.c
kbyrd@lchb.com

*Attorneys for Plaintiffs and Proposed Class*

By: /s/ Jedediah Wakefield

Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
**FENWICK & WEST LLP**
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: (415) 875-2300
Facsimile: (650) 938-5200

David Hayes (CSB No. 122894)
dhayes@fenwick.com
**FENWICK & WEST LLP**
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

Jonathan T. McMichael (CSB No. 304797)
jmcmichael@fenwick.com
Deena Feit (admitted pro hac vice)
dfeit@fenwick.com
**FENWICK & WEST LLP**
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: (206) 389-4510
Facsimile: (206) 389-4511

Charles Moulins (admitted pro hac vice)
cmoulins@fenwick.com
Justine Vandermel (admitted pro hac vice)
justine.vandermel@fenwick.com
**FENWICK & WEST LLP**
902 Broadway, Ste 14
New York, NY 10010
Telephone: (212) 430-2600
Facsimile: (650) 938-5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
**FENWICK & WEST LLP**
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: (310) 554-5400
Facsimile: (650) 938-5200

*Attorneys for Defendants* DATABRICKS, INC., and MOSAIC ML, LLC, formerly MOSAIC ML, INC.

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Jedediah Wakefield, attest that concurrence in the filing of this document has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 16, 2026

*/s/ Jedediah Wakefield*
Jedediah Wakefield

**[PROPOSED] ORDER**

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

Dated: July 17 , 2026

Honorable Charles R. Breyer
United States District Court Judge