Steven G. Mintz (*Pro Hac Vice* Application Pending)
mintz@mintzandgold.com
Timothy J. Quill, Jr. (*Pro Hac Vice* Application Pending)
quill@mintzandgold.com
MINTZ & GOLD LLP
600 Third Avenue, 25th Floor
New York, New York 10016
Tel: (212) 696-4848
Fax: (212) 696-1231

Nicholas P. Roxborough (State Bar No. 113540)
npr@rpnalaw.com
Joseph C. Gjonola (State Bar No. 241955)
jcg@rpnalaw.com
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5900 Canoga Avenue, Suite 450
Woodland Hills, California 91367
Tel: (818) 992-9999
Fax: (818) 992-9991

Attorneys for Non-Party HarperCollins Publishers L.L.C.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE : ORDER<br>(CIVIL LOCAL RULE 11-3)<br><br>Hon. Charles R. Breyer |

I, Timothy J. Quill, Jr., an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing HarperCollins Publishers L.L.C. in the above-entitled action. My local co-counsel in this case is Joseph C. Gjonola, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 241955 .

MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York, New York 10016
MY ADDRESS OF RECORD

(212) 696-4848
MY TELEPHONE # OF RECORD

quill@mintzandgold.com
MY EMAIL ADDRESS OF RECORD

ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5900 Canoga Avenue, Suite 450
Woodland Hills, California 91367
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(818) 992-9999
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jcg@rpnalaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4578316.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not previously sought, and therefore have not been granted, pro hac vice admission by the Court.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2026

APPLICANT

[~~PROPOSED~~] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Timothy J. Quill, Jr. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 27, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Timothy J. Quill, Jr.

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 18, 2008,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.

In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on August 5, 2025.

Clerk of the Court

CertID-00244664

Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

DARRELL M. JOSEPH
CLERK OF THE COURT

KENNETH BAND
MELISSA KRAKOWSKI
DEPUTY CLERKS

WENDY STYNES
LAUREN G. DOME
BRIAN E. KENNEDY
RIAD P. WILLIAMS
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Darrell M. Joseph
Clerk of the Court

Revised October 2024