Steven G. Mintz (*Pro Hac Vice* Application Pending)
mintz@mintzandgold.com
Timothy J. Quill, Jr. (*Pro Hac Vice* Application Pending)
quill@mintzandgold.com
MINTZ & GOLD LLP
600 Third Avenue, 25th Floor
New York, New York 10016
Tel: (212) 696-4848
Fax: (212) 696-1231

Nicholas P. Roxborough (State Bar No. 113540)
npr@rpnalaw.com
Joseph C. Gjonola (State Bar No. 241955)
jcg@rpnalaw.com
ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5900 Canoga Avenue, Suite 450
Woodland Hills, California 91367
Tel: (818) 992-9999
Fax: (818) 992-9991

Attorneys for Non-Party HarperCollins Publishers LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER<br>(CIVIL LOCAL RULE 11-3)<br><br>Hon. Charles R. Breyer |

I, Steven G. Mintz, an active member in good standing of the bar of the State of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing HarperCollins Publishers LLC in the above-entitled action. My local co-counsel in this case is Joseph C. Gjonola, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 241955 .

MINTZ & GOLD LLP
600 Third Avenue
25th Floor
New York, New York 10016
MY ADDRESS OF RECORD

(212) 696-4848
MY TELEPHONE # OF RECORD

mintz@mintzandgold.com
MY EMAIL ADDRESS OF RECORD

ROXBOROUGH, POMERANCE, NYE & ADREANI, LLP
5900 Canoga Avenue, Suite 450
Woodland Hills, California 91367
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(818) 992-9999
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jcg@rpnalaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2256154 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have not previously sought, and therefore have not been granted, pro hac vice admission by the Court.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 24, 2026

APPLICANT

[~~PROPOSED~~] ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Steven G. Mintz is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 28, 2026

UNITED STATES DISTRICT/MAGISTRATE JUDGE