**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE MOSAIC LLM LITIGATION | Master File Case No. 3:24-cv-01451-CRB<br><br>**[~~PROPOSED~~] ORDER REGARDING PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE FILED UNDER SEAL**<br><br>Judge: Hon. Charles R. Breyer |

**~~[PROPOSED]~~ ORDER**

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Material Should Be Filed Under Seal (Dkt. 340), OpenAI OpCo, LLC's Supplemental Response, and the Declaration of Maile Yeats-Rowe in Support of OpenAI OpCo, LLC's Supplemental Response, the Court orders that the following documents shall remain partially sealed:

| Document | Portion of Document to be Sealed |
|---|---|
| Excerpts from the Appendices to the Expert Report of Professor Daniel Spulber ("Spulber Appendices") | Portions of the "Agreement," "Description," "Seller," "Financial Information," and "Payment Structure" fields on pp. 104-128, as highlighted in green within the Spulber Appendices. |

**IT IS SO ORDERED.**

Dated: August 5, 2026

Honorable Charles R. Breyer

UNITED STATES DISTRICT JUDGE