**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*In Re Mosaic LLM Litigation*

Master File Case No. 3:24-cv-01451-CRB
Consolidated with Case No. 3:24-cv-02653-CRB

**DECLARATION OF ROHIT NATH IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Judge: Hon. Charles R. Breyer

I, Rohit Nath, hereby declare as follows:

1. I am a partner at Susman Godfrey L.L.P. ("Susman Godfrey"), and serve as an attorney of record for Plaintiffs in the above-captioned case. I submit this Declaration in support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment. I have personal knowledge of the facts stated in this declaration and, if called as a witness, I could and would testify competently to them.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of the Opening Report of Expert Shawn Shan, dated March 16, 2026.

3. Attached as Exhibit 2 to this Declaration is a true and correct copy of Defendant Databricks, Inc.'s Supplemental/Amended Objections and Responses to Plaintiffs' Third Set of Interrogatories (Nos. 23-25 and 37-40).

4. Attached as Exhibit 3 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Cody Blakeney, Ph.D., which took place on November 5, 2025.

5. Attached as Exhibit 4 to this Declaration is a true and correct copy of the Opening Expert Report of Mark Seeley, dated March 16, 2026.

6. Attached as Exhibit 5 to this Declaration is a true and correct copy of a document produced by Defendants' expert, Dr. Michael T. Johnson, with beginning Bates Number MOSAIC_JOHNSON_00000349.

7. Exhibit 6 to this Declaration is intentionally omitted.

8. Attached as Exhibit 7 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00060029.

9. Attached as Exhibit 8 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00035315.

10. Attached as Exhibit 9 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_0000519.

11. Attached as Exhibit 10 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00046630.

12. Attached as Exhibit 11 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Jonathan Frankle, which took place on November 13, 2025.

13. Attached as Exhibit 12 to this Declaration is a true and correct copy of Defendant Databricks, Inc.'s Supplemental/Amended Objections and Responses to Plaintiffs' First Set of Interrogatories (Nos. 1–21).

14. Attached as Exhibit 13 to this Declaration is a true and correct copy of the Declaration of Jonathan Frankle, Ph.D. in Support of Defendants' Motion for Summary Judgment, dated June 27, 2026.

15. Attached as Exhibit 14 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00022529.

16. Attached as Exhibit 15 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00040630.

17. Attached as Exhibit 16 to this Declaration is a true and correct copy of Defendant Databricks, Inc.'s Supplemental/Amended Objections and Responses to Plaintiffs' Fourth Set of Interrogatories (Nos. 42-50).

18. Exhibit 17 to this Declaration is intentionally omitted.

19. Attached as Exhibit 18 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00049571.

20. Attached as Exhibit 19 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Naveen Rao, Ph.D., which took place on October 29, 2025.

21. Attached as Exhibit 20 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Hanlin Tang, Ph.D., which took place on November 6, 2025.

22. Attached as Exhibit 21 to this Declaration is a true and correct copy of the Rebuttal Expert Report of Shawn Shan, Ph.D., dated April 17, 2026.

23. Attached as Exhibit 22 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Catherine Tucker, Ph.D., which took place on May 5, 2026.

24. Attached as Exhibit 23 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Michael Johnson, Ph.D., which took place on May 27, 2026.

25. Attached as Exhibit 24 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00047263.

26. Attached as Exhibit 25 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00000099.

27. Attached as Exhibit 26 to this Declaration is a true and correct copy of a transcript of an interview given by Jonathan Frankle, Ph.D., on the *Invisible Machines* podcast published on July 6, 2023.

28. Attached as Exhibit 27 to this Declaration is a true and correct copy of the Expert Sur-Rebuttal Report of David Evans, Ph.D., dated May 28, 2026.

29. Attached as Exhibit 28 to this Declaration is a true and correct copy of the Expert Rebuttal Report of Michael Sinkinson, Ph.D., dated April 17, 2026.

30. Attached as Exhibit 29 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00000093.

31. Attached as Exhibit 30 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00041793.

32. Attached as Exhibit 31 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00020557.

33. Exhibit 32 to this Declaration is intentionally omitted.

34. Attached as Exhibit 33 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Mark Seeley, which took place on April 30, 2026.

35. Attached as Exhibit 34 to this Declaration is a true and correct copy of Plaintiff Rebecca Makkai's Supplemental Responses to Defendants' Fourth Set of Interrogatories (No. 11).

36. Attached as Exhibit 35 to this Declaration is a true and correct copy of Plaintiff Brian Keene's Supplemental Responses to Interrogatories, Set Five (No. 14).

37. Attached as Exhibit 36 to this Declaration is a true and correct copy of Plaintiff Stewart O'Nan's Supplemental Responses to Interrogatories, Set Four (No. 11).

38. Attached as Exhibit 37 to this Declaration is a true and correct copy of Plaintiff Abdi Nazemian's Supplemental Responses to Interrogatories, Set Four (No. 11).

39. Attached as Exhibit 38 to this Declaration is a true and correct copy of Plaintiff Jason Renolds's Supplemental Responses to Interrogatories, Set Four (No. 11).

40. Attached as Exhibit 39 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00056797.

41. Attached as Exhibit 40 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00017722.

42. Attached as Exhibit 41 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00034571.

43. Attached as Exhibit 42 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00019959.

44. Attached as Exhibit 43 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00020916.

45. Attached as Exhibit 44 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00025851.

46. Attached as Exhibit 45 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Vitaliy Chiley, which took place on October 14, 2025.

47. Attached as Exhibit 46 to this Declaration is a true and correct copy of the Opening Expert Report of Catherine Tucker, Ph.D., dated March 16, 2026.

48. Attached as Exhibit 47 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00019959.

49. Attached as Exhibit 48 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00050107.

50. Attached as Exhibit 49 to this Declaration is a true and correct copy of the Opening Expert Report of Professor Daniel Spulber and the attached Exhibit H, dated March 16, 2026.

51. Attached as Exhibit 50 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Michael Sinkinson, Ph.D., which took place on May 19, 2026.

52. Attached as Exhibit 51 to this Declaration is a true and correct copy of the Opening Expert Report of Michael Johnson, Ph.D., dated March 16, 2026.

53. Attached as Exhibit 52 to this Declaration is a true and correct copy of excerpts of the transcript of the deposition of Hanlin Tang, Ph.D., which took place on December 18, 2025.

54. Attached as Exhibit 53 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00034974.

55. Attached as Exhibit 54 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00034797.

56. Attached as Exhibit 55 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00035902.

57. Attached as Exhibit 56 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00000270.

58. Attached as Exhibit 57 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00047291.

59. Attached as Exhibit 58 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00047625.

60. Attached as Exhibit 59 to this Declaration is a true and correct copy of a document produced by Defendant MosaicML, LLC with beginning Bates Number MOSAIC_ONAN_00049004.

61. Attached as Exhibit 60 to this Declaration is a true and correct copy of a document produced by Defendants' expert, Catherine Tucker, Ph.D., with beginning Bates Number MOSAIC_TUCKER_00000577.

I declare under penalty of perjury under the laws of the Unites States of America that the foregoing is true and correct to the best of my knowledge.

Executed on August 13, 2026, in Los Angeles, California.

*/s/ Rohit Nath*
Rohit Nath