**SCHAERR JAFFE LLP**
Donald M. Falk (SBN150256)
dfalk@schaerr-jaffe.com
One Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: (415) 562-4942

*Counsel for Amici Curiae Copyright Law Professors*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE MOSAIC LLM LITIGATION. | Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**[PROPOSED] ORDER**<br><br>Hearing Date: October 30, 2026<br>Time: 10:00 a.m.<br>Dept.: Courtroom 6, 17th floor<br>Judge: Hon. Charles R. Breyer |

Having considered the Copyright Law Professors' Motion for Leave to File Amici Curiae Brief, the Court hereby rules as follows:

1. The Motion is hereby **GRANTED**; and

2. The Brief is hereby deemed to be **FILED** as of August 27, 2026.

**IT IS SO ORDERED.**

DATED: ____________, 2026

_______________________________

Charles R. Breyer
United States District Judge