CORYNNE MCSHERRY (CA Bar 221504)
corynne@eff.org
VICTORIA NOBLE (CA Bar 337290)
tori@eff.org
**ELECTRONIC FRONTIER FOUNDATION**
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

*Attorneys for Amici Curiae*
ELECTRONIC FRONTIER FOUNDATION and
CHAMBER OF PROGRESS

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| *In Re Mosaic LLM Litigation* | Master File Case No. 3:24-cv-01451-CRB<br>Consolidated with Case No. 3:24-cv-02653-CRB<br><br>**[PROPOSED] ORDER** |

Having considered Amici Curiae Electronic Frontier Foundation and Chamber of Progress's August 27, 2026 Motion for Leave to File Amicus Brief in Support of Defendants' Motion for Summary Judgment, attached to the Motion as Exhibit A,

The Motion is GRANTED and the amicus brief is deemed FILED as of August 27, 2026.

IT IS SO ORDERED.

DATED:

______________________________
Honorable Charles R. Breyer