JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
FENWICK & WEST LLP
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 650.938.5200

DAVID HAYES (CSB No. 122894)
dhayes@fenwick.com
FENWICK & WEST LLP
801 California Street
Mountain View, CA 94041
Telephone: 650.988.8500
Facsimile: 650.938.5200

*Attorneys for Defendants*
DATABRICKS, INC., and
MOSAIC ML, LLC, formerly MOSAIC ML, INC.

*Additional counsel listed on signature page*

FENWICK & WEST LLP

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

*In Re Mosaic LLM Litigation*

Master File Case No. 3:24-cv-01451-CRB
Consolidated with Case No. 3:24-cv-02653-CRB

**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE BRIEF AS AMICI [DKT. 445]**

Judge: Honorable Charles R. Breyer

Pursuant to Civil Local Rule 7-3(b) and the Stipulation and Order Regarding Amici Curiae Briefs entered in this case (Dkt. 302), Defendants Databricks, Inc. and Mosaic ML, LLC (together, "Defendants") submit this Statement of Non-Opposition to the Motion for Leave to File Brief as Amici Curiae ("Motion") filed by Amici The Authors Guild, Inc., The National Press Photographers Association, The American Society of Media Photographers, Romance Writers of America, Inc., The Digital Media Leadership Alliance, The Association of American Literary Agents, The American Society for Collective Rights Licensing, The Society of Composers & Lyricists, The Dramatists Guild of America, Inc., The Graphic Artists Guild, and American Photographic Artists (Dkt. 445).

In their Motion, Amici state that "Counsel for Defendants did not respond to Amici's request for consent to the filing of this brief." Dkt. 445 at 1. However, counsel for Amici attempted to send their email request—which they sent just one day before filing the motion—to only two of Defendants' counsel, and they mistyped the email address for one of them. As a result of that error, the request was not received by the necessary team members. In all events, Defendants do not oppose the Motion.

Dated: September 8, 2026

FENWICK & WEST LLP

By: <u>*/s/ Jedediah Wakefield*</u>

Jedediah Wakefield (CSB No. 178058)
jwakefield@fenwick.com
Ryan Kwock (CSB No. 336414)
rkwock@fenwick.com
One Front Street, 33rd Floor
San Francisco, CA 94111
Telephone: 415.875.2300
Facsimile: 650.938.5200

David Hayes (CSB No. 122894)
dhayes@fenwick.com
Diana C. Buck (CSB No. 339314)
dbuck@fenwick.com
801 California Street
Mountain View, CA 94041

Telephone: 650.988.8500
Facsimile: 650.938.5200

Jonathan T. McMichael (CSB No. 304737)
jmcmichael@fenwick.com
Deena Feit (admitted *pro hac vice*)
dfeit@fenwick.com
401 Union Street, 5th Floor
Seattle, WA 98101
Telephone: 206.389.4510
Facsimile: 650.938.5200

Charles Moulins (admitted *pro hac vice*)
cmoulins@fenwick.com
Justine Vandermel (admitted *pro hac vice*)
justine.vandermel@fenwick.com
902 Broadway, 18th Floor
New York, NY 10010
Telephone: 212.430.2600
Facsimile: 650.938.5200

Zachary Harned (CSB No. 335898)
zharned@fenwick.com
730 Arizona Avenue, 1st Floor
Santa Monica, CA 90401
Telephone: 310.434.5400
Facsimile: 650.938.5200

*Attorneys for Defendants*
DATABRICKS, INC., and
MOSAIC ML, LLC, formerly
MOSAIC ML, INC.